UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CITY OF HOLLYWOOD POLICE OFFICERS RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

HENRY SCHEIN, INC., COVETRUS, INC., BENJAMIN SHAW, and CHRISTINE T. KOMOLA,

Defendants.

C.A. No. 2:19-cv-05530 (FB)(RLM)

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on September 30, 2019, Plaintiff, City of Hollywood Police Officers Retirement System, filed its Class Action Complaint for Violations of the Federal Securities Laws (the "Initial Complaint") against Defendants, Henry Schein, Inc., Covetrus, Inc., Benjamin Shaw, and Christine T. Komola (collectively, "Defendants");

WHEREAS, this action is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which establishes the procedure by which members of the putative class may seek appointment as Lead Plaintiff by filing motions to appoint a lead plaintiff sixty days after the date on which the initial plaintiff publishes notice advising putative class members of the filing of the action;

WHEREAS, Plaintiff represents that the notice was published on September 30, 2019;

WHEREAS, applications for appointment as Lead Plaintiff must be filed by November 29, 2019;

WHEREAS, pursuant to Fed. R. Civ. P. 12, at least one Defendant (Covetrus, Inc.) is

required to respond to the Initial Complaint by November 26, 2019;

WHEREAS, in the interests of judicial economy and conserving the resources of the parties and the Court, all parties agree that no answer, motion, or other response to the Initial Complaint should be due until after the Court has appointed Lead Plaintiff(s) and approved the selection of lead counsel to represent the putative class, and Lead Plaintiff and Lead Counsel have had the opportunity to consider whether to proceed on the Initial Complaint or to file an amended or consolidated complaint, which would supersede the Initial Complaint;

WHEREAS, no party has previously moved the Court for an adjournment or extension of time as to any matter in this case;

WHEREAS, the parties, by and through their counsel, have met and conferred and, for the convenience of the parties and the Court, hereby enter into the following stipulation regarding the schedule in this matter, subject to the Court's approval;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that:

1. Defendants shall have no obligation to answer or otherwise respond to the Initial Complaint, or any other complaint filed in this action, until after the appointment of a Lead Plaintiff and after Lead Plaintiff files an amended or consolidated complaint or designates an operative complaint;

2. Lead Plaintiff shall have sixty days from the date the Court appoints Lead Plaintiff and Lead Counsel to file an amended or consolidated complaint or designate an operative complaint;

3. Defendants shall have sixty days from the date Lead Plaintiff files its amended or consolidated complaint or designates an operative complaint to answer, move, or otherwise

respond to that complaint;

4. In the event that Defendants move to dismiss the complaint, Lead Plaintiff shall have sixty days from the date of service of Defendants' motion to dismiss pursuant to Section 2(D) of Judge Block's Individual Motion Practices and Rules to serve on Defendants a memorandum of law in opposition to the motion to dismiss;

5. Defendants shall have forty-five days from the date of service of Lead Plaintiff's opposition memorandum to file all motion papers via ECF, including Defendants' reply memorandum of law;

6. This stipulation is entered without prejudice to any Party's seeking any interim relief; and

7. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that a party may have with respect to the claims set forth in the Initial Complaint.

Respectfully submitted,

*__/s/ Steven B. Singer__*
Steven B. Singer
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com

Joseph E. White, III
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Tel: (561) 394-3399
Fax: (561) 394-3382
jwhite@saxenawhite.com

Respectfully submitted,

*__/s/ Jordan D. Hershman__*
Jordan D. Hershman
Jason D. Frank (*pro hac vice* forthcoming)
Emily E. Renshaw (*pro hac vice* forthcoming)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

*Counsel for Covetrus Defendants*

David R. Kaplan
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Tel: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Counsel for Plaintiff*

**KLAUSNER KAUFMAN JENSON & LEVINSON**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Plaintiff*

*/s/ Jonathan E. Richman*

Jonathan E. Richman
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3448
jerichman@proskauer.com

Ralph C. Ferrara (*pro hac vice* forthcoming)
1001 Pennsylvania Avenue, Suite 600 South
Washington, DC 20004
Tel: (202) 416-5820
rferrara@proskauer.com

*Counsel for Henry Schein, Inc.*

Dated: November 19, 2019

Dated: _______________, 2019

**IT IS SO ORDERED:**

_________________________________________
Honorable Frederic Block
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2019, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jordan D. Hershman*

Jordan D. Hershman
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Tel: 617.951.8000
Fax: 617.951.8736