**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA,<br><br>Defendants. | C.A. No. 2:19-cv-05530 (GRB)(RLM) |

**STIPULATION AND [PROPOSED] ORDER**
**RESPECTING PAGE LIMITS FOR THE MOTION TO DISMISS BRIEFING**

Lead Plaintiffs City of Hollywood Police Officers' Retirement System and Pembroke Pines Pension Fund for Firefighters and Police Officers ("Lead Plaintiffs"), Defendants Covetrus, Inc., Benjamin Shaw, and Christine T. Komola ("Covetrus Defendants"), and Defendants Henry Schein, Inc. and Steven Paladino ("Henry Schein Defendants") hereby stipulate and agree as follows:

WHEREAS, on April 30, 2020, the Court held a telephonic pre-motion conference, during which it Ordered a schedule for any Rule 12(b)(6) motion to dismiss by Defendants and page limits for the briefs (ECF No. 38);

WHEREAS, on May 7, 2020, the parties filed a Stipulation and Proposed Order proposing a new briefing schedule in light of Lead Plaintiffs' intention to amend their Consolidated Complaint (ECF No. 39), which the Court Ordered on May 8, 2020;

WHEREAS, on May 21, 2020, Lead Plaintiffs timely filed an Amended Consolidated Class Action Complaint (ECF No. 41);

WHEREAS, the Parties have different understandings of the Court's instructions during the April 30, 2020 hearing regarding the page limits for the motion to dismiss briefing;

WHEREAS, the Parties desire clarification and certainty regarding the page limits for their forthcoming briefs; and

WHEREAS, the Parties have reached a mutually acceptable compromise, subject to Court approval, to resolve their different understandings concerning the page limits applicable to the forthcoming motion to dismiss briefing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that, subject to Court approval:

1. The Covetrus Defendants may file a combined moving brief in support of their motion to dismiss of no more than 40 pages.

2. The Henry Schein Defendants may file a combined moving brief in support of their motion to dismiss of no more than 25 pages.

3. Lead Plaintiffs may file a total of 55 pages of opposition briefing.

4. The Covetrus Defendants may file a combined reply brief of no more than 20 pages.

5. The Henry Schein Defendants may file a combined reply brief of no more than 10 pages.

Dated: June 18, 2020

Respectfully submitted,

*/s/ Brandon Marsh*

**SAXENA WHITE P.A.**
David R. Kaplan (*pro hac vice*)
Brandon Marsh (*pro hac vice*)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Tel: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com
bmarsh@saxenawhite.com

Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com

Joseph E. White, III (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 394-3399
Fax: (561) 394-3382
jwhite@saxenawhite.com

*Counsel for Lead Plaintiffs City of Hollywood Police Officers' Retirement System and Pembroke Pines Pension Fund for Firefighters and Police Officers*

**KLAUSNER KAUFMAN JENSON & LEVINSON**
Robert D. Klausner (*pro hac vice* forthcoming)
7080 Northwest 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*

*/s/ Jordan D. Hershman*

Jordan D. Hershman
Jason D. Frank (*pro hac vice* forthcoming)
Emily E. Renshaw (*pro hac vice* forthcoming)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

*Counsel for Defendants Covetrus, Inc., Benjamin Shaw, and Christine T. Komola*

*/s/ Richard A. Rosen*

Richard A. Rosen
Nicholas Angelo Caselli
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3305
Fax: (212) 492-0305
rrosen@paulweiss.com
ncaselli@paulweiss.com

*Counsel for Defendants Henry Schein, Inc. and Steven Paladino*

**IT IS SO ORDERED.**

Executed this _____ day of June 2020.

_________________________________________
Honorable Gary R. Brown
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this __th day of June, 2020, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jordan D. Hershman*
Jordan D. Hershman
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001