**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CITY OF HOLLYWOOD POLICE
OFFICERS' RETIREMENT SYSTEM and
PEMBROKE PINES PENSION FUND FOR
FIREFIGHTERS AND POLICE OFFICERS,
Individually and On Behalf of All Others Similarly
Situated,

        Plaintiffs,

        - v. -

HENRY SCHEIN, INC., COVETRUS, INC.,
STEVEN PALADINO, BENJAMIN SHAW,
and CHRISTINE T. KOMOLA,

        Defendants.

Case No. 2:19-cv-5530-GRB-RLM

**THE SCHEIN DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' NOTICE OF**
**SUPPLEMENTAL AUTHORITY**

Defendants Henry Schein, Inc. and Steven Paladino (the "Schein Defendants")

hereby respond to Lead Plaintiffs' Notice of Supplemental Authority (ECF No. 50) (the

"Notice").  The Notice asserts that the recent decision in *In re Resideo Techs., Inc., Sec. Litig.*,

2021 WL 1195740 (D. Minn. Mar. 30, 2021) supports the Lead Plaintiffs' Opposition to the

Schein Defendants' motion to dismiss the Amended Complaint.

Although the Notice refers throughout to "Defendants" collectively, the *Resideo*

decision has no bearing on the viability of the claims asserted against the Schein Defendants.  As

the Court is aware, the Amended Complaint alleges that the Schein Defendants made

misstatements in connection with the spin-off of Henry Schein's animal health business into a

new public company, Covetrus.  But the company from which Resideo was spun off, Honeywell

International, Inc., was not named as a defendant in the *Resideo* lawsuit, and thus, the court had no occasion to consider whether the complaint stated a claim against Honeywell, or what would be required to do so.  Nor does the decision bear upon claims asserted against Mr. Paladino, since the *Resideo* suit did not name outside directors of Resideo as defendants.

The Schein Defendants otherwise agree that *Resideo* is inapplicable here for the reasons set forth in the Covetrus Defendants' submission (ECF No. 51).

Dated:  April 21, 2021                          Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

BY:   */s/ Richard A. Rosen*
Richard A. Rosen
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3305
Fax:  (212) 492-0305
rrosen@paulweiss.com

*Attorney for Henry Schein, Inc. and Steven
Paladino*