**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA,<br><br>Defendants. | Case No. 2:19-cv-5530 (GRB)(RLM)<br><br>CLASS ACTION |

**NOTICE OF LEAD PLAINTIFFS' SUBMISSION PURSUANT TO
THE COURT'S JULY 21, 2021 ORDER**

In accordance with the Court's Order dated July 21, 2021 (the "July 21 Order") [ECF No. 58], Lead Plaintiffs respectfully submit the attached chart listing "(1) each alleged false statement relied upon by plaintiffs, (2) a pinpoint citation to the document in which such statement is recorded and the paragraphs in which it is alleged[,] (3) the paragraphs of the complaint that set forth the evidence of scienter for such statement, along with pinpoint citation to the documents that support such contentions." *Id.* at 2. To assist the Court in preparing for and resolving the pending motions, the chart is divided into two parts. The first half of the chart provides responsive information for ten key false and misleading statements alleged in the Amended Complaint, and the second half provides responsive information for the other statements.

In addition to the chart, Lead Plaintiffs submit herewith an appendix of documents where such "statement[s] are recorded" or "evidence of scienter for such statement[s]" is set forth—*i.e.*, concerning documents identified or referenced in the Amended Complaint. For the Court's convenience, the cited statements or relevant material has been highlighted. In submitting this appendix of documents pursuant to the July 21 Order, Lead Plaintiffs respectfully reiterate that such documents should not be considered for the truth of the matters stated therein, but if so considered, the pending motions should be converted into motions for summary judgment and discovery should be allowed. *See* ECF No. 45-23 at 6, n.1. In addition, in assessing whether a "strong inference of scienter" is adequately alleged, all well-pleaded factual allegations must be "accepted as true and taken collectively." *Id.* at 16, 32 (citing *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322-26 (2007)).

Dated: July 23, 2021

Respectfully submitted,

*/s/ David Kaplan*

**SAXENA WHITE P.A.**
David R. Kaplan (admitted *pro hac vice*)

1

12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
Email: dkaplan@saxenawhite.com

Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
Email: ssinger@saxenawhite.com

Joseph E. White, III
(*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
Email: jwhite@saxenawhite.com

*Counsel for Lead Plaintiffs City of
Hollywood Police Officers' Retirement
System and Pembroke Pines Pension Fund
for Firefighters and Police Officers*

**KLAUSNER KAUFMAN JENSEN &
LEVINSON**
Robert D. Klausner
(*pro hac vice* forthcoming)
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
Email: bob@robertdklausner.com

*Additional Counsel for Plaintiff City of
Hollywood Police Officers' Retirement
System*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List via the Court's filing system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of July 2021.

*/s/ David R. Kaplan*
**SAXENA WHITE P.A.**
David R. Kaplan
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
Email: dkaplan@saxenawhite.com