# APPENDIX

| Exhibit No. | Document |
|---|---|
| 1 | Transcript of Covetrus Capital Markets Day Investor Conference on February 4, 2019 |
| 2 | Excerpt of Covetrus 2018 Annual Report on Form 10-K dated March 29, 2019<br><br>*This document appears in its entirety at DE 45-12* |
| 3 | Transcript of Covetrus Q1 2019 Earnings Call on May 15, 2019 |
| 4 | Transcript of Stifel Dental & Veterinary Conference on May 29, 2019 |
| 5 | Excerpt of Form S-4 Registration Statement filed by HS Spinco, Inc. on December 26, 2018 |
| 6 | Excerpt of Amendment No. 1 to Form S-4 Registration Statement filed by HS Spinco, Inc. on January 8, 2019 |
| 7 | Excerpt of Amendment No. 2 to Form S-4 Registration Statement filed by HS Spinco, Inc. on January 15, 2019<br><br>*This document appears in its entirety at DE 45-3* |
| 8 | Excerpt of Form S-1 Registration Statement filed by Covetrus on February 7, 2019<br><br>*This document appears in its entirety at DE 45-7.* |
| 9 | Excerpt of Prospectus filed by Covetrus on February 13, 2019<br><br>*The document appears in its entirety at DE 45-8* |
| 10 | *Animal Pharm – Agribusiness* article titled "Ben Shaw: Covetrus can be as big a disruptor as IDEXX" published on March 18, 2019 |
| 11 | Covetrus press release issued May 15, 2019 announcing financial results for Q1 2019 |
| 12 | Raymond James analyst report regarding Covetrus dated October 22, 2019 |

| Exhibit No. | Document |
|---|---|
| 13 | G.research, LLC analyst report regarding Covetrus dated October 23, 2019 |
| 14 | *VIN News Service* article titled "Covetrus CEO: First year was 'mixed bag'" published on February 10, 2020. |
| 15 | Transcript of Covetrus Q3 2019 Earnings Call on November 12, 2019 |
| 16 | Transcript of Covetrus Company Conference Presentation on March 4, 2020 |
| 17 | G.research, LLC analyst report regarding Covetrus dated August 14, 2019 |
| 18 | William Blair analyst report regarding Covetrus dated August 14, 2019 |
| 19 | Credit Suisse analyst report regarding Covetrus dated August 16, 2019 |
| 20 | G.research, LLC analyst report regarding Covetrus dated December 18, 2019 |
| 21 | Exhibit to Form 8-K filed by Covetrus on September 4, 2019 |
| 22 | Guggenheim analyst report regarding Covetrus dated October 22, 2019 |
| 23 | *Press Herald* article titled "Portland-based Covetrus announces another senior management change" published on January 7, 2020 |
| 24 | Covetrus press release issued on November 12, 2019, announcing financial results for Q3 2019 |
| 25 | Transcript of Covetrus Q4 2019 Earnings Call on March 3, 2020 |

# Exhibit No. 1

**S&P Global**
Market Intelligence

# Covetrus, Inc. NasdaqGS:CVET
# Analyst/Investor Day
Monday, February 04, 2019 1:30 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 5 of 229 PageID #: 2891

# Table of Contents

Call Participants ............................................................................. 3

Presentation ............................................................................. 4

Question and Answer ............................................................................. 16

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Benjamin Shaw;President & Chief Executive Officer**

**Christine T. Komola**
*Former EVP & CFO*

**David Shaw;Chairman of the Board**

**Francis Dirksmeier;SVP and President, North America**

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

**ANALYSTS**

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

**Ari Singh;Neuberger Berman;Managing Director**

**David Larsen;Leerink Partners**

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Jonathan Marley Kaufman**
*William Blair & Company L.L.C., Research Division*

**Kevin Kim Ellich**
*Craig-Hallum Capital Group LLC, Research Division*

**Michael Leonidovich Ryskin**
*BofA Merrill Lynch, Research Division*

**Steven James Valiquette**
*Barclays Bank PLC, Research Division*

**ATTENDEES**

**Brian Carlson;Old Derby Animal Hospital;Hospital Administrator**

**John Talmadge;Bigger Road Veterinary Clinic;Practice Owner**

**Jonathan Detweiler;Telford Veterinary Hospital;Practice Manager and Practice Owner**

**Sharon Minninger;Telford Veterinary Hospital;Practice Owner**

**Stephanie Foster;Kings Veterinary Hospital;Practice Manager**

**Tara Adams;LakeCross Veterinary Hospital;Practice Manager**

**Unknown Attendee**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

Good morning. My name is Nicholas Jansen, and I have the pleasure to leading you through today's event. On behalf of our Investor Relations team and all of Covetrus, welcome to our 2019 Capital Markets Day.

During the presentation, we will make statements related to our business that may be considered forward-looking, including statements concerning our estimated fourth quarter and full year 2018 results, financial guidance for 2019 and beyond, management's expectations for our future financial and operational performance as we combine the Henry Schein Animal Health business and Vets First Choice, our business and growth strategy and our plans to execute on our growth strategy and other statements regarding our plans, prospects and expectations. Forward-looking statements may include words and phrases such as we expect, we believe, we intend, we anticipate, we plan, may, likely, upcoming and similar terms. These statements reflect our views only as of today and should not be considered our views as of any subsequent date. We undertake no obligation to update or revise these forward-looking statements as except required by law.

Forward-looking statements are not promises or guarantees of future performance and are subject to a variety of risks and uncertainties that could cause the actual results to differ materially from our expectations. For a discussion of material risks and other important factors that could affect our actual results, please refer to those contained under the heading Risk Factors in our registration statement on Form S-4 and S-1 filed with the SEC as may be updated by other SEC filings.

Further, during the course of today's presentation, we will refer to certain non-GAAP financial measures. We believe these non-GAAP financial measures and other business metrics provide useful information about our operating results, enhance the overall understanding of past financial performance and future prospects and allow for greater transparency with respect to metrics used by our management in its financial and operational decision-making. A reconciliation of GAAP to non-GAAP measures is included within the slides we present today, which can be found on the Investor Relations section of our website at covetrus.com, and the SEC's website at sec.gov.

Now with all the disclosures out of the way, we have an exciting and informative agenda plan for you this morning as we publicly introduce Covetrus to the world for the first time. Today marks a monumental step for Covetrus as our Form S-4, S-1 registration statement became effective this morning and we kick off activities leading up to becoming a stand-alone public company later this week.

While we've been extremely busy over the last 9-plus months bringing these 2 businesses together to form a global leader in veterinary medicine, one thing that has remained a constant and will always so is our passion for veterinarians and their health care teams and -- who are at the center of everything that we do.

During today's Capital Markets Day, we'll talk to you about how our platform is designed to meet the evolving needs of the veterinary practice and our journey to deliver improved practice health, enhanced medical and service compliance and strengthened client relationships for our customers. We will also discuss our strategy and approach to take advantage of the significant market opportunity in front of us and our plan to leverage this opportunity into ongoing profitable growth. And through today's presentation, we intend to show you why we believe Covetrus is a compelling long-term investment opportunity.

Now turning to today's agenda. David Shaw, Chairman of the Board, will begin with a few opening remarks, providing his perspective of the global animal health industry over the last 4 decades and how Covetrus and the team and Board behind it is poised to unlock significant growth for the category.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ben Shaw, President and CEO, will follow with additional remarks about our purpose as an organization, as a champion of the veterinarian, our plans to coordinate and deliver on our goal to advance the world of veterinary medicine and our strategy to maximize the opportunity in the years to come.

Georgia Wraight, SVP and President, Global Prescription Management, will then discuss our platform technology stack and how insights and proactive health care can drive a fundamentally different outcome for all stakeholders.

Fran Dirksmeier, SVP and President, North America, will then highlight the global scale and reach of Covetrus and how we can deepen our relationships with customers to help them thrive and grow.

We will then hear from several of our customers who will provide commentary regarding their real-world experiences in an evolving landscape and how Covetrus can play increasingly a role in their practices' continued growth.

And finally, we'll wrap it up with Christine Komola, EVP and CFO, who will offer details on our financial profile, the planned transformation and value capture as we operate as a combined company and our guiding operating principles. Christine will also provide insight into our 2019 and long-term goals and how we plan to execute against these objectives.

So now let's move on with our comments from David Shaw, our Chairman of the Board. As many of you know, David cofounded Vets First Choice and was also the Founder and Chairman and CEO of IDEXX and Ikaria pharmaceuticals. He has extensive business creation, leadership, investment and board experience and, as a global thought leader in the animal health industry, has significant knowledge of the business and the market. It's also important to say that David is widely recognized for his civic leadership as a faculty member of Harvard's Kennedy School, as Chair Emeritus of the world's leading genetics institute, Treasurer Emeritus of the world's largest science society, as a leader of the National Park centennial, global ocean stewardship initiatives and much more.

So with that, please let me -- joining David Shaw.

**David Shaw;Chairman of the Board**

Thanks, Nick. So let me add my welcome as a Founder and Co-Chair -- and Board Chair of Covetrus. I know I speak for my colleagues that in this golden age of entrepreneurship, where it's a Super Bowl-level joy for us to be doing what we're doing in this greatest period of scientific discovery and new knowledge creation in history. This is just an amazing moment in history that we all live in. And it's gratifying for us to know that we have the ability to harness game-changing new technology to benefit the stakeholders that we aim to serve. In this case, championing the cause of veterinary medicine.

So as Nick said, I played leadership roles in building other successful tech companies. One of these in -- beginning in 1983 was IDEXX Laboratories. And at IDEXX, I led a superb team that transformed the world of veterinary diagnostics. We're really fortunate that some of those early IDEXXers are now part of the Covetrus team.

We saw in our experience in veterinary medicine and at IDEXX that a new generation of immunochemistry and medical device technology could create massive new value for customers, patients and shareholders. And importantly, we define our business not as diagnostics but as an information business for improving patient care and practice management. This focus on highly leverageable information, big data and knowledge is true to an even greater degree here at Covetrus.

So over several decades in animal health, we gained exceptionally valuable knowledge about the global veterinary industry, including manufacturers, veterinary clinics, regulatory authorities, trade groups and supply chain companies. This included a long and significant relationship with Henry Schein Animal Health.

Sorry, catch up on the slides here.

So with our deep experience in veterinary medicine, we've long been well aware of the opportunities to employ new information technology far beyond diagnostics and other applications. And we watched the dotcom days come and go, and we closely followed early Internet applications of -- in financial services,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

retail, health care and other markets. It wasn't until the founding of Vets First Choice a decade ago that we developed deep conviction that Internet technology had proven itself to be capable of delivering the benefits that we envisioned. So with Covetrus, we're harnessing that power from Vets First Choice in combination with the exceptional global capabilities of the Henry Schein Animal Health group.

So today, animal health is a $150 billion global industry. It's a category that's grown steadily and reliably through favorable and unfavorable economic cycles in developed and developing countries around the world. And that growth is driven by many factors: increased pet ownership; expanded importance of companion animals in our lives, this important human-animal bond; and a wide range of more sophisticated and effective health practices that result in higher per capita spending.

So amidst all that growth, that amazing growth in the last few decades, veterinary practices, which are small, independent businesses, have often struggled to keep pace with changing demands and innovation. We saw that this created a clear need for more sophisticated data-driven practice management for better insights into patient management, for more effective practice management and for integrated services to accomplish that, delivered through multiple channels for client engagement. And you'll hear a lot more of that in the panel of practitioners later.

So Vets First Choice was founded with an exceptionally talented and passionate team armed with great conviction about the disruptive value that we could deliver as a stand-alone company. We understood that by harnessing data-driven insights and identifying gaps in care, we could drive a fundamentally different outcome for the industry in some critically important functions, such as prescription management. And the industry responded enthusiastically to that due in part to this looming threat of direct-to-consumer online pharmacies. I think you'll hear more about that, for example, 1-800-PetMeds. So the industry was wary of what the impact of these businesses would be.

Next slide. So very quickly after the introduction of our platform, proactive prescription management translated into winning outcome for all channel stakeholders: improved medication and service compliance, increased revenues for veterinary practices, a differentiated client experience, better customer satisfaction, a strengthened relationship between the clients and the practice and enhanced revenue for manufacturers as we drove higher levels of pet owner engagement and importantly, for example, much more days on therapy, days on therapy that were compliant with the prescription.

So in those early days, we stayed in touch with animal health distributors that we've known for many decades. And it's fair to say that these distributors and supply chain companies, they watched our progress as more and more clinics moved to our platform, and this included Henry Schein and others. We wished we had their scale and resources and their supply chain capabilities. They periodically expressed an interest in gaining access to our ability to deliver better care and improved economics and to integrate our insights with their global supply chain capabilities.

So I've known Henry Schein CEO Stanley Bergman for decades via IDEXX and otherwise. In a meeting early last year, we mused about the power of combining forces to create a better future for veterinary medicine. It was a very bold vision, a transformative version -- vision. And thanks to extraordinary work over the past year, that vision is turning into reality. It's a very exciting reality, and let me talk about that.

So as Nick said, today, we're introducing Covetrus. And I'll note again, as Nick said, that even the name, but certainly the passion of the company, puts vets at the center of everything that we do. This is a global tech-enabled animal health platform. It combines a unique technology stack of insights and software and proactive prescription management and appointment management with the supply chain -- global supply chain infrastructure of Henry Schein Animal Health.

I'll just talk about this. So we had $4 billion in combined revenues in 2018 with approximately 100,000 customers in 100 countries. We have 5,000 team members all focused on the mission of advancing the world of veterinary medicine. And I'll just comment that in my time in veterinary medicine, many veterinary companies were divisions of human health companies. And we've seen -- what we will see here and we've seen in companies like Zoetis, when these companies become focused -- when an entire company is focused on a single mission on veterinary medicine, the results could be dramatic.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

At Covetrus, we'll deliver a multichannel client experience, we'll unlock significant health and financial outcomes for stakeholders by leveraging insights, and we'll redefine the total addressable market as we close these gaps in care. So we're growing the market. And we also in the clinic will drive improved workflow and care coordination.

So we're excited about our management team that we've assembled through this combination. It's a team with diversified mix of experienced leadership. This includes an important element of continuity across the organization plus new executives with the capability to accelerate our transformation and navigate Covetrus to a path for sustainable growth as a public company.

Turning to the Board. Our intention with the Board was to create a Board of Directors that reflects the expansive and transformative nature of the Covetrus opportunity. We think that our slate of nominees achieves that in terms of caliber, diversity and independence. It's a group with a very strong mix of relevant experience, domain knowledge, extensive capabilities across all the key Board functions. That will help us scale our technology-enabled services platform across the globe and deliver on this transformative and exciting mission that we're on. I know I speak for the Board when I say we have a firm commitment to strong corporate governance as we focus on instilling this framework of accountability that drives long-term value creation.

And now it's my honor to turn the microphone over to Covetrus' CEO. He's Benjamin Shaw. He's the Tom Brady of Covetrus. Ben, come on up here.

## Benjamin Shaw;President & Chief Executive Officer

Thank you very much. Thank you, Dave, and thank you, Nick. We work with really amazing medical practitioners, right. Veterinarians manage an incredible array of medical services across different species of patients, right. And they're managing the total health from orthopedics to cardiac care and nutrition, it's an incredibly complex clinical environment, and managing a complex small business. It's pretty impressive.,, It's inspired and it's challenging.

And the pressures on both delivering great care and great financial outcomes in the practice are just under a lot of pressure. And that pressure is coming from a proliferation of new technology and new services, new drugs, new food, new innovation in the category that's making it hard to keep up with in-office inventory management and to anticipate which patient will come through the front door next and what they need and what I have to have on hand at any given time. It's also under pressure from changing client expectations, that we have become hard to please, that we have urgent expectation, we have things to be done now and to be -- things to be easy and fast and good value.

It's also hard, given the incredible range of services that practitioners are providing and the nonstandard nomenclature to figure out across all of that complexity across different breeds and species of patients, exactly who needs what and when. What is the state of care? Who do I need to be in touch with? And how are we doing as a practice relative to other groups? There are many vendors. There's a lot of providers calling on me as a practitioner. And so how do I manage that? How do I coordinate that activity? Particularly if it's facing to my customers, how do I make sure that client communications and services are all connected and have streamlined workflow? It's also hard from an inability to track that to sort of face real gaps in care, to have very low compliance in core products and services.

And so these average practitioners with $1 million to $2 million of revenues with about 1/3 of their product coming from the dispensing of medications and 2/3 from in-office services and with a few veterinarians, how will we grapple with and how will we confront these increasing pressures?

I'll go a little bit further into pharmacy model, which is trying to anticipate all the different SKUs of medications and diets that I need to keep on track. And some of these are perishable or temperature-sensitive or controlled substances that the traditional model of inventorying all of these products in my practice has become stressed. It's become challenged. That some products have minimums and increasing volume commitments to qualify for appropriate discounts, the ability to track and monitor the state of active prescriptions and who needs to refill medications and when. And overall, just a sophistication of pricing strategies and figuring out how to bundle products and services. What's the right retail price, and

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

how do I manage margin across thousands and thousands of SKUs of medications. And meanwhile, as we said, pet owners having higher and higher expectations wanting convenience, wanting things to be automated and easy.

And so I think that the challenge around this is also showing up in the form of increasing Internet and retail pharmacy. We're putting a lot of pressure in the channel. Just in the last 6 years, the number of prescriptions that veterinarians are approving from online pharmacies has continued to increase, approaching over 60% in the last couple years.

And I mentioned uncoordinated workflow. There's many vendors that call in a practice. We have practice management software. We have client communications providers, and appointment management and reputation management systems and postcard companies and payment processing. There's supply chain capabilities, and creating a coordination and managing that environment is complex and almost a full-time job for an average practice.

The lack of standard nomenclature, how we code for like products and services, the standardization of descriptions of SKUs. We don't have reimbursement codes. And so trying to figure out what -- how much of any given medication do I sell and who needs what and when is really hard. It's really hard. Practitioners lack good instrumentation and dashboards to help them give real-time feedback about how we're doing. Some of that is around clinical outcomes and the state of medical compliance. Some of that is around performance of the practice and how individual practitioners and productivity by team member. And so I think that it's a little bit of a gap around how we understand where we have the greatest opportunities. That's a big opportunity for this category. And so a surprise to many practitioners and maybe the channel is that the -- those gaps in care are bigger than we appreciate. We have blind spots for what -- where those gaps are and the magnitude of that.

For the first time, we have been able to, with permission of the practice and on an opt-in basis, be able to organize that information in ways that are useful for practitioners, and the outcome is astonishing. In this example, 4,800 practices who opted into an aggregated de-identified data set have, on average, 5% of their active dogs that they've seen in the last 24 months are 100% compliant for heartworm preventative. 100% compliant for heartworm preventative. 68% of the active clients seen in the practice are untreated for basic preventative services. That's a 68% complete gap in care, a $5 billion missed opportunity for these practitioners. And these gaps exist across preventatives, in-office services, vaccines, diagnostics and other kinds of medications.

And so Covetrus as an organization that is helping practitioners respond to these pressures, to respond to these challenges and organizing in a single provider a set of technology and services and insights that can help our customers better respond to these threats, streamline practice workflow and develop really compelling services to attack gaps in care. Covetrus, as Dave said, we're putting veterinarians at the center of what we do, and we're advancing veterinary medicine.

100,000 customers that we service globally across the United States, Europe and Asia Pacific regions. We have $4 billion in pro forma revenues in 2018, 5,000 team members with a real mix of skill sets across software and chemistry and pharmacy, account management. We have significant supply chain infrastructure on a global basis, supporting pretty much the entire active ecosystem in our space and a complete stack, a complete range of services, the ability to bring -- to meet the total needs of our customers across practice management, prescription management, appointment management, inventory management and other added value services. Our opportunity is to help unlock new value in this channel by attacking gaps in care through both online and in-office and to drive new health outcomes and better financial outcomes for customers. We are redefining and reimagining the total available addressable market.

The platform itself, the opportunity to bring each of these capabilities together in a coordinated and integrated opportunity around how we identify gaps, where we have missed opportunities and how we can be proactive in reaching out to clients to drive active refills or proactive prescription management; how we deliver proactive appointment management and drive clients back into the office for in-office services; how we coordinate that with practice management software and inventory management and developing better demand planning and forecasting and being able to streamline workflow. That opportunity to leverage

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

those services, to attack those opportunities and to deliver a very integrated and seamless end-to-end solution for practitioners is really powerful and has proven that we can drive really significant new health and financial outcomes for our customers and do it across all geographies.

Our 1,200 account managers who call on customers are in a position to help them meet some of these changing expectations. We can meet customers where they are. They want faster, better, easier, simpler. We are able to deliver on that promise; to be able to help think about where they can be proactive versus reactive, how we can drive health outcomes and days on therapy, how we can create -- streamline workflow and reduce manual steps to make sure that systems and providers and services all talk to each other and have a more streamlined activity for busy practitioners. Inventory and on demand, making sure that both online and in office, we've been thoughtful in developing capabilities around food, which is difficult to inventory, right. It's SKU intensive. It's perishable or preventatives or chronic medications. What do we carry in office? What do we shift to online? How do we manage that to avoid waste and to be more streamlined, to be more competitive going forward?

New proprietary products, an organization that's committed to continue and innovate and partner with our manufacturers to help bring new technology and innovation to the market and to think about care delivery.

We're talking about a transition from a passive and reactive sick care model to that of a more proactive health care model, that today, we largely have inbound caseloads, dogs with liver disease or cats who aren't -- just aren't themselves and not eating. And so we are reacting to inbound activity and trying to figure out what we need to do as quickly as possible and react. We have to try to anticipate who will walk in next and what kind of products and services they need and hope that we have the right kind of inventory on hand. And we're so busy reacting to that inbound caseload, it can be hard to be proactive and follow up with clients who have just left. We want to transition that as much as possibly more proactive, to practice better preventative care, to be able to be more automated and more planful, drive services that we know we have, we're ready to support and to be able to follow up with patients in a timely way and put them onto an automated almost annuity stream of automated delivery of medications and diets.

That ability is going to create new value, a win-win-win for stakeholders. It's better for veterinarians. We're going to take some of the drama out of everyday practice management. We're going to improve compliance and strengthen client relationships. This is a win for pet owners and horse owners that we're going to make it easier to take care for patients, where your veterinarian is suddenly better able to coordinate care, particularly for sick patients, and that we're able to both -- manage both in-office and online strategies that just make your lives easier.

And for manufacturers, we are creating significant new category growth, and we're doing it in a way that is 100% aligned with the veterinary channel, that we're reinvigorating the ethical channel to create new category growth and new compliance, and we're doing it while professionalizing pharmacy services, right. We are licensed pharmacies. We're able to do that with proper drug pedigree and chain of custody and proper reporting, proper handling of controlled substances or hazardous drugs. We can do that safely and professionally.

This approach by which we identify patients that have dropped off therapy or are in need for services and to be more proactive is driving very significant new health outcomes. In this chart, looking at groups of customers, on average, we can reasonably expect to triple and quadruple compliance in core products and services, triple and quadruple compliance for core products and services.

We also have been fortunate to partner with practices to do very significant studies on the economic impact of this work that the -- our average industry sales out at mid-single digits as a category that continues to enjoy great growth, but the adoption of these capabilities and to streamline workflow and become more proactive and drive greater in-office appointments and drive greater proactive prescription management is doubling the CAGR associated with total revenue growth. And the third instance, total product revenue on Vets First Choice accounts has more than doubled as a percentage of growth versus non-practices. So the ability to accelerate both services revenues, product revenues and total aggregate revenues is really significant.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The Vets First Choice platform, which we'll describe in more detail, is enjoying really rapid growth. It's a compelling platform to be able to drive a lot of new value into the practice. And so we have enjoyed significant organic growth with over 50% growth in the number of practices who have enrolled just in 2018. And the average engagement, the ramp-up of practices on this platform is very consistent and very predictable. Prescriptions under management have become almost subscription-like revenue and the recurring and increased visibility and the yield on those prescriptions in terms of refill and revenue and an annuity stream to the practice into Vets First Choice.

Our cohort data is very consistent that year 1, year 2 and year 3 of revenues are very consistent and improving year-over-year. Indeed, our 2012 cohorts grew almost 20% last year. So we haven't even really maxed out the opportunity.

We're on a journey to leverage these incredible day-to-day relationships that we've built with 100,000 customers and migrate them up the value chain to develop more sophisticated practice management capabilities, more advanced services for specialty care and to move them ultimately into a next-generation platform that can really help support that transformation from sick care to more proactive health care. That has the effect of driving incremental revenues and higher margins and greater care and stronger, more defensible relationships.

You can do the math, but at 100,000 customers, we -- and generating pro forma 2018 revenues of $4 billion, we have an incredible opportunity just to build on the relationships we have. We can do that by expanding the relationship with practices and upselling and cross-selling additional new value-added services. We can do a better job of driving refill and renewal activity, driving increased appointments. We can just continue to attack gaps in care. And we think that on average at maturity, an average veterinary practice will generate between $500,000 and $1 million of fee revenues to Covetrus.

That significant new growth has earned us and has developed really strong relationships with manufacturers, that we have a very strategic relationship with accounts going forward as an opportunity to help them create new category growth. We offer a global footprint and the ability to develop strategies that work in key markets and replicate that across geographies in the U.S., Europe and Australia, that we're completely aligned with the ethical channel and the active recommendation of the veterinarian, that we're able to be very personalized in our approach. We can use unique offers to connect with patients who have lapsed or become due and not just discount business we already have.

Manufacture guarantees and manufacture drug pedigree and chain of custody is intact in this channel, that products dispensed through our in-office and online channels are -- come with full manufacturer guarantee. And we can deliver a more automated approach and autoship direct to your home for everything you need: food, preventatives and chronic medications. Our go-forward relationships with manufacturers is a really critical part of the success of Covetrus.

And so I'll conclude by saying Covetrus is very, very well positioned in this market. We are addressing a very large and very attractive global market. We have really favorable megatrends in the space around pets living longer and increased visits in the success of our category. The market is unserved. We have significant opportunities to continue to create significant category growth in core products and services.

We are the ecosystem. We're the operating system of veterinary medicine. We interface with the entire channel. From practice management software and prescription management, appointment management and inventory management, we're able to broadly meet the needs of our customers.

We have this unique global footprint with market leadership positions throughout the world. And we're in a position to support our global partners, execute and execute well on a consistent basis. We have both compelling short-term and long-term opportunities for new value capture, both value capture in the form of incremental revenue and profitability of the business but also value capture in delivering better service and faster care.

And we have, as was said, an amazing team, an amazing management team with a lot of continuity of knowledge and leadership across our businesses and geographies. We have new team members who bring

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

really relevant and useful skills into the next chapter of our organization and to be able to do that on a global basis.

I'd like to introduce Georgia Wraight. Georgia is Senior Vice President and President of Global Prescription Management for Covetrus. Thank you.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

Good morning. We have a unique ability to transform veterinary practice both clinically and financially, while at the same time driving better workflow for key aspects of practice management. All in, the Covetrus ecosystem of capabilities can serve as the operating system for the practice, where we link practice management, appointment management, prescription management and inventory management, into a compelling solution that enables the veterinarian to deliver better care. We deliver insights to strengthen compliance and enhance client engagement and improve the veterinarian-client-patient relationship.

Covetrus is a technology leader in practice management and client communications for the veterinary industry. We provide on-premise PIMs, such as AVImark, and cloud and hybrid solutions, such as eVet and Genesis, to meet the needs of our customers, delivering technology to enhance practice performance, drive demand and store clinical information. We have more than 20,000 practices across the globe using our practice information management systems, including more than 50% of the U.S. market and a sizable market share in key European and Australasian regions. These systems connect more than 250 million pet parents.

We are an insights company, and that drives everything we do as an organization to improve better outcomes for our veterinarians. Leveraging the Henry Schein Veterinary Solutions PIMS infrastructure that I just covered in the last slide and workflow as well as Vets First Choice's unique ability to normalize hundreds of millions of raw transactional data points, we can help veterinarians better understand the state of their practice and where there are opportunities for improvement. Armed with that insight, we can then go after gaps in care, utilizing tools such as walk-out reports, compliance reports and predictive scripting.

Covetrus is unique in our ability to drive engagement in a multichannel fashion, both in clinic and online, both from the veterinarian's perspective as well as from the client's perspective. This workflow drives a more coordinated approach and allows both the veterinarian and the client to initiate a therapy. The unique ability to drive engagement at both the practice level and at the client level helps us drive better prescription issuance and onwards to that first fill and every subsequent refill and then onto the renewal of that therapy.

Having a view of the state of compliance and understanding who needs what and when create a differentiated value proposition for our customers and for their clients. Easy-to-use product functionality and 1-click script issuance and ordering creates a seamless experience.

Our targeted insights and analytics drive superior engagement, improves medical and service compliance and increases category growth for the channel. We leverage machine learning and have developed an AI model based on relative signals from the PIMs. We know everything about the pets and the pet's owner: when they're due for an appointment, what diagnostic test they're due, what life stage they're in, what ailments they have. This enables us to drive personalized campaigns to drive customer activity.

Everything we do is in the voice of the veterinarian and on behalf of their practice. We believe leveraging the trusted relationships that Henry Schein has with their customers can help us educate more on the opportunities to leverage technology to improve outcomes for the practice.

We may have a technical malfunction or a user error.

Combining this targeted messaging and proactive prescription management can drive an acceleration in in-clinic products and services. In order to get that heartworm diagnostic and the renewal of that therapy, the pet needs to return to the clinic for that diagnostic test. For those of you that were at VMX, may have

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

noticed that we soft-launched our new fully integrated appointment management tool, which includes a client-facing booking application, a full suite of client communications coupled with PIMS integration, supporting the veterinarian to bring those clients back into the practice for that diagnostic.

We offer a seamless experience to the pet owner where they can book an appointment directly through the platform, which is connected real time to the veterinarian practice calendar. There is an ability to strengthen the veterinarian-client-patient relationship as we fully integrate a full suite of client communication tools across both companies in an easy-to-use application for both the clinic and the practice.

So putting some context around these workflows in real life, we wanted to show you one of the many real-world examples of this problem and how Covetrus solutions can serve as the operating system for the practice to address this.

So just to give you an example. Through the platform, I book an appointment for my dog, Hank, for his wellness visit. I actually do have a dog, and he is actually called Hank. At the end of the appointment, my veterinarian forgets to prescribe Hank's regular medication. Utilizing real-time workflows and leveraging our technology to drive insights, before I've reached my car, I will have received an e-mail with suggested medication that my veterinarian would have likely prescribed at that visit. Now using tokenized 1-click ordering, I can then seamlessly place that order on the platform for my veterinarian to review and approve.

Empowering our customers and our clients with real-time PIMS integration and 1-click purchasing is clear differentiators in our market. The result of this is higher compliance, a greater lifetime value for the pet and a growing annuity stream for the practice.

Now this model is completely pay for performance. There are no upfront fees. It's 100% aligned with the veterinary practice, and it showcases our ability to drive compliance. Our ability to drive refills and renewals at a much higher rate than what can be done inside the clinic is where the beauty of this model takes hold. The practice controls and sets the price on the platform just as they do in clinic. So we're going to walk through a very quick example in real life so that you can see how we drive incremental revenue and margin.

The example on the screen is for an equine product that's regularly prescribed. We're using an industry study for the refill rates, both in-clinic and online. In-clinic, we see a 41% refill rate, which, as you can see, nets out to $291 in contribution for the practice. Now on the platform, we see an increase in that refill rate to 82%, a 39% higher growth. Imagine how that growth could build over the life of a single script as we continue to drive more and more refills. The practice ends up making more revenue, generates a higher contribution margin and even with our service fees as we are able to drive more manufactured guarantees and instant rebates on those second, third and fourth refills.

We recently completed a case study with a large corporate group. As you can see from the results, they're really compelling. They show that we improved gross profit per patient and delivered more than $0.5 million incremental sales when extrapolated over the 2-year testing period. You'll hear from our customers next that when practices enroll on our platform, regardless of the size, they see a growth in revenue and profits while improving working capital management and cash flow. It's a completely different way of looking at the pharmacy relative to the status quo. We stopped the faxes and recapture lost clients as we offer a great value proposition the pet owner through attractive instant rebates and manufacturer guarantees given our known ability to drive refills and renewals at a much higher rate than the in-clinic model alone. Our practices are seeing an increase in in-clinic services, and you'll hear about that later from the -- from a pharmacy study group, due to lowered in-practice invoicing because some of that prescription spend has been shifted online in a separate transaction.

Wrapping my section up, we believe the opportunity of the platform is just at the beginning. We have a powerful operating model that builds upon itself. We are now at nearly 1 million prescriptions under management, a 62% CAGR over the last 3 years. We initiated 100,000 prescriptions in December alone. Growth in therapies under management is an important nonfinancial KPI and has demonstrated healthy

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

correlation to future growth as we attack these opportunities and drive pet owner engagement. We focus on yield per therapy and our ability to drive more revenue out of chronic and preventative prescription.

We're excited to be joining forces with Henry Schein. Their global reach and scale, superior customer service and trusted customer relationships can help accelerate this opportunity and also offer ways to drive prescriptions both online and in clinic with our combined engagement strategies.

Thank you. I'd like to take this opportunity to introduce Fran Dirksmeier, my very esteemed colleague who is the President of Covetrus, North America. Thank you.

**Francis Dirksmeier;SVP and President, North America**

Good morning, everybody. Hopefully, I enjoy my last week as President of Henry Schein Animal Health, North America. And -- but I'm really energized to look forward, and this is a big day for all of us.

My first page is one I share internally all the time. And I have the great benefit of being a product of experience, of lots of years of experience, and I've learned a lot, and I apply all these learnings. And what I know is that leaders, leaders make the complex simple. That's really what we're trying to do here. Leaders use common sense. The thing about common sense, it always isn't that common. And leaders don't wait.

So when we look at this page, we say, wow, our customers may be small business people, but their businesses are complex. They are GPs, general practitioners. They run laboratories. They run DI centers. They run surgery centers. They run pharmacies. We've been talking a lot about that. Some do grooming and boarding. They run retail stores, and some of them are even dentists. That's complex. Then they have to run the business of the business, everything from retaining and engaging and keeping customers to staying in compliance.

So some people, since I've been in this industry, say, gee, veterinarians aren't good business people. What I say is that it's a lot harder to write your name on the front of the check than it is on the back. So if you think about that. So I have a lot of respect and we do for people who have actually started business and put their own money in it to run it, and I think that's important.

So what we try to do and what I've observed is through the years many companies focus too much on what they want to sell their customers. What we try to do is put the company in service, put our company in service so our customers can thrive and grow. That means we have to develop a sense of empathy, and we've had to do that over the years. When we do that, it means we understand what problems our customers need to solve. Then we can deepen our relationships. There's been some commentary here about the relationships historically we've had with our customers with Henry Schein Animal Health, and they are really good, then we understand what problems or what jobs need to be solved. And we believe when we think that way, customers will pull our solutions into their practices. That helps us a lot.

So what we want to be and what we try to be is an advocate, really a trusted advocate. It means we need to think in terms of solutions, and you can't have a solution unless it has an outcome. All solutions have to have outcomes. There's a lot of product-related solutions, but what we try to do is focus on additional things, things like leadership, things like teamwork, things like safety and quality and productivity. Some of the solutions we've had helped customers maintain compliance to OSHA or be ready for DEA audits, things along those lines. And now with our customer base, that opportunity for solutions really explodes, quite frankly.

We think that way and provide these types of real outcome-based solutions we believe our customers reciprocate and want to do business and do more with us because we're helping them thrive and grow. We contact -- we are in contact with our customers every single day, either with our outside sales force, which is significant and has good scale, or inside group, we're in contact every single day with our customers. And that's foundational to our culture.

So we have the scale as the only global animal health technology and services company. We have a lot of scale. We're -- I might have jumped. Did I jump a page? Yes, I think I did. I jumped a page. So we're the only one that has this sort of reach that helps us develop a unique supplier value proposition. So suppliers

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and making customers -- our suppliers successful is really, really important to help on a global perspective but also a local perspective. We can actually redefine, I think, what practice management -- we talk about the PIMS, redefine what practice management is because today, it's all about integration and how can we integrate. This talk now about appointment management and having that be actually part of practice management. And I know none of us get out of the dental chair without that next appointment, which is significant and important.

So we have a large portfolio of proprietary and private brands, which delivers value to our customers, a lot of times on the cost of goods sold but things that manufacturers don't necessarily have overall. And then our support services are jobs, are jobs that we can help our customers be successful with. If you look at us talking about put the company in service, these are the things Ben talked about, I mean David and Georgia, of how we can help our customers thrive and grow. These are the things that we are energized about to bring forward, and we're doing an awful lot of preparation to understand the impact that these solutions have. This significantly expands our value proposition, and our team is pretty excited about it overall.

PSI (sic) [ PSIvet ] is our group purchasing organization. PSI is Professional -- stands for Professional Services for the Independent Veterinarian. It's grown to 5,000 members, 5,000 independent members working together. What we've done is enable an independent practice to have a bigger voice. The buy now has exceeded $1 billion for these independents. We've expanded into technology and insights to help people, the folks, understand their businesses. There's going to be some big lift as now we've become Covetrus and they will support PSI. We've also expanded into education. We have to have people trained, understood, helpful, whether it's teamwork and leadership with quality in OSHA and all those things that I've talked about is significant. So we're really excited about PSI.

We have a compelling supplier value proposition, and now it's expanding more. There's a lot of little boxes on here, I'll try to connect just a couple of them. Our NDSC, which is our National Distribution Service Center, provides great value to our suppliers. It means one ship-to location in the United States. Instead of delivering to all of our forward DCs, there will be one location, we'll be buying full truckload, reduce damages and create productivity. What that means is that our manufacturers get better forecasting, that improves their DIOH, the days inventory on hand. It means their service levels go up with much less damages. It means their cost to serve goes down, so we can create productivity in a frictionless supply line. So all of these things, we're not only focused on the end-use of the veterinarian, we're streamlining the end supply -- the entire supply line so we can carry that forward all the way from manufacturer to point-of-use or home. And I think that's really important overall.

We're the only global, and this has been said a couple of times, technology and solutions provider, the only global one. So we're positioned to help our customers and suppliers, who are expanding to new geographies and sometimes new continents to provide continuity and one value proposition across the board. So we have a great opportunity to align with manufacturers and suppliers today and even more moving forward. Now I have responsibility in North America. And as I said before, we're pretty excited about the end of the week and going into next week as one new company. I can tell you we have a passionate team of people. It's all about people for us. You've got to have people who care, who have been able to deliver that and develop that and continue to nurture that at Henry Schein Animal Health and will do it at Covetrus. We have the capability, the infrastructure and the ability to serve every animal health hospital in America next day. Our mission at Henry Schein Animal Health was the best customer experience possible. That's what it was. So moving to our new company with the vet in the middle makes perfect sense and it just kind of carries it forward.

So our scope of capabilities is significant. We have over 500 people in customer-facing roles, internally and externally. And we interact, as I said, with our customers every single day. We have nice scale, a nice reach, we're the only pan-European supply company, supply and solutions company. We're particularly strong in certain markets like the U.K., Ireland, Belgium, the Netherlands, Poland, Czech Republic, Switzerland and Germany, particularly strong there. But we have a tremendous amount of customers in a lot of countries in Europe, strong positions. And then even in APAC, same thing, we have a lot of scale. We export to a lot of companies. We have emerging in the Hong Kong and China market, too. So pretty good scale all across the globe, and we're excited to take that even to the next step.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. So I think we're going to move to a little break and question. Thanks, everybody.
[Break]

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

Good morning to all of you, and thank you for being here today. Can I ask that you all introduce yourselves and then give a brief description of your practice?

Do you want to start, John?

**John Talmadge;Bigger Road Veterinary Clinic;Practice Owner**

You bet. John Talmadge, Bigger Road Veterinary Center. We -- I'm proud to be part of a 60-member health care team that has the privilege of providing a multitude of services for our patients and ultimately, their owners. We have 2 locations in Ohio. We actually were one of the early adopters of the Vets First Choice platform. And I can remember telling the Vets First Choice people, when we adopted it, that this is going to be a game changer for veterinary medicine, and it has certainly proven to be.

**Sharon Minninger;Telford Veterinary Hospital;Practice Owner**

I'm Dr. Sharon Minninger. I'm an owner at Telford Veterinary Hospital. We're a small animal practice in Northern -- just by the Philadelphia area. I've been a primary care veterinary practitioner for about 20 years now.

**Jonathan Detweiler;Telford Veterinary Hospital;Practice Manager and Practice Owner**

My name is Jonathan Detweiler. I am a practice owner as well at Telford Veterinary Hospital. I have the privilege of running the practice with Dr. Minninger. And much like Dr. Talmadge, we were some of the early adopters with Vets First Choice platform in 2012 and recognized that same thing, that there was something special here that was going to be pretty neat.

**Tara Adams;LakeCross Veterinary Hospital;Practice Manager**

My name is Tara Adams. I'm from LakeCross Veterinary Hospital in North Carolina, a small animal, single-location hospital there. And again, another one of the early adopters of Vets First Voice platform. This is something really special. It's been interesting to see how it's grown and progressed over the years.

**Brian Carlson;Old Derby Animal Hospital;Hospital Administrator**

Brian Carlson, I'm the Hospital Administrator of Old Derby Animal Hospital, Hingham, Massachusetts, just south of Boston. We are a full-service hospital serving companion animals. And we've been partnered with Vets First Choice and Henry Schein Animal Health for quite a while now. So we're excited about the opportunities ahead.

**Francis Dirksmeier;SVP and President, North America**

Thank you for calling that out, Brian. That's very good. Thank you.

**Stephanie Foster;Kings Veterinary Hospital;Practice Manager**

And I'm Stephanie Foster, I'm the Practice Manager of Kings Veterinary Hospital. We're in a suburb of Cincinnati, Ohio. We're a very progressive practice, full-service, small animal practice, providing personalized service to our clients. And we also were relatively early adopters, I think, of Vets First Choice. We joined in 2015 and avid Henry Schein users as well.

**Francis Dirksmeier;SVP and President, North America**

Thanks, everybody. We have some questions. You're probably not surprised. And one of the first things that I talked about when I got up was my favorite pitch, my favorite slide is like how to make the complex simple. It's one of the things we've tried to do. When you run a complex business, it may be

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

a small business, but it's a complex business, so we think we're doing the right thing, bringing these 2 organizations together. We think we're going to have an awful lot of innovation, been able to accomplish or not. How do we help you now specifically? And how do you think we can help you even more in the future? Brian, based in the past one, maybe we start with you.

**Brian Carlson;Old Derby Animal Hospital;Hospital Administrator**

Yes. So I think it wouldn't be wrong to say that veterinarians are slow to change and evolve. Our industry has been kind of the late adopters of most things, technology and other solutions. We are, by nature, medical professionals and scientists at core, and we're not looking for ways to run our business. Frankly, we're not business people. So what we've done over time is we've looked for fixes to our problems. We look for patient management systems to replace our files that were stacking up in our hospitals. We looked for communication tools and solutions when our clients stopped responding to the postcards we're sending out in the mail, things like online pharmacies and prescription management had to evolve out of the fact that our clients were no longer looking to get their products directly from the veterinarian.

And so what happened is we started to apply a bunch of fixes to our problems. We've got a fix here, and we've got a fix here. And when we look at things now in our practices, everything's fractioned. We're served by different vendors, different providers and none of them really cover all of the bases. So we're using multiple platforms and what I would call fixes to solve some of our problems. And so what we're looking for, and I think what you guys are looking to do that we're really excited about, is align things together. It makes my job easier as a hospital administrator, if we have a platform that can communicate with other solutions we have and solve some of my problems, all under one roof and one umbrella. So I think the alignment of the services that we're using today, things like practice management, inventory management, prescription management, communication, bringing those things together, I think is really compelling for us in terms of running our practices more effectively.

**Francis Dirksmeier;SVP and President, North America**

Thanks, Brian. John?

**John Talmadge;Bigger Road Veterinary Clinic;Practice Owner**

Yes, and I think the future, that's where we need to move. I would tell you today what's happening is that as we're very busy, we don't have time for the types of relationship marketing that we need to do as a profession, be able to reach out to our clients and do some of the reminders and so forth. And what -- the thing that we saw with the Vets First Choice platform was a full relationship marketing opportunity, to be able to stay in front of our clients. You buy 6 months' worth of heartworm protection for your pet. We don't have time in 6 months to call you up and say, "Hey, have you got -- and ordered 6 more months for Chloe? It's the best thing to do for her." We just don't have time. We're busy enough trying to answer the phone every day, getting the appointments in, taking care of the clients that are there right now. And what this has allowed us to do is to be able to continue to reach out to our clients, not only today but into the future, improve compliance, keep our name in front of them, that whole relationship marketing opportunity that we've not had an opportunity to do in the past.

**Francis Dirksmeier;SVP and President, North America**

Excellent. Thank you.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

So building on that, how has proactive prescription management altered the way in which you practice? And can you describe part of that journey from where you started and where you are today? And Sharon, you can see I'm looking at you, so you know I'm going to go to you.

**Sharon Minninger;Telford Veterinary Hospital;Practice Owner**

So as a veterinarian, it's completely changed the way I made a practice medicine. When a client comes in for their annual exam, we're able to talk about the regular preventive recommendations that they

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

may need. We're able to talk about their joint health, perhaps there's a diet that may help their joints or a supplement that may help their joints. "But, oh, by the way, they've been a little lethargic, a little listless." And when I'm able to make a proactive recommendation at the appointment for the chronic care medications that animal's going to need anyway, but I'm able to encourage the client to do additional diagnostic testings in radiographs, in urinalysis and laboratory testing, I can get the optimal care for that patient in the office today and still capture those sales that the client -- products that I've recommended and that they should be using and maintaining on. And so I can maintain the animal's health from when it leaves the hospital for the next 6 months to 1 year, until I see it back. But I can also optimize the medical care and treatment and diagnostic abilities that day because the client actually has more in-day dollars when I split that invoicing out and make the proactive recommendations that they can purchase on their time and when their cash flow allows.

### Jonathan Detweiler;Telford Veterinary Hospital;Practice Manager and Practice Owner

And I'll just -- I'll piggyback on that and say, we're talking about real numbers in these practices. We saw on the first 2 years with this platform, the ability to raise our diagnostic sales and services by over 40%. Which, again, in a practice our size is a real number, provided us with real opportunity. Expanding out on those services gave us the opportunity to diagnose more, see more. We were able to diagnose cases earlier and treat things and ultimately, had healthier pets, which in the end is really what we're looking for. And the platform just continues to evolve to the point where we had an opportunity to move diets over and start to do some of our prescription diets. And we actually doubled our diet sales in the first year when we moved things over. So from a compliance standpoint, pets and pet owners are getting the medications and the recommendations that our clinicians are asking for. So the proactive piece of this puts us in a -- just it's a game changer that allows us to do better medicine.

### John Talmadge;Bigger Road Veterinary Clinic;Practice Owner

If I could add one thing to that because as we did that, too, our in-house inventory numbers actually decreased because we were moving clients through our online pharmacy. We used to have $150,000 of inventory on the shelf at any one point. Now we're still selling all that inventory, but now we're doing it through our online pharmacy. Half of our sales have moved to our online pharmacy. That allows us -- we don't have the shrinkages we used to have. We still are able to offer our clients, if you will, virtual inventory, any of the products that they want. And it's freed up cash flow because we don't have it tied up in all that inventory in the hospital.

### Georgina Wraight
*Executive VP & President of Global Technology Solutions*

Are you able to share any of your growth numbers?

### Jonathan Detweiler;Telford Veterinary Hospital;Practice Manager and Practice Owner

So and like I said, we have seen -- we saw a 40%, 41% increase in diagnostic sales in the first 2 years on the platform, which was fairly significant for us. The other number that's really important that we saw was a shift in our service to inventory, our service to sales margins. Most vet hospitals operate somewhere in the 70% to 30% range. We were at about that 70% service to 30% inventory. We were able to move that bar up to 80% to 20%, which again, for us, is significant because our margins are far better on the service side of the world. And we just wouldn't have been able to do that managing inventory the way that we were. This provided us with a good effective means.

### Sharon Minninger;Telford Veterinary Hospital;Practice Owner

And that's all while we grew our inventory. Again, we're a small business, we grew our inventory by $100,000. So we grew our sales. The margin was less of inventory and more of service, but we still grew those sales numbers as well.

### Francis Dirksmeier;SVP and President, North America

Great. I have the next question. Says here the data that we see shows millennials being the top pet owners now, and that's been a shift, right. It also says, this is very good, that they think and act

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

differently about that. That's very good in the notes. And I can say that's true because 2 out of my 4 kids are millennials. And they do think much differently than me. So what changes are we making? And what changes are you making to your business to try to connect with the millennials?

**Tara Adams;LakeCross Veterinary Hospital;Practice Manager**

The -- I'll speak on that actually.

**Francis Dirksmeier;SVP and President, North America**

Okay, Tara. Thank you.

**Tara Adams;LakeCross Veterinary Hospital;Practice Manager**

I mean I think we all can agree that we're a very technology-driven society at this point. Millennials are probably the biggest part of that. This platform has given us the opportunity to meet them exactly where they are. They want to be able to shop when they want to on their own time, do research, make appointments. So it's enabled us to really leverage this technology. In fact, for our practice, we realized almost 100 -- excuse me, almost $700,000 of additional revenue that is a constant annuity stream that's growing, something that we've not been able to match in any of the other service initiatives that we've put forward thus far.

**Brian Carlson;Old Derby Animal Hospital;Hospital Administrator**

And I think it's not going to shock anyone in this room to hear that the consumer has changed a lot in the last few years. And we, in our industry, need to be responsive and evolve to that as well. I think back to, again, how our customers were acquiring their prescriptions and our responsiveness to that and trying to fight back and say, "No, you shouldn't buy there, you should buy in my hospital." And now we have a solution that allows us to reach out to the client and allows us to meet them in the space that they're comfortable buying and a contact point. And to go back to that proactive nature of it, that's another change in the millennial and I think it's more than just millennial, to be honest. I think it's all of our consumers but maybe the millennials are leading the charge. People want to know what they need for their pet and when we can provide it for them. And they don't want to have to have the burden of, "I call my veterinarian when I need an appointment," or "I call my veterinarian when I need more medication." We need to take the leadership position in that relationship, and we need to be more proactive.

And so these solutions allow us to manage our relationships with our clients from a much more proactive and personalized approach. And I think that, that's the other element of this that we see is we can tailor medicine through things like compounded pharmacies or compounded medications, specifically for a patient that allow us to personalize and customize medication for a particular patient. And that's really what people want today. They want fast service, they want to know that things are unique to them, and they want to know that the people that they're doing business are looking out for them and reaching out to them and making sure that we're staying ahead of the game and giving them what they need.

**Francis Dirksmeier;SVP and President, North America**

Excellent point.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

How do you ensure that your employees continue to stay educated on all of the advancements in animal health, not just inside the -- for medicine, but also from a technology perspective and all the ways in which you run your business? Fran mentioned earlier that we strive, as Covetrus, to make the complex simple. So how do you do that today? And then how can we help you do that in the future?

**Stephanie Foster;Kings Veterinary Hospital;Practice Manager**

I think we've got lots of options out there for education. Henry Schein has done an excellent job with OSHA compliance and compliance in general. But again, to Brian's point about it being really fractionated is we've got conferences, we can send them to and that's not without cost. We have seminars that we can

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

send them to, maybe they're a little less expensive. We can do lunch and learns in our practice, but we've got to shut down the practice to do that. We rely on vendors to send us information about CE dinners that we can send doctors to.

And so we've got lots of options. But what I'm really looking forward to is knowing these 2 companies and how proactive they are in supporting the veterinarian, having a kind of one solution, where we can allow our staff to -- maybe that's on a website or something where they can all go and find information that is from all the different portions of our business. To the same point of Brian that we've got different vendors for all of our fixes, we also have different vendors for all of our education purposes and learning new technologies. And to be able to kind of put that under one roof would be really, I think, an awesome step forward for our profession.

**Jonathan Detweiler;Telford Veterinary Hospital;Practice Manager and Practice Owner**

And I'll go a step further on that and say part of bringing this great family of Covetrus together brings to bear a bunch of different resources. And Fran had spoken about PSI, and we've been PSI members now for quite some time, and we've appreciated the benefit of a purchasing group from a supply chain standpoint. But even PSI has recognized, as this product has evolved, that there's a need for continuing education. And now PSI has become our continuing education resource that we turn to when we're looking to develop our staff. So again, it just -- it matches this culture where you guys are looking to meet us where we need it most, and that's what we're able to have. So it's been a great progress.

**Francis Dirksmeier;SVP and President, North America**

I hope we got that one on tape so we can share with the PSI team. That's terrific. Thank you. Thank you. That's great.

So this one may be one for all of us. But we all have to spend a lot of time trying to stay relevant in today's world. And so how do you -- how are you marketing your practice now, John?

**John Talmadge;Bigger Road Veterinary Clinic;Practice Owner**

And we talked about it, there's the changing dynamics out of there with the millennials coming on board and the old ones like us, the boomers and things and trying to hit both ends of that. What we have found as important is that you've got to talk to your clients, much like you guys are talking to us about our needs, we have to be talking to our clients about our -- their needs as well. And we put together our strategic plan to look at what our clients were asking for, and we started offering those additional services.

Training is a big deal today. You've got all these millennials that they've got no children, but their pets are their children. And they want to know, "I've got this dog. Well, I need to have it trained. I need daycare. I've got some behavior issues because he's a rescue pet that we've adopted and they had separation anxiety, I want that fixed now; or it's a counter surfer." So they're looking for those additional services, and they want the one-stop shop, basically. They don't have time to be going all over. They're working all day but they want to be able to provide the best for their pet. And while they're doing that, they want to be able to make sure that they're getting good value and pricing for that. And so yes, they're shopping online and doing all these things.

So to be relevant in today's age, we've got to be able to meet those needs.

**Francis Dirksmeier;SVP and President, North America**

That's great.

**Sharon Minninger;Telford Veterinary Hospital;Practice Owner**

So I would just add to that and say, traditionally, if you're pet owners and lucky enough to be pet owners, that veterinary-patient -- veterinary-client relationship is hugely built on trust. It's hugely personal. That's a super intimate relationship that we have, even more than you would probably have with your family doctor. And so the level of trust our clients have in us as veterinarians is humongous. That being said, we're not business people. And we want to do all these great things for them. We want to do all those

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

marketing and communication. But that's certainly not our strength. We can do it one-on-one in the office, and we can do great there, but reaching out and technology-based stuff, it's just not where our expertise is.

So partnering with a group like Covetrus to be able to take that intimate, exam room relationship and expand it and allow us to reach it and contact it the way the millennials, the way this generation wants to be contacted makes us look like heroes. And if word of mouth is how our clients hear about us, by partnering with you and us reminding them, "We're still your veterinarian. We still got your proactive script. We still got your back." And you guys have our back in doing that, it's a win for us in being able to market ourselves to the next generation.

**Francis Dirksmeier;SVP and President, North America**

Absolutely. That's excellent.

**Tara Adams;LakeCross Veterinary Hospital;Practice Manager**

And I think to piggyback on that a little bit as far as the communication that Covetrus can help us with. We rely on a reminder system to get patients back into the hospital, to send out a card or an e-mail or a text message. And we finally have an opportunity now with the data systems that they have in place to be able to know which ones work, what the timing -- what timing is appropriate and best to get the return on that. And it's something that traditionally we've done in-house through our practice management softwares. Every practice is different. The benchmarks on those timings is different. So it's nice to be able to have the amount of data capabilities to really say, "This is the right way to do this, and this is going to get you your return on that."

**Brian Carlson;Old Derby Animal Hospital;Hospital Administrator**

And just one more point on the marketing piece is when we have these different solutions that aren't quite syncing up and communicating with each other, when your practice management software isn't quite giving the same information to the client as your appointment management system or your pharmacy management, they're not aligned in sending the same message. And so you're not effectively marketing to your clients if they aren't getting a consistent message from the practice, if they're getting conflicting information. And so having these things pointing in the same direction, I think is really important in the relationship of effective marketing. We need a consistent message that's coming from one source that gives them all the information we need to deliver.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

Now this, I think, is a relatively large question. So I'm just going to warn you all in advance. How have you used technology or business practice to grow your business? And I would also add to that when you're thinking about the answer to that question, from a Covetrus perspective, our combined organization, what do you think we can do to enhance on that further? And I'm going to go to you, first.

**Tara Adams;LakeCross Veterinary Hospital;Practice Manager**

Yes. Well, I think we're in a market that is consolidating. And so there's lots of corporate practices, and there's also lots of baby boomers who don't have an exit strategy. And so I work for a practice that was in that position. My practice owner was looking to figure out how to create that strategy for himself. And so when we aligned with Vets First Choice, we've always used Henry Schein, we were able to really focus on our inventory costs, our cost of goods sold and focus on our revenues. And what we were able to do, we increased our sales nearly 50% over the course of the last 3 years.

Well, what did that do for our EBITDA, right. That's huge. So our EBITDA percentage grew almost 5%, and those revenue dollars, the EBITDA dollars grew pretty significantly. And so what ended up happening is, by my estimation, I think that our practice owner, when he sold to a corporate entity, was able to get probably double what he would have gotten 3 years ago if he had shopped himself out because we did have not only higher revenue -- EBITDA revenue, but we also had higher EBITDA percentage because we've gotten our cost of goods sold down. And so I think that it was probably double what he would have

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

gotten 3 years ago. And I think that, that is so significant for so many veterinarians. And I think that using Covetrus to do that as an aligned solution, I think is going to probably project that even further for a lot of veterinarians as we move forward.

**Jonathan Detweiler;Telford Veterinary Hospital;Practice Manager and Practice Owner**

The one thing that I'll say is -- and again, from a technology standpoint and what we are able to appreciate with Covetrus is an opportunity to hit gaps in care that we have. We have so many different places that, honestly, are blind spots to us in our industry, we don't even know the areas that we're missing. And having the analytics and the horsepower that Covetrus is able to provide us with our own data, looking through our PIMS system, it provides us with those spaces to say, this is a demographic of our clients that we're not reaching. This is an area that we can do better. And then Covetrus takes even a step further and says, "We'll provide you with the action steps to be able to take that data and turn it into sales." So from a technology standpoint, again, just it's going to help us do better medicine by capturing opportunities that we didn't even know we were missing.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

And then how do you feel that, that strengthens your veterinary-client patient relationship? How do you feel like that's grown for you over the last 3 to 5 years?

**Sharon Minninger;Telford Veterinary Hospital;Practice Owner**

I guess I would say you almost alluded to -- and the fact that you're in with your veterinarian for their annual exam, and they might have forgotten to get you the medicine because, quite frankly, you were worried about the ear. You were worried about the separation anxiety. You were worried about the trip you're going to take and where is the animal going to stay. And we discussed so many things in the course of that visit, it allowed us to not miss those gaps in care. And when they are, to be able to recapture them and still always make the best recommendations for our pet, whether it's in the room or after you've actually left the practice, and still maintain that level of care.

So you remember when you get home, "Oh my gosh, I didn't pick up the heartworm medicine." But I've already met you in the parking lot with the e-mail saying, "Here's what you needed." So I can cover that and be everything for that client.

**John Talmadge;Bigger Road Veterinary Clinic;Practice Owner**

And I think it sends a message to our clients that we really do care about their pets. We're paying as much attention to you and your pet, not only when you're in the office but even when you're not in front of us, we want to take care of the health of your pet and the health of the family because of it.

**Stephanie Foster;Kings Veterinary Hospital;Practice Manager**

It makes it a lot more relational versus transactional when it comes to our clients' relationships.

**Tara Adams;LakeCross Veterinary Hospital;Practice Manager**

And I think you alluded earlier about the life cycle of the prescription and how the systems that are in place really help us reach back out to our clients when those prescriptions are expiring to bring them in for more services, to keep that going and keep it seamless without a missed 3 months of heartworm prevention or whatever other preventative or chronic medication that an animal needed to be on and to not miss the services.

**Jonathan Detweiler;Telford Veterinary Hospital;Practice Manager and Practice Owner**

And I think there's one other really key thing not to be minimized here is trust. That this product, this family of services helps us build trust with our clients. Which, at the end of the day, is probably one of the most important things that we have. You guys are guaranteeing us ways to ensure that, that trust continues, and that's important.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

**Francis Dirksmeier;SVP and President, North America**

That may be the most powerful thing that's been said today, quite frankly, the way I see things. We really have to have a company that stands for integrity and values. That's all that really matters, right, in -- at least in my view and in the company that I've been involved with. And I think going forward, it's trust, integrity and values is incredibly important.

So then I have the final question. I have the final question. And we talk internally and externally, but we do it internally talking about helping our customers thrive and grow. So what are some of the business practices -- and I want to go back to you, Stephanie, because you were kind of on this track, some business practices that you've been able to do? And what do you think we could even do more of in these business practices?

**Stephanie Foster;Kings Veterinary Hospital;Practice Manager**

Well, I think the compliance reports have given us visibility. We had no idea that our compliance was so low. If you would ask me, I would have told you, it's probably in the 60% to 70% range of compliance, 100% compliance, not 60% to 70% of not treated at all. Online appointment booking and the visibility of the reports that we receive so we know what are the unfilled prescriptions. Henry Schein has done an excellent job of looking at those compliance numbers for us as well. And I think putting those 2 together and really even giving us more visibility for our inventory management. So when -- if Covetrus can tell us, "Hey, you should be running out of this. Do you need more?" Not just for prescription management for our patients, but also what we carry in practice. I think that's all huge.

**Francis Dirksmeier;SVP and President, North America**

Great.

**John Talmadge;Bigger Road Veterinary Clinic;Practice Owner**

I think that data is just absolutely powerful in terms of not only relationship with our clients and being able to -- for better health outcomes, but in terms of the business and the business health, that data is so important. And the ability to be able to boil that down and give us that meaningful data that's actionable and will help us to continue to grow our business, it's just -- that's what we need.

**Francis Dirksmeier;SVP and President, North America**

Amazing.

**Brian Carlson;Old Derby Animal Hospital;Hospital Administrator**

But it doesn't stop with the data, it stops with that guidance and that input of, what do we do about this? How do we attack this? What -- how can we work together to solve this problem? Because we've had these gaps in care, we've had these gaps in compliance for years. And I think at the core, we've all -- we may not have believed the numbers are all as large as they are, but they -- we know that they were there. But now we have solutions to be able to say, "Let's go after them together. Let's leverage manufacturer rebates to be able to get your client pricing down." Or, "Let's give you a tool to be able to proactively reach out to your clients to drive them back into the practice." So that's -- it's taking the insight and the information, but it's also providing us with a mechanism of what we can do about it, what we can put into our practice.

**Sharon Minninger;Telford Veterinary Hospital;Practice Owner**

It's not just the data. And Dr. John had alluded to this, it's the actionable data. So you don't just give me the numbers and tell me, "Here, good luck." Again, I'm not the business person. You give me the data, say, "Here, we're going to help you. And together, we're going to reach these people and get these people and drive the compliance and the care you're looking to do," and that's what's huge.

**Francis Dirksmeier;SVP and President, North America**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Very well said. So that's what we mean by we -- when we say, "We need to make the complex simple." That's really what we need to do. We need to use common sense, and sometimes it's not so common. And the action means what I meant -- that's what I meant by we don't wait, right. We have information, and we can do something about it. And so it's incumbent on us to do it, to actually act and do it now.

So from my perspective, this is the best part of the whole day so far, right. Getting it from the real perspective. Or no offense, Christine, I know you're still going. But that -- well, but to get the right context is energizing for our company, and hopefully, the industry. So thank you very much, everybody. Really enjoyed it. Thanks for being here.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

So we're going to do a quick scene change here. We'll take another quick break, and then we will have Christine Komola join us, who is Covetrus' CFO.
[Break]

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

# Presentation

**Christine T. Komola**
*Former EVP & CFO*

Well, thank you, everyone, and thank you to the panel. Really, really interesting information. And what I think is important for this team to know is it's one thing to hear about the passion from Ben, from Dave, from Georgia, Fran, you're going to hear from me, we firmly believe in the opportunity, in the information and the data and the tools and the technology that we're going to bring to the clients that we've got.

The reality is it comes back to that panel. Hopefully, you've heard loud and clear from the panel, they are a small business practice made up of veterinarians, and the passion around what the veterinarians actually want to do is serve their clients. They want to take care of their pets. They want to take care of their pet owners. And this whole information, administrative responsibility is not why they necessarily signed up to go into this profession. And that's why the relationship and the strategies that we've got to serve them is so important and why as they engage in what they're trying to accomplish, working with us, it really does help them. And hearing from them loud and clear, it's not always perfect, but it is critical to their practices. And I appreciate their honesty and the fact that they do want to serve their clients and recognize that their administrative responsibility is not their priority. And so we've got to be there to help them. So hopefully, that was value. And I'm sure that the context around that is -- pulls it all back together.

So what I'm going to do is actually just spend a little time talking about the financial model, talking about what we bring to bear and kind of the financial implications of everything that you've heard so far. First of all, most importantly, you have heard and seen we're a $4 billion global company. We are driven by a situation where we've got technology, we've got tools, we've got an ability to bring all of this to our customers in an effective way. Having said that, we've also -- the #2 pure play, in which we can continue to grow our market share throughout the next several years. There's lots of runway despite the fact that we've got a very strong base to build from.

You've heard today from Ben about our opportunity and the lack of compliance that the customers and our veterinarian practices have experienced and how we try to normalize the data. You've heard from Ben around the fact that we expect to bring all of these tools, utilizing the sales force and the trusted relationship of the Henry Schein business. Those are things that we expect to build on our platform, which Georgia enumerated the skills and the technology which will help enhance all of the share of wallet opportunity that is out there, and it's vast. Hopefully, you've been able to understand that the 100,000 customers that we've got worldwide need our technology and that we can help better further their advancement, which ultimately helps expand our own market share. Now these veterinarian practices don't go in and say, "I want to drive my own market share, but we know that by driving the share of wallet, by driving the customer enhancements that, that will be a natural outcome." And we'll continue to do that, not only with the tools technology, but the base of business that we've got in our proprietary brand. It's also in the areas such as PSI, which you've heard from our panelists around the importance of things like that. So it's all of this vast array of tools that we can bring to bear for each individual needs around our veterinarian practices.

Let me be clear. Our world is complex and we want to make it simple. So I'm going to try to be as transparent as I can today and in the future. And I want to be clear on what's kind of in the financial statements for the registration statement for 2018, just to kind of give a little bit of a framework.

So as of 9/30, you can see in the financial statements, we've got sales growth of kind of on a normalized basis for the Animal Health, Henry Schein business of about 6.6% growth. That's a little bit faster than the market. For the Vets First Choice platform, we've got sales growth of about 37%. That's organic growth, excluding the Roadrunner acquisition. So that all, hopefully, makes sense. It becomes more complex, as you look at the EBITDA numbers. As you have seen, there's lots of noise in those numbers. The reality is that the Animal Health business, as we understand and we think about the normal business, is about

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

$195 million as of September 30, that is in comparison to a very different GAAP number because the GAAP number includes overhead charges. It includes other transactional expenses and restructuring expenses.

The Vets First Choice platform number is about a loss of $2 million. That number, if you look at the GAAP number, is very different, primarily because Vets First Choice has incurred significant overhead charges as it relates to this transaction. And as we've positioned ourselves over the past 9 months of getting ready to be a public company, getting ready to work with an amazing Henry Schein business, is it required things to happen such as incremental legal fees, incremental fees, hiring finance people like myself, setting up insurance programs, so there's all these types of expenses which have been incurred. But the reality is as we look at the business, it's $195 million of EBITDA and it's about a negative $2 million in Vets First Choice.

So what does that mean kind of on an annual basis? Here's our basic view of 2018. We believe that the year will be about $250 million in EBITDA. If you layer back on what we think will be the investments required, and we're estimating right now for being a public company supporting this amazing organization, it's about $25 million. The net result of that is about $225 million of an adjusted EBITDA base. That's what we would expect you all to work off of. That's the baseline to take away from today and build the models that you're all feverishly building probably as we speak. You're watching me, probably building your models, right. So these are the things that you actually should take away and work forward from.

Now I'm going to talk a little bit about the investments and things that you can expect on the horizon. If you think about the investments, we've talked about the $25 million, the other area is TSA. So our TSA plan, primarily focused in Europe, is really driven by the need to have double costs as we transition out of the TSAs into our own business. Those will be limited in duration. You'll see those over the next several years, and we've got various iterations of that as we fall off but you'll see a little bit of that.

Investments. So we expect, quite frankly, to invest about $100 million over the next 3 years. That investment is going to drive the value capture that we've got planned. I would also add that these investments are not necessarily all baked into our plans. We're still working through them. Let's be extremely clear, and I'm very clear with all of my new management team, these investments will need to be justified in and of themselves, so they may or may not all come to fruition as everybody would like. But the reality is I expect to be able to invest in a CRM, I expect to invest in sales force productivity tools, I expect to invest in technology around our warehouse systems. These are just some of the things that we will need to do. We will invest in some of the IT global areas, and we will take the time to plan them. We will take the time to make sure that they are prudently -- results in kind of a short payback as well as to make sure that there's a -- there is actually a financial return. So that you'll hear more about each one of these things as we go forward over the next 3 years.

Now as you think about where we are from a strategy perspective. So we've spoken a lot about all of the work and the excitement from Georgia, from Ben, from Fran. The reality is, over the next 12, 13 months, we have an organization to set up. We've only just now, today, really, Thursday, Friday, will we really be an integrated group that will look at the data, we'll look at the underlying vendor relationship, customer relationships, pricing, all of that kind of work. We will focus on the organization. We will focus on the U.S. value capture opportunities. We will focus Europe and Australia on really making sure that we get this TSA process underway in which we can actually transition out of the TSAs. And we will, therefore, make sure that we are very well positioned to be successful for growth in 2020 and beyond. All of this is going to have to happen under the core structure that we've got of serving our veterinarian practices every day. I'm very confident in the plans that we've spent the past several months doing that, but that's really the focus for 2019. Beyond that, we're going to build from the core. By then, we will have focused and had great results. I'm very confident, Fran and Georgia, in our U.S. value capture. We'll turn quickly to the Europe value capture, leverage what we've been doing in the U.S. and be able to rapidly expand that value capture. Continue to build out the proprietary brand strategy, super excited about what we see there because that hasn't been as robust as we think that the opportunity is there. So you'll see and hear a lot more from that area.

So those are just some of the things that as we continue to grow, 2020 is going to be our year that we'll pivot up pretty aggressively.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Let me talk a little bit about the value capture and kind of what it is. So as you've heard, seen us talk about, we expect to have $100 million by -- run rate by the end of year 3 on our value capture. It's -- we can get into a whole bunch of complexity. There's a lot of detail in here. But to keep it simple, the focus is on our customers. The unique opportunity that you will hear continually from us is that the value capture that we've got opportunities is all about the revenue growth. Yes, there are cost savings and synergies around that, but the reality is the vast majority is -- synergy is value capture in the revenue model. It comes starting from moving our customers, getting them on the platform, allowing them to experience what that panel team has spoken about, allowing them to, therefore, build their relationship, enhance the share of wallet that, that platform can enable, and all tides will rise. That is the vast majority of where we're focused.

There are other areas of opportunity, which revolve around the vendor, the merchant relationships, bringing to bear all of the things that our merchants can do to connect the triangle that we've got between the practices, between the merchants and our platform, absolutely an opportunity.

And then there's operational efficiencies. So there is operational efficiencies. We do think we can leverage different areas. And there's good old-fashioned SKU by SKU, better buying opportunities, which we'll be able to realize in the short term. So there's a variety of avenues to go down, but the vast majority focuses on customer migration to the platform and building our share of wallet from there and taking that globally.

Now in terms of the time line. I think as we think forward, we've got about 20% by the end of the next 12 months that we'll be able to experience. We believe that from there, we will continue to build the momentum. So we will have, by the end of the year, very strong momentum in the U.S., and we will, therefore, have that leverage going into 2020. We will have started the European, the Australia world in terms of the value capture. That will be heavy-upped in 2020 and beyond. And so we're very confident at this point, there'll be zigs and zags, that by the end of year 3, we will be at the $100 million run rate marker. We will clearly give this group updates on a regular basis. So as we continue to firm up our plans, I fully expect every time we speak, for an update to be requested, and we will continue to kind of make sure that we're clear on where we're at with this journey that we've got ahead of us.

Now in terms of the growth and our actual guidance. So for 2019, what we are planning is to have our sales growth at market. So we expect to grow at market. That's going to -- that involves really having the dynamics of customer activities that have occurred in 2018 embedded in that. EBITDA, which is the critical one from the bottom line, we expect to be able to enforce the -- continue to invest in the business. We plan for double-digit growth off of the adjusted $225 million EBITDA and feel confident in our ability to execute against that. Having said that, we are going to be able to absolutely plan for growth in 2020.

As we look -- fast forward into 2020, we expect to have sales growth, which is a sustainable high single digits. We expect our EBITDA numbers to continue to grow at double-digit rates. So therefore, our synergies, our actual core business around proprietary brands, global expansion and other activities, just kind of as we continue to harvest our core business to continue to be part of our everyday way we operate our business.

Now the output of that is clearly focused on what our capital allocation is because, yes, we are going into this whole transaction with very large, complex debt that's out there. We are highly leveraged. No doubt about it. We are very -- I am very excited about planning to deleverage that. My long-term goal is to be investment grade. We expect to be able to, over time, we are going to generate a lot of EBITDA dollars. The EBITDA dollars that we generate are going to go into reinforcing that value capture. It's going to go into paying down the debt. We are going to be prudent about how we allocate capital. There will be opportunities in the future, not as much in 2019 necessarily, but for small tuck-ins, which will be accretive on a short-term basis. We will continue to drive towards the prudent capital structure that you all would expect. And once again, I'm sure this will be a topic of conversation for us to talk about on a regular basis, but our management team is fully committed to ensuring that we play down our capital and plan for investing in what matters and will make a difference to the bottom line as well as the top line to drive the EBITDA dollars.

Now as we think about this and all of this creation, I want to reinforce that as we think about the business, as we think about the strategy around compliance, around the technology, around the sales force

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

relationship that we've got with our business partners in the veterinarian practices, as we think about the global stretch that we've got ahead of us, it clearly generates a very obvious sales revenue generation. That leads to, obviously, a variable business where we generate a significant amount of EBITDA. We've got a great base that we're working from today. We've got a core business, which is very profitable and generates cash today. We will continue to do that over the next several years. And that will be the foundation of what leads to prudent capital allocations. I feel very confident in that. And I feel like our management team is very focused on that.

So as we think about our customers and as we think about where we're going, I want to make sure that we answer your questions. As I said earlier, we want to be transparent to the best of our degrees. We don't know everything. We're just pulling our teams together. But I want to take the opportunity to pull back up our Covetrus management team that's here representing a much wider team. And guys, you want to come back up? We'll go through our question-and-answer session.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

# Question and Answer

**Unknown Attendee**

Can you -- yes. It's a great story. Do you have a long-term EBITDA margin goal looking out 3 to 5 years? Because we have such a huge revenue base that's growing pretty well.

**Christine T. Komola**
*Former EVP & CFO*

We're still working through that. So we will come back over time with it. But we do plan, as I said, to continue to accelerate our growth, both on the EBITDA double digit as well as the sales. So stay tuned, but we don't have a stated dollar yet.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

This is Erin Wright, Credit Suisse. Can you speak to the latent synergy opportunities with past Henry Schein deals? They've been very acquisitive in the past. I really don't know how much, for instance, the Polish veterinary business has been integrated with the entire unit. Can we think of that as upside to the $100 million in synergies longer term?

**Christine T. Komola**
*Former EVP & CFO*

As we think about the transition and the consolidation around the organization, we do. I think that these teams with the Henry Schein group have been very independent, and they have not worked together as a management team. The excitement -- we were over in Europe with Mike Ellis and his team several months ago, and the excitement of seeing that group work together for the first time in many ways and to hear, actually, Georgia demonstrated what that platform can look like is a unifying rally cry. So there is upside to that mentality.

**Benjamin Shaw;President & Chief Executive Officer**

I guess I'd just confirm, Erin, that throughout the business, we did have minority shareholders in key businesses throughout the portfolio. And so we have -- those minority shareholders have come out of the business as part of this transaction. And so I think that's really important in terms of creating a structural alignment for the organization going forward.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

And then 1 other follow-up question. Last week, MWI reported under ABC and then IDEXX also reported. It was a little bit subdued growth in terms of underlying practice volume trends in the U.S., and I'm just curious how you would characterize current veterinary demand trends, particularly here in North America.

**Francis Dirksmeier;SVP and President, North America**

Sure. I can take it. I think that in the core distribution business, we have seen a decline in patient visits, and that has been a corresponding slowdown of market growth. So and that's because what I call is the competitors we can't see so many times, which is competitors -- or veterinarians can't see, which is really, what we're trying to do is keep things in the channel for the channel and then deliver better medicines. So what we're going to be able to do is take overall growth and keep that growth in the channel. So we see a different way to grow, which really should help our customers a lot and then subsequently us, too. So that's what we see.

**Michael Leonidovich Ryskin**
*BofA Merrill Lynch, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Mike Ryskin back here, Bank of America. Two quick ones. Earlier in the presentation, you talked about long-term potential for $500,000 to $1 million of fees from the average practice. Clearly, that's well above where you are today and even where most practices are today. Can you talk about what needs to happen to the ecosystem to get there? How do you envision progressing where we are to date and where we are there now in terms of the pharmacy growing?

**Benjamin Shaw;President & Chief Executive Officer**

I can speak to that. And it was fun to see great customers here today, many of which are experiencing that level of success in their businesses. Tara at LakeCross shared that she, at this point, is now over $700,000 in online autoship revenues through her business, and that's just extraordinary success in a short period of time. And so we think that while Tara, obviously, has had great success, and Brian, similarly, Stephanie, all these accounts have done -- have really had remarkable growth. Their application and use of engagement, both with -- with all of our services, in office and online, varies practice to practice. Their success is something that we think we can replicate across the board. So I do not think that, that's an outlier group of accounts. I think that, that's just fundamental opportunity relative to the current state of compliance across the board in North America.

**Francis Dirksmeier;SVP and President, North America**

And I think the key enabler, really, Ben, is combining forces and having our people on the street. And we have -- we're very fortunate to have a lot of training lined up right around the corner within weeks, training our entire organization, and then be able to go out and carry that forward, because relationships really do matter, right. We even heard that in the panel. So we're able to explain and work with our people on site, day to day, really, with our customers, I should say, helps a lot. So that's how we're going to get to the scale, I think.

**Benjamin Shaw;President & Chief Executive Officer**

And last [indiscernible] we did share in the materials cohort data. As customers have onboarded the various kinds of services, we have a very predictable level of ramp in their utilization and how that translates to prescriptions under management or appointments under management and the yield relative to that. And that predictability and that consistency in adoption rates and then subsequent engagement gives us pretty good visibility to where we stand in the maturity cycle and the adoption rate of that technology on a per-customer basis.

**Michael Leonidovich Ryskin**
*BofA Merrill Lynch, Research Division*

And then a quick follow-up. Can you talk a little bit more about the Roadrunner acquisition and the compounding opportunity there?

**Benjamin Shaw;President & Chief Executive Officer**

There's a lot of special situations in our category, particularly around chronic care, where some of the sickest patients have some of the most complex coordination dynamics that dogs with liver disease may be on complex liver therapeutics but also on liver diets and supplements, and it's coming in for regular diagnostics and on preventatives and vaccination programs. And so I think that it's our ability to provide very high trust, specialized services for some of the sickest patients in this category that is an area that we have expanded on both independently throughout Covetrus but also through Roadrunner and through Atlas Pharmaceuticals, our new FDA 503B facility. And so we continue to look for opportunities to help veterinarians identify solutions for where there is not a good commercially available product and where they have very specialized needs to support clinical situations.

I would say that for the category, we have helped professionalize compounding as a service in this category, that we have met very high levels of licensure and accreditation and ensuring that we're operating at best practices. And again, Atlas was a major new innovation for the company, the first 503B facility in the category, providing a very safe and thoughtful solution for in-office use compounds. So we think that, that's a really -- a great example of new innovation we can bring to the channel.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And specifically at a patient level, again, these are some of the sickest patients, 5% of the patients can represent as much as 40% of the total spend in the veterinary practice. And so we can be very helpful to our customers in coordinating care and managing both diets and food and diagnostic and preventive service. This is sort of we're proving what's possible in veterinary health when humans don't get involved, right. That level of coordination care we all hope for in our own lives is something that we're trying to deliver in veterinary medicine.

**Kevin Kim Ellich**
*Craig-Hallum Capital Group LLC, Research Division*

Kevin Ellich, Craig-Hallum. So couple quick questions. Of the $100 million opportunity target that you talked about, is that all coming domestically? Or what percent is coming from the international opportunity? And on top of that, do you think the 100 countries that you're in now is the right size? I guess how should we think about the rollout of Vets First Choice platform in those countries?

**Christine T. Komola**
*Former EVP & CFO*

So I'll take the kind of view of where we are with it. So right now, the focus is on the U.S. value capture. That's the near-term opportunity, and it's a $2 billion business. So it's a pretty significant opportunity. It's where we have got most of the customers. Having said that, Europe is actually very fast-growing and clearly up and running in terms of where we think the value capture is. So we're working through precisely how much will come from each area, but I would expect that Europe will be very aggressive in their plan.

In terms of the countries that we grow and where we actually take the Vets First Choice platform, it's actually rather comical because, right now, they're all fighting to get that platform. So we will vet out where we can do it the quickest and try to do some pilots in the different regions. We feel that it's a great way for the teams to kind of look, get the feel for it, touch it on a smaller scale. But there is -- Georgia is very popular and her team in terms of where we can go and how we'll go, whether it's Australia, U.K., Netherlands. We're working through that piece of it.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

I would agree. And I would also, just to echo that, say that as we've been looking through the -- what our next steps are internationally, the possibilities are actually pretty endless. The model works over and over again in all markets. And so working out what is the best and first opportunity has actually been quite difficult, but we fully expect to be in market in 2020 internationally. And the rollout is pretty aggressive.

**Kevin Kim Ellich**
*Craig-Hallum Capital Group LLC, Research Division*

Great. And then thoughts on Henry Schein's -- Henry Schein Animal Health's legacy businesses, like the products that they have, scales, SmartPak, [ crews ], et cetera, thoughts on what you plan to strategically do with those, if there's any divestiture opportunities.

**Benjamin Shaw;President & Chief Executive Officer**

No. There's not divestiture opportunities. These are part of a portfolio of specialty services that play an important role in our business. And as we continue to roll out proprietary brand products, particularly in medical-surgical space and other categories, we think we have an opportunity to deliver a lot of value. And I would just say, in the U.S. market, the application and the adoption of that might look a little bit different than it does in Europe and Australia. In other words, those businesses have different go-to-market strategies, depending on the markets in which they operate. Fran, do you want to expand on that for the U.S. market?

**Francis Dirksmeier;SVP and President, North America**

On the U.S. market, I think we're going to get off to a really nice start. We just had our leadership meeting where we bring in the top 150 leaders of the company. We do it every year. We had it about

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

2 weeks ago. We actually got to have Brian and Stephanie speak. And so the energy around that was terrific. So that was just -- it was indicative of what we're going into. And what we've been able to build the last couple years as a learning organization, so our people really seek and thrive on the type of training that we're going to be able to give, and we really take it -- we have people who care. And so what we think we can do now, now we're getting to understand this, really help our customers be successful, and that drives us incredibly well. So I think we're going to get off to a really nice start just in a couple of weeks with our whole national meeting, which is hundreds of people to get off to a nice start, and then we'll be kind of in good shape.

**David Larsen;Leerink Partners**

Dave Larsen with Leerink Partners. Can you talk about the legacy Henry Schein sales force and the cross-pollination efforts here? Like have they been trained on the Covetrus solution? Are they going to start earning commission dollars like on their sales of the Vets First Choice products? Can you maybe just give a little more detail around that?

**Francis Dirksmeier;SVP and President, North America**

So the legacy sales force at Henry Schein Animal Health in the U.S. is more than 250 people. And so we cover every animal hospital in America. Then we also have an inside group. We call it the customer engagement group, which is about 125 people. So that's when I say we contact every single customer, we're in contact every single day. We've trained leadership or I'd say we have exposed the leadership in our top 150 meeting, and that was with -- and the best part of the meeting, although I think I did a nice job, was really when Stephanie and Brian came in and really engaged the people.

And so our national meeting is the week of March 4, where we have it all set up mostly with training for the people. And we'll actually certify people, right, that have qualified and certified to go out and represent the platform. Now it's going to take time, right. Good things take time and take work. And progress is way more important than perfection. But after that week, we'll be able to make progress and engage with customers.

There's a lot of resources on the Vets First choice side, so we can actually call for help rather quickly and with real expertise. But we're going to go out and take this platform to the customers who trust us, and that's the plan.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

And I would just add to that as well to say that these sales forces, we have 40 external sales team members in Vest First Choice as well as a whole host of team members internally to deal with how we launch and engage customers. But these sales forces from both Henry Schein and Vets First Choice are used to being in the market together. And so we've been very fortunate to be working together over the last couple of months. We've not been allowed to engage hugely, but the commercial teams from the perspective of training and readiness for day one, and as Fran mentioned, we have a huge Covetrus national meeting coming up here in about a month's time whereby we intend to bring these forces together. There is a full training schedule, and we'll be going out together. So but they've been in the market together already. Just we exist together today.

**Francis Dirksmeier;SVP and President, North America**

It's one of those things where preparation is the prize. So we're putting in the work then to be really prepared after that week.

**Benjamin Shaw;President & Chief Executive Officer**

And that will be a similar model outside the U.S. as well.

**David Larsen;Leerink Partners**

What's the penetration rate right now of like Schein customers for Vets First Choice?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Benjamin Shaw;President & Chief Executive Officer**

Yes, we can't comment on that. And obviously, until post-closing is something that we'll look forward to understand that. But I would just say it's -- the 7,500 practices that were on the Vets First Choice platform end of the year probably have a high overlap with what is almost 90% of the U.S. market that today enjoys relationships with friends, organizations. So I would say that there's going to be some high overlap there and the opportunity is to continue to accelerate adoption.

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

All right. This is David Westenberg from Guggenheim Securities. Just 1 question, 1 follow-up. First your attraction to Henry Schein, and I know you're going to say there's a lot of things to like, so if you can maybe rank order kind of what you like, what you saw attractive in terms of maybe practice management, supply chain, infrastructure. I mean what exactly did you look at and you see, geez, this platform would be great to put Vets First Choice on?

**Benjamin Shaw;President & Chief Executive Officer**

Well, I think the first is cultural. These are 2 organizations that are very, very committed to helping veterinarians be successful. And so we're aligned in that mission. We're aligned culturally. And we look at the opportunity from 2 very complementary perspectives around how we've invested and developed value-added services in office and how we're developing new value-added services for online channel. And so I think it starts there. We have natural alignment around our mission and values and how we think about -- expect to build and strengthen relationships we enjoy. I think that has to be number one.

From there, we're a service organization. And so we are grinders. We support customer relationships every day and being able to deliver accurate, fast, high-quality service levels that customers, as you heard, depend on us every day to make sure that goes well. And these are 2 organizations that really value service expectation and not only from a practice level point of view but at the end user. If we make a mistake or if we don't have it right, we're letting a bunch of people down. We're letting down the health care -- the veterinary health care team, and we're letting down the patient.

And so I think it starts there. Being able to leverage and combine the infrastructure and relationships is practically, short term, very helpful. But I think it starts with 2 organizations extremely committed to this ethical channel and helping veterinarians be successful looking forward.

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

And just 1 follow-up question, and maybe this more for the veterinarians. But they mentioned 41% increase in diagnostics revenue. Now the -- to me, the pharmacy channel is very intuitive in terms of how you increase revenue in the veterinary practice. But the diagnostic channel maybe is a little bit less intuitive. So can you maybe explain what -- kind of what's going on in -- at the practice level that increases diagnostics so much?

**Benjamin Shaw;President & Chief Executive Officer**

Well, I'll make a couple comments and look for Georgia and Fran to jump in. But I guess I would just say, great, proactive prescription management is a key driver to in-office services, that if we do a great job driving heartworm preventative, at the end of that 12 months, we need to see you back in the office for a heartworm screening. And efforts -- we're driving thyroid medications. We need to see you for a follow-up T4 test or for doing -- driving [ vendor ], we need to see you for a follow-up echocardiogram. There's a natural relationship between diagnostic insight and therapeutic recommendations and managing that, not just for 1 year, but second year, third year and fourth year. So a renewal of an annual prescription coincides with a critical diagnostic event in many situations. And so if we're doing a great job professionalizing follow-through and follow-up, naturally, we're going to be driving a whole lot of incremental diagnostic services, and that's a direct correlation. It's actually one of the reasons we're so quickly moving towards launching appointment management capabilities, is because the critical risk to

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

renewal and autoship is not being able to drive that timely follow-up diagnostic in office to ensure that we can perpetuate second and third and fourth year of care.

**Francis Dirksmeier;SVP and President, North America**

I think what I've learned is if we can maintain connection and connectivity to the pet owner through the veterinarian, we can get people to bring in their pets more. And it's really test, treat,, prevent. So it's test, treat, prevent. And then we're driving better outcome -- better health outcomes through better connectivity. That's as simple as I could say. That's what I would say, Georgia.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

And I would also add to say that as you're splitting that invoice now in clinic, the wellness visit, you're taking a portion of that prescription, and now you're buying it online, the pet owner is seeing a lower cost. So they're more willing to spend more money on diagnostic tests. I would say that one of the things I learned from our team, from the customer panel was exactly that. You're finding pet owners are willing to do more diagnostic tests because they're now not spending $200 in that transaction on their preventative medication as well.

**Benjamin Shaw;President & Chief Executive Officer**

The gaps in care that we identify that exist for dispensed medications, look, we have the same opportunity to do work to identify gaps in care, in-office services, whether it's vaccines and fall booster programs or whether it's diagnostic activity, we have an opportunity to identify gaps in-house and drive patients back in for services. And so I think that an indirect benefit already through good prescription management driven a lot of in-house services, and we're going to see a much bigger focus on direct messaging to drive in-office diagnostic services over the next couple years.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. Jon Block with Stifel. Ben, maybe for you, if you could just talk, at a high level, what you'll be able to do with practices that are on AVImark or ImproMed. I mean you talked about being able to leverage of the 90% practices that Schein's touching overall. But I think one of the unique assets of Schein is they've got the #1 position in practice management. So as we look forward, what can VFC do? Or what can you do as Covetrus, so to say, and leverage the PIMS?

**Benjamin Shaw;President & Chief Executive Officer**

Yes. We have an opportunity -- for us, that really is the operating system of the veterinary practice. And we have an opportunity to begin to invest in significant signature enhancements to those applications to identify new workflows and opportunities to improve performance. And that could be broken down into a variety of customer segments. Corporate groups have more complex issues around networks of customers on shared servers or multiple servers or an equine where we're mobile practitioners working off of a truck. So there's different use cases. We're going to continue to identify that, but we're making direct and significant investments in our practice management software. And those enhancements are going to improve functionality, save time in the practice, but also create better integration on the platform. We're going to have more natural integration with prescription, appointment and inventory management capabilities.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And then just a quick one. Christine, a part of this might be for you, but do you guys give any metrics on retention on the VFC platform? And you talked to cohorts going back to 2012. Has there been any churn? And then one in a different direction. One of the slides you threw up showed $250 million of 2018 adjusted EBITDA. And I think the number was $195 million for the first 9 months. So any seasonality that we should be aware of? Because this sort of implies $55 million for 4Q versus $65 million per quarter for the first 9 months.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Christine T. Komola**
*Former EVP & CFO*

Sure. So as we think about -- just to ground in 2018, seasonality is a little bit -- particularly in the spring, and as you've got the flea, tick, heartworm summertime activity, so there's a slight seasonality in there. But it's not kind of dramatic. It's not dramatic. So I think you can expect a steady state going into the last half of the quarter. In terms of other areas that we're focused on, your first question, can you just clarify what your first question was?

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Just on retention. In other words, when...

**Christine T. Komola**
*Former EVP & CFO*

Retention. I think these customers and clients are very sticky. They actually are very particular. So as you have looked at our cohort, you can see that they build double digits over time. It takes time to ramp into the platform. It takes time for these veterinarian practitioners to give us the full capabilities. That is something that we actually think the sales force team from the Henry Schein will help to reinforce faster. But we continue to see that build. It's not a big bang. It builds over time. The retention is extremely high.

**Georgina Wraight**
*Executive VP & President of Global Technology Solutions*

I would just agree with that and just add to say that we don't lose -- we generally don't lose customers, right. The stickiness, to Christine's point, is really, really high. And also, it's pay-for-performance. So we're in it together to perform. And so the retention is unbelievably high, and we don't see that churn that you may expect. We don't see that.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Elizabeth Anderson from Evercore ISI. One of the things I thought was very interesting was how you're looking at the increasing compliance rates, particularly for prescriptions. Where do you see a realistic compliance rate going to over time as...

**Benjamin Shaw;President & Chief Executive Officer**

Yes. So we have done a lot of studies with a lot of manufacturers, and practice is an opportunity to opt-in and directly participate in these programs. And so it obviously depends on different therapeutic programs. We did a -- with 1 manufacturer, we studied chronic care management in a life-saving treatment for horses. And I think the surprise to both the customers and manufacturer base was a mid-30s compliance rate for a chronic medication that is life-saving and has significant benefits. And so we were able to get that into the 80% range after about 2 years into the program. And so I think that 80% to 90% is where we would look to drive compliance for those patients for which we have an opportunity to drive. And there's always good reasons why patients may come off therapy or may stop or substitute onto an alternative product. Compliance levels on food is higher. And so I would just say that there are differences between preventatives, maintenance and chronic medication compliance. The starting point can vary. Preventatives tend to be much lower compliance, NSAIDs or chronic medications might be -- the starting point might be higher.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Okay. And then as you think about the $100 million in investments over the next 3 years, are there any sort of gating factors related to the value enhancement opportunities? Or are you sort of evaluating them on a totally separate set of criteria?

**Christine T. Komola**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Former EVP & CFO*

The plan that we've got in place now is, I'll say, fairly tangible in that we believe that the opportunity is very clear. We understand the customer economics. We understand what it's going to take to encourage share of wallet, enhancement and customer adoption. So I feel really good about that. What we're kind of working towards understanding more are things like areas where we haven't had a chance to dig into, but we know it's there. So for example, manufacturing relationships, we haven't been able to share that. We haven't been able to share pricing. So it's going to be there. We're going to figure it out. But it's not kind of ticked and tied precisely.

The other area is really the adoption internationally and kind of where we go next. We're in the throes of working through that right now, and we'll be able to move faster now that we can actually share specific data. So where there's potential upside is some of the other initiatives around just kind of some of the core capabilities, CRM type of relationships. How are we going to really leverage that globally? Some of the infrastructure, technology platforms that we want to put in place, how can we leverage and streamline some of those processes? Those are things that we haven't actually baked into that value capture today, and we will be able to do so in the future.

### Benjamin Shaw;President & Chief Executive Officer

Maybe I'll just piggyback and say that this is an opportunity. We have a well-run organization. So we're not solving for a problem or a crisis. And so we can be fairly methodical about what we take on next and how we do that. And so this is really a game of discipline, on focusing on those 3 to 4 opportunities that are going to be most impactful. But we acknowledge we're surrounded by a target-rich opportunity to continue to enhance, not just economic value but also service value and services to customers.

And lastly, I'd say, from an organizing principle, you may have seen on the management overview that Tim Ludlow, who is CFO at Vets First Choice, has taken the role of Transition Management Officer -- Transformation Management Officer. And part of that office is to provide a very disciplined, methodical approach to how we stay on track as an organization. We have lots of businesses. They're very busy, very focused on making sure we execute well. And that office will oversee and make sure that we stay on track relative to the realizing of those targets, both new value capture opportunities as well as working through the TSA and separation agreements with Henry Schein Corporate.

### Steven James Valiquette
*Barclays Bank PLC, Research Division*

Steve Valiquette at Barclays. So we've still got some questions on the competitive landscape, and I guess I'm curious if you can talk about Vetsource, whether you see them as a primary competitor and how they're similar or different to the Covetrus VFC offering. And also, just to throw it out there, maybe because Vetsource is partially owned by VCA, does that play a role in VCA perhaps moving to a different vet distributor for their distribution needs recently?

### Benjamin Shaw;President & Chief Executive Officer

Yes. So there are actually many -- the nice thing about working in these categories across geographies, we have many high-quality competitors that we work with across many different geographies. And in the U.S., a number of distributors have distributor pharmacy services that provide home delivery-type capabilities.

I would just say that's a little bit different than Vets First Choice value proposition in terms of really providing insights around gaps in care and how we'd be more proactive around prescription management, that this is bigger than home delivery of product. But whether it's in the compounding and specialty pharmacy space or distributor pharmacy services in the U.S., Europe and other markets, absolutely, there are pure-play providers that do, I think, a really good job. They tend to be smaller companies.

And I think we come back to just what's unique not only about the advanced prescription management analytics capabilities of what we're able to do but to put that into the context of an integrated offering to

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

customers where it is hardwired into practice management software, it's interfaced and coordinated with appointment management capabilities and it's coordinated with in-office inventory management.

But I don't know, Fran, do you want to make more comments about others in this market?

### Francis Dirksmeier;SVP and President, North America

Well, I don't know if I can do a lot better than you with the Vetsource. But what we're building here, Ben, is an ecosystem, right, an integrated ecosystem. And a lot of it does start with the practice management system and the electronic medical record. To have everything come into the electronic medical record in integrating, including prescription management and then how we get it to, then the logistics of how we get it to home, that's an output is really what it is. So that's not the end-state solution. That's an output of how we manage this, creating systemness in the integration in animal health. That's what we -- how I would explain what we do, and that's the difference.

### Georgina Wraight
*Executive VP & President of Global Technology Solutions*

Can I just add to that as well and say you heard the customer panel speak earlier about how they have all of these providers that provide all of these solutions, and they are point managing every single one of these solutions. What we aim to do is bring forward one. The practice information management system is the operating system for the practice. So everything that we do that read, writes back into that. I talked before about Hank's medical record being updated with the recommendation. With being able to book the appointment through the platform that's linked to PIMS system, all of that is how we seamlessly run that organization. We help the veterinarian be able to have 1 solution to be able to do that.

### Benjamin Shaw;President & Chief Executive Officer

Maybe last comment on this because I think it's worth acknowledging that while I think we offer a really compelling array, from time to time, we'll discover providers who do something very -- a very specific skill set that they have developed and really developed market knowledge. And I think there was a question earlier about Roadrunner. And Roadrunner had developed some very unique skills and specialty capabilities that were just unique and for which they were a clear market leader. They had useful IP. They had really advanced capabilities around sterile injectables and areas that were complex for Vets First Choice to be able to take on, on their own. And so that was a very complementary fit. And by bringing the Roadrunner capabilities into our environment, we solved and expanded our set of capabilities. And I'm sure from time to time moving forward, we'll identify other categories, whether it's oncology or allergy or other markets where somebody has developed really unique capabilities to solve -- or to address challenges for subpopulations of patients who have very -- who have -- require capabilities that go beyond our current skill set.

### Steven James Valiquette
*Barclays Bank PLC, Research Division*

Can you address VCA [indiscernible]?

### Francis Dirksmeier;SVP and President, North America

Yes. Well, personally, I hate to lose anything. I would tell you that. I would admit it. However, this is not surprising at all. VCA is really Mars. Mars made a decision to consolidate. And probably, we had it more than we thought we would, quite frankly. And we are going to maintain a relationship with VCA and with Mars. We do business with a lot of segments with Mars. We'll be in a position to still serve VCA. And right now, we're still earning it daily, just like we do in every other account.

So at some point, things will change. But at this point, it was just simply a consolidation. I don't really think -- could Vetsource have had an impact? Maybe, but I think it was really just a consolidation with Mars.

### Christine T. Komola
*Former EVP & CFO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

COVETRUS, INC. ANALYST/INVESTOR DAY | FEB 04, 2019

And just to reinforce, the reality is it was a low-margin account, and it was sales, yes, but margin, it won't impact things significantly.

**Francis Dirksmeier;SVP and President, North America**

I would agree with that, Christine. It was a low-margin account.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Andrew Cooper from Raymond James. Just a quick question on kind of where we stand on the rollout. You said soft launch pilot of the appointment management. And then is there anything else sort of along those lines where you think there's sort of a compound benefit that you could add to the platform that would kind of hit multiple fronts like that?

**Benjamin Shaw;President & Chief Executive Officer**

Yes. We probably -- we, obviously, you can imagine, have a really compelling product road map. We're not going to -- I don't think today is the right forum for walking through that. But I would say, I think one of our customers said that we have -- we continue to engage customers and get a lot of feedback about ways that we can improve usability, ways that we can improve connectivity with their in-house practice management software. And so I think that part of our commitment to customers is to continue to be responsive and to continue to find ways that we can make our platform be better, faster and easier to use.

I would say that I wouldn't want to overlook the fact that there's a lot of small enhancements, that there's a lot of tweaks and smaller level of enhancements that we can make every week and every 2 weeks that are almost as important as larger size, new functionality. So we will continue to invest significantly, but some of that will be just streamlining and making easier the platforms that we already have on the market. And yes, we did, at VMX, introduce appointment management. I think that's going to be a terrific new application.

**Ari Singh;Neuberger Berman;Managing Director**

Ari Singh, Neuberger Berman. Two questions for Christine. First, on Slide 38, you guys talked about the pay-for-performance model line with practice, and you give some numbers about incremental scripts. Just trying to tie it to the P&L of you guys. Can you just offer some perspective in terms of what your P&L and these transactions would look like in terms of your cost of goods and margins, really trying to get to a contribution margin?

And then finally, you talked about getting to double-digit growth starting in 2020 and accelerating. Can you just narrow the range a little bit for that? I mean, obviously, we can all dream the dream in 30%, 40%, 50%. Can you just offer some perspective, how one should think about that?

**Christine T. Komola**
*Former EVP & CFO*

Okay. Let me start with the first question. In terms of that P&L, if you think about it, we basically have the Covetrus model. We are recognizing revenue for the product portion of what we sell. So that is revenue to us. It's cost of goods sold to the practice. We also recognize as service fees, we recognize revenue that relates to each transaction. So it's -- there's a transaction fee for each transaction. So it truly is a pay-per-performance on that model. So it's fairly simple. Obviously, the mix of the product makes a difference in terms of what we sell, whether it's a pharmaceutical product or just literally a tangible product. So hopefully, that helps.

And then in terms of our go-forward projections, we are not in a position right now and -- to kind of give you an annual number beyond 2019. But suffice to say, we do continue to expect to see sustainable growth. We will continue to kind of communicate more and more as we build our business together between the different teams. So more to come on that future projections.

**Nicholas Michael Jansen**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Vice President of Investor Relations*

Any more questions? Probably have time for 1 more or 2 more.

### Unknown Attendee

The $100 million of onetime expenditures, can you walk through how much of those will be expensed versus capitalized? And then it sounded like some were not in the forecast. So I guess can you kind of directionally give us some indication of what's in there?

### Christine T. Komola
*Former EVP & CFO*

So as you look at the projections, we are building the plans around those as we speak. So how much is capital? It could be 50-50, could be 2/3. So we're working through that right now.

In terms of the areas that are not in there, there's a lot of work, particularly in the forward -- in the future areas that aren't in there. So for 2019, those are pretty much baked into the numbers, I would say. And a lot of that is actually the infrastructure piece to get us up and running. The investment in IT, collaborative tools, the start of a kind of planning for CRM or planning for WMS, those types of activities would be in the 2019 numbers already. We have not kind of gone detail to build up what we think the incremental opportunity is beyond 2019. And as I said, we'll continue to kind of reinforce what we see and how we think about that as we build our plans.

### Jonathan Marley Kaufman
*William Blair & Company L.L.C., Research Division*

Jon Kaufman from William Blair. Christine, a question for you. Can we just talk about the assumptions behind the long-term revenue target? I guess what do you expect in terms of growth, in the number of customers being added to the VFC platform? And how does that compare to what Vets First Choice would have done on a stand-alone basis? And then the expectations for the performance of the core Henry Schein Animal distribution business in light of some channel leakage.

### Christine T. Komola
*Former EVP & CFO*

As we think about that, the key is that enrollment number, you're absolutely right. We are believing and you firmly are excited about the fact that what -- the enrollments will come faster because of the relationship that these guys have with that sales relationship. So we expect that sales team, which we are launching a very detailed training mechanism that Georgia and her team have put forward. So we will come forward over time in the next -- as we build out the plans, what that enrollment will look like. But suffice to say, not only is it going to be a bigger number than what we've seen, I think to me, what's important is I expect that to come faster because we're going to have this several hundred sales force going after it.

And then in terms of the actual plans that we've got to do that, I think you'll -- that's going to be the key that we'll continue to communicate on.

### Benjamin Shaw;President & Chief Executive Officer

But the intention for that is to go-to-market as a single organization, right, that Fran and his organization are face to customer. And the opportunity to bring this ecosystem of services, this portfolio of services to bear will be made available through a single account manager that can really now holistically speak to the organization. And we're moving away from a history for right or wrong that was more -- where we operated more stand-alone services. And so by offering a more single face to customer and a more coordinated approach, we think that's going to be really powerful, both for empowering our account managers, but it's also going to be easier to do business with us going forward.

### Christine T. Komola
*Former EVP & CFO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then on the core question, the core business, there's obviously customer challenges out there every day that Fran and his team have to face, but the reality is they continue to grow at the market, at the -- and the market is very healthy. This year, you grew faster than the market slightly. So I don't see any changes from that. So the core business is strong, there's foundation there, and it's building on a lot of strong products, strong services, which will probably get better the more and more the team, and to Ben's point, is integrated. So that's why I believe in those numbers.

**Francis Dirksmeier;SVP and President, North America**

Yes, the core business is healthy. It has been for a lot of years. But it's a healthy business. Our team has been waiting for a while. We're really just ready to go, all right. Enough of this, let's get going. So that's really good. We got our training.

When I talked and made my comments, we have developed a sense of empathy. And if we follow one of the great business minds of all time, Saint Francis, seek to understand before you are understood. So that's what our training is all about. We'll have that on the week of March 4, and then we're ready to go.

**Michael Leonidovich Ryskin**
*BofA Merrill Lynch, Research Division*

Mike Ryskin again. A quick one. The cohort data you showed earlier, the growth over time, 2012, '13, 14, could you just talk a little bit, is that year-over-year growth for each vet practice? Is that more revenues per pet owner? Or is that them getting more pet owners on, where in the first year, they're only using 10% of their clients/pets are using it? Is it broader services? What's the progression over time?

**Benjamin Shaw;President & Chief Executive Officer**

Yes. Well, you bring up an important point, which is that -- so on a per patient basis, we have an opportunity to do a better job of following through and maximizing the lifetime value of an individual prescription, right. Do we capture the refills? Do we capture renewals? And were they on therapeutic diets? Were they on preventatives? Do we kind of capture the active recommendations for that? And did we max out that opportunity? And that's part of our -- that's part of the value proposition.

The other part is to make sure that we have a larger number of the clients. It's a bit of a share of wallet within the practice of the number of patients that are enrolled into these programs and how we can do that. So it's a -- there's multiple factors that work there. But yes, the individual practice, that is looking at it from a same-store sales perspective.

**Nicholas Michael Jansen**
*Vice President of Investor Relations*
Great. Well, thank you all for attending the Capital Markets Day. I'm sure we'll hear from a lot of you over the next couple of days and weeks. And again, appreciate your time.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

# Exhibit No. 2

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 10-K

### ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 29, 2018**

**OR**

### TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the transition period from          to**

**Commission file number 001-38794**

# COVETRUS, INC.
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **83-1448706** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**7 Custom House Street**
**Portland, ME 04101**
**(Address of principal executive offices)**
**(Zip Code)**

**(888) 280-2221**
**(Registrants telephone number, including area code)**

**N/A**
**(Former name, former address and former fiscal year, if changed since last report)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Exchange on Which Registered |
|---|---|
| Common Stock, par value $0.01 per share | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes    No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes    No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes    No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes    No
Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrants knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of large accelerated filer, accelerated filer, smaller reporting company, and emerging growth company in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer | Accelerated filer |
| Non-accelerated filer | Smaller reporting company |
| | Emerging growth company |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.
Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes    No  .

As of June 30, 2018, the last business day of the registrants most recently completed second fiscal quarter, there was no established public market for the registrants common stock, par value $0.01 per share. The registrants common stock began trading on the Nasdaq Global Select Market on February 8, 2019.

There were 111,338,881 shares of common stock outstanding as of March 15, 2019.

### DOCUMENTS INCORPORATED BY REFERENCE

None.

PART I

**Item 1.     Business**

**Overview**

We are a global, technology-enabled animal health business with a comprehensive service and technology platform and supply chain infrastructure dedicated to supporting the companion, equine and large animal veterinary markets. We have combined the complementary capabilities of the animal health businesses previously operated by Henry Schein, Inc., or the Animal Health Business, and Direct Vet Marketing, Inc. (d/b/a Vets First Choice), or Vets First Choice, bringing together leading practice management software and supply chain businesses with a platform approach based on technology-driven insights, designed to promote connectivity between veterinarians and owners of pets, horses or large animals who purchase products or services from veterinarians, whom we refer to as Clients. Linking the power of insight and analytics, client engagement, practice management software and supply chain expertise into a multi-channel platform, we believe our innovative approach will support the delivery of improved veterinary care while driving increased demand for our products and services.

We have a talented team of over 5,000 employees positioned to support veterinarians evolving practice needs with an expanded offering that we believe enhances the Client experience and improves medical and service compliance. In addition, we seek to improve veterinary practice economics by helping veterinarians identify and manage gaps in care through proactive prescription management, inventory management and supply chain expertise, specialty pharmacy services, innovative solutions to chronic care disease management, veterinary practice management software and client communication tools. Further, as a global company focused solely on animal health with a multi-channel strategy, we seek to leverage our decades-long experience within the veterinary channel with a differentiated value proposition by increasing innovation, providing a more comprehensive set of integrated services, improving the experience and engagement of Clients and of the people and entities that purchase products and services from us, whom we refer to as Customers, and driving cost-effectiveness through efficient delivery of next-generation solutions.

By bringing the Animal Health Business and Vets First Choice together into one company, we expect to enhance our growth opportunities with our large base of established Customers and Clients and secure new business. We believe the combination of our capabilities serves as a foundation for incremental revenue growth and operational synergies. Pro forma, combined net sales in the fiscal year ended December 29, 2018 were approximately $4.0 billion.

**History and Corporate Information**

On February 7, 2019, we announced that we had consummated the previously disclosed Reverse Morris Trust transaction contemplated by (a) the Contribution and Distribution Agreement, dated as of April 20, 2018, as amended, or the Contribution and Distribution Agreement, by and among us, Henry Schein, Inc., a Delaware corporation, which we refer to herein as Henry Schein or the Parent, our parent prior to the Distribution (as defined below), Vets First Choice, and Shareholder Representative Services LLC, a Colorado limited liability company, solely in its capacity as the representative of the Vets First Choice stockholders and for the purposes of certain articles set forth therein, or the Vets First Choice Stockholders Representative and (b) the Agreement and Plan of Merger, dated as of April 20, 2018, as amended, or the Merger Agreement, by and among us, Henry Schein, HS Merger Sub, Inc., our wholly owned subsidiary, or Merger Sub, Vets First Choice and the Vets First Choice Stockholders Representative. In accordance with the terms and conditions of the Contribution and Distribution Agreement and the Merger Agreement, (i) prior to February 7, 2019, Henry Schein contributed the Animal Health Business to us, which we refer to as the Reorganization, (ii) on February 7, 2019, Henry Schein distributed all of the shares of our common stock, par value $0.01 per share, or the Common Stock, that were then owned by Henry Schein (after giving effect to the Share Sale discussed below) to Henry Schein stockholders

2

Table of Contents

*Practice Management Software and Value-Added Solutions and Services*

We offer our Customers more than just veterinary supplies, serving as an integral partner to our Customers practices for information management solutions and client communications. We offer innovative technology-enabled solutions and services, including practice management software, support, data driven applications and related services. Our practice management solutions provide practitioners with electronic medical records, treatment history, billing, accounts receivable analyses and management, appointment calendars, electronic claims processing and word processing programs. For example, we support, develop and provide veterinary practices with veterinary software systems, including AVImark, eVetPractice, ImproMed and ImproMed Equine in North America, and Robovet, VisionVPM and RxWorks in the United Kingdom and Australia. Moreover, we offer solutions that integrate with our software platforms, including client communication services such as Vetstreet and Rapport, reminders, data backup services, hardware sales and support and credit card processing. In total, we offer value-added services to our more than 20,000 practice management software Customers worldwide.

*Prescription Management Platform*

We offer a prescription management platform that empowers veterinarians with insights that are designed to increase Customer engagement and veterinary practice health. The platform, which is built into the veterinary practice management software workflow, leverages insight and analytics, Client engagement services and integrated pharmacy services, and is designed to improve medical compliance via proactive prescription management. By working directly with veterinary practices to manage gaps in care, we seek to enable our veterinarian Customers to create new revenue opportunities, adapt to changing Pet Owner purchasing behaviors, enhance their Client relationships and improve the quality of care they provide.

While the global companion animal market is growing, we believe veterinary practices are currently combating pressures tied to the growth of e-commerce and retail competition. Evolving Client purchasing behavior has resulted in product revenue moving outside of the veterinary practice channel, creating financial pressures for veterinary practices that we believe will increase over time. We believe these increasing burdens create an opportunity for our prescription management platform to change veterinarians relationships with their Clients and the fundamental economics of their practices by providing greater insights into medical compliance and managing gaps in care. We believe that redefining how prescription management is delivered can not only help veterinarians recapture and grow their product revenue but also drive in-clinic service activity.

Our technology platform encompasses and integrates the core functionality of pharmacy service and prescription and inventory management in a single, secure and regulatory-compliant system. The underlying core of the platform is its real-time integration with veterinary practice management software systems and the ability to normalize and interpret analytics on disparate client records, creating a standardized view to help identify gaps in care in a specific veterinary practice. With this detailed insight organized by Client, therapy and practitioner, veterinarians within the practice can use that information to proactively manage prescription delivery. Our veterinary practice Customers engage on our platform in an effort to improve medical compliance and enhance practice economics while also offering convenient, more affordable, on-demand, high-quality veterinary medicine to their Clients and their pets and horses. The platform offers both the veterinarian Customer and its Client an experience centered on improving medication and service compliance. We believe veterinarians, regardless of geography or specialization, can leverage prescription management and client engagement with our platform.

The prescription management platforms business model is aligned with the objectives of our veterinary practice Customers. A significant portion of our platforms revenue is derived from the integrated pharmacy services we offer, based on the number of filled, refilled and renewed prescriptions that our veterinary practice Customers are channeling into the platform marketplace. This pay-for-performance model provides for increased engagement on the platform and drives more Pet Owners to the network as veterinary practices expand and broaden the suite of products made available by our Customers to their Clients on the platform.

5

Our integrated prescription management platform solution is designed to position us at the center of the relationship among the veterinarian, Pet Owner and manufacturer and as a key participant in the market for veterinary prescription management services. We regularly incorporate new product features into the platform to meet the evolving needs of our Customers and their Clients and to enhance differentiation, designed to drive revenue for our veterinary practice Customers. Our prescription management platform supports the following capabilities:

insight and analytics from internal and external data sources, such as practice management software;

algorithmic interpretation of data to identify gaps in care by animal, therapy and practitioner;

proactive client outreach and engagement tools to narrow gaps in care;

practice management software integration into existing workflows to proactively engage and coordinate accredited pharmacy services; and

reporting and tracking of clinical and financial outcomes.

Our ability to normalize data from disparate sources within the practice management system enables us to incorporate pet, horse and Pet Owner information and clinical insight effectively and to provide individually tailored strategies for them. Our data integration, conversion and support services and solution delivery capabilities provide a single point of integration with more than 20 practice management systems, enabling a growing number of veterinary practice Customers to benefit from the platform.

We help veterinarians turn data into actionable insight and effectively integrate this into their workflow. We are able to standardize information, providing timely and useful insights. With gaps in care identified, our platform offers proactive prescription management and integrated pharmacy services designed to drive Client engagement and improve medication and service compliance. We believe this integrated solution offers a multitude of advantages over a piecemeal approach.

The configurable nature and broad capabilities of our prescription management platform help enhance the benefits our veterinary practice Customers receive and help increase the effectiveness of our veterinary practice Customers existing practice management software technology architecture. Our solutions are delivered as integral components of our Customers core operations, rather than as add-on solutions, enhancing the overall value proposition we offer. We leverage the platform and centralized resources in conjunction with the growth in our veterinary practice Customers client lists to provide additional functionality and insight.

We believe our focus on providing deeper insights into medical compliance and integrating those insights into the veterinarians practice management workflow has created a platform that fundamentally strengthens the economics of the veterinary practices and the veterinarian-client relationship.

For the veterinarian, our prescription management platform enables proactive prescription management and integrated pharmacy services, which we believe simultaneously narrows gaps in care and enhances medical compliance, creates in-clinic and online demand, improves practice economics, and provides our veterinary practice Customers a competitive advantage against online and other distributors and strengthens client relationships.

For the Client, we believe proactive client engagement improves compliance with therapeutic recommendations, which drives improved health outcomes for their pets and horses, with the platform providing the high-quality, efficient and on-demand access that consumers increasingly demand from their shopping experience.

For the manufacturer, demand generation from narrowing gaps in care, quality accreditation, drug pedigree and chain of custody support a strengthening relationship with the veterinarian and the Pet Owner.

6

Table of Contents

In total, our prescription management platform creates a value chain that connects veterinarians, Pet Owners and the manufacturers to facilitate the direct delivery of animal health care.

**Our Strategy**

Our strategy is comprised of the following elements:

*Leverage the scale, reach and infrastructure of the Animal Health Business network to accelerate the adoption of our prescription management platform.* We plan to use our combined sales and account management organization of over 1,200 sales professionals to drive adoption of our prescription management platform by Customers of the Animal Health Business.

*Increase sales to our existing Customers.* We will focus on our Customers needs and seek to provide differentiated offerings and coordinated approaches. Further, we plan to cross-sell the products and services offered by the Animal Health Business and our prescription management platform to increase net sales.

*Drive category growth.* We expect to expand the existing served market by leveraging our medical compliance insights and innovation. We plan to deploy our comprehensive platform to help identify and narrow gaps in care through proactive prescription management.

*Develop advanced insight and analytics and software.* We believe that by positioning ourselves as the veterinary practice digital partner of choice, we can deliver insight and analytics that help veterinarians leverage technology in their practices and address changing Client expectations. We plan to continue developing a cohesive, cloud-enabled IT infrastructure and practice management solutions.

*Enhance Customer and Client relationships.* We plan to strengthen our value proposition offered to independent veterinary and corporate accounts in a consolidating industry landscape by leveraging our supply-chain expertise, proprietary technology-enabled solutions and innovation pipeline.

**Our Key Capabilities**

In pursuing our strategy, we plan to capitalize on our key strengths:

insight and analytics that help veterinarians identify and manage gaps in care;

multi-channel Client engagement that drives in-clinic service activity and online purchases;

proactive prescription management and pharmacy services that drive medication compliance, increase revenues and improve the Customer and Client experience;

inventory management and supply chain services and technology that help improve practice efficiency and economics;

specialty pharmacy services and proprietary brand products, which include innovative solutions and chronic care disease management; and

veterinary practice management software that improves workflow, manages animal health records and supports office administration.

**Our Customers**

Our Customer base is comprised principally of animal health practices and clinics in the companion animal and equine markets in North America, Europe and Australasia. These veterinary practices consist of both small, privately owned businesses and an increasing number of consolidated, corporate-owned practices. We also serve animal health providers and producers in the large animal market.

7

# Exhibit No. 3

**S&P Global**
Market Intelligence

# Covetrus, Inc. NasdaqGS:CVET
# FQ1 2019 Earnings Call Transcripts
## Wednesday, May 15, 2019 1:00 PM GMT
### S&P Global Market Intelligence Estimates

|  | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | 0.17 | 0.14 | ▼ (17.65 %) | 0.19 | 0.70 | 1.04 |
| Revenue (mm) | 993.42 | 941.00 | ▼ (5.28 %) | 1076.15 | 4069.20 | 4449.95 |

Currency: USD
Consensus as of May-14-2019 5:38 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE |
| FQ4 2018 | - | - | - |
| FQ1 2019 | 0.17 | 0.14 | ▼ (17.65 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 53 of 229 PageID #: 2939

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ....................................................................... | 3 |
| Presentation | ....................................................................... | 4 |
| Question and Answer | ....................................................................... | 14 |

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 53 of 229 PageID #: 2939

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Benjamin J. Shaw**
*President, CEO & Director*

**Christine T. Komola**
*EVP & CFO*

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

**ANALYSTS**

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

**David M. Larsen**
*SVB Leerink LLC, Research Division*

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

**Kevin Kedra**
*G. Research, LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. FQ1 2019 EARNINGS CALL | MAY 15, 2019

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Covetrus First Quarter 2019 Earnings Conference Call. [Operator Instructions] As a reminder, this conference call is being recorded.

I would now like to introduce your host for today's conference, Mr. Nicholas Jansen, Vice President of Investor Relations. Sir, you may begin.

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

Thank you, Joelle. Good morning. Thank you for joining us for Covetrus' Q1 2019 Earnings Call, our first as a publicly traded company. I am Nicholas Jansen, Vice President, Investor Relations. Joining me on today's call are Benjamin Shaw, our President and Chief Executive Officer; and Christine Komola, our Executive Vice President and Chief Financial Officer. Ben and Christine will begin with prepared remarks, and then we will be happy to take your questions.

During this conference call, we anticipate making projections and forward-looking statements based on our current expectations. All statements other than statements of historical facts made during this conference call are forward-looking, including statements regarding management's expectations for future financial business, operational performance and operating expenditures. Forward-looking statements may be identified with words such as will, may, expect, plan, anticipate, upcoming, believe, estimate or similar terminology and the negative of these terms.

Forward-looking statements are not promises or guarantees of future performance and are subject to a variety of risks and uncertainties, many of which are beyond our control, which could cause actual results to differ materially from those contemplated in these forward-looking statements. These risks and uncertainties include those under the heading Risk Factors in our most recent annual report on Form 10-K, quarterly report on Form 10-Q and other periodic reports filed with the Securities and Exchange Commission, which are available on the Investors section of our website at www.covetrus.com and on the SEC's website at www.sec.gov. Forward-looking statements speak only as of the date hereof, and except as required by law, we undertake no obligation to update or revise these forward-looking statements.

Also, as indicated in our registration statement and our 10-K filing, our financial statements for the prior year have been derived from the consolidated financial statements and accounting records of Henry Schein. These include allocations for direct costs and indirect costs, which were attributed to the Animal Health business of Henry Schein. Some of these allocations, for example, were for certain support function that were provided on a centralized basis within Henry Schein, such as expenses for certain aspects of business technology, facilities and other corporate functions. Henry Schein will continue to provide some of these services to Covetrus under the transitional service agreements or what you may hear us call TSAs. As we noted in prior filings, the combined financial statements did not necessarily reflect what the results of operations would have been had we operated as a stand-alone public company.

For all periods starting with the first quarter 2019 and going forward, our adjusted results will be based on a direct cost associated with our stand-alone operations and not allocations. Those results will include costs related to the services we receive from Henry Schein under the TSAs I mentioned.

Additionally, our financial statements for the prior year and through February 7, 2019, do not include the consolidated financial statements of Vets First Choice. During this presentation, we will provide certain pro forma results for the first quarter 2019 and the first quarter of 2018 to help investors understand the underlying trends in the business. However, the combined financial statements do not necessarily reflect what the results of operations would have been had we operated as a combined company in both periods as those results would depend on a number of factors, including the chosen organizational structure; what functions were outsourced or performed by employees; and strategic decisions made in areas such as information technology and infrastructure. We acknowledge this creates complexities in certain of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our year-over-year comparisons, particularly during the first quarter when the closing of the transaction happened midway through February.

You can find this morning's press release announcing our first quarter 2019 results and the slides referenced on this call on covetrus.com. We will continue to use our website to distribute important and time-critical company information.

The slide and the press release also contain further information about the non-GAAP financial measures that we will discuss during this call. These non-GAAP financial measures exclude certain noncash or nonrecurring items, such as costs directly associated with the spin-off and mergers and the ongoing integration process, from our GAAP financial results. We believe that in order to properly understand our short-term and long-term financial trends, investors may wish to consider the impact of these items as a supplement to financial performance measures determined in accordance with GAAP. Please refer to this morning's press release announcing our first quarter 2019 results for a reconciliation of these non-GAAP performance measures to our GAAP financial results.

Before handing it off to Ben, we would first like to thank the investment community for their patience regarding the delayed release of our first quarter results. As you can imagine, the significant complexities tied to the transaction resulted in us needing a few more days to finalize the consolidation results.

And with that, I will now turn the call over to Ben to provide the highlights.

**Benjamin J. Shaw**
*President, CEO & Director*

Thank you, Nick. Let me start by recognizing the very significant effort, creativity and support that has led to the creation of Covetrus via the combination of Henry Schein's Animal Health and Vets First Choice and the subsequent listing on NASDAQ. I'll refer to Slide 3 of the investor presentation that can be found on our website.

Covetrus is very well positioned as a stand-alone company fully dedicated to the needs of veterinary medicine. We're off to a fast start towards executing against both our short-term priorities and our long-term strategies as we build upon the platform that we expect will serve as the operating system for veterinary practice and deliver an integrated ecosystem of capabilities to enhance veterinary practice health and clinical outcomes on a global scale. Our results in the first quarter of 2019 and the first few weeks post-closing through March demonstrate great attitude, great energy among our teams, good discipline in managing customer service levels, insightful planning for the transition out from the transition service agreements and great early work to deliver an integrated set of commercial and operating capabilities.

We're grateful and really proud of the work by our teams and our friends at Henry Schein that led to a very smooth transition and carve-out process. A very big thank you to our customers and our shareholders for a great response, your patience and support for the creation of this new business.

As outlined in our Capital Markets Day in February earlier this year, the combination of these organizations creates a very compelling and highly differentiated platform for veterinarians to respond to rapidly evolving market dynamics and client expectations as well as to unlock significant new value by supporting the delivery of improved veterinary care while driving better financial outcomes.

The opportunity at Covetrus is to partner with veterinarians globally to identify and manage gaps in patient care through a single integrated online and in-office platform, by doing so, to expand the total addressable market and the growth prospects for the entire animal health ecosystem. By delivering on that mission, we can drive enhanced clinical care that will serve as the backbone for our long-term value proposition.

We aspire to help professionalize many aspects of veterinary practice management to help our customers meet changing client expectations and new market pressure. Our platform brings together practice management software, insights and analytics, proactive prescription management and pharmacy services, client communications and appointment management, inventory and supply chain services, all together

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in a coordinated and integrated approach. More than 100,000 veterinary practice customers rely on us for day-to-day practice management and supply chain solutions. And we have a great obligation, expectation and opportunity to deliver an integrated, seamless, end-to-end experience for veterinarians to improve workflow, create new efficiencies, drive new revenue streams and enable significant new health and financial outcomes for customers across more than 100 countries.

Now turning to the quarter, I'd like to start by highlighting a few important items on Slide 4. We have focused significant efforts over the last few months on achieving day 1 launch of this independent post-merger Covetrus. We delivered a very complex sequence of structural changes, including the spin-off and carve-out of Henry Schein Animal Health, the buyout of minority shareholders within Henry Schein Animal Health portfolio to eliminate what is otherwise a fundamental challenge towards alignment and integration, the merger with Vets First Choice and the subsequent successful registration of Covetrus as a new public company. Additionally, we began to establish new and necessary corporate infrastructure across multiple geographies to operate as a stand-alone company. Importantly, we're on track and we will be ready to exit our transition service agreements on a time line previously agreed with Henry Schein.

A mostly independent Board of Directors was created. We formed a new management team and launched a new brand, Covetrus, that speaks directly to our long-term commitment to the veterinary profession, putting vet at the center of everything we do. Significant planning and preparation over the last year ensured minimal disruption to customers, employees and other stakeholders and, I think, a real tribute to the impressive operational expertise, great planning effort, a talented organization and just a tremendous teamwork across the globe to make that happen.

Upon closing of the transaction, we've held global kickoff events with our teams to align in our vision, our growth priorities and plans. We hosted a high-energy North America event in early March to align our commercial organization, to cross-train teams on the combined platform and to effectively team up for integrated account management in North America. Our commercial organization is energized. We've launched, we're aligned, we're focused as one team armed with a powerful platform that provides differentiated compelling capabilities for our customers.

Similarly, our European and Asia Pacific teams hosted leadership meetings, and we completed a pan-European road show. Our teams are enthusiastic to coordinate capabilities across regions, to navigate out of the transition service agreements, to really expand our value proposition and to initiate work to globalize more of our technology solutions. We've also engaged in productive conversations with manufacturers and strategic customer accounts across the globe, and feedback has just been very encouraging thus far. As you know, the veterinary channel is under a lot of pressure. The Covetrus team is now able to provide the kind of differentiated capabilities veterinarians need at this critical moment in time for the profession so that veterinarians can better meet evolving client expectations in this rapidly changing market.

As we look forward, our team is focused on delivering long-term growth and value to our shareholders. We reiterate our commitment to generating incremental $100 million of run rate EBITDA by the end of year 3 and to simultaneously upgrade and modernize our global infrastructure to help align teams, standardize systems, improve communication and workflow, keep pace with our growth expectations and meet higher expectations for service and delivery against an increasingly complex quality obligation on a global basis.

Turning to Slide 5. A key value driver of our long-term success and the power of combining these 2 organizations will be the rapid adoption of Vets First Choice. The adoption of Vets First Choice is our proactive prescription management technology used by veterinary practice customers, and the goal is to accelerate enrollment of practices onto the Vets First Choice solution first in the U.S. and then around the globe to empower veterinary customers with new opportunities to drive compliance, strengthen client relationships and better compete with retail competition. As for our earnings announcement this morning, enrollments on our proactive prescription management technology increased by 18% year-over-year in the first quarter, and we ended Q1 with more than 8,000 practices on the solution.

Importantly, we experienced a surge of new high-quality leads and enrollments following our U.S. national meeting in March where we introduced, trained and launched the platform for the first time to our now more than 500 combined North America account managers. Our ability to drive this magnitude of year-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

over-year growth during a quarter with significant merger-related activities, I think, is a testament to the professionalism of our team, the attractiveness of our value proposition and the differentiation of these capabilities.

Importantly, conversion from these new leads is exceeding our expectations. Adoption of prescription management is a journey, and there's a predictable ramp-up period as customers create new active recommendations, prescribe medications, drive client reorder activity. And this builds with refill, renewal and auto-ship services. We have great, strong line of sight into the ramp of utilization and revenue acceleration for these accounts.

We're still early in building momentum and organizing ourselves to maximize this opportunity. Our sales pipeline of qualified opportunities is strong with April growth meaningfully ahead of the pace seen in the first quarter. In addition to this strong pipeline, we also have won multiple new corporate accounts that will enroll during the balance of the second quarter.

Over the coming months, we will further train our inside sales teams and streamline enrollment processes, so just please understand that we're really at the early stages of ramping our commercial efforts. The early success has validated our thesis for the combined organization to accelerate prescription management adoption, and we're increasingly more confident that we can deliver on enrollment targets for the year. We now expect to enroll more than 3,000 new veterinary practice accounts in 2019. We will look forward to sharing details on this topic and those dynamics over the coming quarters.

As we drive enrollments forward, we are focused on generating increased proactive prescription management activity, practices leveraging our capabilities of access to views in gaps in patient care, which patients need what and when, which enables the ability to drive active recommendations for refills and renewals of prescription medications or to have patients come back into the office for additional services such as diagnostics.

Our technology enables veterinarians for the first time to directly attack gaps in care. This is allowing improved medical compliance and to expand their market opportunity. Encouragingly, our same-store sales, our comparable store partner sales, defined as those practices which began generating revenue in 2017 or earlier, delivered 22% revenue growth year-over-year in the first quarter of '19 when normalized for selling days, which exceeded our plan. In Q1, Vets First Choice prescription management revenue increased 51% year-over-year when normalized for 1 less selling day in '19 versus 2018.

Therapies under management, which is our key nonfinancial KPI for the Vets First Choice technology, increased by more than 50% in first quarter '19. New initiated therapies and successful refills and renewals on subsequent dispensing events creates a subscription-like model and a level of predictability into our future revenue outlook as the number of auto-ship medications represents a significant portion of our daily revenues.

With the kind of deep and trusted customer relationships provided by our larger sales force as a result of this combination, we are excited about the potential for the strong performance to continue through 2019 and beyond. We're also enthusiastic about the opportunities to deliver greater integration for our practice management software customers to improve workflow and for us to better leverage our national distribution network of approximately 20 distribution and pharmacy locations in North America as we seek to improve service and reduce cost over the course of 2019.

Given the nature of the near- and long-term opportunity, we are also aggressively adding innovations to the platform. We are excited about our recent soft launch of our new and differentiated appointment management service for Vets First Choice prescription management to better -- to support better medication persistence, which is really prescription renewal. The service is innovative, achieved a deep integration between our practice management software and our prescription management workflow. Our appointment management service enables a real-time, two-way read/write for customers seeking to drive greater in-office services and client convenience. Specifically, this service will help veterinarian -- veterinary clients book appointments for in-office services in conjunction with prescription reissuance required for second, third and fourth year of treatment.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This service will become more broadly available over the coming quarters. It's another important benefit and differentiator of our unique capabilities to the platform. And we're just pleased that we're able to launch this important innovation just a few weeks following completion of the merger. We intend to continue to innovate to drive better client engagement on behalf of practices while streamlining workflow for veterinarians and our team of professionals.

We've also made significant progress with the adoption of our portfolio of practice management system offerings with healthy growth in our cloud solutions in the first quarter of 2019. We continue to expand on our market leadership position and expect to invest in new enhancements, new capabilities and improved performance in 2019. Our budget has been updated to include additional investment in our PIMS software development for this year, which will result in enhancements for our portfolio of offerings, as well as rapid development of next-generation enterprise cloud PIMS solutions.

It is worth noting that revenue recognition and pricing models for cloud PIMS, which represent a majority of our new wins, is different than a traditional license software model. The lifetime value of these types of relationships is higher over a 5- or 10-year time frame despite less revenue recognized upfront versus a client/server PIMS sale. Our transition to the cloud is well underway, and we're excited about the momentum these technology solutions are witnessing. Currently, our cloud installed base represents 7.5% of our total PIMS customers, which is an increase of more than 200 basis points year-over-year.

As we previously stated, we are working hard on driving enhancements to our AVImark, Impromed and other PIMS offerings to make them even more user-friendly, to enhance performance and to offer new integration capabilities. And we're set to deliver these signature enhancements beginning in Q2. We expect these new enhancements will save our customers more than 1 hour per day per veterinarian, which provides a substantial workflow improvement. We have made incremental investments to enhance customer service levels, to deliver a better experience for partners and to support a more rapid rate of PIMS upgrades over the coming years. In total, our gross investment in PIMS is expected to increase by more than 35% in 2019, much of which is a onetime step-up as we look to drive further market share gains. We believe our leadership position in software has significant strategic implications as we seek to deliver new prescription appointment and inventory management solutions into the market over the next few years.

We acknowledge that this stepped-up level of PIMS software investment in 2019 creates incremental pressure on year-over-year comparisons of adjusted EBITDA growth. However, we believe these investments are important to our long-term growth algorithm, and we view PIMS to be the strategic enabler and an important on-ramp for Vets First Choice prescription management. Longer term, we expect to continue to focus on investments in our technology solutions to deliver next-generation functionality and workflow improvements to our veterinary practice customers globally, enhancing the overall value proposition. This includes investment in additional prescription and appointment management services as well as globalization of Vets First Choice, which remain -- which we remain committed to push forward by the end of 2020.

In total, Vets First Choice budget now includes an approximate 60% increase in total R&D dollar spend as we look to further enhance our already strong leadership position. All said, we remain focused on delivering double-digit EBITDA growth over the long term, as communicated at our Capital Markets Day. These investments demonstrate our commitment to the profession as we seek to operate at very high standards of quality, privacy, security and regulatory compliance. As a trusted leader in integrated premise and online veterinary services, including our practice management, prescription and practice-focused services and solutions, we're committed to protecting the privacy and security of our customer and our client information as we seek to deliver higher quality, secure and compliant solutions for the veterinary channel. We take this commitment and our regulatory obligations very seriously. And with our broad market and geographic reach, we believe Covetrus can champion tougher, higher, stricter standards to provide the veterinary community confidence that we're operating at industry best practices and that their data is safe and secure.

Moving on to consolidated financial results. In Q1, we began this transformation with significant investments in our infrastructure, systems and operating platforms while keeping pace with commercial

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

priorities. We delivered consolidated pro forma first quarter '19 organic growth of 3%. The pro forma results reflect the partial quarter for Vets First Choice for the period prior to the merger consummated on February 7, excludes 4% foreign exchange headwind while normalizes for revenue recognition adjustments for manufacturer switches to agency-style sales.

Our organic growth includes 2 headwinds that occurred prior to the merger: the previously announced loss of a large customer in North America and the loss of a manufacturer relationship in the first and the fourth quarter of 2018 in APAC. These 2 events negatively impacted organic growth by more than 1% in the first quarter. In other words, the underlying organic growth -- the underlying organic revenue performance of Covetrus was able to overcome these 2 challenges and deliver growth consistent with the overall market during the quarter.

Importantly, consolidated organic growth was much stronger during the month of March, our first full month of integrated operations as a new company, relative to the start of the year. And we're encouraged with the top line trends we've seen with the start of Q2.

Looking specifically at our geographic performance on Slide 6. North America revenue declined 1% on a pro forma basis versus the prior period. When normalized for manufacturer switches from direct to agency sales in North America and a rebate reclassification in the prior year period, pro forma organic growth was 3% or in line with market growth. As expected, the previously announced loss of a large customer also impacted organic growth in the first quarter. Similar to other animal health company reports, weather played an important impact early in the quarter. We're encouraged by our execution at the end of Q1, and we've been pleased with the improved top line performance in Q2 thus far in North America. We have several commercial efforts underway to maximize adoption of our integrated platform as well as to deliver on key infrastructure investments. We will expect to improve service, reduce costs and offer new integrated capabilities.

I also want to highlight the recent appointment of Matt Leonard as EVP, President North America and Global Supply Chain Officer. This appointment was a significant development for Covetrus as we look to leverage his expertise in technology, procurement, supply chain to drive an enhanced value proposition to our customers. Matt's background at CVS Health and in navigating complex supply chain and working with manufacture partners is a tremendous asset to our global coordination efforts.

Our expectation is that accelerating growth of our platform, combined with new customer wins and new manufacturer agreements such as the recent Mars GREENIES announcement, along with easier year-over-year comparisons, support a strong outlook for the second half of the year in North America. Long term, our insights, multichannel solutions, proprietary products and technology provided under one integrated platform, focused on unlocking new value in the channel, is a message that we believe resonates very well in the market as well as more and more customers becoming familiar with the combined capabilities, brand and team at Covetrus.

Now turning to Europe. Our local teams had a strong quarter, as seen on Slide 7, with pro forma organic growth of 5%, which was an acceleration following a slowing trend witnessed in 2018. We saw success across all customer types and have secured new corporate relationships, defined as those customers who are actively acquiring or combining veterinary practice across local markets, as we leverage our strategic position as the only pan-European player in the market. We've also expanded relationships with several of our manufacture partners to penetrate new geographies.

In Q1 we had particularly strong performance in the Czech Republic, Spain and Poland, with good performance in nearly all 18 EU markets in which we operate. We also continue to see momentum tied to our specialty businesses in Europe, particularly Kruuse and Veterinary Instrumentation, which represent a core focus for us in the European market as we look to drive growth in our higher-margin assets. Long term, we're enthusiastic about the prospect for the commercialization of Vets First Choice and new software capabilities for the European market.

Lastly, as seen on Slide 8, while our APAC and Emerging Markets business is experiencing a 3% decline pro forma organic growth in the quarter, it's important to remember that a major manufacturer went to direct sales in this market in early 4Q '18, which negatively impacted our business' top line growth by

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

nearly 10% year-over-year. Excluding this headwind, our APAC and Emerging Markets business is growing faster than our overall company, with particular success in cross-selling our practice management and supply chain solutions to key accounts in the [ A&V ] marketplace. We've also secured a new exclusive manufacturer partnership in this market during March, which should help drive additional growth for the remainder of 2019.

Our Emerging Markets business is also performing well, and we'll continue to look to build out our presence in these geographies long term to capitalize on favorable trends in the market. Again, the launch of Vets First Choice in APAC and Emerging Markets is a high priority and a really compelling opportunity long term.

So now I'll turn the call over to Christine to review 1Q '19 results in more detail and to provide additional color on financial guidance for 2019.

**Christine T. Komola**
*EVP & CFO*

Thanks, Ben. Slide 9 summarizes our GAAP results while Slide 10 describes the items considered in the adjusted financials. Slide 11, 12 and 17 provide a summary of the adjustments made to the GAAP results to arrive at our adjusted presentation for the first quarter of 2019 and the first quarter of 2018. I will generally focus my comments on our adjusted measures to provide insights into the underlying trends of our business. So please refer to today's earnings press release for a detailed description of the year-over-year changes in our first quarter GAAP results.

Looking at the measures on Slide 11. You'll see total Covetrus non-GAAP pro forma revenue declined 3% in Q1 of 2019. The effect of foreign exchange was a 4% headwind overall. As Ben mentioned earlier, non-GAAP pro forma organic revenue increased 3%, normalizing for FX and the revenue recognition changes in agency-based manufacturer relationships in North America. As a reminder, these revenue recognition changes do not have an impact on profitability.

Revenue growth this quarter was driven by strength in prescription management in North America and overall trends in Europe, offset by slightly lower North America growth, including the impact from the previously announced customer loss and a headwind in APAC tied to the pharmaceutical manufacturer moving direct in October 2018.

Fully normalized for the later 2 items that were known prior to the merger closing, underlying pro forma organic growth would have been 4% in the quarter, a positive outcome in context of the amount of transformation achieved in bringing these 2 organizations together in February.

Since Ben spoke in great deal -- detail on overall and segment revenue trends in his prepared remarks, I will focus the rest of my comments on other income statement items as well as the balance sheet and cash flow statements.

GAAP gross margin was 19.1% in the first quarter versus 18.6% in the prior year, aided by the inclusion of the higher-gross margin veterinarian -- Vets First Choice business. If Vets First Choice was included in both periods, gross margin as a percentage of revenue was 19.8% versus 19.7% in the prior year. Growth in our higher-margin prescription management and specialty businesses offset incremental pressure in our North American business, which faced a difficult year-over-year comparison in Q1.

GAAP operating expenses were $189 million during the first quarter. This includes $5 million of Henry Schein corporate overhead allocation prior to the merger closing, which had been excluded from our adjusted results as we were building out our own set of stand-alone corporate infrastructure during Q1. Additionally, stock-based compensation expense was also meaningfully higher year-over-year, reflective of transaction-related dynamics. This is reflected in our non-GAAP results.

Underlying expenses were well managed in the quarter but increased as a result of the growth in our prescription management business. Onetime costs, include those related to the spin-off and merger transaction, including legal, financial adviser fees and rebranding efforts, and other nonrecurring items

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

were $9 million during Q1, modestly below our expectations. We are now expecting onetime costs of $37 million in 2019 or $3 million below our initial view.

As Ben mentioned, in addition to these transaction-related onetime costs, which will diminish over a 3-year transformation period, we are making additional investments in technology, services and integration activities, which are reflected in our ongoing operation costs and are not a part of these adjustments to EBITDA.

Turning to Slide 12. Adjusted EBITDA was $52 million versus $54 million in the prior year, primarily due to the decline in North America, including the impact of Vets First Choice from February 8 to March 31 and a $2 million foreign exchange headwind year-over-year. Normalizing for a full quarter ownership of Vets First Choice in both periods, pro forma adjusted EBITDA was $50 million versus $52 million in the prior year. Excluding the impact of foreign exchange, pro forma adjusted EBITDA would have been relatively flat year-over-year off a difficult comparison from the prior year, particularly North America.

In terms of geography, Europe and APAC modestly exceeded our internal expectations during the first quarter, whereas North America moderately underperformed due to the top line factors described previously and in the subsequent impact on gross margin. As revenue growth is expected to improve, as witnessed by these recent sales trends at the end of Q1 and starting in Q2, we see improved EBITDA off the Q1 level with a further step-up in the second half of the year as our recent investments in innovation start to scale. The profitability of prescription management increases as revenue drops at our established contribution margin and the value capture we've discussed is delivered.

During the quarter, we've had approximately $10 million in net interest expense, which is primarily interest on our $1.2 billion term loan issuance for 2 of the 3 months in Q1, net of interest income from our cash deposits.

Our adjusted tax rate for the quarter was 25.9%, and we forecast a 25% to 26% normalized tax rate excluding any onetime items for all of 2019, which is what we used in our adjusted net income calculation for both periods presented.

Looking at the bottom line, GAAP net loss of $13 million were a loss of $0.14 per diluted share. And pro forma adjusted net income, as seen on our non-GAAP reconciliation, was a positive $13 million.

Turning to cash flow. Covetrus used $39 million in cash flow from operations in the first quarter and generated negative $42 million in non-GAAP free cash flow when subtracting purchases of fixed assets of $3 million. Free cash flow performance was relatively consistent with the prior year outflow when non-GAAP free cash flow was negative $36 million and reflective of normal cash flow trends to start the year. We ended the quarter with $73 million in cash and cash equivalents on the balance sheet, $1.2 billion in long-term debt and an untapped $300 million revolver facility.

Our leverage ratio, as defined by our credit agreement, stood at approximately 4.4x for the trailing 12 months ended October 31, 2019. Our credit agreement does permit adjustments for certain onetime items as well as our value capture items that we expect to realize over the next 12 months. As a reminder, we remain committed to deleveraging over the long term and continue to expect at least $50 million in non-GAAP free cash flow during the first 12 months post-transaction close.

Regarding the company's planned transformation and integration, we took critical steps in the first quarter to push forward with the value capture opportunities we previously communicated and believe we are on track for the delivery of our year 1 target that is part of our 3-year adjusted EBITDA goals. To reiterate, we expect to deliver $20 million in non-GAAP run rate adjusted EBITDA by the end of year 1 of our transaction close and $100 million in non-GAAP run rate adjusted EBITDA by the end of year 3 transaction close, with revenue value capture representing approximately 70% of the total.

As mentioned earlier in our remarks, Vets First Choice enrollments, for example, tracked above our value capture targets in the first quarter, and we are now proceeding with supply chain and services initiatives to deliver anticipated cost benefits. Additionally, while more than 3,000 Vets First Choice prescription management enrollments forecasted for this year will only have a modest impact on 2019 revenue due to the timing of activation, we expect a lifetime of these 3 years -- we expect a lifetime value of these

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

customers in 3 years to be quite high. We have an opportunity for significant longer-term value capture as we continue to uncover and identify new opportunities for value capture, which will be prioritized in the future.

Lastly, we expect and anticipate approximately $100 million in expenditures over the next 3 years of integration tied to standardizing core functions, including HR, IT, legal, finance, operations and supply chain. These integration projects are intended to help support the future revenue growth, platform acceleration and development; achieve operational efficiencies; improve service levels and expand our regulatory compliance functions as we look to position the business for longer-term success. We expect the sales force enablement and the alignment of our global commercial team to serve as foundational aspects of our go-to-market strategy entering 2020.

Turning to our financial performance for the full year in 2019 on Slide 13. We project non-GAAP pro forma organic revenue growth of 3% to 5% or in line with market growth and consistent with our prior commentary at our Capital Markets Day. As a reminder, non-GAAP pro forma organic growth assumes that both companies, the Animal Health business that was part of Henry Schein and Vets First Choice, were operating as one for all of 2018 and 2019. Additionally, as outlined during our Capital Market Day, non-GAAP pro forma organic growth adjusts for foreign exchange, M&A activity and the revenue recognition changes in agency based on the manufacturer relationships in North America. We expect these agency revenue recognition changes in 2019 will approximately -- approximate $53 million with 0 impact to growth to non-GAAP pro forma adjusted EBITDA. Note that the previously disclosed loss of a major customer in North America and the impact from one manufacturer move in direct in APAC in October 2018 is impacting our organic growth by an additional 2% in 2019.

From a global perspective, foreign exchange fluctuations could result in a 2.5% headwind to report non-GAAP pro forma revenue growth for 2019 should rates remain the same as of the end of Q1. We also project 2019 non-GAAP pro forma adjusted EBITDA to be within a range of $235 million to $250 million, which compares to the 2018 non-GAAP pro forma adjusted EBITDA baseline of $223 million, as communicated in our press release this morning and our 8-K filed last week, when normalizing for the carve-out adjustments in the prior year and our anticipated corporate overhead investments in 2019.

Slide 18 provides the details. The range reflects 6% to 12% pro forma adjusted EBITDA growth in 2019, and the high end is consistent with the double-digits growth comment made at our Capital Markets Day in early February. The range incorporates funding of new investments in innovation to support our long-term growth initiatives, including a year-over-year increase of $5 million in software and prescription management R&D investments, many of which are a onetime step-up in expenditures, and recent foreign exchange fluctuations. With momentum across our businesses building, including the strong adoption of Vets First Choice and our cloud-based PIMS solutions during Q1, we believe it is prudent to accelerate certain investments in capital on our long-term opportunity.

As I mentioned earlier as during the call and anticipate in our internal forecast for the full year, 2019 non-GAAP pro forma adjusted EBITDA will be weighted towards the second half of the year tied to increased profitability at Vets First Choice, an increased pace of revenue growth, the timing of certain new customer wins and initiatives and expected value capture items. I would also point out the normal seasonality of our business as well as what should be additive to the Q1 non-GAAP adjusted EBITDA run rate.

I would also expect an easing FX headwind on initial returns from our technology investments that have recently gone live and easier year-over-year profitability comparisons, which collectively will add growth to the second half of 2019. We are confident with the underlying building blocks we are using to establish our foundation and to continue to target double-digit EBITDA growth over the long term, particularly as our go-to-market and value capture plans are realized, our onetime incremental investments in 2019 are completed and as we drive further revenue acceleration.

Lastly, I want to provide a quick update on our planned first quarter 2019 10-Q filing. While we are still pushing hard to finalize certain consolidated result matters by the end of the day today, we acknowledge that there's a possibility of a slight delay as one can imagine the complexities of the Reverse Morris Trust transaction have resulted in a significant amount of technical-related matters associated with the spin-off and merger. The issue at hand relates entirely to the initial accounting for the spin-off of the Henry Schein

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Animal Health business and is not expected to impact the income statement or cash flow. Our team has been working relentlessly to get these technical matters resolved, and we will hope to have resolution very shortly that we can make a timely filing of our 10-Q.

Now I will turn the call back over to Ben for some brief closing remarks.

**Benjamin J. Shaw**
*President, CEO & Director*

Thanks, Christine. There, Slide 14 summarizes key themes that we touched on earlier in these comments. All said, we are very pleased with how the integration year-to-date has progressed and how we're tracking toward strategic objectives. It's clear that we have a lot of work to do in what remains a competitive environment across all geographies. We'll continue to communicate our value proposition to customers and manufacturers. We look forward to enhance our execution to maximize the acceleration of our strategic plan. I am confident that our team of more than 5,000 employees can deliver in the years ahead, and I'd like to personally thank them for all their effort in delivering a successful Covetrus launch.

This concludes our prepared remarks. We'll turn it over to Nick to moderate Q&A discussion.

**Nicholas Michael Jansen**
*Vice President of Investor Relations*
Thanks, Ben. [Operator Instructions] So Joelle, we are ready. If you could provide instructions for the Q&A session, and then we are ready to take the first question.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Erin Wright with Crédit Suisse.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

Great. So your guidance here implies a considerable ramp in year-over-year profit growth over the next few quarters relative to the experience in the first quarter. And what's driving this? Is it the synergy capture, the addition of new corporate accounts or -- I guess, that you mentioned? And then how should we be thinking about that quarterly progression? And can you remind us what's embedded in your guidance in terms of the synergy capture and if you're on track with that $100 million in synergy capture over the next 3 years?

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

Thanks, Erin. I'll let Ben start, and then, Christine, you can ask the ramp on profitability.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. First, I'll just emphasize that there is seasonality in our business. Q1 is kind of typically a low point in the course of our year. We have significant value capture initiatives underway that'll be -- as we said at the Capital Markets Day, will be back half heavy as we continue to initiate work to capture those activities. So again, value capture remains on track, but it is back -- second half heavy, and we have normal seasonality in our business. But we're really confident in the ramp, and we're encouraged by the early start in Q2. I'll let Christine add.

**Christine T. Komola**
*EVP & CFO*

Sure. Thank you. So we do actually have about $20 million as our run rate by the end of the year of our value capture planned. Remember, we've also got FX headwinds that we've got embedded in here. And the other point that I would add is that as we look at our revenue growth of the Vets First Choice, the Vets First platform growth, 51% is pretty significant. That will continue to be driving EBITDA operational dollar improvement.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

Okay. And then I'll ask a question on the agency sales. This is a little bit of a 2-part question here. But the 300 basis points in headwind in North America from the agency sales shift, was this based on new changes in agency relationships that are implemented January 1? I guess usually, you have a lot of visibility, I guess, going into the year on sort of those dynamics. And when will you lap the agency sales shift that's impacting your business in the most recent quarter? And then can you also speak to -- I guess this is another question kind of on the agency sales. But what -- where are you at in terms of transferring agency sales to the VFC platform? And how much of this dynamic is a component of your original $100 million in synergies that you've targeted over the next 3 years?

**Benjamin J. Shaw**
*President, CEO & Director*

Thank you. Good questions. The answer is yes to the first question, which is that these were changes that were implemented in Q1. We do not often have good visibility to those changes, and they can change throughout the course of the year depending on the individual brands or manufacturers. So these were changes that were -- took effect in Q1, and so we would expect to lap that if there's no further change

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

over -- in the subsequent 2020 period. The -- so I don't think that there's necessarily great visibility to how brands or manufacturers will make those changes, and there's nothing that says they can't go back.

Your second question related to transfer in platform. I think it's important to understand that with those agency dynamics, really our combined organization in North America now has an opportunity to deliver proactive prescription management capabilities for 3 of the largest product categories that were previously not important to the business, which is really around preventatives, food and specialty and chronic medications.

And so it's a big opportunity for our combined North America sales team to drive strategies that will dramatically improve compliance and engagement around those 3 major categories. And that presents upside compensation to our field sales organization, and it provides a great value proposition to manufacturers and the ability to actually drive real compliance improvement and engagement. So we expect that, that will be an important opportunity throughout this year and going forward. And we believe we have really strong manufacturer support for those programs.

**Operator**

And our next question comes from John Kreger with William Blair.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Ben, it sounds like North America was a little softer than what you expected. Can you just clarify, is that kind of a market dynamic or maybe just a little bit of distraction within the organization as you guys dealt with all the merger-related issues?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. I think that North America has -- had a difficult Q1 in the sense that there were some tough weather dynamics, there were some changes around agency dynamics. We had a customer loss, as we explained. But I think that overall, our performance was in line with overall category growth.

I'd want to emphasize that we think the fundamentals, the macroeconomic dynamics of the channel are intact and that we're bullish about the overall performance of this category looking forward. But we do expect there to be variability quarter-to-quarter as we navigate some of those events. Our data show that overall, we saw some soft total revenues and weakness in-office traffic and patient visits. And so as we normalize our view for that, we feel like we're tracking pretty well to overall category dynamics in the small animal side of the market.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Great. And then a follow-up more relating to the legacy VFC business. What sort of underlying pricing trends are you seeing in the market given the shift of some volume to other e-commerce channels? Are you seeing that impact the pricing that your customers are choosing to make? And how does that sort of ripple through and impact you guys?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. I guess I'd offer that the market remains very competitive. Pressures on veterinarians and changed client expectations, both bricks and mortar and online pharmacy dynamics remain very strong. We actually think that's a long-term driver of enrollment and adoption of Vets First Choice platform, is to ensure -- veterinarians increasingly have an urgent need to respond to some of these dynamics. We think that the Vets First Choice platform puts veterinarians in an advantaged position where they're able to be very successful driving -- meeting that expectation and driving great service and good value. And our manufacturer support and our ability to be an authorized direct supplier to the manufacturer allows us access to manufacturer rebates and programs that are not available to diversionary channels.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**COVETRUS, INC. FQ1 2019 EARNINGS CALL | MAY 15, 2019**

So we just continue to believe that we're in a position to help veterinarians be very successful and to be very -- to meet that changed service expectation. But we acknowledge the market is very competitive, will continue to get more competitive and, we think, is one of the drivers for long-term adoption of our platforms.

**Operator**

And our next question comes from David Larsen with SVB Leerink.

**David M. Larsen**
*SVB Leerink LLC, Research Division*

Ben, you mentioned $100 million of incremental EBITDA by the end of year 3 through synergy capture. I guess can you just sort of reaffirm that? And if we use like $243 million as the midpoint for the guide and we say, okay, you're going to capture $20 million of that synergy in '19, that means you've got $80 million remaining, that puts you at $320 million by 2021. Like is that math correct? And then I guess in addition to the synergies, we'd see sort of normal underlying growth in EBITDA for the business just short of given your growth. I mean does that -- is that the right way to think about it? Any thoughts there would be helpful.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. Well, I'd just reaffirm the way we framed this because we acknowledge that there are some moving parts here. But the first, we actually are on track to deliver $100 million of incremental EBITDA value capture by the end -- as we go into the end of year 3. And Christine reiterated that we expect $20 million of that in 2019, and that's run rate by the end of the year, to be clear about the definition of those terms.

We also acknowledge that we're making significant onetime investments in modernizing infrastructure to ensure that we're staying competitive, that we're supporting growth expectation. And while much of that is onetime, we acknowledge that some of those investments will come through as operating expense or ongoing costs. We think that we've created business cases to support each of those major strategic investments that we're making, and most of them have a really compelling return on investment. Others are just more necessary and important relative to the creation of a stand-alone organization.

So I think the way you're thinking about this is correct. We'll just ask you to acknowledge that, that is a run rate EBITDA, and second is that we're -- at the same time, we're making more than $100 million of onetime and significant infrastructure investments to modernize our global capabilities.

**David M. Larsen**
*SVB Leerink LLC, Research Division*

Okay.

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

David, just to be clear, the $100 million of integration activity is -- not all of that is OpEx. There's a significant component that's CapEx. And when these plans are finalized, and Christine can talk about it more, we'll relay all the details associated with any sort of impact to the operating EBITDA line.

**David M. Larsen**
*SVB Leerink LLC, Research Division*

Okay. That's great. And then can you maybe talk a little more about the lift in revenue that you're -- you've seen in, like, April and May? What in your mind is driving that? And then what steps have been taken to integrate the Henry Schein PIMS system with the Vets First Choice platform? What has already been done? And what sort of new product or innovation is coming to market? And what still needs to be done in the future?

**Benjamin J. Shaw**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

Yes. So the first question, I would say we -- really immediately following closing of the transaction, we stood up and aligned a strong North American commercial organization. And we're similarly in the process of achieving the same kind of alignment in Europe. And this has really allowed us to have one face to the customer, where we have strong account management organizations who now can pull on integrated and aligned teams of specialists to have expertise in prescription management or have expertise in practice management software. And so we believe that one face to the customer in that integrated approach is really critical to our go-to-market and going to be continue to be an important driver, not only for platform adoption but just overall share gain in the market.

So I guess I would also add that our sales representatives who continue to be 100% commission-based, there's no territory changes. This is a very smooth transition for them, but they now have -- get credit for both in-office and online revenues and able to participate in a much bigger scope of product categories, which is a great boost to their overall compensation opportunity.

Second question, I think your question is how -- what should we look for in terms of new opportunities as we integrate these capabilities from a technology and software perspective? Did I understand the question correctly?

**David M. Larsen**
*SVB Leerink LLC, Research Division*

Yes, just the integration of PIMS and Vets First Choice and the ability to aggressively close gaps in care and increase volume into the clinics.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. So I guess I would offer a couple of things. I think there's some really fantastic opportunities for native integration of some of these applications as we move towards a single platform that can support practice management, workflow, insights and analytics, proactive prescription management, proactive inventory management and appointment management. So I acknowledge that in the quarter, we launched our first appointment management service. I think this is a terrific example. This is a very innovative capability in the sense that it's a real-time read/write capability and it's highly integrated to our prescription management workflow.

And this is important because one of the major hurdles to driving prescription reissuance at the end of a treatment period is we need to see that patient in office for additional diagnostics or services. And so there's a natural rhythm between proactive prescription and therapeutic management and in-office diagnostics. At the end of a year of heartworm preventative, I need to see you for heartworm test. Or at the end of a course of levothyroxine, I need to see you -- or methimazole, I need to see you for a T4 test. So the ability to link those prescription management into in-office diagnostic service events is really important. And that appointment management is having a direct impact on increasing prescription reissuance and timely renewal. And so I would put that in the category of persistence marketing opportunities. So I think that's just a particularly good example.

We also acknowledge that we're delivering new signature enhancements in our legacy cloud -- in our -- the legacy client/server systems. And some of this is around user experience. It's improving workflow. I mentioned that we expect these enhancements will save veterinarians an hour per day per veterinarian, so a very big improvement. But some of those signature enhancements directly relate to the integration of inventory management and the stronger, better, deeper integration with prescription management. So it's pretty fun and really interesting to now be able to create workflow that has previously just never been possible.

**Operator**

And our next question comes from Andrew Cooper with Raymond James.

**Andrew Harris Cooper**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Raymond James & Associates, Inc., Research Division*

Just a couple for me. I guess first, Ben, you referenced, I think, in one of your answers that some of your data showed weakness in in-office traffic and some of the visit metrics. Can you talk about that relative from 4Q to 1Q after sort of some of your peers in the animal hospitals in general definitely saw a slowdown in 4Q but a little bit back with an uptick in 1Q? So any color on that would be helpful.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. So we saw that the transition from fourth quarter to first quarter saw continued headwinds in office around patient visits and around overall revenue to the practice. And so we said that it can continue in some markets. We actually saw that there was pretty strong decline from fourth quarter to first quarter. And so I think that yes, those trends had continued, and we're really speaking to the companion animal side of the market, which is the lion's share of our North American business. So yes, we did see that there were continued headwinds from fourth quarter to first quarter.

Having said that, we also acknowledged in our remarks that March was a very strong month, and so we're really optimistic as we head into Q2. We're seeing really strong momentum in the overall market. So we bucked that trend that we saw heading into January and coming out of that into March.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Okay. That's helpful. And then thinking about the 3,000 clinic add number, I think that's probably a little more than we had thought at least in terms of before -- probably closer once you layer in the benefit of looping the 2 sales forces together. But how do you think about that kind of forward from there, in terms of you exit the year at that point at north of 10,000, a big chunk of the market, most of the low-hanging fruit you would think that you've gone after first? So how do we think about that longer term domestically? And then at what point do you think you'll start talking at least to us a little bit more about some of the details as you roll that platform internationally?

**Benjamin J. Shaw**
*President, CEO & Director*

Right. Well, I think we feel really good about providing that updated guidance following the launch, following our North America launch and the integration of our sales team and what we described as a really robust pipeline in April that was much greater year-over-year growth than what we experienced in the first quarter. So we feel really good about that, and we feel really good about the outlook.

Frankly, the noise from online retailers wanting to disintermediate that client-patient relationships and steal away food and pharmacy business from veterinarians is probably a rally cry in the channel for veterinarians wanting to step up and respond to those pressures. And we expect that all veterinarians in the United States, that all types of practitioners, whether ambulatory, equine practitioners or corporate groups or one-doctor practices, really would benefit from the setup in enrollment engaging with Vets First Choice to help them respond to those overall market dynamics. So we're very bullish long term that we'll continue to see high engagement and adoption from veterinarians of this capability set.

We also acknowledge that as we head into 2020, we remain committed to pursuing opportunities internationally. We just believe that key markets in APAC and Emerging Markets as well in Europe are very attractive for the Vets First Choice prescription management opportunity. We think it going to be a really important part of our long-term growth strategy. In some ways, those markets may be more attractive than even the U.S. market.

**Operator**

And our next question comes from Kevin Kedra with G. Research.

**Kevin Kedra**
*G. Research, LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

First, just want a clarification on the Vets First Choice sales of around 51%. So by my math, that'd be about $67 million or so in the quarter. Just wanted to make sure I was doing the math right there. And then secondly, you gave us a metric on same-store growth, around 22%, I think, you said. How should we be thinking about that metric as we go through the balance of the year?

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

So Kevin, to understand your question, the 51% that we quoted with Vets First Choice prescription management revenue, that is the platform-related revenue, as you see in the presentation. As you know, we do have a specialty business as well that we acquired in 2017 that we're actively looking to convert to the platform over time. And then on the same-store number, Ben, I can pass it to you with regard to kind of what you think about just the journey that these platform customers are on and the same-store sustainability of that growth.

**Benjamin J. Shaw**
*President, CEO & Director*

I appreciate the term journey. As we onboard practices, our platform creates opportunities for veterinary health care team members for the first time to really clearly see where they have gaps in patient care and including patients who have been in today and walked out without purchasing medications who are due to refill. And so our ability to help create active recommendation and follow-up to patients who have lapsed or become untreated on medication is really important. And that happens with subsequent refill and auto-ship and renewal. It's a really predictable journey and ramp over time. And so a new practice has a very well-understood expected ramp about what we expect and how that builds over time. And that has been very consistent to us.

I mentioned in my notes that we're really pleased with first quarter same-store sales comp data. For those customers who've been on the platform in 2017 or prior experienced 22% same-store sales growth, which is just to reflect that some of our oldest and most mature cohorts are still expressing rapid year-over-year growth, and we think that's really important toward setting expectations long term about the nature of the total available market as we mature those cohort groups. Did I answer your question?

**Kevin Kedra**
*G. Research, LLC*

Yes.

**Operator**

[Operator Instructions] Our next question comes from Erin Wright with Crédit Suisse.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

A couple of follow-ups here. You mentioned just in the last question the 22% in same-store cohort revenue growth. How -- can you provide some historical context there, how that has been trending particularly on a sequential basis? And then heading into next year, a separate question here, how should we be thinking about a potentially evolving parasiticide market? How much of your total revenue today is associated with parasiticides? And given the potential launch of new prescription combination in flea, tick and heartworm products, potential cannibalization of legacy products, for instance, how should we be thinking this will play out over the course of the next year? And are you already speaking with manufacturers about your participation in this next-generation parasiticide market?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. So I'll answer your first question. 22% comp sales or same-store sales growth is an acceleration from growth that we've seen. We've always expected almost high-teens, almost 20% same-store sales growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So 22% is an acceleration of same-store sales for those customers, and hence our enthusiasm for that continued outperformance. I think that answers your question on the legacy cohort data.

On preventatives, we don't break out sales by product type. And it's -- actually, you can imagine it's fairly sophisticated given that we have multichannel capabilities and different delivery mechanisms around how we engage customers against product categories. What I would remind you is that a very small percentage of patients represents a very large percentage of the total purchases in a practice. And these patients are sick. They tend to have longer chronic care. It could be kidney -- it could be liver disease in dogs, where they disproportionately need a variety of different kinds of medications and in-office services as well as the preventatives as well as vaccines. And I just think Covetrus is uniquely positioned to coordinate care and deliver a better patient experience for that ultimately far more sensitive patient situation versus just the happy, healthy, flea, tick and heartworm market.

So we think we'll remain very competitive in preventatives. We think we have really compelling strategies to help veterinarians compete effectively in the preventative categories as well as in diets. But I would just remind that the vast majority of spend in the channel is for geriatric care or sick or chronic medication situations, for which we think we're uniquely suited for helping to coordinate care for those patients.

**Operator**
Thank you. That concludes today's question-and-answer session. Ladies and gentlemen, thank you for participating in today's conference. This does conclude today's program, and you may all disconnect. Everyone, have a wonderful day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit No. 4

**S&P Global**
Market Intelligence

# Covetrus, Inc. NasdaqGS:CVET
# Company Conference Presentation

Wednesday, May 29, 2019 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 75 of 229 PageID #: 2961

# Table of Contents

Call Participants ............................................................................... 3

Presentation ............................................................................... 4

Question and Answer ............................................................................... 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 2:19-cv-05530-ARL   Document 59-2   Filed 07/23/21   Page 76 of 229 PageID #: 2962

# Call Participants

**EXECUTIVES**

**Benjamin J. Shaw**
*President, CEO & Director*

**ANALYSTS**

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Analyst**

All right, guys. I'm going to go ahead and take the liberty to start us maybe 30 seconds or so early. Obviously, we have a lot to talk about.

I'm pleased to introduce Covetrus, which is the very unique worldwide asset that came together from the combination of Henry Schein Animal Health and Vets First Choice and operating as one company. To help tell the story and talk about the asset in greater detail and hopefully answer a lot of the questions that I have, we have Ben Shaw, President and CEO.
I'm going to actually try to take a structure throughout the day of talking about 4 or 5 main topics for each of the companies and hopefully being somewhat organized.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Analyst**

And so I'm going to start off on the North American animal health legacy distribution business. Ben, the revenue growth rates for the Schein legacy animal health business did seem to decelerate in North America sort of late in 2018, call it 4Q '18 and 1Q '19. Obviously, a lot going on as you were closing the acquisition. Maybe if you can just talk to us about those trends and what it was like bringing the 2 organizations together.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. A couple of reactions. I think one, I think it's important to understand that prior to the merger, that the Henry Schein legacy business was actually comprised of many different businesses, right? There are several dozen different operating businesses. And so post closing, what we've achieved has been an integration of that value proposition. We brought together these different business groups into a single face to customer around software, in insights and analytics around inventory management, appointment management and prescription management. And it's the integration and kind of power of that connected ecosystem that we're delivering to customers. So we're not managing the business day 1 or day 2 as standalone legacy businesses. I think that's a very important observation around sort of the structural changes we've been able to achieve in this.

But there's no question that in North America category, overall category was growing anywhere from negative 1% to 0% growth. We think we outpaced category growth in Q4 and in Q1. And I think it's also important to show that we're gaining significant share in practice management software and we know we're gaining a lot of share with the adoption of Vets First Choice.

So I would say though that looking forward, it would be important to understand how our integrated value proposition is being received by customers and that we're not looking at the business. We're selling or representing the business as standalone legacy businesses operated on an independent basis.

**Unknown Analyst**

Okay. And acknowledging that, that's what how you're looking at the business, I guess help us and try to tie back to some of the work that we did in conjunction with the initiation and again with a full understanding of an integrated business. But if I were to try to isolate legacy distribution in some of the market share, you seem confident that you are sort of stable with market share and maybe even slightly ahead.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes, we think we're in a share-gaining mode in the market. I think we have very good engagement across the board. I think we have -- in March, we described that we brought our into 3 various sales organizations. Sales organizations. We have a software sales organization, we have a prescription management sales organization, we have a legacy distribution sales organization. We brought them together into a now tightly integrated, stood-up, aligned group that's now representing the total scope of our capabilities. So that happened in March. And so we're talking about in Q1 those few weeks following March and we're really enthusiastic about the reception. I mean for the first time, our combined organization is able to leverage all of the unique assets of the organization and we're coming to market with a very differentiated and unique value proposition that allows us to leverage our PIMS practice management software position around appointment and prescription management, have new insights and to tightly integrate that within office inventory management. It's really -- I mean the category wanted us for 20 years and we're finally, just even in the first few weeks as an organization, starting to deliver on that promise.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Unknown Analyst**

And you talked about a little bit about in the call, deal closed in February, some momentum in March, into April. Is it safe to assume that, that momentum that you saw start to take place has continued even more recently into the month of May?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. I mean we were really -- we came into -- we were really pleased with the enthusiasm, the alignment. The organization understood the power of the integrated capability set of the company. And that's manifested itself in a very big pipeline, really strong engagement activity, and we see that coming into Q2. So we mentioned that April was our first full month really as an integrated sales organization. It was a pretty exciting month.

**Unknown Analyst**

And one thing that I may want to touch on and actually just brought it up to me for the first time when I came over to say hello about 5 minutes ago, due to the structure of the organization from Henry Schein and a lot of minority interest, you had a lot of strong management members running these various businesses. You're integrating these 2 companies. Maybe we can talk a little bit about that, the bench that you had in place in front of you when you're going ahead and integrating VFC and legacy Schein.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. On a combined basis, this is really a story of how 80 very special animal health organizations around the world, representing everything from software and distribution, manufacturing capabilities, insights, group purchasing capabilities, how 80 distinct separate organizations with different ownership structures, different governance structures now, for the first time, are part of one integrated organization. And a lot of these businesses are still meeting each other for the first time, right? In Europe, we have 18 different businesses and 18 different major European markets plus 5 major specialty manufacturing businesses, many of which don't really understand or have not met their counterparts. So bringing that together as one integrated value proposition is really important. And probably my most important job coming to the new organization is how do we become better together and how do we create one face to customer.

**Unknown Analyst**

And from my scene, guys, obviously what I should have also noted, if you have any questions, please shout out and just raise your hand. I'm happy to take the question.

From my scene and it seems like a tremendous amount of opportunity but also I guess a typical investor would say, when do you start to realize that or where does that start to flow through the P&L or when do we start to see that with numbers? And maybe you could touch upon that.

**Benjamin J. Shaw**
*President, CEO & Director*

Well, I think just in the last couple of weeks we put out an announcement that we've integrated our cloud-based eVetPractice software with the prescription management capabilities. And so here already in the first 100 days, we put out a number of announcements to customers that have started to integrate these previously separate organizations into one now better workstream. And we're seeing that across Europe with -- as these organizations come together, they're now having access to specialty and proprietary products. They're able to leverage best practices. We're able to operate as an integrated organization and is unlocking a lot of missed opportunity. It's identifying areas where we have strength that wasn't available to other parts of the organization. But the comment I made to you is that we inherited an incredibly strong management organization. These 80 businesses had strong management. They had strong general managers and strong finance organizations. And so we're really fortunate to have so much continuity of management and service going into day 1. Despite a very complex organization that include the carve out of financial systems and payroll services and licensure and accreditation and just a massive amount

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of disruption, the organization, we didn't miss a beat on the first hour of the first day. Not a single order was delayed. There was no disruption in customer experience. So I think it reflects that -- well, right now it's a very decentralized and kind of a portfolio of standalone businesses that are really well run. We're in a position -- this was never about managing or solving for a crisis or a problem. We're able to take a structured, methodical approach to what is the next best opportunity to integrate these businesses into more of an integrated ecosystem. And we can take our time doing that, we're not in a rush. And we can do it based on perceived value and impact to customers. We can do it based on value capture and incremental -- value capture and synergies to the business. But it is not a mad rush to try to solve all 80 businesses coming together at one moment. It is a systematic and methodical approach based on the next best value-creation moment.

**Unknown Analyst**

And part of that methodical approach, right, would be the 3,000 accounts that you plan to add to the North American platform from VFC this year and then attack OUS next year. Maybe we can just pivot to -- the topic to, if you would, the international animal health legacy distribution business and just talk about the 2 main divisions. Obviously, you have a global company, roughly 45%-ish of sales are OUS. How do we think about maybe the long-term growth trajectory of EMEA versus out of APAC for those 2 businesses?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. So we enjoy really strong leadership position in Australia, New Zealand, some parts of Southeast Asia, Hong Kong. And we even have a pretty fast-growing and emerging business in Brazil. And so for us, APAC and emerging markets is going to continue to outpace growth for the rest of the business. We enjoy a really mature position relative to both our practice management software and our in-office inventory and customer operations teams. And so that's a more packaged, integrated value proposition. Customers appreciate that they finally have this native workflow between their day-to-day software and how they engage in ordering, receiving supply. It's a big, big miss. A big opportunity for us is to layer in online channel and prescription management capabilities which will really be a trifecta. And I think it's going to continue to help accelerate and build on really great strong position and growth we already enjoy in those markets. We have very strong management teams and we enjoy just a really strong market leadership position.

I think in Europe, it's different. I mean really, each of these markets in Europe are quite different from each other, different European -- different regulatory dynamics, different relationships with suppliers. And also importantly is the different role that corporate practice groups play in each market, where in U.K., Netherlands and Nordics, we have very high levels of consolidation, over 50% consolidated market. In other major markets like France, a little bit to the extent in Germany and certainly in Central Eastern Europe, we haven't yet seen but we'll start to see the effect of corporate consolidation in those markets. So very different market. We enjoy strong leadership positions in 18 major markets in Europe. We also have strong specialty businesses in Kruuse, which is our medical surgical supplies business; our scil diagnostics business, which has a very strong position in the Europe and overall in Europe. And our instrumentation, medical instrumentation and veterinary instrumentation businesses. We also have our own Covetrus brand products in Europe.

And so for -- the significance in Europe is that we're the only provider that can support corporate groups across multinational basis. We have a Pan-European value proposition that's really valuable to corporate practice groups and to manufacturers, right? They want a consistent, thoughtful execution, how we go to market from Czech and Poland and Romania to France, Germany, Spain, to U.K. and Ireland. They don't want to have to engage with local distributors and try to figure out formularies or pricing strategies or corporate contracts. We have made it easy for manufacturers and corporate groups to do business in Europe leveraging our kind of Pan-European position.

**Unknown Analyst**

And one of the things -- just to stick with the international theme, but I do want to go back to APAC for a moment. Last quarter, there was one of the manufacturers that went direct. I believe, it was Zoetis. But

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 2:19-cv-05530-ARL   Document 59-2   Filed 07/23/21   Page 81 of 229 PageID #: 2967

if we can just talk about the risk of something like that recurring. Quite clearly, it's been sort of a theme within the animal health space ever since IDEXX went direct, whatever that was, 4 or 5 years ago. So maybe if we can talk to, as much detail as you can, who it was, if it was Zoetis and then why should we not be concerned if something like that resurfaces in coming quarter.

**Benjamin J. Shaw**
*President, CEO & Director*

I don't think that those manufacturer decisions are a response to the Covetrus value proposition. I think that predated the organization. And I would also acknowledge that...

**Unknown Analyst**

It hasn't enforced you. I get your point...

**Benjamin J. Shaw**
*President, CEO & Director*

But it was -- the anticipation of that happened...

**Unknown Analyst**

Well before that.

**Benjamin J. Shaw**
*President, CEO & Director*

Well before that.

**Unknown Analyst**

Yes.

**Benjamin J. Shaw**
*President, CEO & Director*

I think the other dynamic is Australia is -- it has different regulatory dynamics. I mean all of the fleets of current vendors are OTC, right? And so there are really different dynamics in that market that can influence where a manufacturer is in their maturity cycle and what they're trying to receive and what their relationships look like to the veterinary channel or to the retail channel. And we're purists on the veterinary channel side, obviously we're Covetrus.

I think the other dynamic is that we didn't have the integrated value proposition that we now offer through Covetrus where integrated practice management software, namely our RX Works capability which has a very strong market position in Australia, nicely integrated with our distribution capabilities. And this year, next year, layering in Vets First Choice as an online channel strategy, this is going to result from a lot of category growth and a lot of new value not only for customers but for manufacturers.

But I -- the other thing I'd offer is that the loss of that manufacturer was material to our business but we replaced that business in what, 6 months, right? By the end of Q1 we had largely made up ground, which just shows that our business was able to recover and drive a lot of new value creation really fast. And just I think it speaks to the fact that these markets are very, very competitive and veterinarians have a lot of choices and that with strong partnerships, we're able to move the needle very quickly.

**Unknown Analyst**

And to your point, even on the reported revenue growth you have these 2 big headwinds, one in APAC and the loss of a customer in North America. Have you normalized for those 2 events? I believe your revenue growth was 200 to 300 bps higher.

**Benjamin J. Shaw**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Coming up on 10% growth in APAC.

**Unknown Analyst**

Vets First Choice. I alluded to earlier the 3,000 customers that you expect to add this year. The prescription management growth was up around 50% in the quarter if you sort of normalize from a day's perspective. We had diligence on the initiation report. A lot of it was very favorable for VFC. One of the things that we did get back from the current users was engagement, maybe that you can go ahead and have better engagement. And maybe if you can talk to us how you can now do that with a much larger sales force. I'm guessing back in VFC days, you had your sales reps that would sign up an account and then it was sort of on to the next one. Can you talk to us now and if you can spend more time with the existing users and help drive utilization engagement in the pro practice level?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes, that's for sure. The proactive prescription management opportunities in our market are just vast. We have a really significant opportunity to drive substantial same-store sales for practices. We reported in the first quarter that we saw same-store sales for existing customers, we're going to be on par from at least a year through 22%, right? Which in a category where inventory sales growth is low single digit, being able to deliver an average of 22% same-store sales growth for practices reflects that there was a big, big unserved market, that there are big gaps in patient care, that there's a very high level of compliance and that through active recommendation and proactive engagement with clients and the availability of autoship.

And I think the other dynamic that is less appreciated is the importance of renewal marking, reissuance. Kind of it's less adherence and compliance, it's more about persistence. It's second year and third year and fourth year of care.

So if you follow me, if we are successful in driving a year's supply of prescription flea and tick product or heartworm product, in the 12-month period, we're back in the office for diagnostic or in-office services, whether it's vet med and follow-up echocardiogram or it's levothyroxine and methimazole coming back into your T4 test. That test treat cycle, the ability to proactively managing, dispensing and refill events combined with the renewal cycle of we're now entering in the second, third and fourth year of care. And so as that platform matures, a lot of the success we're going to start to see is in actually managing those the end of therapy and transition, the coordination of in-office services with dispensing for second and third year of care. That's why you're seeing a consistent accelerated growth in in-office services through great prescription management.

**Unknown Analyst**

And for that very reason, whether you think that can play into the next data point that I thought we picked up in the diligence which was that, what we saw was the longer practice was on the platform, the greater was their level of satisfaction?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. Well on the first couple of months, our customers on average have a lot of unknowns and uncertainties and anxieties about what it means to start to engage clients through this online channel. This is a new way.

**Unknown Analyst**

[indiscernible]

**Benjamin J. Shaw**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And they have a lot of concerns. I mean how will this change pricing and compensation dynamics? And will my sales reps still get credit for [indiscernible]. Well, whether you honor my corporate pricing contracts? And there's just a lot of noise for practices they engage in what is a new and different way to think about managing the practice. 6 months, 12 months in, you see a lot of those fears dissolve and they start to appreciate the impact that this is having in their business. By year 3, we've doubled and tripled compliance in core products and services. We've enhanced client satisfaction with services. You start to see growth in in-office revenues. And by year 5, we've doubled revenue in the practice. And so I think that there's no question that, that's a journey and that folks who are at a more mature position in that experience obviously are able to speak more articulately to the revenue impact, the compliance impact, the client satisfaction impact. And probably in the first 30 days, you have a lot of concerns about how this would adversely affect my business, which we can pretty quickly solve.

I think your question earlier though was, so we have this really powerful platform, and what's so important is, one, how we can better integrate this with our practice management software. We have greater than 60% market share position in practice management software. And customers should expect a high degree of integration and that we should make it easy to have all of these different services nicely integrated. Of course, if the practice chooses, right? The practice has a lot of choice here. But if they want read/write capabilities for appointment management, if they want us to write back prescription refills to maintain the integrity of the medical record, if you want to have be able to eliminate a lot of manual processes and workflow.

In June this year, we're introducing 5 signature enhancements to our legacy practice management software, AVImark, ImproMed and other softwares. And those enhancements will save veterinarians an hour per day per veterinarian, an hour per day per veterinarian through a number of signature enhancements that just reflects the manual intensity of operating some of these practice management softwares. So it's so important that inventory management, ordering and receiving, that appointment management and booking appointments, when someone comes to us who are just staying at the end of that treatment cycle and having the refills and renewal dynamic so tightly integrated in that operating system, it's a really big expectation our customers have for us to solve and make it easier to integrate this capability set.

**Unknown Analyst**

Have you guys as a company, sort of legacy, do you ever talk about decile information? So in other words, if we were to take sort of the top 10% of your practice, because it is such a huge opportunity, and the type of revenue generation or revenue growth that you've seen within that sort of cohort or as such that I should say, what that might look like versus the blend that we can back into in the numbers?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes. It's really helpful to us because we have a really predictable, almost subscription-like rate of engagement with practices and prescription management, right? It's very predictable in terms of what that revenue ramp looks like, the rate of refills, the rate of auto-ship subscription, gives us a lot of predictability into revenue and demand and refills and renewals. It's almost a -- we know what that yield and prescriptions under management looks like for both the patient, the practice and for ourselves. And so the decile dynamics are really helpful towards helping practices appreciate best practices. What is best practice for how I should manage food in my practice? How am I managing supplements? How do you think about bundling diagnostics and therapeutics? How should I think about managing compensation in the practice? What's best practice for walkouts? 60% of patients come in for services are due for products and walk out without product. What is best practice for how I manage walkouts, right? They're obviously going to go home, obviously doses at home, I'm going to price shop. What is best practice? We have a walkout program that best practices are 50% conversion rate on walkouts. That's not 100%, I'm not getting all of them, but a 50% recovery on the business walking out of the door. And so for us, decile dynamics and the cohort analysis is useful to -- particularly useful when we're able to share like practices. Equine practitioner's totally different than that of larger small animal corporate groups or one-doctor practices. But when we can develop cohort analysis for like practices and relate that to best practices,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it's really powerful. And this gave birth to our pharmacy study groups. We're able to bring like practices together and share best practices. And now some corporate groups are actually awarding pharmacy study groups within the group of practices that they work with sharing those best practices and what are other practices doing to maximize the opportunity?

**Unknown Analyst**

I think we've got a question in the audience.

**Benjamin J. Shaw**
*President, CEO & Director*

Yes.

**Unknown Analyst**

[indiscernible]

**Unknown Analyst**

And let me, I mean, just repeat the question. The question was the ROIC in relation to the cost of capital, what you can do to increase your ROIC?

**Benjamin J. Shaw**
*President, CEO & Director*

Well this is -- the combination of these businesses changes the lifetime value of our customers. It changes the cost to acquiring or reengage customers. And it changes the yield on revenue and profitability of that account. In -- for example, a traditional distribution business might value a customer, I mean, with $50,000 to $100,000 a year. That's where Streets would say that same customer will be worth $500,000 to $1 million a year. And from a software implementation relative to appointment management and practice management softwares, there's incremental value there. And so now we look at one customer and not servicing you 15 different ways but have kind of a holistic view of the opportunity, our ability to think about what that cost of customer acquisition relative to lifetime value and how we intend to service that changes really dramatically.

So I think a simple way to put it is we're in a position where we could dramatically lower our cost of customer acquisition for Vets First Choice. But maybe we shouldn't be doing that. Maybe instead we should be investing more substantially in some of those customers given our differentiated scope of capability. So I would say over the next couple of years, you'll see a very different return on investment profile from how we deploy our selling assets, selling capabilities, but also how we leverage our distribution infrastructure to change service dynamics.

**Unknown Analyst**

And in the 2 minutes that we have left, [indiscernible] let me try to rapid fire with a bunch of questions.

So you expect to end this year with 10,000 North American practices out of whatever the number is, 27,000 or 28,000. That penetration is almost 40%. That source may have several thousand other. Talk to us that where you see this going? In other words, is this a type of platform offering that you can see surpassing 80% or 90% penetration longer term both in North America and worldwide?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes.

**Unknown Analyst**

That was pretty concise.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then just in terms of the numbers this year, adjusted EBITDA of $235 million to $250 million, call it midpoint of $242 million. When we think about the weighting, should we think more of a 45%-55% dynamic? 45% being 1H-ish, 55% 2H?

**Benjamin J. Shaw**
*President, CEO & Director*

Yes, I'm not going to comment. We haven't given guidance on how that breaks out. But directionally, you're right to be thinking about the seasonality of the business and the progress we're going to be making in value capture over the course of this year, hitting that $20 million run rate in value capture in the fourth quarter. So the answer is yes, clearly there's a lot of value capture build through this year and also consider some of the seasonality in the business.

**Unknown Analyst**

Okay. And maybe last 2 quick ones for me. I know you talked about exiting $20 million synergies year 1, exiting $100 million year 3. Is there any year 2 figure that we should be thinking about? In other words, is it a $40 million or $60 million, I guess?

**Benjamin J. Shaw**
*President, CEO & Director*

We gave a little bit of color on this in our Capital Markets Day back in January, February. And what I would say is that we are not going to capture new incremental EBITDA at the expense of service levels. And so one of the sort of amazing opportunities we have is we're both improving the profitability of our business while also dramatically enhancing service levels to customers. If we take Vet First Choice services, we now are able to leverage the net worth of 20 combined distribution centers in the U.S. So we're both going to be able to lower the cost of freight, lower the cost of shipping, lower the cost to fill while also increasing the speed at which we're able to get orders and products to customers. So it's really a two-fer. It's one of the reasons we refer to it as value capture internally. I know you're more interested in the impact this will have on EBITDA and we all are. But it's also important to acknowledge that this will result in value capture, in the sense we're also going to improve very dramatically our service levels to customers.

**Unknown Analyst**

Okay. Anyone who has further questions?

Perfect.

Thanks very much. [indiscernible]

**Benjamin J. Shaw**
*President, CEO & Director*
Thank you. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit No. 5

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 88 of 229 PageID #: 2974

**Table of Contents**

**As filed with the Securities and Exchange Commission on December 26, 2018**

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-4
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# FORM S-1
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# HS SPINCO, INC.
**(Exact Name of Registrant as Specified in its Charter)**

| Delaware | 2834 | 83-1448706 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**135 Duryea Road**
**Melville, New York 11747**
**Tel: (631) 843-5500**
**(Address, including Zip Code, and Telephone Number, including Area Code, of Registrant's Principal Executive Offices)**

**Walter Siegel, Esq.**
**Assistant Secretary**
**HS Spinco, Inc.**
**135 Duryea Road**
**Melville, New York 11747**
**Tel: (631) 843-5500**

**(Name, Address, including Zip Code, and Telephone Number, including Area Code, of Agent for Service)**

*With a copy to:*

| Julie M. Allen, Esq. | Paul J. Shim, Esq. | Mark B. Stein, Esq. |
|---|---|---|
| Michael E. Ellis, Esq. | Kimberly R. Spoerri, Esq. | Gitte J. Blanchet, Esq. |
| Proskauer Rose LLP | Cleary Gottlieb Steen & Hamilton LLP | Morgan, Lewis & Bockius LLP |
| Eleven Times Square | One Liberty Plaza | One Federal Street |
| New York, NY 10036 | New York, NY 10006 | Boston, MA 02110 |
| (212) 969-3000 | (212) 225-2000 | (617) 341-7700 |

Table of Contents



Table of Contents

*Q: Why did Henry Schein decide not to separate the Henry Schein Animal Health Business into a stand alone public company and instead to combine it with Vets First Choice?*

A: Henry Schein decided to combine the Henry Schein Animal Health Business with the business of Vets First Choice rather than separate it into a stand alone public company because it expected the business prospects to be enhanced by the Merger, and therefore, the expected value to Henry Schein and its stockholders from pursuing the Transactions would be greater than the value to Henry Schein and its stockholders of a stand alone Spin-off or split-off of the Henry Schein Animal Health Business. A principal factor considered by Henry Schein in reaching this decision, in addition to the factors noted above, was the business and prospects of Vets First Choice, after giving effect to the Merger, including expected revenue growth and operational synergies to be realized as a result of the Merger.

The principal countervailing factors considered by Henry Schein concerning the Transactions were:

- the fact that the Transactions involved another party and therefore presented execution risk that would not be present in a single-party transaction like a spin-off or split-off;

- the possibility that the Combined Company would not perform in the anticipated manner;

- the possibility that the Transactions would be delayed; and

- risks relating to integrating the Henry Schein Animal Health Business with the current operations of Vets First Choice and the related costs.

After consideration of the above factors, particularly in respect of revenue growth and operational synergies that the Combined Company is expected to realize as a result of the Transactions, and the terms of the Transaction Agreements, Henry Schein concluded that the expected value to Henry Schein and its stockholders from pursuing the Transactions was greater than the value to Henry Schein and its stockholders of a stand alone Spin-off or split-off of the Henry Schein Animal Health Business. See "The Transactions."

*Q: What are Vets First Choice's reasons for the Transactions?*

A: Vets First Choice determined that the Transactions would be in the best interests of Vets First Choice and its stockholders because the Transactions would provide a number of key benefits, including primarily: (i) the complementary fit of Vets First Choice and the Henry Schein Animal Health Business, and the strategic benefits of a global, technology-enabled animal health business with a comprehensive service and technology platform and supply chain infrastructure supporting the companion, equine and large animal veterinary markets; (ii) the ability to leverage the global scale and logistical infrastructure of the Henry Schein Animal Health Business to accelerate the adoption of the Vets First Choice platform and introduce new and enhanced services and technology to veterinary practices; (iii) the opportunity to drive additional practice insights to enhance medication and service compliance through the combination of the Henry Schein Animal Health Business' leading practice management software portfolio with the Vets First Choice analytics and client engagement capabilities; and (iv) enhancing relationships with global manufacturers as the Combined Company leverages technology and insight to drive category growth.

In assessing and approving the Transactions, Vets First Choice considered an initial public offering as an alternative transaction, but came to the conclusion that the Transactions would produce similar or better results for Vets First Choice and its stockholders. See "The Transactions—Vets First Choice's Reasons for the Transactions."

*Q: What will Henry Schein stockholders receive in the Transactions?*

A: Each issued and outstanding share of Henry Schein common stock as of the record date for the Distribution (excluding any shares of Henry Schein common stock otherwise held by a member of the Henry Schein Group) will entitle its holder to receive a pro rata portion of the aggregate shares of Spinco common stock held by Henry Schein as of the time of the Distribution (after giving effect to the Share Sale).

8

Table of Contents

- *Enhance customer and client relationships.* We plan to strengthen our value proposition offered to independent veterinary and corporate accounts in a consolidating industry landscape by leveraging our supply-chain expertise, proprietary technology-enabled solutions and innovation pipeline.

**Our Key Capabilities**

In pursuing our strategy, we plan to capitalize on our key strengths:

- insight and analytics that help veterinarians identify and manage gaps in care;

- multi-channel client engagement that drives in-clinic service activity and online purchases;

- proactive prescription management and pharmacy services that drive medication compliance, increase revenues and improve the customer and client experience;

- inventory management and supply chain services and technology that help improve practice efficiency and economics;

- specialty pharmacy services and proprietary brand products, which include innovative solutions and chronic care disease management; and

- veterinary practice management software that improves workflow, manages animal health records and supports office administration.

**Our Customers**

Our combined customer base is comprised principally of animal health practices and clinics in the companion animal and equine markets in North America, Europe and Australasia. These veterinary practices consist of both small, privately owned businesses and an increasing number of consolidated, corporate-owned practices. We also serve animal health providers and producers in the large animal market.

In our major markets, our combined Customers include:

- supply chain customers in North America, Europe and Australasia (including more than 90% of the approximately 30,000 veterinary practices in the United States, more than 45,000 Customers in Europe (of which a large majority are in veterinary practices) and a significant number of veterinary practices in Australia), which are currently served by the Henry Schein Animal Health Business;

- practice management solutions customers in the United States, the United Kingdom, Australia, New Zealand, and certain other countries (including more than 50% of the veterinary practices in the United States), which are currently served by the Henry Schein Animal Health Business; and

- prescription management and pharmacy services customers, including the approximately 6,800 veterinary practices in the United States utilizing the Vets First Choice platform.

We see opportunity to accelerate the adoption of the Vets First Choice platform by leveraging the existing Henry Schein Animal Health Business customer base.

**Our Competitors**

The market for providing products, services and technology to the global animal health industry is highly competitive and fragmented. Our principal competitors include:

- *Animal Health Divisions of Traditional Distribution Companies:* the MWI Animal Health division of AmerisourceBergen and the Patterson Veterinary division of Patterson Companies, Inc.;

20

Table of Contents

- *Animal Health Focused Companies:* national, regional, local and online distributors and technology vendors, as well as manufacturers of animal health products that sell directly to veterinary practices and retailers; and

- *Practice Management Service Providers:* IDEXX Laboratories, Inc. and a number of regional and local competitors.

Additionally, online and brick-and-mortar retailers offer certain animal health products and services directly to Clients, which impacts our Customers and in turn our business.

We believe we are well suited to compete in this market. We expect that our global scale, comprehensive and integrated capabilities and expertise will allow us to win business and access additional revenue opportunities while addressing our fragmented customer base's evolving needs.

**The Transactions**

*Overview*

The principal transactions described in this prospectus are the following:

- Reorganization—Henry Schein will engage in a series of transactions in order to separate the Henry Schein Animal Health Business from Henry Schein's other businesses pursuant to which, among other things, it will (i) use reasonable best efforts to purchase from certain minority holders their ownership interests in the applicable operating companies of the Henry Schein Animal Health Business in exchange for cash and (ii) contribute, assign and transfer to Spinco certain applicable assets, liabilities and capital stock or other ownership interests relating to the Henry Schein Animal Health Business.

- Initial Spinco Debt Financing—Henry Schein, Spinco and Vets First Choice will use their reasonable best efforts to arrange and consummate the Initial Spinco Debt Financing, which is expected to fund the Special Dividend, the Additional Special Dividend, if applicable, and the Certain Debt Repayment. We will then pay the Special Dividend and the Additional Special Dividend, if applicable, to Henry Schein and effectuate the Certain Debt Repayment.

- Share Sale—We will subsequently issue shares of our common stock representing in the aggregate up to 9.9% of the issued and outstanding shares of our common stock, after giving effect to the Transactions, including the Merger, to the Share Sale Investors in the Share Sale, a transaction that will be exempt from registration under the Securities Act, see "The Transactions—Share Sale." The proceeds of the Share Sale will be paid to Spinco and distributed to Henry Schein.

- Distribution—Henry Schein will subsequently distribute on a pro rata basis all of the shares of Spinco common stock held by Henry Schein (after giving effect to the Share Sale) to Henry Schein stockholders as of the record date of the Distribution. In connection with the Transactions, we will change our name to "Covetrus, Inc."

- Merger—Immediately after the Distribution, Merger Sub will merge with and into Vets First Choice, the separate corporate existence of Merger Sub will cease and Vets First Choice will continue as the Surviving Company and our wholly owned subsidiary.

In order to complete the Merger, Vets First Choice must obtain the requisite approval of its stockholders. The Vets First Choice Board has determined that the terms of the Merger Agreement and the Merger are advisable and in the best interests of Vets First Choice and its stockholders, has approved the Merger Agreement and the Merger and has unanimously recommended the adoption by the Vets First Choice stockholders of the Merger Agreement and their approval of the Merger. Vets First Choice stockholders holding approximately

21

# Exhibit No. 6

As filed with the Securities and Exchange Commission on January 8, 2019

Registration No. 333-229026

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# AMENDMENT NO. 1
# TO
# FORM S-4
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

---

# AMENDMENT NO. 1
# TO
# FORM S-1
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

---

# HS SPINCO, INC.
**(Exact Name of Registrant as Specified in its Charter)**

---

| Delaware | 2834 | 83-1448706 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

---

**135 Duryea Road**
**Melville, New York 11747**
**Tel: (631) 843-5500**
(Address, including Zip Code, and Telephone Number, including Area Code, of Registrants Principal Executive Offices)

---

**Walter Siegel, Esq.**
**Assistant Secretary**
**HS Spinco, Inc.**
**135 Duryea Road**
**Melville, New York 11747**
**Tel: (631) 843-5500**

(Name, Address, including Zip Code, and Telephone Number, including Area Code, of Agent for Service)

---

*With a copy to:*

| | | |
|---|---|---|
| Julie M. Allen, Esq. | Paul J. Shim, Esq. | Mark B. Stein, Esq. |
| Michael E. Ellis, Esq. | Kimberly R. Spoerri, Esq. | Gitte J. Blanchet, Esq. |
| Proskauer Rose LLP | Cleary Gottlieb Steen & Hamilton LLP | Morgan, Lewis & Bockius LLP |
| Eleven Times Square | One Liberty Plaza | One Federal Street |
| New York, NY 10036 | New York, NY 10006 | Boston, MA 02110 |
| (212) 969-3000 | (212) 225-2000 | (617) 341-7700 |

---

Table of Contents



*Enhance Customer and Client relationships.* We plan to strengthen our value proposition offered to independent veterinary and corporate accounts in a consolidating industry landscape by leveraging our supply-chain expertise, proprietary technology-enabled solutions and innovation pipeline.

**Our Key Capabilities**

In pursuing our strategy, we plan to capitalize on our key strengths:

insight and analytics that help veterinarians identify and manage gaps in care;

multi-channel Client engagement that drives in-clinic service activity and online purchases;

proactive prescription management and pharmacy services that drive medication compliance, increase revenues and improve the Customer and Client experience;

inventory management and supply chain services and technology that help improve practice efficiency and economics;

specialty pharmacy services and proprietary brand products, which include innovative solutions and chronic care disease management; and

veterinary practice management software that improves workflow, manages animal health records and supports office administration.

**Our Customers**

Our combined customer base is comprised principally of animal health practices and clinics in the companion animal and equine markets in North America, Europe and Australasia. These veterinary practices consist of both small, privately owned businesses and an increasing number of consolidated, corporate-owned practices. We also serve animal health providers and producers in the large animal market.

In our major markets, our combined Customers include:

supply chain Customers in North America, Europe and Australasia (including more than 90% of the approximately 30,000 veterinary practices in the United States, more than 45,000 Customers in Europe (of which a large majority are in veterinary practices) and a significant number of veterinary practices in Australia), which are currently served by the Henry Schein Animal Health Business;

practice management solutions Customers in the United States, the United Kingdom, Australia, New Zealand and certain other countries (including more than 50% of the veterinary practices in the United States), which are currently served by the Henry Schein Animal Health Business; and

prescription management and pharmacy services Customers, including the approximately 7,500 veterinary practices in the United States utilizing the Vets First Choice platform.

We see opportunity to accelerate the adoption of the Vets First Choice platform by leveraging the existing Henry Schein Animal Health Business Customer base.

**Our Competitors**

The market for providing products, services and technology to the global animal health industry is highly competitive and fragmented. Our principal competitors include:

*Animal Health Divisions of Traditional Distribution Companies:* the MWI Animal Health division of AmerisourceBergen and the Patterson Veterinary division of Patterson Companies, Inc.;

20

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 97 of 229 PageID #: 2983

*Animal Health Focused Companies:* national, regional, local and online distributors and technology vendors, as well as manufacturers of animal health products that sell directly to veterinary practices and retailers; and

*Practice Management Service Providers:* IDEXX Laboratories, Inc. and a number of regional and local competitors.

Additionally, online and brick-and-mortar retailers offer certain animal health products and services directly to Clients, which impacts our Customers and in turn our business.

We believe we are well suited to compete in this market. We expect that our global scale, comprehensive and integrated capabilities and expertise will allow us to win business and access additional revenue opportunities while addressing our fragmented Customer bases evolving needs.

**The Transactions**

*Overview*

The principal transactions described in this prospectus are the following:

ReorganizationHenry Schein will engage in a series of transactions in order to separate the Henry Schein Animal Health Business from Henry Scheins other businesses pursuant to which, among other things, it will (i) use reasonable best efforts to purchase from certain minority holders their ownership interests in the applicable operating companies of the Henry Schein Animal Health Business in exchange for cash and (ii) contribute, assign and transfer to Spinco certain applicable assets, liabilities and capital stock or other ownership interests relating to the Henry Schein Animal Health Business.

Initial Spinco Debt FinancingHenry Schein, Spinco and Vets First Choice will use their reasonable best efforts to arrange and consummate the Initial Spinco Debt Financing, which is expected to fund the Special Dividend, the Additional Special Dividend, if applicable, and the Certain Debt Repayment. We will then pay the Special Dividend and the Additional Special Dividend, if applicable, to Henry Schein and effectuate the Certain Debt Repayment.

Share SaleWe will subsequently issue shares of our common stock representing in the aggregate up to 9.9% of the issued and outstanding shares of our common stock, after giving effect to the Transactions, including the Merger, to the Share Sale Investors in the Share Sale, a transaction that will be exempt from registration under the Securities Act. The proceeds of the Share Sale will be paid to Spinco and distributed to Henry Schein.

DistributionHenry Schein will subsequently distribute on a pro rata basis all of the shares of Spinco common stock held by Henry Schein (after giving effect to the Share Sale) to Henry Schein stockholders as of the record date of the Distribution. In connection with the Transactions, we will change our name to Covetrus, Inc.

MergerImmediately after the Distribution, Merger Sub will merge with and into Vets First Choice, the separate corporate existence of Merger Sub will cease and Vets First Choice will continue as the Surviving Company and our wholly owned subsidiary.

In order to complete the Merger, Vets First Choice must obtain the requisite approval of its stockholders. The Vets First Choice Board has determined that the terms of the Merger Agreement and the Merger are advisable and in the best interests of Vets First Choice and its stockholders, has approved the Merger Agreement and the Merger and has unanimously recommended the adoption by the Vets First Choice stockholders of the Merger Agreement and their approval of the Merger. Vets First Choice stockholders holding approximately

21

Transactions would provide a number of key benefits, including primarily: (i) the complementary fit of Vets First Choice and the Henry Schein Animal Health Business, and the strategic benefits of a global, technology-enabled animal health business with a comprehensive service and technology platform and supply chain infrastructure supporting the companion, equine and large animal veterinary markets; (ii) the ability to leverage the global scale and logistical infrastructure of the Henry Schein Animal Health Business to accelerate the adoption of the Vets First Choice platform and introduce new and enhanced services and technology to veterinary practices; (iii) the opportunity to drive additional practice insights to enhance medication and service compliance through the combination of the Henry Schein Animal Health Business leading practice management software portfolio with the Vets First Choice analytics and client engagement capabilities; and (iv) enhancing relationships with global manufacturers as the Combined Company leverages technology and insight to drive category growth.

In assessing and approving the Transactions, Vets First Choice considered an initial public offering as an alternative transaction, but came to the conclusion that the Transactions would produce similar or better results for Vets First Choice and its stockholders. See The TransactionsVets First Choices Reasons for the Transactions.

See The TransactionsHenry Scheins Reasons for the Transactions and The TransactionsVets First Choices Reasons for the Transactions.

| | |
|---|---|
| *Accounting treatment of the Merger* | We will be the accounting acquiror in the Merger. Accordingly, we will apply acquisition accounting to the assets acquired and liabilities assumed of Vets First Choice upon consummation of the Merger. See The TransactionsAccounting Treatment and Considerations. |
| *Dissenting shares* | Shares of Vets First Choice capital stock outstanding immediately prior to the Effective Time and held by a Vets First Choice stockholder who does not vote or execute a consent in favor of the Merger and is entitled to demand and has properly demanded appraisal for such shares in accordance with Section 262 will not be converted into the right to receive the Per Share Merger Consideration and will instead represent the right to receive payment of the fair value of such dissenting shares under the DGCL. A proxy or vote against the Merger or a failure to deliver a written consent will not in and of itself constitute such a demand. See The Merger AgreementDissenting Shares. |
| *Share Sale* | Following the Initial Spinco Debt Financing and prior to the Distribution, we will issue shares of our common stock representing in the aggregate up to 9.9% of the issued and outstanding shares, after giving effect to the Transactions, including the Merger, to the Share Sale Investors in the Share Sale. The proceeds of the Share Sale will be paid to Spinco and distributed to Henry Schein. |

34

# Exhibit No. 7

Table of Contents

As filed with the Securities and Exchange Commission on January 15, 2019

Registration No. 333-229026

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# AMENDMENT NO. 2
# TO
# FORM S-4
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# AMENDMENT NO. 2
# TO
# FORM S-1
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# HS SPINCO, INC.
(Exact Name of Registrant as Specified in its Charter)

| Delaware | 2834 | 83-1448706 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

135 Duryea Road
Melville, New York 11747
Tel: (631) 843-5500
(Address, including Zip Code, and Telephone Number, including Area Code, of Registrants Principal Executive Offices)

Walter Siegel, Esq.
Assistant Secretary
HS Spinco, Inc.
135 Duryea Road
Melville, New York 11747
Tel: (631) 843-5500

(Name, Address, including Zip Code, and Telephone Number, including Area Code, of Agent for Service)

*With a copy to:*

| Julie M. Allen, Esq. | Paul J. Shim, Esq. | Mark B. Stein, Esq. |
|---|---|---|
| Michael E. Ellis, Esq. | Kimberly R. Spoerri, Esq. | Gitte J. Blanchet, Esq. |
| Proskauer Rose LLP | Cleary Gottlieb Steen & Hamilton LLP | Morgan, Lewis & Bockius LLP |
| Eleven Times Square | One Liberty Plaza | One Federal Street |
| New York, NY 10036 | New York, NY 10006 | Boston, MA 02110 |
| (212) 969-3000 | (212) 225-2000 | (617) 341-7700 |

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 101 of 229 PageID #: 2987

# INTEGRATED SOLUTIONS. IMPROVED OUTCOMES.



*Enhance Customer and Client relationships.* We plan to strengthen our value proposition offered to independent veterinary and corporate accounts in a consolidating industry landscape by leveraging our supply-chain expertise, proprietary technology-enabled solutions and innovation pipeline.

**Our Key Capabilities**

In pursuing our strategy, we plan to capitalize on our key strengths:

insight and analytics that help veterinarians identify and manage gaps in care;

multi-channel Client engagement that drives in-clinic service activity and online purchases;

proactive prescription management and pharmacy services that drive medication compliance, increase revenues and improve the Customer and Client experience;

inventory management and supply chain services and technology that help improve practice efficiency and economics;

specialty pharmacy services and proprietary brand products, which include innovative solutions and chronic care disease management; and

veterinary practice management software that improves workflow, manages animal health records and supports office administration.

**Our Customers**

Our combined customer base is comprised principally of animal health practices and clinics in the companion animal and equine markets in North America, Europe and Australasia. These veterinary practices consist of both small, privately owned businesses and an increasing number of consolidated, corporate-owned practices. We also serve animal health providers and producers in the large animal market.

In our major markets, our combined Customers include:

supply chain Customers in North America, Europe and Australasia (including more than 90% of the approximately 30,000 veterinary practices in the United States, more than 45,000 Customers in Europe (of which a large majority are in veterinary practices) and a significant number of veterinary practices in Australia), which are currently served by the Henry Schein Animal Health Business;

practice management solutions Customers in the United States, the United Kingdom, Australia, New Zealand and certain other countries (including more than 50% of the veterinary practices in the United States), which are currently served by the Henry Schein Animal Health Business; and

prescription management and pharmacy services Customers, including the approximately 7,500 veterinary practices in the United States utilizing the Vets First Choice platform.

We see opportunity to accelerate the adoption of the Vets First Choice platform by leveraging the existing Henry Schein Animal Health Business Customer base.

**Our Competitors**

The market for providing products, services and technology to the global animal health industry is highly competitive and fragmented. Our principal competitors include:

*Animal Health Divisions of Traditional Distribution Companies:* the MWI Animal Health division of AmerisourceBergen and the Patterson Veterinary division of Patterson Companies, Inc.;

20

*Animal Health Focused Companies:* national, regional, local and online distributors and technology vendors, as well as manufacturers of animal health products that sell directly to veterinary practices and retailers; and

*Practice Management Service Providers:* IDEXX Laboratories, Inc. and a number of regional and local competitors.

Additionally, online and brick-and-mortar retailers offer certain animal health products and services directly to Clients, which impacts our Customers and in turn our business.

We believe we are well suited to compete in this market. We expect that our global scale, comprehensive and integrated capabilities and expertise will allow us to win business and access additional revenue opportunities while addressing our fragmented Customer bases evolving needs.

**The Transactions**

*Overview*

The principal transactions described in this prospectus are the following:

ReorganizationHenry Schein will engage in a series of transactions in order to separate the Henry Schein Animal Health Business from Henry Scheins other businesses pursuant to which, among other things, it will (i) use reasonable best efforts to purchase from certain minority holders their ownership interests in the applicable operating companies of the Henry Schein Animal Health Business in exchange for cash and (ii) contribute, assign and transfer to Spinco certain applicable assets, liabilities and capital stock or other ownership interests relating to the Henry Schein Animal Health Business.

Initial Spinco Debt FinancingHenry Schein, Spinco and Vets First Choice will use their reasonable best efforts to arrange and consummate the Initial Spinco Debt Financing, which is expected to fund the Special Dividend, the Additional Special Dividend, if applicable, and the Certain Debt Repayment. We will then pay the Special Dividend and the Additional Special Dividend, if applicable, to Henry Schein and effectuate the Certain Debt Repayment.

Share SaleWe will subsequently issue shares of our common stock representing in the aggregate up to 9.9% of the issued and outstanding shares of our common stock, after giving effect to the Transactions, including the Merger, to the Share Sale Investors in the Share Sale, a transaction that will be exempt from registration under the Securities Act. The proceeds of the Share Sale will be paid to Spinco and distributed to Henry Schein.

DistributionHenry Schein will subsequently distribute on a pro rata basis all of the shares of Spinco common stock held by Henry Schein (after giving effect to the Share Sale) to Henry Schein stockholders as of the record date of the Distribution. In connection with the Transactions, we will change our name to Covetrus, Inc.

MergerImmediately after the Distribution, Merger Sub will merge with and into Vets First Choice, the separate corporate existence of Merger Sub will cease and Vets First Choice will continue as the Surviving Company and our wholly owned subsidiary.

In order to complete the Merger, Vets First Choice must obtain the requisite approval of its stockholders. The Vets First Choice Board has determined that the terms of the Merger Agreement and the Merger are advisable and in the best interests of Vets First Choice and its stockholders, has approved the Merger Agreement and the Merger and has unanimously recommended the adoption by the Vets First Choice stockholders of the Merger Agreement and their approval of the Merger. Vets First Choice stockholders holding approximately

21

Table of Contents

Transactions would provide a number of key benefits, including primarily: (i) the complementary fit of Vets First Choice and the Henry Schein Animal Health Business, and the strategic benefits of a global, technology-enabled animal health business with a comprehensive service and technology platform and supply chain infrastructure supporting the companion, equine and large animal veterinary markets; (ii) the ability to leverage the global scale and logistical infrastructure of the Henry Schein Animal Health Business to accelerate the adoption of the Vets First Choice platform and introduce new and enhanced services and technology to veterinary practices; (iii) the opportunity to drive additional practice insights to enhance medication and service compliance through the combination of the Henry Schein Animal Health Business leading practice management software portfolio with the Vets First Choice analytics and client engagement capabilities; and (iv) enhancing relationships with global manufacturers as the Combined Company leverages technology and insight to drive category growth.

In assessing and approving the Transactions, Vets First Choice considered an initial public offering as an alternative transaction, but came to the conclusion that the Transactions would produce similar or better results for Vets First Choice and its stockholders. See The TransactionsVets First Choices Reasons for the Transactions.

See The TransactionsHenry Scheins Reasons for the Transactions and The TransactionsVets First Choices Reasons for the Transactions.

*Accounting treatment of the Merger*

We will be the accounting acquiror in the Merger. Accordingly, we will apply acquisition accounting to the assets acquired and liabilities assumed of Vets First Choice upon consummation of the Merger. See The TransactionsAccounting Treatment and Considerations.

*Dissenting shares*

Shares of Vets First Choice capital stock outstanding immediately prior to the Effective Time and held by a Vets First Choice stockholder who does not vote or execute a consent in favor of the Merger and is entitled to demand and has properly demanded appraisal for such shares in accordance with Section 262 will not be converted into the right to receive the Per Share Merger Consideration and will instead represent the right to receive payment of the fair value of such dissenting shares under the DGCL. A proxy or vote against the Merger or a failure to deliver a written consent will not in and of itself constitute such a demand. See The Merger AgreementDissenting Shares.

*Share Sale*

Following the Initial Spinco Debt Financing and prior to the Distribution, we will issue shares of our common stock representing in the aggregate up to 9.9% of the issued and outstanding shares, after giving effect to the Transactions, including the Merger, to the Share Sale Investors in the Share Sale. The proceeds of the Share Sale will be paid to Spinco and distributed to Henry Schein.

34

Exhibit No. 8

As filed with the Securities and Exchange Commission on February 7, 2019

Registration No. 333-

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM S-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# COVETRUS, INC.
**(Exact Name of Registrant as Specified in its Charter)**

| Delaware | 2834 | 83-1448706 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

**7 Custom House Street**
**Portland, ME 04101**
**Tel: (888) 280-2221**
**(Address, including Zip Code, and Telephone Number, including Area Code, of Registrants Principal Executive Offices)**

**Erin Powers Brennan, Esq.**
**Senior Vice President, General Counsel and Secretary**
**Covetrus, Inc.**
**7 Custom House Street**
**Portland, ME 04101**
**Tel: (888) 280-2221**
**(Name, Address, including Zip Code, and Telephone Number, including Area Code, of Agent for Service)**

*With a copy to:*

| | |
|---|---|
| **Mark B. Stein, Esq.** | **Julie M. Allen, Esq.** |
| **Laurie A. Cerveny, Esq.** | **Michael E. Ellis, Esq.** |
| **Morgan, Lewis & Bockius LLP** | **Proskauer Rose LLP** |
| **One Federal Street** | **Eleven Times Square** |
| **Boston, MA 02110** | **New York, NY 10036** |
| **(617) 341-7700** | **(212) 969-3000** |

**Approximate date of commencement of proposed sale of the securities to the public:**

As soon as practicable following the effective date of this registration statement, as determined by the selling stockholders.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box:

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of large accelerated filer, accelerated filer, smaller reporting company, and emerging growth company in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer | Accelerated filer |
| Non-accelerated filer | Smaller reporting company |
| | Emerging growth company |

Table of Contents



Table of Contents

*Drive category growth.* We expect to expand the existing served market by leveraging our medical compliance insights and innovation. We plan to deploy our comprehensive platform to help identify and narrow gaps in care through proactive prescription management.

*Develop advanced insight and analytics and software.* We believe that by positioning ourselves as the veterinary practice digital partner of choice, we can deliver insight and analytics that help veterinarians leverage technology in their practices and address changing Client expectations. We plan to continue developing a cohesive, cloud-enabled IT infrastructure and practice management solutions.

*Enhance customer and client relationships.* We plan to strengthen our value proposition offered to independent veterinary and corporate accounts in a consolidating industry landscape by leveraging our supply-chain expertise, proprietary technology-enabled solutions and innovation pipeline.

**Our Key Capabilities**

In pursuing our strategy, we plan to capitalize on our key strengths:

insight and analytics that help veterinarians identify and manage gaps in care;

multi-channel client engagement that drives in-clinic service activity and online purchases;

proactive prescription management and pharmacy services that drive medication compliance, increase revenues and improve the Customer and Client experience;

inventory management and supply chain services and technology that help improve practice efficiency and economics;

specialty pharmacy services and proprietary brand products, which include innovative solutions and chronic care disease management; and

veterinary practice management software that improves workflow, manages animal health records and supports office administration.

**Competition**

The market for providing products, services and technology to the global animal health industry is highly competitive and fragmented. Our principal competitors include:

*Animal Health Divisions of Traditional Distribution Companies:* the MWI Animal Health division of AmerisourceBergen and the Patterson Veterinary division of Patterson Companies, Inc.;

*Animal Health Focused Companies:* national, regional, local and online distributors and technology vendors, as well as manufacturers of animal health products that sell directly to veterinary practices and retailers; and

*Practice Management Service Providers:* IDEXX Laboratories, Inc. and a number of regional and local competitors.

Additionally, online and brick-and-mortar retailers offer certain animal health products and services directly to Clients, which impacts our Customers and in turn our business.

We believe we are well suited to compete in this market. We expect that our global scale, comprehensive and integrated capabilities and expertise will allow us to win business and access additional revenue opportunities while addressing our fragmented Customer bases evolving needs.

**Our Customers**

Our combined customer base is comprised principally of animal health practices and clinics in the companion animal and equine markets in North America, Europe and Australasia. These veterinary practices

98

Exhibit No. 9

Filed Pursuant to Rule 424(b)(3)
Registration No. 333-229559

**PROSPECTUS**

# Covetrus, Inc.

## 11,008,129 Shares of Common Stock

---

This prospectus relates to the resale of up to an aggregate of 11,008,129 shares of our common stock, $0.01 par value per share, by the selling stockholders identified in this prospectus who acquired the securities in a private placement pursuant to that Stock Subscription and Purchase Agreement, dated as of December 25, 2018, by and among us, Henry Schein, Inc. and the selling stockholders listed in this prospectus under the caption Selling Stockholders. In this prospectus, we refer to the 11,008,129 shares of common stock covered by this prospectus as the Shares, the selling stockholders as the selling stockholders and the private placement as the Share Sale. See The Transactions for additional details.

We are registering the offer and sale of the Shares by the selling stockholders to satisfy certain registration rights we have granted to the selling stockholders. We are not selling any Shares under this prospectus, and we will not receive any of the proceeds from the sale of the Shares by any of the selling stockholders. See Use of Proceeds. We will pay for any expenses incurred incident to registering the Shares, and Henry Schein has agreed to reimburse us for costs we have incurred and to indemnify us for certain losses we may incur.

The selling stockholders may sell the Shares described in the prospectus in a number of different ways and at varying prices. We provide more information about how the selling stockholders may sell their Shares in the section of this prospectus titled Plan of Distribution.

The selling stockholders may sell any, all or none of the Shares and we do not know when or in what amounts the selling stockholders may sell their Shares hereunder following the effective date of this registration statement.

Our common stock is listed on the Nasdaq Global Select Market under the symbol CVET. A limited market, commonly known as a when-issued trading market, for our common stock developed on February 4, 2019, and regular-way trading of our common stock will begin on February 8, 2019. On February 6, 2019, the last reported sale price for our common stock as reported on Nasdaq under the when-issued trading market was $46.19 per share. Because regular-way trading of our common stock will commence on February 8, 2019, there has not previously been any trading market for our common stock trading under CVET.

---

**Investing in our securities is speculative and involves a high degree of risk. You are urged to read this prospectus carefully, which includes important information about our company and potential risks of an investment in our securities. Please pay particular attention to the section entitled Risk Factors beginning on page 11 of this prospectus for information about the risks of this investment in our common stock.**

Neither the SEC nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.

---

The date of this prospectus is February 11, 2019.

Table of Contents



Table of Contents

*Drive category growth.* We expect to expand the existing served market by leveraging our medical compliance insights and innovation. We plan to deploy our comprehensive platform to help identify and narrow gaps in care through proactive prescription management.

*Develop advanced insight and analytics and software.* We believe that by positioning ourselves as the veterinary practice digital partner of choice, we can deliver insight and analytics that help veterinarians leverage technology in their practices and address changing Client expectations. We plan to continue developing a cohesive, cloud-enabled IT infrastructure and practice management solutions.

*Enhance customer and client relationships.* We plan to strengthen our value proposition offered to independent veterinary and corporate accounts in a consolidating industry landscape by leveraging our supply-chain expertise, proprietary technology-enabled solutions and innovation pipeline.

**Our Key Capabilities**

In pursuing our strategy, we plan to capitalize on our key strengths:

insight and analytics that help veterinarians identify and manage gaps in care;

multi-channel client engagement that drives in-clinic service activity and online purchases;

proactive prescription management and pharmacy services that drive medication compliance, increase revenues and improve the Customer and Client experience;

inventory management and supply chain services and technology that help improve practice efficiency and economics;

specialty pharmacy services and proprietary brand products, which include innovative solutions and chronic care disease management; and

veterinary practice management software that improves workflow, manages animal health records and supports office administration.

**Competition**

The market for providing products, services and technology to the global animal health industry is highly competitive and fragmented. Our principal competitors include:

*Animal Health Divisions of Traditional Distribution Companies:* the MWI Animal Health division of AmerisourceBergen and the Patterson Veterinary division of Patterson Companies, Inc.;

*Animal Health Focused Companies:* national, regional, local and online distributors and technology vendors, as well as manufacturers of animal health products that sell directly to veterinary practices and retailers; and

*Practice Management Service Providers:* IDEXX Laboratories, Inc. and a number of regional and local competitors.

Additionally, online and brick-and-mortar retailers offer certain animal health products and services directly to Clients, which impacts our Customers and in turn our business.

We believe we are well suited to compete in this market. We expect that our global scale, comprehensive and integrated capabilities and expertise will allow us to win business and access additional revenue opportunities while addressing our fragmented Customer bases evolving needs.

**Our Customers**

Our combined customer base is comprised principally of animal health practices and clinics in the companion animal and equine markets in North America, Europe and Australasia. These veterinary practices

98

# Exhibit No. 10

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 114 of 229 PageID #: 3000

![Animal Pharm Agribusiness]

*This copy is for your personal, non-commercial use. Please do not redistribute without permission.*

Printed By **Victor Guerrero**

# Ben Shaw: Covetrus can be as big a disruptor as IDEXX

18 Mar 2019 | **INTERVIEWS**

**by Joseph Harvey** | @JHJournalist | joseph.harvey@ihsmarkit.com

*Last month, animal health's newest billion-dollar business – Covetrus – was created and launched on the Nasdaq. Animal Pharm editor Joseph Harvey spoke to the company's president and chief executive Ben Shaw about his roots in animal health and the change Covetrus can bring to the wider veterinary sector.*

---

**Hurry! There are 7 days left in your free trial. To continue access after your trial, subscribe by contacting marketing@agri.informa.com or below.**

**SUBSCRIBE**

Case 2:19-cv-05530-ARL          Document 59-2          Filed 07/23/21          Page 115 of 229 PageID #:
3001



In 2010, David Shaw and Ben Shaw co-founded Vets First Choice – the company that has combined with Henry Schein Animal Health to become a unique provider of technology and services to veterinarians.

However, their history in the animal health space goes back further than 2010.

"David Shaw founded IDEXX Laboratories in 1984," he told *Animal Pharm*. "We have spent decades in and around animal health as a part of the journey developing IDEXX, which over time became a global animal health platform for diagnostic reference laboratory services. We have very deep roots in this market.

"As a family, we couldn't pass a veterinary practice without getting out of the car, setting up the equipment and explaining that in-office diagnostics was compelling, fast and easy, and you could provide useful information at the point of care and make real-time decisions without having to wait for lab results. It seemed an impossible undertaking to bring that kind of very foreign and very innovative approach to in-office diagnostics. It took a long time and it was hard."

David Shaw retired after nearly 20 years of being the founder, chief executive and chairman of IDEXX. By the time he left, the company was already a well-established leader in veterinary diagnostics. David Shaw is also a co-founder of Vets First Choice and chairman of Covetrus.

"Prior to the founding of Vets First Choice, I think IDEXX was one of the really disruptive and innovative technology platforms in animal health over the last 30 years," Ben Shaw explained.

> **More stock exchange chimes for animal health as Covetrus launches**
>
> By Joseph Harvey
>
> 08 Feb 2019
>
> Henry Schein has completed the spin-off of its animal health business and created Covetrus – the animal health industry's newest major player.
>
> Read the full article here ›

---

*Ben Shaw: "The next great disruption in our space is Covetrus, which is delivering an entirely new wave of innovation and opportunities to once*

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 116 of 229 PageID #: 3002

*again professionalize core aspects of veterinary management and driving significant new health and financial outcomes for veterinarians."*

---

"The next great disruption in our space is Covetrus, which is delivering an entirely new wave of innovation and opportunities to once again professionalize core aspects of veterinary management and driving significant new health and financial outcomes for veterinarians."

## Drawing on experience

Mr Shaw drew parallels between the way IDEXX brought a new perspective to the veterinary market and the introduction of Covetrus.

He said: "In the mid-90s, it became clear that to be very successful in providing the right kind of coordinated diagnostic approach, not only did you need the in-office diagnostics but the reference lab also had an important role to play. There was a realization you needed both in-office and outside reference laboratory capabilities, as well as telemedicine, to provide an optimal experience and a breadth of services to customers.

"We've developed an online channel for veterinarians, where they can successfully compete and engage in the professionalization of pharmacy services. In the birth of Covetrus, there is a recognition that both the in-office and online channels are important to delivering an optimal customer and client experience.

"While IDEXX was about professionalizing the back office of diagnostic services, we have an opportunity to professionalize the front office and how we manage dispensing, pharmacy, inventory, practice management capabilities and client engagement."

## Pressures on the vet profession

While IDEXX was bringing change to veterinary diagnostics, Vets First Choice was borne out of the need to modernize the vet's front office and respond to changing client expectations.

Mr Shaw said: "I had been approached by a number of veterinary practitioners, who were continuing to wrestle with a variety of pressures in our market. The status quo was under a lot of pressure. The pain points included a proliferation of new technologies, new medications and new diets, and changing client expectations for service and convenience. So, there was pressure on inventory management. It's hard for veterinary practitioners who own small businesses to manage such a complex set of inventory activities, where you have perishable dog food, temperature-sensitive products, controlled substances and hazardous drugs.

"Inevitably, demand planning is challenged by different species and different breeds of patients and the type of medical service they might need. It's incredible guesswork to anticipate inventory needs, with an incredible display of medical knowledge to manage such a wide range of patient care. You need to have every dose form and pack size of medication that you hypothetically might need. We're a very reactive industry. It's a 'sick care' model, where we are just trying to do our best to manage in-bound caseloads.

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 117 of 229 PageID #: 3003

"What comes with that is a lot of complexity in running a small business around inventory management, follow-up through medical adherence, refills and client engagement. For many practices, it's incumbent on the patient to follow up and come back when they need refills, but there is often very little proactive follow-up.

"This has led to very low levels of compliance and very significant gaps in patient care, where veterinarians have a hard time knowing which patient is due for which product or service at any given time. If you don't know who needs what and when, how do you be proactive in driving patients back in?"

Another dynamic that led to the creation of Vets First Choice was the changing pet owner expectations, regarding engagement with their veterinarians online and through email.

"The world has evolved very quickly and I think it's challenging for small businesses to know how to respond to changing client expectations for service, speed, convenience and value," stated Mr Shaw.

The online realm is also partially increasing competition for veterinarians in terms of the proliferation of non-veterinary channels in which veterinary prescriptions can be filled and other supplies can be purchased.

Mr Shaw noted: "It's coming in many different forms. It's not just online pharmacies and retail pharmacies, there's shelter programs and new innovative veterinary practice models with mobile vaccine clinics and grocery stores getting into pet supplies. So, the level of options and the nature of competition for services and dispensed medications has increased dramatically. We're still at the early stages. Over the next 10 years, those competitive dynamics are going to increase dramatically again."

The veterinary space has also seen an explosion of new technologies and services being introduced into their practices – mobile apps, text messaging services and advanced practice management tools.

"It's fantastic but it's also overwhelming to manage," Mr Shaw pointed out. "A lot of those capabilities aren't interoperable – they don't communicate with each other. It's resulting in a lot of bad client experiences."

## Vets First Choice formation

He continued: "Back in 2010, I was hearing loud and clear from veterinarians across the US, Europe, Australia and Asia that they were looking for a different kind of partner that could help the veterinary practice respond to these changing dynamics and increasing competition – to provide a service that could help them stay relevant with evolving client expectations.

"We launched VFC with a really simple opportunity. We thought we could help identify gaps in patient care, engage patients that had lapsed and, on behalf of the veterinarian, drive better health outcomes and higher levels of compliance. By doing so, there not only would be better patient care but also incremental increases in revenues for the practice."

Ben Shaw said many of Vets First Choice's customers have been able to significantly increase compliance rates for core products and services. In turn, this has resulted in new annual revenues and significant profitability to some practices.

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 118 of 229 PageID #: 3004

"The reality of veterinary practice management going forward will include a very clear online strategy to drive proactive appointments and prescription management," Mr Shaw told *Animal Pharm*. "It's kind of obvious now but nine years ago we helped pioneer a whole new class of services and it's been very impactful.

---

*Ben Shaw: "We are at the earliest stages of really understanding just how much more successful we could be. We're still just scratching the surface. There are still opportunities to help practice be even more successful. We're not done yet."*

---

"We are at the earliest stages of really understanding just how much more successful we could be. We're still just scratching the surface. There are still opportunities to help practice be even more successful. We're not done yet"

## Last remaining 'friend'

As well as helping the veterinary practice fight off new competitors, the Covetrus business model is a significant boon for the animal health industry.

"We've created significant new category growth and expanded the available market. We've done it fully in partnership with veterinarians at a time when most of the category growth is happening outside of the profession with the growing competition.

"We really feel like we are the champion of the veterinary practitioner and we are one of the last remaining friends in this channel – still imagining veterinarians have an opportunity to not only retain their business but to take these opportunities head on. I'm not sure there's another organization globally that is doing as much as Covetrus to empower veterinarians."

Covetrus has partnerships with most of the major animal pharmaceuticals manufacturers and the leading animal nutrition businesses. Mr Shaw said animal health firms working with Covetrus will see the benefits of improved pet owner compliance.

Mr Shaw added: "We interface with a huge array of providers in our channel. We can be a catalyst and enable those companies to be even more successful."

## The Covetrus opportunity

Prior to the formation of Covetrus, Vets First Choice had grown turnover to around $150m (for the first 9 months of 2018) and its client base to 7,500 practices.

The combined capabilities of Vets First Choice and Henry Schein Animal Health are being consolidated in one integrated business with more than 100,000 customers. This new business touches on the totality of the animal health sector by focusing on veterinary practice optimization, technology and distribution of a broad set of products.

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 119 of 229 PageID #:
3005

Mr Shaw highlighted the benefits of the merger: "Covetrus – literally with the name – puts the vet at the center of everything we do.

"A veterinarian can take advantage of the full scope of our capabilities and this very coordinated platform that we are bringing together in Covetrus. These capabilities can help identify missed opportunities and gaps in compliance and how we can be proactive in client communication, prescription management, appointment management and bring new professionalization to inventory management and demand planning, combined with our distribution and supply chain capabilities. I think that is really unique."

## Goals for 2019

Mr Shaw said Covetrus has several near-term objectives for the remainder of 2019.

"The first priority is to bring our organization together as a new team," he said. "We previously had lots of different organizations that all operated independently. Our goal is to come together as one organization.

"We have some dependency in certain markets on shared services with the Henry Schein parent organization. We have certain goals to manage through that and become more independent. It's a relatively small number of services.

"To operate as a new public company, we have set up a corporate-level infrastructure. We didn't get the benefit of any corporate resources from the Henry Schein parent organization. We've done a lot to make sure we can manage all the obligations of being a public company."

Crucially, Covetrus expects to deliver $100m in value-capture opportunities by the end of year three. One example of this will be to leverage the infrastructure provided to Covetrus by the legacy Henry Schein Animal Health business. Covetrus will specifically use distribution centers to improve the speed of delivery to customers for a variety of mail order medications, food, diets and other products. Not only will this initiative reduce the waiting time for customers, it will also cut the cost of freight.

Beyond 2019, Mr Shaw said Covetrus has its sights firmly set on taking its whole array of capabilities to its international base of veterinary practice customers.

Exhibit No. 11



## Covetrus Announces Financial Results for First Quarter of 2019

May 15, 2019

- *The launch of Covetrus creates a new global market leader in technology and services in animal health to drive new health and financial outcomes for veterinarians and their clients*

- *Revenue of $941 million down 1% year-over-year, non-GAAP pro forma revenue of $965 million up 3% year-over-year on an organic basis normalizing for foreign exchange fluctuations and revenue recognition adjustments for manufacturer switches from direct to agency sales*

- *In North America, revenue of $497 million up 4%; on a non-GAAP pro forma basis and adjusted for business day variances, Vets First Choice prescription management revenue in North America up 51% year-over-year and we ended the quarter with more than 8,000 practices on the Vets First Choice platform*

- *Net loss attributable to Covetrus of $(13) million, non-GAAP pro forma adjusted net income of $13 million and non-GAAP pro forma adjusted EBITDA of $50 million*

- *Non-GAAP 2019 pro forma adjusted EBITDA guidance range of $235 to $250 million and more than 3,000 new Vets First Choice enrollments expected for the year*

PORTLAND, Maine, May 15, 2019 (GLOBE NEWSWIRE) -- Covetrus (Nasdaq: CVET), a global leader in animal-health technology and services, today announced financial results for the first quarter of 2019, which ended March 31, 2019.  On February 7, 2019, Covetrus became an independent company through the consummation of the spin-off by Henry Schein of its Animal Health business and the completion of its merger with Vets First Choice.  On February 8, 2019, Covetrus began trading on the Nasdaq Stock Market under the ticker symbol "CVET."

"We had a strong launch of Covetrus during the first quarter, accomplishing a significant amount of work in just three months since our formation," said Benjamin Shaw, Covetrus' president and chief executive officer. "At  Covetrus, we put the veterinarian at the center of everything we do, offering a compelling value proposition for our more than 100,000 veterinary practice customers across the globe. While we are early in our journey, we are excited about our platform of capabilities, strong global market position, passionate and complementary teams and the progress we have made on delivering on our core long-term strategic growth drivers."

**Summary Operating Results (Unaudited)**

| (in million, except per share data | Three Months Ended | | | | |
| --- | --- | --- | --- | --- | --- |
| | March 31, 2019 | | | March 31, 2018 | |
| Revenue | $ | 941 | | $ | 947 |
| Income before taxes | $ | (18 | ) | $ | 34 |
| Net income (loss) attributable to Covetrus | $ | (13 | ) | $ | 23 |
| Diluted earnings per share (EPS) | $ | (0.14 | ) | $ | 0.31 |
| | | | | | |
| Non-GAAP Measures*: | | | | | |
| Pro Forma Revenue | $ | 965 | | $ | 992 |
| Pro Forma Organic Revenue Growth | | 3 | % | | |
| Pro Forma Adjusted EBITDA | $ | 50 | | $ | 52 |
| Pro Forma Adjusted Net Income | $ | 13 | | $ | 13 |

* Non-GAAP financial measures should be considered in addition to, but not as a substitute for, the information provided in accordance with GAAP. Reconciliations for non-GAAP financial items to the most directly comparable GAAP financial items are provided under *Reconciliation of Non-GAAP Financial Measures* at the end of this news release.

Results provided in accordance with Generally Accepted Accounting Principles in the United States of America (US GAAP) reflect the operations of Animal Health from January 1, 2019 to March 31, 2019 and Vets First Choice for the period from February 8, 2019 to March 31, 2019.  To aid investors and analysts with year-over-year comparability for the combined businesses of Animal Health and Vets First Choice, Covetrus is including certain non-GAAP pro forma financial information that combines the stand-alone Animal Health and Vets First Choice financial information as if the acquisition had taken place on December 31, 2017. Non-GAAP adjusted results exclude costs directly associated with the spin-off and mergers, the ongoing integration process and other one-time charges. Prior year non-GAAP adjusted results include allocations for direct costs and indirect costs which were attributed to the Animal Health business of Henry Schein whereas 2019 non-GAAP adjusted results are based on a direct cost associated with our standalone operations and not allocations. The tables in *Reconciliation of Non-GAAP Financial Measures* at the end of this press release provide reconciliations from GAAP to Non-GAAP pro forma and Non-GAAP adjusted results.

Revenue for the first quarter of 2019 was $941 million, down 1% compared to the first quarter of 2018, with the contribution from Vets First Choice offset by negative foreign exchange fluctuations year-over-year. Non-GAAP pro forma revenue, which includes full quarter results from Vets First

Choice in both periods, was $965 million, down 3% from the first quarter of 2018.  Non-GAAP pro forma organic revenue growth was up 3%, which excludes the impact of foreign exchange fluctuations and normalizes for revenue recognition adjustments for manufacturer switches from direct to agency sales in the United States.

Non-GAAP pro forma organic revenue growth in the first quarter of 2019 was driven by strength in prescription management in North America and strong performance across Europe, offset by slightly lower North American market growth, including the negative impact of weather earlier in the quarter, and a modest decline in APAC and Emerging Markets.  Our organic growth includes two known headwinds prior to the merger closing – the previously announced loss of a large customer in North America and the loss of a manufacturer relationship in the fourth quarter of 2018 in APAC. These two events are included in our GAAP results and negatively impacted non-GAAP pro forma organic revenue growth by more than 1% in the first quarter of 2019.

Loss before taxes for the first quarter of 2019 was $(18) million versus income before taxes of $34 million in the prior period.  Net loss attributable to Covetrus was $(13) million or $(0.14) per diluted share, which compared to net income of $23 million in the first quarter of 2018.  The primary driver of the decline in net income year-over-year was a result of the impact from the spin-off and merger, including incremental amortization of intangibles assets, stock-based compensation and interest expense associated with our debt financing in February.

Non-GAAP adjusted EBITDA was $52 million for the first quarter of 2019 versus $54 million in the prior year quarter. A decline in North America, including the impact of Vets First Choice, and a $2 million FX headwind negatively impacted year-over-year results during Q1. Normalizing for a full-quarter ownership of Vets First Choice in both periods, Non-GAAP pro forma adjusted EBITDA was $50 million in the first quarter of 2019 vs. $52 million in the prior year. Excluding the impact from foreign exchange fluctuations, non-GAAP pro forma adjusted EBITDA was relatively flat year-over-year in Q1 off a difficult comparison from the prior year, particularly in North America.

Non-GAAP pro forma adjusted net income was $13 million, which includes Vets First Choice in both periods and normalizes for certain one-time items as seen in the non-GAAP reconciliation, compared to $13 million in the prior year period, impacted by the same items above.

**Segment Operating Results (Unaudited)**
The Company's operations are organized and reported by geography, including  North America, Europe and APAC & Emerging Markets.

For the three months ended March 31, 2019, **North America** segment revenue increased 4% to  $497 million, driven by the inclusion of Vets First Choice. Normalizing for Vets First Choice in both periods and revenue recognition adjustments for manufacturer switches from direct to agency sales in the United States, non-GAAP pro forma organic revenue increased 2% year-over-year. A reclassification of rebate revenue negatively impacted organic growth by 1% and has not been adjusted for in Q1.  The major driver of the year-over-year Non-GAAP pro forma organic increase was strength in our Vets First Choice business, which ended 1Q19 with more than 8,000 practices on its prescription management technology and experienced 51% prescription management revenue growth during Q1 when normalized for business day variances. This strength offset lower market growth, including the impact from weather, and the headwind from a previously announced customer loss.  Enrollments on the Vets First Choice prescription management technology increased 18% year-over-year in Q1.

**Europe** segment revenue of $361 million decreased by 2% compared to revenue from the same period of the prior year.  Normalizing for foreign exchange fluctuations, non-GAAP pro forma organic revenue increased 5% compared to the same period of the prior year.  The year-over-year non-GAAP pro forma organic growth was driven by growth in our specialty businesses, Kruuse and Vi, as well as solid overall performance across multiple geographies, including the Czech Republic, Spain, and Poland.  We experienced broad-based success across our Pan-European portfolio during the first quarter of 2019, reversing the more modest trend line experienced throughout 2018.

**APAC & Emerging Markets** segment revenue of $86 million decreased by 12% compared to revenue from the same period of the prior year. Normalizing for foreign exchange fluctuations, non-GAAP pro forma organic revenue decreased 3% compared to the same period of the prior year. The primary driver of the year-over-year decrease in non-GAAP organic growth was the impact from the loss of a manufacturer relationship in the fourth quarter of 2018 in APAC, which impacted revenue growth by nearly 10%.  Excluding this previously known headwind, underlying performance in these markets was strong and reflect momentum across key accounts.

**Balance Sheet and Cash Flow**
The first quarter 2019 cash flow statement reflects the foundation of Covetrus' capital structure.  On the date of the spin-off and merger,  Covetrus received $1.2 billion of net proceeds from new term loan debt financing and used it to distribute $1.11 billion in cash to Henry Schein, Inc. as a special dividend and to pay other transaction-related expenses tied to the spin-off and merger.

Covetrus used $39 million of net cash for operating activities in the first quarter of 2019.  Free cash flow, a non-GAAP financial measure that is defined as cash flow from operating activities less purchases of fixed assets, was negative $42 million.  Our cash flow performance in the first quarter was consistent with seasonality and compared to the negative $36 million in prior year.

At quarter end, the Company had $73 million in cash and cash equivalents, an untapped $300 million revolving credit facility and $1.2 billion in total debt.  Management believes Covetrus' steady cash flows and ample liquidity provide substantial flexibility to manage the business, de-leverage the balance sheet over time and invest in further innovation.

**2019 Guidance**
Covetrus' fiscal year 2019 financial guidance range is as follows:

- Pro forma organic revenue growth, a non-GAAP financial metric, of 3% to 5%; or in-line with market growth and consistent with our prior commentary at our Capital Markets Day in early February. Pro forma organic revenue growth includes a full quarter of Vets First Choice in both periods, excludes the impact of foreign exchange fluctuations and normalizes for revenue recognition adjustments for manufacturer switches from direct to agency sales in the United States. The previously announced customer loss in North America and loss of a manufacturer relationship in the fourth quarter of 2018 in APAC is expected to impact organic growth by more than 2% in 2019.

- Enrollments on our Vets First Choice prescription management technology of more than 3,000 in North America, supported

by the strong start to the year in 2019.

- Pro forma adjusted EBITDA, a non-GAAP financial metric, of $235 to $250 million.  This compares to the $223 million of pro forma adjusted EBITDA in 2018 when normalizing for the difference in cost allocation of corporate overhead in 2018 ($33 million) versus the planned corporate overhead investment for Covetrus in 2019 ($25 million).  The range reflects 6% to 12% growth in 2019, as seen in the reconciliation at the end of the press release. The range incorporates funding new investments in innovation to support long-term growth initiatives, including a year-over-year increase of $5M in software and prescription management R&D investments, many of which are a one-time increase in expenditures, and recent foreign exchange fluctuations.

"Our fiscal 2019 guidance reflects our early integration efforts and additional investments in innovation to accelerate our strategic priorities and capitalize on the momentum we have across our business," said Christine T. Komola, executive vice president and chief financial officer. "We have made notable progress across multiple fronts since the merger closed and have been pleased by the pace of growth following our commercial launch as one integrated global team in March, reinforcing our conviction in our differentiated value proposition we bring to market and our ability to deliver double digit adjusted EBITDA growth long-term."

The Company has not reconciled its non-GAAP pro forma adjusted EBITDA guidance to GAAP net income, because stock-based compensation expense, restructuring costs and other one-time items tied to formation of Covetrus, the reconciling items between such GAAP and non-GAAP financial measures, cannot be reasonably predicted due to the uncertainty and inherent difficulty predicting the occurrence, the financial impact, and the periods in which the non-GAAP adjustments may be recognized and therefore is not available without unreasonable effort.  For more information regarding the non-GAAP financial measures discussed in this release, please see the reconciliations of GAAP financial measures to non-GAAP financial measures and the section titled "Non-GAAP Financial Measures and Other Business Metrics" below.

**Conference Call & Slide Presentation**
The Company will host a conference call to discuss these results and 2019 guidance at 9:00 a.m. ET on May 15, 2019.  A slide presentation for investors has also been posted on the investors page of the Covetrus website at https://www.covetrus.com/investors/events-and-presentations. Participating in the conference call will be:

- Benjamin Shaw, President & Chief Executive Officer
- Christine T. Komola, Executive Vice President & Chief Financial Officer

The dial-in number for the live call will be 866-789-2492 for U.S./Canada participants, or 409-937-8901 for international participants. The conference passcode is 7556207.  The live call will also be webcast via the Company's website at  https://www.covetrus.com/investors/events-and-presentations. Users are encouraged to log on to the webcast approximately 10 minutes in advance of the scheduled start time of the call.

Replays of the call will be made available via telephone and webcast. A replay of the webcast will be posted on www.covetrus.com approximately two hours after the completion of the call and will remain available for 30 days. The telephone replay will also be available approximately two hours after the completion of the call and will remain available for 14 days. To access the telephone replay from within the U.S., dial (855) 859-2056. From outside the U.S., dial (404) 537-3406. The access code for the replay is 7556207.

**Upcoming Investor Events**
Covetrus management will be attending the following conference during the month of May:

- Stifel 2019 Dental & Vet Conference, May 29th, New York City.

Audio webcasts will be available live and archived on the company's Investor Relations website at  https://www.covetrus.com/investors/events-and-presentations.  A complete listing of upcoming events for the investment community is available on the company's Investor Relations website.

**About Covetrus**
Covetrus is a global animal-health technology and services company dedicated to empowering veterinary practice partners to drive improved health and financial outcomes. We're bringing together products, services, and technology into a single platform that connects our customers to the solutions and insights they need to work best. Our passion for the well-being of animals and those who care for them drives us to advance the world of veterinary medicine. Covetrus is headquartered in Portland, Maine, with more than 5,000 employees, serving over 100,000 customers around the globe. For more information about Covetrus visit https://www.covetrus.com/.

**Forward-Looking Statements**
This press release contains certain statements that are forward-looking within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and that involve risks and uncertainties, including statements about our future financial and operating results, plans, objectives, expenses, expectations, intentions, trends in our business, our liquidity, product development and improvements, and other matters. We may, in some cases use terms such as "predicts," "believes," "potential," "continue," "anticipates," "estimates," "expects," "plans," "intends," "may," "could," "might," "likely," "will," "should" or other words that convey uncertainty of the future events or outcomes to identify these forward-looking statements. Such statements are subject to numerous risks and uncertainties, including but not limited to, risks associated with the ability to successfully integrate operations and employees; the ability to realize anticipated benefits and synergies of the transaction that created Covetrus; the potential impact of the consummation of the transaction on relationships, including with employees, customers and competitors; the ability to retain key personnel; the ability to achieve performance targets; changes in financial markets, interest rates and foreign currency exchange rates, and those additional risks and factors discussed in our Annual Report on Form 10-K filed on March 29, 2019 and Quarterly Report on Form 10-Q filed for the quarter ended March 31, 2019, including those discussed under the heading "Risk Factors." Our forward-looking statements are based on current beliefs and expectations of our management team and, except as required by law, we undertake no obligations to make any revisions to the forward-looking statements contained in this release or to update them to reflect events or circumstances occurring after the date of this release, whether as a result of new information, future developments or otherwise. Investors are cautioned not to place undue reliance on these forward-looking statements.

**Condensed Consolidated Combined Statement of Operations (Unaudited)**

| $ in million | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | March 31, 2019 | | March 31, 2018 | |
| Net sales | $ 941 | | $ 947 | |
| Cost of sales | 761 | | 771 | |
| Gross profit | 180 | | 176 | |
| Operating expenses: | | | | |
| Selling, general and administrative | 189 | | 143 | |
| Restructuring costs | — | | 1 | |
| Operating income | (9 | ) | 32 | |
| Other income (expense): | | | | |
| Interest income | 2 | | 2 | |
| Interest expense | (12 | ) | (1 | ) |
| Other, net | 1 | | — | |
| Income (expense) before taxes and equity in earnings of affiliates | $ (18 | ) | $ 34 | |
| Income tax benefit (provision) | 4 | | (6 | ) |
| Equity in earnings of affiliates | — | | — | |
| Net income (loss) | $ (14 | ) | $ 28 | |
| Less: Net (income) loss attributable to redeemable noncontrolling interests | 1 | | (5 | ) |
| Net income (loss) attributable to Covetrus, Inc. | $ (13 | ) | $ 23 | |
| | | | | |
| Earnings per share attributable to Covetrus, Inc.: | | | | |
| Basic | (0.14 | ) | 0.32 | |
| Diluted | (0.14 | ) | 0.31 | |
| | | | | |
| Weighted-average common shares outstanding: | | | | |
| Basic | 94,796 | | 71,451 | |
| Diluted | 94,796 | | 71,973 | |

**Selected Condensed Consolidated Combined Balance Sheet Data (Unaudited)**

| $ in millions | March 31, 2019 | December 29, 2018 |
| --- | --- | --- |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 73 | $ 23 |
| Accounts receivable, net of reserves $7 and $7 | 461 | 431 |
| Inventory, net | 594 | 564 |
| Other receivables | 59 | 49 |
| Prepaid expenses and other | 32 | 19 |
| Total current assets | $ 1,219 | $ 1,086 |
| Property and equipment, net of accumulated depreciation of $93 and $74 | 94 | 69 |
| Operating lease right-of-use assets | 62 | — |
| Goodwill | 2,105 | 750 |
| Other intangibles, net of accumulated amortization of $264 and $241 | 728 | 208 |
| Investments and other | 61 | 120 |
| Total assets | $ 4,269 | $ 2,233 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 431 | $ 441 |
| Current maturities of long-term debt and other borrowings | 36 | 1 |
| Accrued expenses: | | |
| Payroll and related | 40 | 37 |
| Taxes | 19 | 17 |
| Other | 144 | 77 |
| Total current liabilities | $ 670 | $ 573 |
| Long-term debt and other borrowings, net | 1,167 | 24 |
| Deferred taxes, net | 51 | 16 |
| Other liabilities | 70 | 35 |
| Total liabilities | $ 1,958 | $ 648 |
| Redeemable noncontrolling interests | 17 | 92 |
| Total stockholders' equity | $ 2,294 | $ 1,493 |

Total liabilities, redeemable noncontrolling interests and stockholders' equity    $ 4,269    $ 2,233

**Condensed Consolidated Combined Statement of Cash Flows (Unaudited)**

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | March 31, 2019 | | March 31, 2018 | |
| **Cash flows from operating activities:** | | | | |
| Net (loss) income | $ (14 | ) | $ 28 | |
| Adjustments to reconcile net (loss) income to net cash used in operating activities: | | | | |
| Depreciation and amortization | 35 | | 16 | |
| Loss on sale of fixed assets | — | | — | |
| Stock-based compensation | 15 | | 2 | |
| Provision for losses on trade and other accounts receivable | 6 | | — | |
| (Benefit from) provision for deferred income taxes | (21 | ) | (1 | ) |
| Equity in earnings of affiliates | — | | — | |
| Changes in unrecognized tax benefits | 107 | | — | |
| Amortization of debt issuance costs | 1 | | — | |
| Changes in operating assets and liabilities, net of acquisitions: | | | | |
| Accounts receivable, net | (26 | ) | (34 | ) |
| Inventory, net | (19 | ) | (2 | ) |
| Accounts payable and accrued expenses | 31 | | (30 | ) |
| Other assets and liabilities | (152 | ) | (9 | ) |
| Net cash provided by (used in) operating activities | (39 | ) | (30 | ) |
| **Cash flows from investing activities:** | | | | |
| Purchases of fixed assets | (3 | ) | (6 | ) |
| Payments related to equity investments and business acquisitions, net of cash acquired | (25 | ) | (8 | ) |
| Proceeds from sale of fixed assets | — | | — | |
| Net cash provided by (used in) investing activities | (29 | ) | (14 | ) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from issuance of debt | 1,220 | | — | |
| Principal payments of debt | (24 | ) | (3 | ) |
| Debt issuance costs | (24 | ) | — | |
| Dividend paid to parent | (1,153 | ) | — | |
| Issuance of common shares at separation (including share sale investors) | — | | — | |
| Issuance of common shares in connection with options | — | | — | |
| Net transfers from Parent | 173 | | 51 | |
| Distributions to noncontrolling stockholders | — | | — | |
| Acquisitions of noncontrolling interests in subsidiaries | (70 | ) | (1 | ) |
| Net cash provided by (used in) financing activities | 122 | | 47 | |
| Effect of exchange rate changes on cash and cash equivalents | (5 | ) | (1 | ) |
| Net change in cash and cash equivalents | 50 | | 2 | |
| Cash and cash equivalents, beginning of period | 23 | | 17 | |
| **Cash and cash equivalents, end of period** | **$ 73** | | **$ 19** | |

**Reconciliation of Non-GAAP Financial Measures**

To aid investors and analysts with year-over-year comparability for the combined businesses of Animal Health and Vets First Choice, Covetrus is including certain non-GAAP pro forma financial information that combines the standalone Animal Health and Vets First Choice financial information as if the acquisition had taken place on December 31, 2017.  These non-GAAP pro forma results include a full period of Animal Health and Vets First Choice results and assess the impact of interest, depreciation and amortization, restructuring charges, and other costs as if the spin-off and mergers had occurred at the beginning of the period.  Covetrus is also including non-GAAP adjusted results that exclude costs directly associated with the spin-off and mergers, the ongoing integration process, and other one-time items.  Prior year non-GAAP adjusted results include allocations for direct costs and indirect costs which were attributed to the animal health business of Henry Schein whereas 2019 is based on a direct cost associated with our standalone operations and not allocations, which are excluded in our non-GAAP adjusted EBITDA presentation as the company was incurring its own costs during this period tied to building out internal corporate infrastructure.

The following tables reconcile non-GAAP financial measures to the most directly comparable financial measures calculated and presented in accordance with GAAP.  Covetrus management believes that these non-GAAP financial measures provide useful additional information to investors regarding Covetrus' results of operations as they provide another measure of Covetrus' profitability and ability to service its debt and are considered important to financial analysts covering Covetrus' industry.

These non-GAAP financial measures have limitations as an analytic tool and should not be considered in isolation or as a substitute for income from operations, net income or any other measure of financial performance reported in accordance with GAAP.  Covetrus' non-GAAP measures may be calculated differently than similarly named measures reported by other companies. In addition, using non-GAAP measures may have limited value as they exclude certain items that may have a material impact on reported financial results and cash flows.  When analyzing Covetrus' performance, it is important to evaluate each adjustment in the reconciliation tables and use adjusted measures in addition to, and not as an alternative to, GAAP measures.

*Non-GAAP Pro Forma Revenue and Segment Revenue (Unaudited)*
Covetrus delivers software, technology-enabled services and products across the globe through three reportable segments: North America, Europe, and APAC & Emerging Markets.

Pro forma organic revenue growth is a non-GAAP measure that Covetrus uses to evaluate period-over-period financial performance. We believe this non-GAAP financial metric provides useful information about our operating results, enhances the overall understanding of past financial performance and future prospects and is a useful measure for period-to-period comparisons of our business. Pro forma organic revenue growth includes a full quarter of Vets First Choice in both periods, excludes the impact of foreign exchange fluctuations and normalizes for revenue recognition adjustments for manufacturer switches from direct to agency sales in the United States, which can impact year-over-year comparisons.

The following tables summarize non-GAAP pro forma revenue and non-GAAP pro forma organic growth for Covetrus and each reportable segment:

*Non-GAAP Pro Forma Revenue (Unaudited)*

| $ in Millions | Covetrus for the three months ended March 31, 2019 | | Historical Vets First Choice from January 1, 2019 to February 7, 2019 | | Non-GAAP Pro Forma Combined for the three months ended March 31, 2019 | |
|---|---|---|---|---|---|---|
| **Net Revenue** | $ | 941 | $ | 24 | $ | 965 |
| North America | $ | 497 | $ | 24 | $ | 521 |
| Europe | $ | 361 | $ | — | $ | 361 |
| APAC & Emerging Markets | $ | 86 | $ | — | $ | 86 |
| Eliminations | $ | (3 ) | $ | — | $ | (3 ) |

| $ in Millions | Historical Animal Health for the three months ended March 31, 2018 | | Historical Vets First Choice for the three months ended March 31, 2018 | | Non-GAAP Pro Forma Combined for the three months ended March 31, 2018 | |
|---|---|---|---|---|---|---|
| **Net Revenue** | $ | 947 | $ | 45 | $ | 992 |
| North America | $ | 480 | $ | 45 | $ | 525 |
| Europe | $ | 369 | $ | — | $ | 369 |
| APAC & Emerging Markets | $ | 98 | $ | — | $ | 98 |

*Non-GAAP Pro Forma Organic Revenue Growth (Unaudited)*

| $ in Millions | Non-GAAP Pro Forma Combined for the three months ended March 31, 2019 | Non-GAAP Pro Forma Combined for the three months ended March 31, 2018 | Non-GAAP Pro Forma Y/Y Growth | % Change from Currency | % Change from Revenue Recognition Changes in Agency-Based Manufacturer Relationships | % Change from Intercompany Eliminations | Non-GAAP Pro Forma Organic Revenue Growth |
|---|---|---|---|---|---|---|---|
| **Net Revenue** | $ 965 | $ 992 | (3 )% | (4 )% | (2 )% | — % | 3 % |
| North America | $ 521 | $ 525 | (1 )% | — % | (3 )% | — % | 2 % |
| Europe | $ 361 | $ 369 | (2 )% | (8 )% | — % | 1 % | 5 % |
| APAC & Emerging Markets | $ 86 | $ 98 | (12 )% | (9 )% | — % | — % | (3 )% |
| Eliminations | $ (3 ) | $ — | | | | | |

**Non-GAAP Pro Forma EBITDA, Adjusted EBITDA, & Adjusted Net Income (Unaudited)**
EBITDA, pro forma adjusted EBITDA and pro forma adjusted net income are non-GAAP financial measures and should be considered in addition to, but not as a substitute for, the information provided in accordance with GAAP. Our non-GAAP adjusted EBITDA adjustments are: restructuring costs, transaction costs, stock-based compensation, late fee and other income, 1Q19 carve-out operating expenses, and other costs tied to integration efforts of the Animal Health and Vets First Choice businesses, including items such legal, accounting & regulatory, re-branding and severance. Our adjusted net income also excludes amortization of acquired intangible assets tied to the merger, changes in fair value of legacy Vets First Choice warrants and utilizes a normalized statutory tax rate of approximately 25.9% for both periods presents. A reconciliation of EBITDA, adjusted EBITDA and adjusted net income to net income (loss), the most directly comparable GAAP financial measure, is as follows.

*Unaudited Reconciliation of Pro Forma Combined GAAP Net Income to EBITDA, Adjusted EBITDA and Adjusted Net Income for the Three Months Ended March 31, 2019*

| $ in millions | Covetrus | | Vets First Choice (Jan. 1 to Feb. 7) | | Spin-Off and Other Pro Forma Adjustments | | Purchase Price and Related Pro Forma Adjustments | | Pro Forma Covetrus | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net income** | $ | (13 ) | $ | (9 ) | $ | (2 ) | $ | 1 | $ | (23 ) |
| Plus: Net income (loss) attributable to noncontrolling interests | $ | (1 ) | | — | | — | | — | $ | (1 ) |
| Less: Equity in affiliates | $ | — | | — | | — | | — | $ | — |
| Plus: Income taxes | $ | (4 ) | | — | $ | (1 ) | $ | — | $ | (4 ) |
| Plus: Interest expense | $ | 12 | $ | 1 | $ | 3 | | — | $ | 15 |

| | Henry Schein Animal Health Business | Vets First Choice | Spin-Off and Other Pro Forma Adjustments | Purchase Price and Related Pro Forma Adjustments | Pro Forma Covetrus |
|---|---|---|---|---|---|
| Less: Interest income | $ (2) | — | — | — | $ (2) |
| Less: Other (income) expense | $ (1) | $ (2) | — | — | $ (2) |
| **Operating Income** | $ (9) | $ (10) | — | $ 2 | $ (17) |
| Plus: Depreciation and amortization | $ 30 | $ 2 | — | $ 9 | $ 41 |
| **EBITDA** | $ 21 | $ (8) | — | $ 11 | $ 24 |
| Plus: Stock-based compensation | $ 15 | $ — | — | $ (5) | $ 10 |
| Plus: Restructuring costs | $ — | — | — | — | $ — |
| Plus: Transaction costs | — | $ 6 | — | $ (6) | — |
| Plus: Late fee and other income | $ 2 | $ — | — | — | $ 2 |
| Plus: Carve-out Operating Expenses | $ 5 | $ — | — | — | $ 5 |
| Plus: Consulting | $ 4 | $ — | — | — | $ 4 |
| Plus: TSA 10-K Submission | $ 1 | $ — | — | — | $ 1 |
| Plus: Other | $ 4 | $ — | — | — | $ 4 |
| **Adjusted EBITDA excluding stock-based compensation and other one-time items** | $ 52 | $ (2) | — | — | $ 50 |
| Depreciation and amortization | | | | | $ (41) |
| Amortization of acquired intangibles | | | | | $ 22 |
| Interest expense (a) | | | | | $ (15) |
| Interest income | | | | | $ 2 |
| Other (expense) income (b) | | | | | $ (1) |
| **Earnings before taxes and equity in affiliates** | | | | | $ 17 |
| Income tax (expense) benefit (c) | | | | | $ (4) |
| Equity in affiliates | | | | | $ — |
| **Adjusted net income (loss)** | | | | | $ 12 |
| Plus: Net income (loss) attributable to noncontrolling interests | | | | | $ (1) |
| **Adjusted net income attributable to Covetrus** | | | | | $ 13 |

a. Interest expense was adjusted to reflect the full quarter impact of the incurrence of $1.2 billion of indebtedness through the five-year term loan and the extinguishment of Animal Health's long-term debt.

b. Other (expense) income excludes the changes in the fair value of legacy Vets First Choice warrants and late fee income in Animal Health, which is already captured in the Adjusted EBITDA calculation

c. Represents the income tax impact of the adjustments to net income using an estimated statutory tax rate of approximately 25.9% for the quarter ended March 31, 2019.

*Unaudited Reconciliation of Pro Forma Combined GAAP Net Income to EBITDA, Adjusted EBITDA and Adjusted Net Income for the Three Months Ended March 31, 2018*

| $ in millions | Henry Schein Animal Health Business | Vets First Choice | Spin-Off and Other Pro Forma Adjustments | Purchase Price and Related Pro Forma Adjustments | Pro Forma Covetrus |
|---|---|---|---|---|---|
| **Net income** | $ 23 | $ (9) | $ (5) | $ (22) | $ (13) |
| Plus: Net income (loss) attributable to noncontrolling interests | $ 5 | — | $ (5) | — | — |
| Less: Equity in affiliates | $ — | — | — | — | $ — |
| Plus: Income taxes | $ 6 | — | $ (4) | $ (8) | $ (5) |
| Plus: Interest expense | $ 1 | $ — | $ 14 | — | $ 15 |
| Less: Interest income | $ (2) | $ — | — | — | $ (2) |
| Less: Other (income) expense | $ — | $ 2 | — | — | $ 2 |
| **Operating Income** | $ 32 | $ (7) | — | $ (30) | $ (4) |
| Plus: Depreciation and amortization | $ 16 | $ 4 | — | $ 22 | $ 42 |
| **EBITDA** | $ 49 | $ (3) | — | $ (7) | $ 38 |
| Plus: Stock-based compensation | $ 2 | $ — | — | $ 7 | $ 10 |
| Plus: Restructuring costs | $ 1 | — | — | — | $ 1 |
| Plus: Late fee income | $ 2 | — | — | — | $ 2 |
| Plus: Other | — | $ 1 | — | — | $ 1 |
| **Adjusted EBITDA excluding stock-based compensation and other one-time items** | $ 54 | $ (2) | — | — | $ 52 |
| Depreciation and amortization | | | | | $ (42) |
| Amortization of acquired intangibles | | | | | $ 22 |
| Interest expense (a) | | | | | $ (15) |
| Interest income | | | | | $ 2 |
| Other (expense) income (b) | | | | | $ (1) |
| **Earnings before taxes and equity in affiliates** | | | | | $ 18 |
| Income tax (expense) benefit (c) | | | | | $ (5) |

| | |
|---|---|
| Equity in affiliates | $ — |
| **Adjusted net income (loss)** | $ 13 |
| Plus: Net income (loss) attributable to noncontrolling interests | — |
| **Adjusted net income attributable to Covetrus** | $ 13 |

    a. Interest expense was adjusted to reflect the incurrence of $1.2 billion of indebtedness through the five-year term loan and the extinguishment of Animal Health's long-term debt.

    b. Other (expense) income excludes the changes in the fair value of legacy Vets First Choice warrants and late fee income in Animal Health, which is already captured in the Adjusted EBITDA calculation

    c. Represents the income tax impact of the adjustments to net income using an estimated statutory tax rate of approximately 25.9% for the year ended December 29, 2018.

*Unaudited Reconciliation of Pro Forma Combined GAAP Net Income to EBITDA and Adjusted EBITDA for the Year Ended December 29, 2018 and Bridge to 2019 Adjusted EBITDA Guidance*

| (in millions) | 2018 Animal Health Business | 2018 Vets First Choice | Spin-Off and Other Pro Forma Adjustments | Purchase Price and Related Pro Forma Adjustments | Non-GAAP Pro Forma 2018 Covetrus |
|---|---|---|---|---|---|
| **Net income** | $ 101 | $ (53 ) | $ (24 ) | $ (87 ) | $ (63 ) |
| Plus: Non-controlling interests | 7 | — | (7 ) | — | — |
| Less: Equity in affiliates | (1 ) | — | — | — | (1 ) |
| Plus: Income taxes | 37 | (5 ) | (11 ) | (30 ) | (8 ) |
| Plus: Interest expense | 3 | 1 | 56 | — | 60 |
| Less: Interest income | (6 ) | — | — | — | (6 ) |
| Less: Other (income) expense | (3 ) | 11 | — | — | 8 |
| **Operating Income** | $ 137 | $ (47 ) | $ 16 | $ (117 ) | $ (11 ) |
| Plus: Depreciation and amortization | 64 | 16 | — | 90 | 170 |
| **EBITDA** | $ 201 | $ (31 ) | $ 16 | $ (27 ) | $ 159 |
| Plus: Stock-based compensation | 7 | 6 | — | 27 | 40 |
| Plus: Restructuring costs | 9 | — | — | — | 9 |
| Plus: Transaction costs | — | 16 | (16 ) | — | — |
| Plus: Late fee income | 5 | — | — | — | 5 |
| Plus: Other | — | 2 | — | — | 2 |
| **Adjusted EBITDA excluding stock-based compensation and other one-time items** | $ 222 | $ (7 ) | $ — | $ — | $ 215 |
| Plus: GAAP corporate overhead cost allocation not transferring to Covetrus | $ 33 | $ — | $ — | $ — | $ 33 |
| Adjusted EBITDA excluding cost allocation of non-transferred corporate overhead | $ 255 | $ (7 ) | $ — | $ — | $ 248 |

| | | | |
|---|---|---|---|
| Adjusted EBITDA excluding cost allocation of non-transferred corporate overhead (as defined at Capital Markets Day) | $ 248 | | |
| Less: Covetrus planned corporate overhead investments in 2019 (as defined at Capital Markets Day) | $ (25 ) | | |
| Normalized 2018 Adjusted EBITDA Baseline (as defined at Capital Markets Day) | $ 223 | | |

| | Low-End | Mid-Point | High-End |
|---|---|---|---|
| 2019 Adjusted EBITDA Guidance | $ 235 | $ 243 | $ 250 |
| Y/Y Growth off of Normalized 2018 Adjusted EBITDA Baseline | 6 % | 9 % | 12 % |

*Free Cash Flow*
Free cash flow is calculated as operating cash flow less purchases of fixed assets.

| | Three Months Ended | |
|---|---|---|
| $ in millions | March 31, 2019 | March 31, 2018 |
| **Net cash used in operating activities** | $ (39 ) | $ (30 ) |
| Less: Purchases of fixed assets | (3 ) | (6 ) |
| **Free cash flow** | $ (42 ) | $ (36 ) |

**Contacts**
Nicholas Jansen
Vice President, Investor Relations
207-550-8106

nicholas.jansen@covetrus.com

Kiní Schoop
Director, Public Relations
207-550-8018
kini.schoop@covetrus.com



Source: Covetrus

# Exhibit No. 12

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## COVETRUS, INC.  (CVET-NASDAQ)

Animal Health

**John W. Ransom** | (727) 567-2593 | john.ransom@raymondjames.com
**Andrew Cooper, Sr. Res. Assoc.** | (727) 567-2295 | andrew.cooper@raymondjames.com
**Alex Ruscher, Sr. Res. Assoc.** | (727) 567-2660 | alex.ruscher@raymondjames.com

**OCTOBER 22, 2019 | 10:38 AM EDT**
**COMPANY BRIEF**

### Outperform 2

| Suitability | High Risk/ Growth |
|---|---|

**MARKET DATA**

| | |
|---|---|
| Current Price (Oct-22-19) | $8.30 |
| Market Cap (mln) | $929 |
| Current Net Debt (mln) | $1,131 |
| Enterprise Value (mln) | $2,060 |
| Shares Outstanding (mln) | 112.0 |
| 30-Day Avg. Daily Value (mln) | $19.9 |
| Dividend | $0.00 |
| Dividend Yield | 0.0% |
| 52-Week Range | $9.96 - $50.00 |
| BVPS | $20.06 |
| ROE | UR |
| Long-Term Debt (mln) | $1,186 |
| Long-Term Debt as % of Cap | 35% |

### CEO Swap; No Guidance Reaffirmation = 10%+ Stock Move

**Event:** Shares of CVET hit a fresh low this morning following an out-of-the-blue announcement that Ben Shaw has stepped down as CEO and President of the company, with board chair Ben Wolin stepping in as his replacement and lead independent director Philip Laskaway filling in the board chair role. **While we believed that SOMETHING had to change, we did not see this particular move as the base case, and combined with the lack of reaffirmed guidance, believe that the awkward timing will only compound shareholder frustration, which has been mounting for months.** In our conversation with the company there was a clear emphasis on prioritizing execution with no change anticipated in the strategy and business model. **Notably, the Street was already below the "$200M or more" adjusted EBITDA guide (consensus is $191M), though that dynamic was insufficient to prevent yet another sell-off this morning.** Of note, yesterday online pharmacy competitor 1-800-PetMeds affirmed that it was now in direct purchasing relationships with all major manufacturers, which should compound the inventory correction with Covetrus clients (as they will not replace excess purchases sold to the grey market), but — in the intermediate-term — should make VFC more price competitive as these competitors are raising prices to adhere to MAP, as supported by our recent pricing surveys. For now, though, the market isn't inclined to price in long-term potential positives.

We make no changes to our estimates or rating, pending additional clarification from the company, expected around November 12.

**KEY FINANCIAL METRICS**

| | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | | |
| 2018A | NA | NA | NA | UR |
| 2019E | 0.13 A | 0.12 A | 0.08 A | 0.09 |
| 2020E | 0.09 | 0.19 | 0.15 | 0.15 |
| 2021E | 0.15 | 0.23 | 0.21 | 0.23 |

| | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | UR | 0.41 | 0.58 | 0.83 |
| GAAP EPS ($, Dec FY) | UR | (0.50) | (0.27) | 0.01 |
| Adj. EBITDA (mln) ($, Dec FY) | UR | 200 | 230 | 270 |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.*

*Non-GAAP EPS adjusts for amortization of acquired intangibles, stock-based compensation, and restructuring and other one-time costs, after tax. UR: Under Review. CVET began trading regular way on 2/8/19; historical results are not available.*

**Please read domestic and foreign disclosure/risk information beginning on page 2 and Analyst Certification on page 3.**

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 132 of 229 PageID #: 3018

## COMPANY DESCRIPTION

Covetrus, headquartered in Portland, Maine, is a leading player in the animal health supply chain and pharmacy space. The company was created through the merger of the Henry Schein Animal Health business and Vets First Choice (VFC). The former was a leading distributor to companion animal practices in both the U.S. and abroad, as well as the largest provider of practice management software for companion animal clinics. The latter brings technology-enabled services to vet clinics to drive improved customer engagement and compliance and to recapture pharmacy dollars that otherwise were being spent outside the clinic.



## IMPORTANT INVESTOR DISCLOSURES

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation or distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 45 Avenue George V, 75008, Paris, France, +33 1 45 64 0500 and Raymond James Financial International Ltd., Ropemaker Place, 25 Ropemaker Street, London, England, EC2Y 9LY , +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Client Access & RaymondJames.com). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal Proprietary websites; however, such research reports will not contain estimates or changes to earnings forecasts, target price, valuation or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication

is discretionary and is done only after the research has been publically disseminated via RJ's internal factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your Sales Representative or visit RJ Client Access or RaymondJames.com.

Links to third-party websites are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any third-party website or the collection of use of information regarding any website's users and/or members.

Additional information is available on request.

## Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analysts Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination, including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

**The analyst John W. Ransom, primarily responsible for the preparation of this research report, attests to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers and (2) that no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views in this research report. In addition, said analyst(s) has not received compensation from any subject company in the last 12 months.**

## Ratings and Definitions

**Raymond James & Associates (U.S.) definitions: Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of 15% is expected to be realized over the next 12 months. **Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months. **Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months. **Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold. Suspended (S) The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions: Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months. **Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months. **Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities. **Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold. Suspended (S) The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

| | Coverage Universe Rating Distribution* | | Investment Banking Relationships | |
| --- | --- | --- | --- | --- |
| | RJA | RJL | RJA | RJL |
| **Strong Buy and Outperform (Buy)** | 56% | 62% | 21% | 22% |
| **Market Perform (Hold)** | 41% | 36% | 11% | 17% |
| **Underperform (Sell)** | 3% | 2% | 3% | 0% |

*Columns may not add to 100% due to rounding.*

**Suitability Ratings (SR)**

**Medium Risk/Income (M/INC)** Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.

**Medium Risk/Growth (M/GRW)** Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

**High Risk/Income (H/INC)** Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)** Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

**High Risk/Speculation (H/SPEC)** High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

## Raymond James Relationship Disclosures

Certain affiliates of the RJ Group expect to receive or intend to seek compensation for investment banking services from all companies under research coverage within the next three months.

| Company Name | Disclosure |
|---|---|
| Covetrus, Inc. | Raymond James & Associates, Inc. makes a market in the shares of Covetrus, Inc.. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors, including an assessment of industry size, structure, business trends, and overall attractiveness; management effectiveness; competition; visibility; financial condition; and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates our target price and rating changes for the subject companies over the past three years.



**Valuation Methodology**

**Covetrus, Inc.:**
Our primary valuation methodology for CVET utilizes a forward EV/EBITDA multiple compared to peer group multiples and/or historic trading ranges, sometimes augmented by sum-of-the-arts analysis.

Case 2:19-cv-05530-ARL   Document 59-2   Filed 07/23/21   Page 135 of 229 PageID #: 3021

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the business of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product/service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

**Company-Specific Risks**

**Covetrus, Inc.:**
Covetrus' business and operations are subject to a variety of risks and uncertainties that might cause actual results to differ materially from those projected by any forward-looking statements. Factors that could cause such differences include, but are not limited to: (1) a weak economy could result in reduced demand for the company's products and services; (2) increased competition and/or technological advances by competitors could negatively affect operating results; (3) strengthening of the rate of exchange for the U.S. dollar would have a negative effect on the company's business; (4) integration of two legacy businesses, and potential future acquisitions; and (5) changes to the regulatory environment around animal health pharmaceuticals and the distribution channel.
**High Risk Suitability:** We believe a High Risk suitability rating is appropriate given the recent formation of the company and the combination of the somewhat speculative Vets First Choice business with the more mature and stable Henry Schein Animal Helath business.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at** raymondjames.bluematrix.com/sellside/Disclosures.action**. Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see RaymondJames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643.**

## International Disclosures

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (high net worth companies, unincorporated associations, etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended)or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monetaire et Financier" and Reglement General de l'Autorite des marches Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorite de Controle Prudentiel et de Resolution and the Autorite des Marches Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

Case 2:19-cv-05530-ARL   Document 59-2   Filed 07/23/21   Page 136 of 229 PageID #: 3022

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report. In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate, or commercially exploit the information contained in this report, in printed, electronic, or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret, or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec. 501 et seq, provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

# Exhibit No. 13

G.research, LLC
One Corporate Center
Rye, NY  10580-1422
Tel (914) 921-5150
*www.gabellisecurities.com*

October 23, 2019

g.research

## Covetrus, Inc. (CVET - $9.46 - NASDAQ)                    Shaw Shanked - Buy

| Year | EPS [a] | P/E | PMV | | |
|------|---------|-----|-----|--|--|
| 2021P | $0.70 | 13.5x | $24 | Dividend: None | Current Return: Nil |
| 2020P | 0.35 | 27.0 | 19 | Shares O/S: 112.0 million | |
| 2019E | 0.15 | 63.1 | 13 | 52-Week Range: $43.83 - $8.16 | |
| 2018A | 0.18 | 53.1 | -- | | |

*(a) Adjusted EPS includes stock compensation but excludes certain restructuring and other items, pro forma for VFC merger pre-Feb 2019*

### COMPANY OVERVIEW

Covetrus, headquartered in Portland, ME, is a global animal health company providing technology and supply chain services to veterinary markets.  The company was formed in February 2019 through the spin-off of Henry Schein's animal health (HSAH) distribution business and subsequent merger with privately-held Vets First Choice (VFC).

### Reason For Comment:

On October 22, 2019, Covetrus announced that Vets First Choice (VFC) co-founder Ben Shaw would be stepping down from his role as the company's CEO.  Benjamin Wolin, who was named Chairman last month, will serve as acting CEO. CVET shares fell to an all-time low on the announcement.

- *Challenges from day one.*  Ben Shaw's departure as CEO comes seven weeks after his father and fellow VFC co-founder, David Shaw, resigned as Chairman.  CVET has struggled to successfully integrate the Henry Schein distribution business with the Vets First Choice platform, and the company has consistently underperformed expectations during its brief history.  We believe that management's credibility was further damaged by claims on the Q2 earnings call of broader veterinary market weakness that conflicted with the statements and results of other companies across the animal health landscape.  We suspect this trend of underperformance will continue with Q3 results and expect the company to use the CEO transition as an opportunity to reset financial expectations. We had previously noted that the company's EBITDA guidance of $200M+ was $10M higher than our estimate for 2019 (when excluding stock compensation), so we would not be surprised to see this guidance lowered or withdrawn entirely.

- *Back to basics.*  CVET's heavy emphasis on growing the VFC platform appears to have come at the expense of the traditional distribution business.  This segment has lost the operational excellence that had been a hallmark under Henry Schein.  The VFC technology platform is a critical driver of future growth and margin expansion, but the distribution business is the current financial engine.  CVET needs this business to support that technology platform growth while also servicing a $1.2B debt load.  Acting CEO Ben Wolin's background includes being co-founder and CEO of Everyday Health, a digital health marketing company that was sold for $465M to j2 Global in 2016.  While Mr. Wolin's management experience veers towards the VFC side of the business, we hope that CVET's leadership will get back to basics and focus on turning around a traditional veterinary distribution business that is clearly struggling relative to competitors.

**Table 1**

**Covetrus, Inc.**
**Income Statement**
**2018PF-2023P**

*($ in millions, except per share)*

| FYE 12/31 | 2018PF | 2019E | 2020P | 2021P | 2022P | 2023P |
|-----------|--------|-------|-------|-------|-------|-------|
| Revenue (a) | $ 3,981 | $ 3,907 | $ 4,106 | $ 4,284 | $ 4,460 | $ 4,571 |
| EBITDA | 168 | 146 | 197 | 252 | 295 | 332 |
| EPS, Adjusted | $0.18 | $0.15 | $0.35 | $0.70 | $1.05 | $1.25 |
| Capex | 32 | 55 | 59 | 61 | 52 | 52 |
| TEV/EBITDA Multiple | 13.3 x | 15.2 x | 11.3 x | 8.8 x | 7.5 x | 6.7 x |
| P/E Multiple | 53.1 x | 63.1 x | 27.0 x | 13.5 x | 9.0 x | 7.6 x |

(a)  Figures pro froma for HSAH/VFC merger in 2018-2019, also exclude certain non-cash and one-time expenses

*Source: Company filings and g.research estimates*

*-Please Refer To Important Disclosures On The Last Page Of This Report-*

g.research

**Investment Case**

CVET shares have been a nightmare since the company went public, and new leadership is unlikely to change that trajectory in the near-term.  The company clearly has problems, but we believe that these are largely execution-related issues that can be fixed.  The end market for veterinary products remains attractive with 5-6% growth, and we expect synergies to become a meaningful contributor to EBITDA growth in 2020 and beyond.  The company's leverage covenants (debt/EBITDA of 5.5/1) may need to be negotiated, but we believe this can be done without the need to sell shares at the currently depressed valuation.  We recommend CVET as a long-term value play, but we also acknowledge that the company has given us no reason to believe that shares have reached a bottom.  CVET currently trades at 11.3x our 2020 EBITDA estimate of $197M (which includes stock compensation expense) and at half our 2020 PMV of $19 per share.

**Table 2**

**Covetrus, Inc.**
**Private Market Value Analysis**
**2018PF-2023P**

| FYE 12/31 | 2018PF | 2019E | 2020P | 2021P | 2022P | 2023P |
|---|---|---|---|---|---|---|
| *($ in millions except per share)* | | | | | | |
| Revenue (a) | $ 3,981 | $ 3,907 | $ 4,106 | $ 4,284 | $ 4,460 | $ 4,571 |
| EBITDA | 168 | 146 | 197 | 252 | 295 | 332 |
| Valuation Multiple | 18 x | 18 x | 17 x | 16 x | 15 x | 15 x |
| | | | | | | |
| Total Private Market Value | $ 3,017 | $ 2,632 | $ 3,349 | $ 4,025 | $ 4,422 | $ 4,985 |
| Less: Net Debt | (1,140) | (1,170) | (1,177) | (1,160) | (1,102) | (1,014) |
| Less: Minority Interest | (17) | (17) | (17) | (17) | (17) | (17) |
| Less: Option Payments (b) | (9) | (6) | (11) | (16) | (19) | (24) |
| Equity Private Market Value | $ 1,851 | $ 1,440 | $ 2,144 | $ 2,832 | $ 3,283 | $ 3,930 |
| | | | | | | |
| Shares Outstanding | 111 | 112 | 115 | 117 | 118 | 119 |
| **PMV per share** | **$17** | **$13** | **$19** | **$24** | **$28** | **$33** |
| *Current Market - Discount to PMV* | *43%* | *26%* | *49%* | *61%* | *66%* | *71%* |

(a)  Figures pro froma for HSAH/VFC merger in 2018-2019, also exclude certain non-cash and one-time expenses

(b) After-tax payments to buy out options at PMV

Source:  Company filings and g.research estimates

**Other Companies Mentioned:**
Henry Schein   (HSIC – NASDAQ)
J2 Global      (JCOM –      "     )

I, *Kevin Kedra* the Research Analyst who prepared this report, hereby certify that the views expressed in this report accurately reflect the analyst's personal views about the subject companies and their securities.  The Research Analyst has not been, is not and will not be receiving direct or indirect compensation for expressing the specific recommendation or view in this report.

*Kevin Kedra (914) 921-7721*                                                ©G.research, LLC 2019

**Important Disclosures**

**ONE CORPORATE CENTER RYE, NY  10580          G.research, LLC          TEL (914) 921-5130          FAX (914) 921-5098**

G.research, LLC ("we" or "us") attempts to provide timely, value-added insights into companies or industry dynamics for institutional investors.  Our research reports generally contain a recommendation of "buy," "hold," "sell" or "non-rated."  We do not undertake to "upgrade" or "downgrade" ratings after publishing a report.  We currently have reports on 226 companies, of which 59%, 28%, 1% and 13% have a recommendation of buy, hold, sell or non-rated, respectively.  The percentage of companies so rated for which we provided investment banking services within the past 12 months is 0%, 0%, 0% and less than 1%.

Ratings
Analysts' ratings are largely (but not always) determined by our "private market value," or PMV methodology.  Our basic goal is to understand in absolute terms what a rational, strategic buyer would pay for an asset in an open, arms-length transaction.  At the same time, analysts also look for underlying catalysts that could encourage those private market values to surface.
A **Buy** rated stock is one that in our view is trading at a meaningful discount to our estimated PMV.  We could expect a more modest private market value to increase at an accelerated pace, the discount of the public stock price to PMV to narrow through the emergence of a catalyst, or some combination of the two to occur.
A **Hold** is a stock that may be trading at or near our estimated private market value.  We may not anticipate a large increase in the PMV, or see some other factors at work.
A **Sell** is a stock that may be trading at or above our estimated PMV.  There may be little upside to the value, or limited opportunity to realize the value.  Economic or sector risk could also be increasing.

We prepared this report as a matter of general information.  We do not intend for this report to be a complete description of any security or company and it is not an offer or solicitation to buy or sell any security.  All facts and statistics are from sources we believe to be reliable, but we do not guarantee their accuracy.  We do not undertake to advise you of changes in our opinion or information.  Unless otherwise noted, all stock prices reflect the closing price on the business day immediately prior to the date of this report.  We do not use "price targets" predicting future stock performance.  We do refer to "private market value" or PMV, which is the price that we believe an informed buyer would pay to acquire 100% of a company.  There is no assurance that there are any willing buyers of a company at this price and we do not intend to suggest that any acquisition is likely.  Additional information is available on request.

As of September 30, 2019, our affiliates beneficially own on behalf of their investment advisory clients or otherwise less than 1% of any companies mentioned.  Because the portfolio managers at our affiliates make individual investment decisions with respect to the client accounts they manage, these accounts may have transactions inconsistent with the recommendations in this report.  These portfolio managers may know the substance of our research reports prior to their publication as a result of joint participation in research meetings or otherwise.  No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.  In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report.  The analyst, who wrote this report, or members of his household, owns no shares of the companies mentioned in this report.

# Exhibit No. 14

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 141 of 229 PageID #: 3027

   

Share:   ✉   Tweet   Like 0   Share

# Covetrus CEO: First year was 'mixed bag'

Company reboots after stock plummets, investors sue, leaders exit

February 10, 2020
By Lisa Wogan

There were smiles all around when Covetrus President and CEO Benjamin Shaw pressed the opening bell for the Nasdaq on Feb. 8, 2019. Company executives and directors cheered and clapped as confetti rained down during the first few seconds of trading for the new entity, which aspires to be a major force in the business of veterinary medicine.

One year later, the stock price is down nearly 70%, investors claiming fraud are suing the company and Shaw is out as CEO.

By all accounts, it's been a tumultuous first year for a company formed from the union of a well-established player in the veterinary sphere —



Screenshot from Nasdaq Facebook video

Covetrus executives and directors celebrated the company being listed on the Nasdaq on Feb. 8, 2019. It goes by the ticker symbol CVET.

Henry Schein Inc.'s animal health division — and a brash newcomer calling itself Vets First Choice. Henry Schein Animal Health was one of the largest distributors of veterinary products in the country and a major purveyor of practice management software. Vets First Choice was an online veterinary pharmacy, prescription management and data analytics business. As Covetrus, the new company counted 90% of U.S. veterinary practices as consumers in some capacity (with customers in Canada, Europe, Australia, New Zealand, China and Brazil, as well), according to information provided by Covetrus. Together, the companies had $4 billion in sales in 2018.

The majority of veterinarians commenting on the merger on message boards of the Veterinary Information Network, an online community for the profession, did not celebrate the news. Faced with steady consolidation across the industry, they expressed concern that the merger would further reduce the already dwindling number of providers of products and services. Some questioned how the two very different companies — a multibillion dollar public company with eight decades in the veterinary industry and a private tech start-up with a reputation for aggressive sales tactics — would work together. They wondered which corporate culture would prevail.

Investors, however, were bullish. Spruce Point Capital Management, a hedge fund in New York City, called the merger "the fastest growing play in the hot animal space" and predicted the share price, which closed its first day of trading at $41.01, could reach $106. Behemoths Morgan Stanley Investment Management, BlackRock Fund Advisors and The Vanguard Group Inc. collectively invested hundreds of millions in Covetrus stock.

The next 12 months unfolded very differently from Wall Street predictions. Benjamin Wolin, who took over as president and CEO in October, has described Covetrus' first year as a "mixed bag." He told the VIN News Service last week: "It was definitely a challenging year one for Covetrus. We tried to do too much in terms of integration. We certainly had a challenge trying to manage

## Search VIN News Service

Enter search term(s)   GO

## Follow us

   

## About us

Mission

Reprint policy

Letters policy

FAQ

Meet the news team

Add VIN News Service logo to your site

## Recent stories

Covetrus CEO: First year was 'mixed bag' - 2/10/2020

Supervising veterinary student trainees: What is negligence? - 2/6/2020

Selling wave of UK independent veterinary clinics brewing - 2/3/2020

Seattle clinic treats people and pets together - 1/30/2020

Veterinarians mobilize to treat Australian wildfire victims - 1/27/2020

FDA tries again to address veterinary drug compounding - 1/23/2020

See more stories »

## Search archives by category

Academia & Education

Associations & Organizations

Business & Economics

Clinical Practice

Disease Outbreaks & Information

Emergencies & Disasters

Employee & Professional Support

Industry

Legal Issues

Opinion

Pharmaceuticals

Regulations & Legislation

Research

Scope of Practice

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 142 of 229 PageID #: 3028

expectations of the stock market and that led to some bumpy months and quarters coming out of the gate."

He remains positive about the Covetrus model, bolstered by third-quarter revenues that exceeded analysts' predictions. "Why the companies were brought together still very much holds true," he said, adding that the company is "starting to deliver on the long-term promise of bringing these assets together."

**'On track'**

The Covetrus pitch is that the merger provides a full suite of integrated veterinary practice management products and services that increase efficiencies and profits for veterinarians who are their customers, which, in turn, profits the company. One of the largest distributors of veterinary supplies, Covetrus also is a major provider of software for practice information management (most notably AVImark, ImproMed and eVetPractice), client communications and inventory management. On the pharmacy side, Covetrus provides practice-branded online pharmacies with home delivery for pet owners and prescription management tools. Its business services include credit card processing and equipment leasing.

Two separate industry watchers — John Volk of Brakke Consulting, a management consulting company focusing on animal health; and David Westenberg, an analyst at New York investment firm Guggenheim Partners — described melding the companies as a hugely difficult proposition. Both pointed to the company's challenge of having to satisfy "many masters," including veterinarians, manufacturers and pet owners. They also pointed to the added hurdle of launching with $1 billion in debt.

The first opportunity to see the merger's bottom line came on May 15, 2019, when Covetrus released its first-quarter results.

==In an earnings call with analysts and investors, Shaw said, "we're off to a fast start" and described the merger as a "smooth transition."== He spent much of the presentation touting the company's potential.

While Covetrus has significant distribution and practice information management software business in Europe and some in Australia and New Zealand, the bulk of the business is in the U.S. and Canada. Shaw conceded that on the distribution side, sales in North America were less than expected, which he attributed to three things: "tough weather dynamics," the loss of a manufacturer in 2018 that began selling direct to customers, and the end of a lucrative distribution relationship with a major hospital chain.



Photo by John Ewing

Covetrus is building a new headquarters in Portland, Maine, where Vets First Choice started.

The last piece of news had been announced just weeks before the spinoff and merger were finalized. Henry Schein reported on Jan. 23, 2019, that VCA and Pet Partners hospitals, both owned by Mars Inc., would discontinue a long-standing relationship with Schein as their primary supplier of animal health products and switch to an unidentified competitor. Schein estimated the loss at approximately $100 million annually in a [filing with the Securities and Exchange Commission](#).

Overall, though, the company was upbeat about the future. Chief Financial Officer Christine Komola provided an annual [earnings forecast](#) of between $235 million to $250 million for 2019. The high end of the range represents a 12% increase over the companies' combined earnings in 2018.

State of the Profession

Work & Life

**Blogs worth reading**

Vetzinsight

The Veterinary Idealist

Worms & Germs blog

## In trouble

Behind the scenes, however, Covetrus was falling short of its projections, a situation that became public knowledge in August.

On Aug. 12, Covetrus surprised investors when it reported a net loss of 9 cents per share for the second quarter of 2019, which was about 22 cents per share below expectations. The company also revised its forecasted earnings for the year to $200 million, about 20% lower than it had forecast three months earlier. Rather than increasing earnings by 12% over 2018, the company said it now anticipated earning 10% less than the year before.

Covetrus executives attributed the poor performance to unexpected costs of disentangling from Schein — which were in the tens of millions of dollars — along with a decline in veterinary visits in North America, increased competition and a drop in U.K. sales due to Brexit.

Volk said he fielded questions from investors after that presentation. He told them and later told VIN News there was nothing in the "macro environment" to account for the disappointing earnings.

"That's what got Covetrus in trouble with investors," he said. "[The company] blamed problems on external factors, and the investment community didn't buy that at all."

Westenberg was among those skeptics. In an analysis of the second-quarter earnings, he suggested that blaming factors outside the company's control for the downturn was hard to square with strong earnings posted for the same period by distributor MWI, as well as macro data on veterinary visits and practice revenue collected by Idexx Laboratories Inc., one of the largest veterinary diagnostic laboratories in the U.S.

The second-quarter report fueled a sell-off, during which Covetrus stock dropped nearly 40% in one day. By the close of trading on Aug. 13, the stock had fallen to $13.89 from the previous day's close of $23.19. (On Covetrus' first anniversary Saturday, the price was a little below that, at $13.)

In the weeks after the sell-off, key players departed or reduced their roles on the Covetrus board. On Sept. 4, Betsy Atkins, CEO of venture capital firm Baja Group and member of multiple boards, resigned and David Shaw stepped down as chairman. He continues as a board member.

Shaw is the father of Covetrus' first CEO, Benjamin Shaw. Father and son co-founded Vets First Choice in 2010. Decades before that, in 1983, David Shaw founded Idexx.

Covetrus' announcement of board changes gave no reasons for the moves. Wolin succeeded David Shaw. He had been CEO and co-founder of Everyday Health Inc., a communications and marketing platform for consumers, doctors and health-care companies, and was on the boards of several pharmacy and technology companies. This is his first foray in the veterinary space.

## Claims of fraud

Among investors hit hard by the sell-off was the City of Hollywood Police Officers' Retirement System in Florida, which claims it lost more than $73,000. Believing it was misled by the company, the pension fund filed a class action on Sept. 30 against Covetrus, Henry Schein, Benjamin Shaw and Komola, claiming they violated SEC rules.

The suit alleges that the "[D]efendants made a series of false and misleading statements and omissions concerning the Company's infrastructure and capabilities, as well as the true costs of becoming independent from Henry Schein" before its debut. It also alleges the company "understated the impact on earnings from online competition and alternative distribution channels," as well as the impact of losing Mars-owned hospitals as a distribution customer before the merger.

The plaintiffs said the defendants "carried out a plan, scheme and course of conduct which was intended to ... deceive the investing public ... [and] artificially inflate and maintain the market price of Covetrus common stock," from Feb. 8 through Aug. 12, 2019.

Case 2:19-cv-05530-ARL     Document 59-2    Filed 07/23/21    Page 144 of 229 PageID #: 3030

The suit was joined in November by an individual investor, Claude Sheer, who claims he had lost about $428,000; and, in December, by the Pembroke Pines Pension Fund for Firefighters and Police Officers in Florida, which claims $582,009 in losses. A judge ruled that Pembroke, which had the largest financial interest in the suit, would be the lead plaintiff in the case. The plaintiffs are seeking unspecified damages plus interest and payment of legal fees.

A spokesperson for Covetrus said the company does not comment on active litigation. In a filing with the SEC, it stated: "We intend to defend the matter vigorously. Given the uncertainty of litigation, the preliminary stage of the case, and the legal standards that must be met for, among other things, class certification and success on the merits, we cannot estimate the reasonably possible loss or range of loss that may result from this action."

On Oct. 22, the company announced that Benjamin Shaw would step down as president and CEO and transition to "strategic advisor to the board." The Portland Press Herald reported that Shaw would receive more than $2.3 million in severance compensation.

Board chair Wolin stepped in as acting president and CEO, a role that has since been made official. The new board chair is a former Schein executive, Philip Laskawy. He had been the board's lead independent director.

The announcement did not give a specific reason for Shaw's departure, but thanked him for his "entrepreneurial spirit," while extolling Wolin's "deep expertise in public company management."

Westenberg said Wolin, unlike his predecessor, "isn't married primarily to the success of Vets First Choice; he may be a lot more adaptable."

The day Shaw stepped down, the share price bottomed out at $8.16.

## Managing expectations

In his public statements, Wolin seems determined that Covetrus turn the page by taking responsibility for early difficulties. During an earnings call on Nov. 12, he conceded "self-inflicted missteps."

"All of us here need to acknowledge and take responsibility for the very difficult and challenging entry and early life we have had as a public company," he said. "We underestimated the sheer complexity of the transaction and the many competing priorities, which drove increased spending and added an additional set of challenges to an already complex process."

In its third-quarter report, company missteps materialized on the balance sheet as a loss, known as a "goodwill impairment charge" of $939 million. The impairment charge reflects a drop in the value of the company's intangible assets. Public companies regularly evaluate their goodwill and make adjustments as a non-cash charge to their books when needed.

The earnings report did contain a spot of bright financial news for shareholders. Covetrus reported more than $1 billion in revenue for the third quarter, an amount 10% greater than net sales of its two predecessor businesses during the same period the previous year. That was better than most analysts' predictions. At the same time, the company lowered its earnings outlook for 2019 to between $190 million and $196 million, down from the outlook of $225 million to $250 million it had given six months earlier. Wolin said he is setting more modest projections to "rebuild trust with our investors."

Executive-level housecleaning continued November through January, resulting in the departure of CFO Komola, among others.

Brakke's Volk described the leadership changes as significant. When the company launched, he said, "The distribution side was much bigger but the Vets First Choice people got all the top jobs and it didn't go well." The recent top-level changeovers put more people with distribution and/or Schein experience in charge.

Wolin has since described this period of change as a "Q4 reboot" referring, in part, to the leadership changes.

A headline for a story posted Nov. 21 on [Seeking Alpha](#), a crowd-sourced content service for financial markets, captured it this way: "Covetrus: The Grown-Ups Are In Charge Now."

The company expects to report its fourth-quarter earnings in late February or early March.

## Changing focus

Approaching the first anniversary, Wolin struck a balance between touting Covetrus' potential and acknowledging recent troubles.

"We are going to focus on our core capabilities of distribution, software and prescription management," he told VIN News last week. "I think where you'll see changes is really around our focus and not trying to do too much. In some cases, we'll slow down to try to speed up. Do less but do it better."

He added: "We know that for a long time, we've been a leader in all these respective areas but trying to mush them all together too quickly isn't good for Covetrus and it's not good for our customers and it's not good for our suppliers. We want to get that right. We need to be methodical."

In January, Covetrus entered into an agreement sell scil, an animal diagnostics subsidiary, to Heska for $125 million. The company said proceeds from the sale will help to reduce its net debt. Covetrus reported more than $1 billion in debt in November.

Scil previously was part of Schein. The portion of Schein absorbed into Covetrus consists of many distinct businesses providing a variety of services. Wolin told VIN News that Covetrus has no specific plans to shed additional Schein legacy businesses but he's open to the possibilities. "We'll opportunistically look for other opportunities," he said.

While Covetrus might sell more assets, it's also buying them. In January, the company signed a deal to acquire majority ownership of Distrivet, a Spanish veterinary distributor. The company will merge its operations in Spain and Portugal with Distrivet and expand operations there.

*Disclosure: The VIN News Service is part of the Veterinary Information Network, an online member community for the profession. VIN and its entities offer services that overlap with what Covetrus offers, such as client portals, email and text reminders, continuing education, mentoring and marketing support. VIN News operates separately from other VIN services.*

URL: //news.vin.com/doc/?id=9502708

---

Share:     ✉     Tweet        Like     Share     Sign Up to see what your friends like.

Send us feedback about this article

800.700.4636  | news@vin.com | VIN Policies 🔒 | 530.756.4881  | Fax: 530.756.6035
From the UK:  01 45 222 6154  | From Australia:  02 6145 2357
777 W. Covell Blvd, Davis, CA 95616
*Copyright* 1991-2020 Veterinary Information Network, Inc.

# Exhibit No. 15

**S&P Global**
Market Intelligence

# Covetrus, Inc. NasdaqGS:CVET
# FQ3 2019 Earnings Call Transcripts

## Tuesday, November 12, 2019 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2019- | | | -FQ4 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | 0.08 | 0.17 | ▲112.50 | 0.09 | 0.41 | 0.51 |
| Revenue (mm) | 963.69 | 1018.00 | ▲5.64 | 961.92 | 3897.24 | 4092.99 |

Currency: USD
Consensus as of Nov-08-2019 1:51 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2018 | - | - | - |
| FQ1 2019 | 0.17 | 0.14 | ▼ (17.65 %) |
| FQ2 2019 | 0.17 | 0.12 | ▼ (23.53 %) |
| FQ3 2019 | 0.08 | 0.17 | ▲ 112.50 % |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 148 of 229 PageID #: 3034

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................................ | 3 |
| Presentation | ................................................................................ | 4 |
| Question and Answer | ................................................................................ | 9 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

## EXECUTIVES

**Benjamin Wolin**
*CEO, President & Director*

**Christine T. Komola**
*Former EVP & CFO*

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

## ANALYSTS

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

**John Wilson Ransom**
*Raymond James & Associates, Inc., Research Division*

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Kevin Kedra**
*Morgan Group Holding Co.*

**Nathan Allen Rich**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning. My name is Jimmy, and I will be your conference call operator today. At this time, I would like to welcome everyone to the Covetrus Third Quarter 2019 Earnings Conference Call.

I would now like to turn the call over to Mr. Nicholas Jansen, Vice President of Investor Relations. Please go ahead.

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

Thank you. Good morning and thank you for joining us for Covetrus' Q3 2019 Earnings Call.

I am Nicholas Jansen, Vice President, Investor Relations. Joining me on today's call are Benjamin Wolin, our Acting President and CEO; and Christine Komola, our Executive Vice President and CFO. Ben and Christine will begin with prepared remarks, and then we will be happy to take your questions.

During this conference call, we anticipate making projections and forward-looking statements based on our current expectations. All statements other than statements of historical fact made during this conference call are forward looking, including statements regarding management's expectations for future financial business, operational performance and operating expenditures. Forward-looking statements may be identified with words such as will, may, expect, plan, anticipate, upcoming, believes, estimate; or similar terminology and the negative of these terms. Forward-looking statements are not promises or guarantees of future performance and are subject to a variety of risk and uncertainties, many of which are beyond our control, which could cause actual results to differ materially from those contemplated in these forward-looking statements. These risks and uncertainties, including those -- under the heading Risk Factors in our most recent annual report on Form 10-K, quarterly report on Form 10-Q, earnings press release on Form 8-K and other periodic reports filed with the Securities and Exchange Commission, which are available on the investors section of our website at ir.covetrus.com and on the SEC's website at www.sec.gov. Forward-looking statements speak only as of the date hereof, and except as required by law, we undertake no obligation to update or revise these forward-looking statements.

During this presentation, we will also provide certain pro forma results for the 3 and 9 months ended September 30, 2019 and 2018, to help investors understand the underlying trends in the business as is the merger of the Animal Health business of Henry Schein and Vets First Choice closed on December 31, 2017. Note however, the historical combined financial statements do not necessarily reflect what the results of operations would have been had we operated as a combined company during this period, as those results will depend on a number of factors, including the chosen organizational structure, what functions were outsourced or performed by employees and strategic decisions made in areas such as information technology and infrastructure.

You can find this morning's press release announcing our third quarter 2019 results on this call on ir.covetrus.com. We will continue to use our site to distribute important and time-critical company information. The press release also contains further information about the non-GAAP financial measures that we will discuss during this call. These non-GAAP financial measures exclude from our GAAP financial results certain noncash or nonrecurring items such as costs directly associated with the spin-off and merger and the ongoing integration process, including certain infrastructure investment expenses, restructuring charges and goodwill impairment charges. We believe that, in order to properly understand our short-term and long-term financial trends, investors may wish to consider the impact of these items as a supplement to financial performance measures determined in accordance with GAAP. Please refer to this morning's press release announcing our third quarter 2019 results for a reconciliation of these non-GAAP measures to our GAAP financial results.

With that, I will now turn it over to Ben to provide the highlights.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. FQ3 2019 EARNINGS CALL | NOV 12, 2019

**Benjamin Wolin**
*CEO, President & Director*

Thanks, Nick. And good morning, everyone.

It has been 3 weeks since I assumed my current role with Covetrus. And during that time, I have spent as much time as possible speaking with shareholders, employees, customers, partners and clients to better understand our company and how to build success for every one of our essential stakeholders going forward. While it's been a brief period of time and there is much more work to do, I'd like to take the early parts of this call to talk with you about 5 core themes that I am focused on moving forward.

First, all of us here need to acknowledge and take responsibility for the very difficult and challenging entry and early life we have had as a public company. We underestimated the sheer complexity of the transaction and the many competing priorities, which drove increased spending and added an additional set of challenges to an already complex process.

Clearly, some of these difficulties were self-inflicted missteps, and as a result, there is plenty of responsibility to share for our performance as a public company this year. With that said, I want to make a clear statement that the Board, the executive leadership team and the many employees across the globe with whom I visited since becoming CEO, remain unified and fully committed to the promise and value the Covetrus model can and will deliver to our customers, manufacturers, partners, employees and shareholders.

For our customers, that value means using our unique and integrated supply chain, software and technology capabilities to deliver clinical and financial success. For their clients, we can provide an improved experience and access. And for our manufacturers, this means unlocking new demand throughout the market. I am confident that the global opportunity remains, and we expect to deliver on that opportunity.

Second, before we discuss results, I want to make it clear that we will be changing how we analyze and discuss the company and its progress going forward, focusing internally and externally on simplicity and openness for our business. While the initial merger and early integration has been challenging, it is becoming clear to our team what the most critical financial drivers and metrics of our performance are, and we will work very hard to be open and clear in describing and discussing those metrics with you. By focusing on these drivers and providing greater clarity on the specific levers we have, we will have promote -- we will promote increased accountability throughout the organization, enhance our execution, and in time, we expect that we will deliver more consistent financial performance that meets our high standards and expectations.

Third, we will identify and focus on the core drivers of our business and eliminate activities that are not central to our value proposition. There are too many projects, initiatives and distractions and, frankly, too many noncore assets from legacy acquisitions. This will change. By concentrating on our key initiatives and our core businesses, we will drive more focus within our organization, free up resource capacity for innovation and accelerate our balance sheet initiatives. To fast-track this process, we have already brought in outside expertise to partner with us and emphasize the importance of moving quickly and executing but in a way that delivers meaningful value to the organization.

Fourth, for Covetrus to succeed, we need to focus on execution and innovation. Execution and innovation starts with the simple understanding that everything we do must both improve our customers' practice health and clinical success. This can only happen by ensuring that we are retaining and recruiting the best talent for our organization and ensuring that our incentives are appropriately aligned.

My fifth and final theme. Focusing on culture and talent will be part of everything we do. We will build a culture focused on customer centricity, collaboration, trust, transparency, a shared vision and a pursuit of clearly defined winning outcomes. We will promote and recruit the best talent that aligns with our culture, and we will work collaboratively to succeed.

I will now hand it off to Christine to provide a detailed review of our third quarter 2019 results.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

## Christine T. Komola
*Former EVP & CFO*

Thanks, Ben. Good morning, everyone, and thank you for joining us today.

I will focus most of my third quarter result comments on our pro forma non-GAAP measures, as these items provide the most insight into the underlying trends impacting our businesses. Please refer to today's press release for a more detailed description of our third quarter result in accordance with GAAP.

Covetrus' GAAP net sales were just over $1 billion in Q3 or a 10% year-over-year increase. Non-GAAP pro forma organic net sales increased 5% year-over-year in Q3. As a reminder, pro forma net organic sales growth includes a full quarter of Vets First Choice in both periods, excludes the impact of foreign exchange fluctuations and M&A and normalizes for net sales adjustments for manufacturer switches from direct to agency sales in the United States, which can impact year-over-year comparisons. These results include the impact from the previously announced customer loss in North America and the impact within APAC tied to a manufacturer moving to a direct sales model in Q4 of 2018.

Normalizing for those 2 events, underlying pro forma organic net sales growth would have been nearly 8% in Q3, a little bit more than 4% year-to-date.

Moving to our operating segment net sales performance.

North America pro forma organic net sales increased 4% year-over-year in Q3. The previously announced loss of a supply chain customer earlier this year negatively impact organic growth in Q3 by 4%. Our supply chain pro forma organic net sales growth increased 1% year-over-year in Q3 or 5% when the previously announced customer loss is excluded. Total Vets First Choice net sales increased 36% to $72 million in Q3 versus 30% year-over-year growth last quarter. And we ended Q3 with approximately 9,700 practices on the platform.

Turning to Europe. Pro forma organic net sales increased 6% year-over-year in Q3. Our U.K. pro forma organic net sales, which is our largest market in Europe, increased 5% year-over-year. Our U.K. business is beginning to benefit from the expansion of our relationship with the largest corporate group in Europe, which we announced on our Q2 call. We also experienced healthy pro forma organic net sales growth in most of our European markets, including solid performance from our businesses operating in Ireland, Czech Republic and Belgium.

Moving on to APAC & Emerging Markets. Our team delivered a 3% year-over-year increase in pro forma organic net sales in Q3, which is a further acceleration relative to our first half of the year results. I think it's important to note that this growth more than compensated for the negative 8% year-over-year sales impact resulting from a manufacturer that went to direct sales model in this market in Q4 last year. Normalizing for that event, the APAC & Emerging Markets segment grew double digits year-over-year, driven by continued growth in a number of customers served.

Turning to consolidated gross margin. Our GAAP gross margin was 19.4% in Q3 versus 18% in the prior period. If Vets First Choice is included in the prior period, gross margin as a percentage of net sales would have been relatively flat year-over-year. Growth in our higher-gross-margin technology businesses offset the impact from customer consolidation, changes in manufacturer margins and the negative mix of sales, both from a product and a geographic perspective.

Our GAAP selling, general and administration expenses were $216 million during Q3. This includes our onetime costs as well as the additional ramping of reoccurring operating expenses tied to our infrastructure investments. We implemented certain cost-saving measures in Q3 to help offset some of the higher-than-expected SG&A tied to being a new public company. Longer term, we will continue to look for ways to further reduce costs and complexity and simplify our organization.

As you are probably aware, during our Q2 earnings call, we revised our full year adjusted EBITDA guidance, which in turn contributed to a sustained decline in our share price and market capitalization. These events triggered an interim goodwill impairment review based on GAAP. Based on our analysis, we determined that the carrying value of our reporting units, some of which were based on the initial

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

valuation at the time of the spin-off and acquisition in early February, exceeded their fair market value. As a result, we recorded a noncash goodwill impairment charge totaling $939 million in Q3 that is included in our GAAP operating results.

Pro forma adjusted EBITDA, which excludes items like goodwill impairment, spin-off and merger-related expenses and share-based compensation, among other things, was $49 million in Q3 versus $51 million in the prior year. Changes in foreign exchange rates negatively impacted adjusted EBITDA by $1 million year-over-year. Q3 adjusted EBITDA excluding the impact of foreign exchange declined modestly year-over-year on a pro forma basis as a result of higher SG&A expense which offset growth in gross profit. Adjusted EBITDA declined versus Q2, which is consistent with the typical seasonality of our businesses but also reflects the incremental spending on infrastructure related to the first half of the year.

While our pro forma year-over-year results benefited from the scaling of legacy Vets First Choice and was aided by the year-over-year value capture benefits that I will discuss in a minute, we continue to see gross margin pressure across many of our supply chain businesses despite the improved sales performance during the quarter, a trend that might continue in the near term.

Turning to value capture. We exited Q3 at a $10 million run rate in incremental EBITDA, with sequential progress aided by the procurement benefits and the initial savings from our new shipping contract, early contributions from our prescription management activations year-to-date and newly launched initiatives to increase engagement with strategic customer accounts. In total, we remain on track to exit 2019 at our expected $20 million run rate EBITDA benefit based on efficiency gains realized from recent business unit integrations in late Q3. That said, we acknowledge this run rate benefit has more -- been more challenging to achieve than initially anticipated and has been more dependent on cost-saving measures and less so on the originally planned revenue synergies. The global opportunity remains and we are committed to delivering against the $100 million target. That said, we acknowledge the target may take longer than anticipated to achieve.

Looking at the rest of the income statement. We had approximately $15 million in net interest expense in Q3. Our GAAP net loss was $906 million, or a loss of $8.09 per diluted earnings per share, as a result of the aforementioned noncash goodwill impairment charge booked during the quarter.

Our pro forma adjusted net income, as seen on our non-GAAP reconciliation, was $19 million versus $21 million in the prior year. Please note that our pro forma adjusted net income for all periods now adds back amortization of acquired intangibles for all legacy acquisitions versus our previously disclosure of only adding back amortization of acquired intangibles for the Vets First Choice acquisition. This decision was made to align our external reporting with the way we look and manage the business.

Turning to the balance sheet and cash flow metrics.

Covetrus generated $33 million in cash flow from operations during the first 9 months of 2019 and $3 million in non-GAAP free cash flow when subtracting net purchases of property and equipment of $30 million. For the full year, we now expect $50 million in capital expenditures, including our infrastructure investments, versus the prior forecast of $50 million to $60 million, as we have prioritized spending on our highest-return projects to reduce our capital commitments.

We ended Q3 with $68 million in cash and cash equivalents on the balance sheet, $1.2 billion in long-term debt and no borrowings against our $300 million revolver credit facility. Our cash on the balance sheet increased [ $13 million ] sequentially despite paying the last [ $3 million ] owed to Henry Schein during the merger agreement during -- which occurred during this quarter. We remain focused on cash flow generation as we prepare for fiscal 2020.

Our net leverage ratio as defined by our credit agreement stood at approximately 4.3x for the trailing 12 months ended September 30, 2019, inside the 5.5x covenant. The net leverage covenant drops to 5.0x next year and will be in effect for the trailing 12 month period ending June 30, 2020. As you are aware, our credit agreement permits adjustments to EBITDA for certain items, including consideration for our run rate value capture as we expect to realize over the next 12 months. We remain committed to

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

deleveraging, and we will look for opportunities to do so beyond the mandatory $15 million quarterly term loan amortization payments that begin in the first quarter of 2020.

As Ben mentioned earlier, by streamlining our organizational focus, we look to enhance our financial flexibility moving forward, including deleveraging as appropriate.

Finally, turning to our full year guidance. We continue to forecast non-GAAP pro forma organic net sales growth of low single digits, which is consistent with our 2% growth achieved year-to-date and our prior forecast. Note the expected negative impact from the previously disclosed customer in North America and the impact of our onetime manufacturer moving to a direct sales model in APAC in October 2018 remains unchanged at about 2% in 2019.

As we embark on our path forward and excess current -- and access current trends and where we stand through the first 9 months of the year, we believe it's appropriate to update our 2019 non-GAAP pro forma adjusted EBITDA outlook. We are now forecasting 2019 non-GAAP pro forma organic EBITDA in the range of $190 million to $196 million. As we are currently in the process of our bottom-up planning for 2020, we will not be discussing our 2020 outlook at this time and expect to provide our guidance for the next year on our Q4 conference call. Our team is focused on executing against our core pillars in order to put us in a better position for a stronger sustained earnings growth in the year ahead.

Lastly, as more fully disclosed in our Form 10-Q that we -- will be filed later today, management has identified deficiencies in our internal control over financial reporting relating to the operation of information technology general controls in the area of logistical security and change management. The aggregate impact of these is the risk of failure of automated controls and other controls that rely on data from these applications, primarily in change management and logical security functions. The material weakness did not result in any identified misstatements in the current-period consolidated financial statements nor in any restatements of consolidated financial statements previously reported, and there were no changes in previously reported financial results. We have begun to develop our remediation plan for this material weakness, which will be remediated and disclosed in our annual report of 2019.

Now I turn it back over to Ben for some brief closing remarks.

**Benjamin Wolin**
*CEO, President & Director*

Thank you, Christine.

Before opening the call for questions, I just want to say one more thing. I've only been here for 3 weeks and obviously there's a tremendous amount of work to be done to fulfill our promise, but I also feel that there is a tremendous amount of opportunity here. It's a large and growing market. We have the assets and a powerful platform with a large user base and some real significant opportunities to innovate. I'm excited about this opportunity. I'm excited about working with the people here. And I look forward to continuing to speak with all of you as we chart this new path forward.

This concludes our prepared remarks, and now I will turn it over to Nick to moderate the Q&A session.

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

Thanks, Ben.
[Operator Instructions] So Jimmy, please provide instructions for the Q&A session, and we are then ready to take the first question.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from John Kreger with William Blair.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Ben, can you maybe just review the gross margin pressures that I think you guys touched on briefly in the call, just to elaborate? Are you seeing that globally, or is it in a particular region? Just give us some more detail.

**Benjamin Wolin**
*CEO, President & Director*

All right, sure thing, John. So just in terms of gross margin, the end market for us continued to remain healthy, but as you know, over the last year, we've continued to see consolidation of -- both on the manufacturer side as well as on the end customer front. And that has been where we're seeing the gross margin pressure. I don't think it's been any different from -- sequentially from quarter to quarter. And in terms of moving forward, we're acutely aware that we need to have a great unified platform that will allow us to address those type of pressures and bring real value to our customers and our manufacturers.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Great. And then I know you don't want to talk about 2020, but can you give us an update on when you think you can take the prescription management platform outside the U.S.?

**Benjamin Wolin**
*CEO, President & Director*

Sure thing. So it's a little bit premature for me to give specific plans around the expansion of the platform, but we are laser-focused on driving value for our customers through the expansion of that platform, both in the U.S. and abroad. In terms of a specific timetable, we're -- it's a little bit early for me to set any markers out there.

**Operator**

Our next question comes from Jon Block with Stifel.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Just a couple for me. I think in the start of the remarks you talked about the complexities in the business and the $100 million in value capture that may take longer than that 3-year window. I think you also, Ben, alluded to some potential sales or divestitures that could occur in noncore assets, so just taking a step back, what do these variables mean for the original goals of, call it, that long-term double-digit growth in adjusted EBITDA for the company? Do those 2 variables weigh on those long-term targets? And then I've got a follow-up.

**Benjamin Wolin**
*CEO, President & Director*

Sure thing. So thanks for the question. In terms of the long-term goals of the business, both strategically as well as financially, I think all of that remains intact. Obviously we're behind schedule in our first year. And I think really the complexity of the transaction, the amount that we tried to do in year 1 clearly slowed us down. So I don't think anything has changed in terms of looking at different ways to delever on

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the balance sheet. Obviously it makes sense given the position that we're in, but we would only do that in areas where we think it is noncore and wouldn't take away from our future opportunity.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it, very helpful. And then just to pivot. In the past couple quarters, you gave some very helpful metrics on sort of the purchases that were occurring in the veterinary practice and highlighting some of the moves that we saw out of the practice, into the alternative channels. That was accelerating, I think, from 1Q to 2Q. Do you have those metrics for 3Q? Or maybe just at a high level taking a step back, did it sort of stabilize this particular quarter? Your revenue growth seemed to certainly strengthen and come in above expectations.

**Benjamin Wolin**
*CEO, President & Director*

Yes. So without getting into detail, I'd say at a high level the market was slightly better in Q3. And as you pointed out from the results, we saw stability in the quarter, and that was reflective in the financial performance.

**Operator**

Our next question comes from John Ransom with Raymond James.

**John Wilson Ransom**
*Raymond James & Associates, Inc., Research Division*

Christine, maybe could you take us through the 3Q $49 million of adjusted EBITDA to the implied 4Q and the 4Q EBITDA? It's a pretty big sequential step down, and it's not clear what's driving that.

**Christine T. Komola**
*Former EVP & CFO*

John, sure. I would say, as we looked at our guidance, we did have a stable Q3, but having said that, we've just been talking about the pressures that we're seeing in margin, particularly around our customer segments, our infrastructure, the buildup of some of the overhead expenses that we've got. So when we combine it all together, we just felt it was prudent to adjust our guidance accordingly.

**Benjamin Wolin**
*CEO, President & Director*

John, I -- this is Ben. I'd also just add that obviously we're here in a moment where it's critical for the management team and the company to rebuild trust with our investors and the analyst community. And so we wanted to make sure that going forward we could have numbers that we could meet and exceed and felt like this was the appropriate expectation set given where we are right now.

**John Wilson Ransom**
*Raymond James & Associates, Inc., Research Division*

Okay. And so as a follow-up to that. I mean, to be clear, should we model-in an increase in sequential G&A? Is there some other seasonality in the business around costs that we're not thinking of? Or is this -- or are margins really going to fall off a cliff between 3Q and 4Q? It's just not clear where the -- exactly where the pressures are.

**Christine T. Komola**
*Former EVP & CFO*

Yes. So I would say, as we've been talking about the increase in our overhead as we build out our infrastructure both on the IT perspective as well as just the corporate overhead gets built out, that is where I would focus. Gross margin hasn't changed dramatically, but those are the types of pressures that we're seeing.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

And our next question comes from Erin Wright with Crédit Suisse.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

Great. I guess, can you go into a little bit more detail on what you're seeing in the North American companion business? Last quarter, there was pressure. You mention some stabilization now, but what changed from the second quarter experience?

**Benjamin Wolin**
*CEO, President & Director*

Sure thing. So I think the -- really 2 things. One, we saw stability in that segment; growth at the end market, from an end market perspective; and then just increased focus by our team and our organization about executing against our plan. And as a result, I think you saw improved financials from Q2 to Q3.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

Okay, great. And then this is kind of a 2-part question, but on the distribution side of your business, I guess, can you give us an update on your corporate relationships, particularly heading into 2020? Do you anticipate, I guess, any sort of changes in your corporate relationships next year?

And then the second part of my question is on the vendor side. How are those conversations going? We're heading into another round of annual recontracting here. Are the conversations different kind of with your new team in place? And how should we think about that heading into next year? Any sort of meaningful changes in rebate terms, agency shifts, anything like that we should be thinking about heading into next year?

**Benjamin Wolin**
*CEO, President & Director*

Yes. So I -- in terms of both the first and the second questions, we're having very positive dialogues with both our corporate customers as well as our manufacturers. There's no specific news to report at this time, but we as a business are pretty focused on having a unified approach out there that combines distribution, software and technology to both drive the P&L of our customers and increase market share for our manufacturers. So we feel good about where we're positioned but obviously know that we have to execute in order to continue to drive the business.

**Operator**

And our next question comes from David Westenberg with Guggenheim Securities.

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

I realize you're still drinking out of the fire hose, so we'll go kind of easy. So you kind of mentioned in your prepared remarks changes in language. Can you talk about maybe some key performance indicators that you might be looking at to help us kind of track the business? I realize it's brand new, but just what kind of of figures should we be looking at in the next couple of quarters and say now it's on track?

**Benjamin Wolin**
*CEO, President & Director*

Yes, sure thing. Well, first of all, thank you for going easy on me, David. I think that, for us, that statement was really to reflect a new approach where we are both being as transparent as possible with both our employees, our customers and our investors. And we want to create a paradigm where everybody understands what direction that we're -- what we're driving in. As it comes to specific metrics, I'm not ready to roll out anything quite new, but obviously I think some of those areas are going to be

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

around our organic sales growth; our ability to engage our core customers, not just enroll them; as well as the health and growth of the distribution business.

### David Michael Westenberg
*Guggenheim Securities, LLC, Research Division*

Got it, all right. And then just maybe early on, do you -- have you identified kind of maybe product lines that would be core versus noncore? I realize it's very early, and anything that might help there would be good.

### Benjamin Wolin
*CEO, President & Director*

Sure thing. So yes, it's premature to specifically identify different assets or specific areas of business, but I would say at the highest level it's pretty clear that we need to continue to invest and innovate around the platform. And that -- and by platform, I'm really talking about the combination of supply chain, prescription management and PIMS to drive the P&L of our reflective -- of our customers as well as to increase market share and create market gains for our manufacturers. And anything that falls outside of that is really something that we're not interested in focusing on.

### Operator

Our next question comes from Nathan Rich with Goldman Sachs.

### Nathan Allen Rich
*Goldman Sachs Group Inc., Research Division*

Ben, you mentioned revenue synergies coming in a little bit below expectations. Could you maybe just dive into a little bit further detail in terms of what specifically has kind of underperformed relative to what you expected at the beginning of the year? Is it kind of sales on the Vets First Choice platform or the profitability of those sales? Any details you could share would be great.

### Benjamin Wolin
*CEO, President & Director*

Sure thing. So thanks for the question, Nathan. So I think in general, if you just kind of go back to our entry into the public markets, we expected to see a very accelerated adoption of the platform as well as not just from an enrollment standpoint but an engagement standpoint. And we are behind our original expectation. I think that doesn't take away from the real quality of results that we're seeing here in the near term. And we're pretty pleased with where we ended up in totality from an enrollment standpoint. But at the end of the day, we need to focus on that engagement and get customers to ramp. And I think you're starting to see a little bit of that. The VFC business, as Christine pointed out in her remarks, grew 36% on a year-over-year basis versus 30% in Q2, so we're starting to see some progress there but obviously significantly lower than our original expectation.

### Nathan Allen Rich
*Goldman Sachs Group Inc., Research Division*

Okay, great. Christine, I just had a quick follow-up for you on your earlier comments on the implied 4Q guidance and kind of what you expect to see on the margin side. It sounded like you were pointing to some additional overhead costs. Are those additional investments that you're having to make in the business? And just could you share kind of any detail on kind of where you're seeing those additional costs?

### Christine T. Komola
*Former EVP & CFO*

Sure. They are additional investments to set up the company. As we continue to set up the company, that anniversarying those costs and building that is a big part of it. Seasonality also takes into effect. Our Q4 results are typically the lowest just because of seasonality year-over-year. And then the other piece that I

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

would add as we think about our corporate overhead and we continue to build out those functions, the first half was just a slower ramp-up compared to the second half as people are more fully employed. And the gross margins are not dramatically different. Sales trends seem to be stabilized as well. So as you saw, we kind of built back up to where we have previously been, which is why we didn't change our sales guidance.

**Operator**

And our next question comes from Kevin Kedra with G. Research.

**Kevin Kedra**
*Morgan Group Holding Co.*

Maybe to build on that last one. As we think about -- I know you said you don't want to give 2020 outlook at this point, but as we think about some of the drivers on that SG&A line for Q4, is that the way we should really be thinking about SG&A going forward, what we're going to see in Q4? Or are there certain elements that we should think as being either temporary or not fully placed in at this point?

**Benjamin Wolin**
*CEO, President & Director*

Thanks, Kevin, yes. So we're obviously not giving a 2020 number, but we are aggressively reevaluating our spend across our corporate function as well as within the various business units, so it is not safe to model that forward.

**Kevin Kedra**
*Morgan Group Holding Co.*

Okay. And then you mentioned the covenants, and those are going to drop down from 5.5x to 5x EBITDA. You guys seem to be at this point safely under that, but how comfortable are you with where those covenants are? And have you had any discussions about maybe having those adjusted?

**Christine T. Komola**
*Former EVP & CFO*

At this point, we are still very comfortable with those. Our thinking and our planning allows us to both pay off the amortization that we've got on a quarterly basis. And covenant is in good spot, so we don't expect any changes to happen. Bank relationships continue to remain strong. And as we said in our remarks, we are looking at all opportunities, including noncore asset sales, as potential ways to further shore up our ability to hit the covenant requirements.

**Operator**

Thank you. And I'm showing no further questions in the queue at this time. I'd like to turn the call back to Ben Wolin for any closing remarks.

**Benjamin Wolin**
*CEO, President & Director*

Thank you, everyone, for the questions and the time today. I just wanted to reiterate that the Board, the management team and all the employees across the globe are very excited about the future opportunity and know that if we are focused and prioritized, that we can achieve the long-term goals that we had set out to achieve when we initially went public.

So thank you, everybody, for your time and look forward to speaking with you in person.

**Operator**
Ladies and gentlemen, this concludes today's conference call. Thank you for participating. You may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

# Exhibit No. 16

**S&P Global**
Market Intelligence

# Covetrus, Inc. NasdaqGS:CVET

# Company Conference Presentation

Wednesday, March 04, 2020 2:15 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 2:19-cv-05530-ARL    Document 59-2    Filed 07/23/21    Page 163 of 229 PageID #: 3049

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ............................................................................... | 3 |
| Presentation | ............................................................................... | 4 |
| Question and Answer | ............................................................................... | 5 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Benjamin Wolin**
*CEO, President & Director*

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

**ANALYSTS**

**Andrew Harris Cooper**
*Raymond James & Associates,*
*Inc., Research Division*

**Unknown Analyst**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Good morning, everybody. My name is Andrew Cooper, one of the analysts covering animal health here at Raymond James. Happy to see a full room on a Wednesday morning. And happy to have the full Covetrus team here with us this morning. So the CEO -- now permanent CEO.

**Benjamin Wolin**
*CEO, President & Director*

Thank you.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*
Ben Wolin; CFO, Stuart Gleichenhaus; and Nick Jansen, who a few of you might recognize from when he was here with us as well.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

I guess, to start us off, we're going to start with a little bit of fireside chat and essentially open the floor to questions. But to start us off, Ben, maybe just give folks a brief overview of Covetrus, where you fit into the landscape, what you do at your core and how you became a public company that you are today?

**Benjamin Wolin**
*CEO, President & Director*

Sure thing. Good morning, everyone, and I'm happy to take questions from the audience.

Covetrus is a leading distributor and provider of technology solutions to the animal health industry. Company is a global company with over 100,000 customers with significant businesses in the U.S., Europe, APAC and emerging markets. We have 3 general lines of business or types of revenue. We have our traditional distribution businesses, moving product from suppliers like pharmaceutical companies and other manufacturers to our core customers, veterinarians.

We have a technology business, that is what we call practice management software or you can think of it as EMR for veterinarians, where we have a very significant footprint, in many cases north of 50% market share in different countries. And then we have a very fast-growing prescription management platform, which is basically white-labeled online pharmacy solutions for veterinarians, which is a -- largely a U.S. business and growing at just under 40% in the most recent quarter at about a $300 million run rate.

In terms of how the company came into being and a new public entity, Covetrus is the result of a merger of Vets First Choice, which was a private venture-backed technology company, the prescription management platform that I just mentioned, merging with Henry Schein's animal health division, which, as some of you probably know, a large distributor that was in the dental, human health and animal health category.

Schein was really a holdco, had over 30 different entities, maybe 70 different P&Ls. So the business was not a merger of 2 companies as much as it was 1 venture-backed company into a holding company. And I think that speaks both to probably some of the challenges that we had in 2019 as well as the opportunities that are in front of us.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Great. And I guess, thinking about 2019, we're not going to focus on kind of passing in and get to the future. But as we think about your initial expectations for 2019 and sort of what came to be, can you talk about how much might have been sort of broader market level moves that were unavoidable in terms of direct selling to the alternative channels kind of comes to mind versus things that maybe were self-inflicted to some degree from a growth perspective and sort of how that broke out in 2019 and then looking forward to 2020?

**Benjamin Wolin**
*CEO, President & Director*

Yes. I would say, largely the dynamics that existed in the market and that frankly we expect to continue to exist really wasn't that much different from '18 to '19 and '19 to '20. Always some changes, but the -- what was going on from a distribution standpoint, so consolidation from the customer standpoint, consolidation from the manufacturer, all of that dynamic existed prior to the deal, existed in '19 and will continue to exist.

The online channel definitely has been emergent, but I would say, in our -- in the core business offering that we provide, specifically on the prescription management platform, it isn't taking huge share from us

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

at the moment. So I think a lot of the '19 challenges were frankly self-inflicted. We had, as I mentioned at the outset, highly complicated merger of all of these entities together. The company just tried to do too much from an integration standpoint. And so what could have happened over a 3- to 5-year period was attempted to be done in a 9- to 12-month period.

And then the -- on top of that, company got over its skis, I would say, from operating expense standpoint when the original expected kind of revenue and gross profit that was expected to come in didn't materialize. So you really had a confluence of a lot of different things, challenging management of expectations on top of that. And that led us to kind of where we were in October, which was the Board stepping in, making some management changes. That's when I stepped in. We started to change the management team, brought in Stuart, some others, and are, I think, in the process of getting the business on to more solid footing.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

That's helpful. And I guess, as we think about that and maybe, Stuart, for you. We think about Schein as sort of, like you said, a bit of a holdco. There was a lot of minority interest still premerger. As we think about what you're able to do and maybe some of it was done in 2019, maybe some of it's a little bit slower pace as you think about stretching that integration further.

But how do you think about all these different entities? I think, in some cases, it's across the street from each other, but not working together even though they're owned by the same parent. So how do we think about that opportunity potentially from both the cost side and really a synergy side? I think there's probably some opportunity there. How do we think about that phasing out?

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

Sure. I think the way you framed it is right. I think there were a number of legal entities or approximately 30 legal entities; 14, 15 different ERP systems. And so over time, as we now control 100% of those entities, we'll be able to integrate those more tightly, more fully. I think there are efficiencies that come with that. Some may be on the cost side, some others may be just on the ability to close books more quickly and more efficiently, report things out better.

So that's clearly the case there. So when you talk about -- as Ben mentioned earlier, it was both a spinoff from Henry Schein and a stand-up as a separate company, simultaneous merger with the Vets First Choice business and then rolling up these other approximately 30 different legal entities. The good thing is almost all of those are in the same business. We're all owned and controlled before. And I think people are enthusiastic about being part of a larger corporation. So there's all those kind of opportunities. And then as between the technology and the distribution business, there are obvious synergies that have been identified and there's still potential out there, some of which from the central office, central management function, and others from a go-to-market function as well.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Great. And maybe just thinking about kind of the core distribution business right now. There was a lot of moving parts in 2019 in terms of a customer loss that, I think, was announced and fairly well understood, but also, like I said, the direct selling.

You had a supplier in APAC go direct as well. As we think about kind of that broad market in general and what the growth looks like at a market level, and then at a Covetrus-specific level, where might the delta be coming from? What can you do in terms of blocking and tackling, you're really changing to drive your growth back approaching the level of market growth?

**Benjamin Wolin**
*CEO, President & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So starting from the market and then talking about us specifically, we're forecasting low to mid-single-digit growth on a global basis, with some variation from region to region. So in Europe and APAC, we expect continued performance, both to the market and our business in 2020.

In the U.S. specifically, I think as we saw in Q4, we had growth in the 2% range, and we expect the market to be, depending on the period, somewhere in that 2% to 4% range, and us to start to get to a place where we are on par with the market.

We certainly weren't on par with the market in 2019 from a growth standpoint. But I think in the most recent quarter, you saw us catch up or maybe a smidge below and our certain -- certainly our expectation is that we are going to be able to, at least in the beginning part of '20, grow at the rate of the market and then hopefully start to take share in '21 and beyond.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

And you mentioned this in one of your earlier answers. But as we think about the market broadly and we've heard at least one company -- one of the large pharma players talk about consolidating some of their distributors. Maybe talk about Covetrus and how you fit from a truly global perspective, which I think is a little bit different than some of the competitors out there when we think outside the U.S.

And what -- especially with more consolidation happening at the manufacturer level and at the end-customer level, how that fits into the higher-level market growth dynamics?

**Benjamin Wolin**
*CEO, President & Director*

Yes. So I think we were intimately involved with the supplier that you referenced moving away from local distributors and took advantage of that opportunity. It's not a huge one from a dollar-value perspective. So it doesn't affect the P&L that much. But it does, I think, show the value of the footprint that we have. We're also the only global distributor out there, significant business in the U.S., but very large business across most of Europe and Australia, New Zealand and parts of the emerging markets like Brazil.

In terms of some of those dynamics that you mentioned, consolidation, both on the customer side and on the supplier side, we expect that to continue, really for the market dynamic not to be that different from '19 to '20 and '20 to 21. And that's why we think that growth rate is similar. But it's clear that we have to drive efficiency inside the core distribution business and get the value of the different assets. If we're just moving a box from point A to point B, we'll continue to see margin pressure.

If we can drive market share and take advantage of the technology assets that we have, grow demand for our suppliers, which is the real promise of the platform from a supply perspective, we think we're well positioned.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Okay. And maybe just one more on the distribution top line. You know that Simparica Trio from Zoetis has been a big topic in the market, how we think about, I guess, that product, in particular, which is a little bit unique, in that it's not -- it's new and unique, but it's also not addressing something that can't be addressed with 2 pills as it is today.

**Benjamin Wolin**
*CEO, President & Director*

Correct.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

And then in general, how you think about innovative new products as they enter the market and what that means from a distributor perspective.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Benjamin Wolin**
*CEO, President & Director*

Yes. So I think in general, market introduction of new products is good for our business. Not only do you have a company like Zoetis who'll be relying on distribution to help push that product, but you'll have all of the manufacturers on the other side of the coin looking to hold market share and will be reliant on distribution to do that as well. So product innovation is a good thing.

What we see in our business, whether it's distribution or our specialty solution, which is the compounding business, is that there's continued innovation. Pet owners willing to spend more and more discretionary dollars on treating their pets. And in general, that's going to benefit the business, whether it's coming through the platform, the technology platform or through the core distribution business.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Great. And I guess now sort of stepping into more on the prescription management side, the Vets First Choice side, as we think about kind of the legacy businesses. You clearly did a fantastic job adding new clinics in 2018 and 2019, basically doubling the clinic count. I think the commentary lately has been more on we're going to focus on kind of harvesting that hard work and making sure those clinics are utilizing the solution as much as they can.

So maybe talk about that change and how you think about really driving that, and potentially the sort of synergistic piece of it from the perspective of one client doing better and what that does to end-market demand and how you think about that.

**Benjamin Wolin**
*CEO, President & Director*

Yes, absolutely. So we've been pretty clear about our desire to focus much more on engagement in 2020. It doesn't mean that we won't get enrollments. We absolutely will. And net customers -- net new customers should increase on a year-over-year basis. But we're definitely going to be focused on utilization of the platform and enrollment is the top of the funnel, but it is a free trial, so to speak. And so it's not providing value to the customer, the supplier or us, unless people utilize it. And that's where we're going to focus.

If you look at our 10,000 customers, we very much have -- as you often see in some of these businesses, the top half or the top third of the customers driving a disproportionate amount of value. And so greater utilization of the platform, I believe, is not only going to be more profitable for the business, given that you don't have that same sales and marketing onboarding expense, but it also make customer acquisition easier in the future. If the customer down the street is starting to drive a new car or see substantial new progress in their business, in their small business because of the platform, it's just going to make the customer acquisition costs going forward easier.

So we've reached the size and scale that it is really time, to use your words, harvest that hard work. And we reported yesterday on our earnings call that we had 16% year-over-year same-store sales growth. And just for the room to make sure we're all clear on the definition, same-store sales growth for period '19 would be -- or for the go-forward period will be anybody who signed up in 2018 or earlier. So anybody in the preceding year, we consider a new customer because there's a bit of a maturation process.

So we're anticipating that, with focus, we can drive that faster. And if you combine that with the new customers that were added in, you can start to see some progress. And glimmer of that in Q4, we had 37% year-over-year growth in Q4 versus 33% on annualized basis -- on an annual year-over-year basis for the platform. So it's really nice to see a sizable piece of revenue at $300 million run rate accelerating its growth rate and starting to flow through incremental revenue to EBITDA.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

That leads perfectly into my next question, which is, on that 16%, if we think about sort of the breakout of how much is month 1 the vet may be offering this. It takes time for that sort of annuity stream of customers to actually start using it, get reorder shipments going and all of that. How much is that and how much is the vet saying, "Hey, we started this on diet, and we want to roll it to preventatives, we want to roll it to putting more on the platform." Can you give us a sort of way to think about what's really driving the same store?

**Benjamin Wolin**
*CEO, President & Director*

Yes. I would say you could roughly break the current customers into 3 buckets. There's, what I'll call, power users who are growing just through the continuity element of the business. And for them, they've got 10% to 50% of their pet owners utilizing the platform. The second bucket of customers, the second 1/3 of customers are -- they're seeing some revenue, but it's really not rolled out. And it's not so much that they're using it for diet and not for pharmaceuticals. It's that a very small percentage of their pet owners are actually engaged. So they're not doing proactive prescription management for that.

There is 3% to 5% of e-mail addresses accessible for that, and the vast majority of their pet owners are just transacting how they used to, which is on-site or on-prem. And then the bottom 1/3 is basically inactive, small progress here and there, or they're not inactive, they're just very early on in the adoption curve of utilization of that platform. So again, unlike a traditional software business, where there is a big purchase decision with a piece of software, here you have a free to paid model.

And as a result, the barrier to entry to sign up is low and a lot of the selling about how you need to change your workflow and how it's not going to cannibalize your existing business and what the future opportunity for -- happens post enrollment. And that's why that ramp can take up to 12 months to actually start seeing real revenue on the platform.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Okay. That's helpful. And I guess, a big part of the logic of combining the 2 entities, I think, on the back end was you're a leader in the PIMS landscape. We've seen -- I think, early on you rolled out appointment scheduling at least in sort of a beta form. How do we think about sort of where we sit right now and kind of the tighter integration of the prescription management platform with the PIMS and where we could be and how you're pacing and how you view it relative to maybe what the expectation was from the prior management team and around the time of the initial public launch?

**Benjamin Wolin**
*CEO, President & Director*

Yes. Step 1 was just unifying the group under one leader. We did that in November under Georgia Wraight. It's hard to integrate when you don't even have one person driving the direction of the business. I would say it's early days. You're starting to see some integration of prescription management into PIMS, but it's important to remember -- to call out that just like distribution had a holdco model for Schein, so did PIMS.

I mean there is lots of different platforms there, often competing with one another, lots of different systems hanging off of that. And so we're in the process of both paying down some technical debt, consolidating where it makes sense, integrating where it makes sense. And so it's early innings on that front.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Okay. And I don't want to leave Stuart out.

**Benjamin Wolin**
*CEO, President & Director*

Sure.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

So I'll ask one. Last night you announced tweaking debt covenants. I think that's something that the market was responsive to in a positive way. But when we think about putting $60 million of proceeds from a divestiture to debt paydown and sort of the pacing of cash flows and how you view your leverage and the need to get that reined in a little bit at least over time, any thoughts around that to help frame people's thinking?

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

Sure.

**Benjamin Wolin**
*CEO, President & Director*

At least he didn't ask you about taxes.

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

That's right. [ That's a relief. ]

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

I know not to put my [ thumb under my own desk. ]

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

A couple of thoughts on leverage. And just for context so people understand, when we spun off from Henry Schein, we had $1.2 billion in funded term debt. That funded the dividend up to the parent as part of the tax-free spin-off. And then with that, we have an obligation to repay $60 million a year starting this year. When we announced the sale of the scil animal care transaction, the European transaction you're talking about, we are getting $125 million of gross proceeds from that.

You net it all down, and we have committed to pay -- take $60 million of that and basically prepay this year's amortization on the debt, so have a faster amortization or paydown of the debt for that. When we calculate our covenant for the banks, for this year, the end of 2019 and into 2020, it's a 4.6x leverage for that. And that leverage is slightly different than if you took that total debt divided by our adjusted EBITDA because it's calculated differently. But 4.6x, we had a covenant at 5.5x, that would begin to lower the middle part of this year.

And we talk to the banks about that and agree that we would extend that at 5.5 for another year before it began to decline to give us plenty of headroom, and in a lot of ways, so that everybody's attention would not be focused on that from a leverage standpoint. All that said, even at 4.6x leverage, our goal is to delever the company. And we think we're more comfortable below 4x leverage. And so we'd look to get to that point probably in 2021. And we think, as a public company, that's a better place to be for us.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Great. And we've got about 5 minutes. So happy to take -- see if anybody has any questions, I'll repeat them, but...

**Unknown Analyst**

Can you talk about the gross margin profile of the Vets First Choice business?

**Andrew Harris Cooper**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Raymond James & Associates, Inc., Research Division*

Sure. The question was just about the gross margin profile of Vets First Choice.

**Benjamin Wolin**
*CEO, President & Director*

So the margin profile is significantly higher than the rest of the business, often 2 to 3x higher, depending on the product mix that is running through the platform.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

I'll keep going then. If anybody has...

**Unknown Analyst**

Can you just talk about how service differs from [indiscernible]

**Benjamin Wolin**
*CEO, President & Director*

I mean so Chewy hasn't rolled out their service to date or done it in any significant ways. There might be some beta tests going on. I think the primary difference for us is we're deeply embedded with the veterinarian. The prescription is coming from the veterinarian rather than trying to create some alternative end around -- from the veterinarian.

Also, there's clearly opportunity for deeply integrating into prescription management. So if you just think about it from like a workflow standpoint, if you're someone in the veterinarian's office, you're entering in information from a medical record standpoint, you want to proactively prescribe right from there rather than go to a new screen or have a new transaction process. You have those type of opportunities. So in some ways, at least from a technology standpoint, we very much want to be the operating system of the veterinarians office, and anything that occurs in that ecosystem, whether it be appointment management, billing, refill reminder, diagnostic tie-ins, all of that should be happening through our technology footprint.

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

I would just add to that one thing. In terms of -- when we do our channel checks, you get the full gamut. But a lot of vets do not look at Chewy and thinks that's somebody I want to be my friend. It's somebody that's taking money out of their pocket. So I think you'd have some that would be open to partnering, but you definitely have some resistance from others as well.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

We've got a few more minutes. So I guess as we think about what plans were laid out a year ago February and sort of where we sat in terms of what the focus was on incremental spend and kind of all of these initiatives, what do you think is the area where your view on how do you think this is most different in terms of, "Hey, this is the priority"? Whether it's rolling Vets First Choice international, I think is -- which I think is probably a little bit later than what was talked about at that point. So how do you view that expansion? And what's the push/pull from -- I think, by all accounts, leadership internationally was excited about the Vets First product. So a little bit of color there would be great.

**Benjamin Wolin**
*CEO, President & Director*

Yes. I would say the future promise is the same. The pace of integration and the method of integration is where the biggest differences are. So to give you a couple of examples. You mentioned, one, international rollout. We weren't ready to roll out internationally. We didn't have a sales and marketing platform. We didn't have a technology team that could handle it. It made sense to pause. It doesn't mean that, that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

future opportunity doesn't exist. We don't think that we're talking about 5-year difference here, but trying to do it all at once is hard.

ERP integration. Stuart mentioned 10 to 15 different ERPs. We're not trying to get on 1 ERP platform. Most companies do 1 ERP migration every 5 years and that barely goes well. So we'll be thoughtful. We're going to do it where we need to from either a regulatory standpoint or from a TSA standpoint, as part of the spin. We're not trying to do all of that sales force integration in terms of pushing the 2 sales forces together, distribution and prescription management.

We're going to have coordination, not integration right now.

And we're going to test and learn and see what works before moving forward. So I think all of the promise that was laid out when the deal was done, I think, all remains. I think the method is just going to be more measured. And hopefully, that provides more consistent, reliable results as well as gives the company the ability to really pursue the activities that are working and pull back from the ones that aren't.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Great. And I think we're just about out of time. So we'll continue downstairs in Amarante 2.

**Benjamin Wolin**
*CEO, President & Director*

Great. Thank you.

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*
Thank you, everybody.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

# Exhibit No. 17

G.research, LLC
One Corporate Center
Rye, NY  10580-1422
Tel (914) 921-5150
*www.gabellisecurities.com*

August 14, 2019

**g.research**

## Covetrus, Inc. (CVET - $13.89 - NASDAQ)

<mark>**CVET in the Doghouse After Weak Q2 and Reduced Outlook**</mark>  **- Buy**

| Year | EPS [(a)] | P/E | PMV | |
|------|-----|-----|-----|---|
| 2021P | $0.95 | 14.6x | $35 | Dividend: None     Current Return:  Nil |
| 2020P | 0.55 | 25.3 | 27 | Shares O/S: 112.0  million |
| 2019E | 0.25 | 55.6 | 17 | 52-Week Range:  $43.83 - $12.40 |
| 2018A | 0.18 | 78.0 | -- | |

*(a) Adjusted EPS includes stock compensation but excludes certain restructuring and other items, pro forma for VFC merger pre-Feb 2019*

**COMPANY OVERVIEW**

Covetrus, headquartered in Portland, ME, is a global animal health company providing technology and supply chain services to veterinary markets.  The company was formed in February 2019 through the spin-off of Henry Schein's animal health distribution business and subsequent merger with privately-held Vets First Choice.

**Reason For Comment:**

On August 13, 2019, <mark>CVET shares fell -$9.30 (-40%) on weaker-than-expected Q2 results</mark> with revenue of $1.0B (-4% pro forma) and adjusted EBITDA of $53M (excluding $10M stock compensation).  Based on weakness in North America and $10-15M in recurring infrastructure investments, the company reduced its full-year outlook for EBITDA to $200M+ (vs. $235-250M previously).  While we are lowering our estimates to reflect these challenges and a disappointing start to Covetrus' life as an independent company, we recommend buying CVET.  We now expect 2019 EBITDA (which includes $45M stock compensation expense) of $158M (previously $206M) and 2020 EBITDA of $226M (previously $272M)

- *CVET seeing weakness in North America.*  Sales in North America fell -3% pro forma to $552M despite 46% growth for prescription management platform sales.  <mark>Management noted that the weakness was due to both competitive pressures (including from alternative channels) and general weakness in the veterinary market.  The latter claim runs counter to our views of the sector following Q2 earnings from companies across the companion animal landscape, and the third-party data cited by CVET does little to address the</mark> magnitude <mark>of the weakness in the traditional distribution business.</mark>  We believe that the company can return to growth with the market in North America, but we have delayed this timing into 2020.

- <mark>*Where did all the EBIT go?*</mark>  When Henry Schein first announced the Covetrus "spin-merger" in April 2018, the <mark>company cited adjusted operating profit of $170M for the Schein veterinary distribution business (including stock compensation expense).  We estimate that CVET is trending at approximately half that pace, with adjusted operating income of $43M in 1H and $86M expected for the full year.</mark>  <mark>CVET management believes that greater visibility into transition and separation costs (which are higher than initially anticipated)</mark> should provide comfort that the revised outlook for 2019 is a true baseline, but the continued lowering of financial expectations reflects the challenges of a young management team integrating a traditional distribution business with a technology-based platform.  The company still expects to realize $100 million of run-rate EBITDA synergies by the end of 2021, but we are becoming increasingly cautious on both the dollar magnitude and timeline for that target.

**Table 1**

**Covetrus, Inc.**
**Income Statement**
**2018PF-2023P**

| FYE 12/31 | **2018PF** | | **2019E** | | **2020P** | | **2021P** | | **2022P** | | **2023P** | |
|-----------|-----------|---|-----------|---|-----------|---|-----------|---|-----------|---|-----------|---|
| Revenue (a) | $ 3,981 | | $ 3,928 | | $ 4,140 | | $ 4,386 | | $ 4,595 | | $ 4,771 | |
| EBITDA | 168 | | 158 | | 226 | | 294 | | 336 | | 375 | |
| EPS, Adjusted | $0.18 | | $0.25 | | $0.55 | | $0.95 | | $1.30 | | $1.55 | |
| Capex | 32 | | 55 | | 59 | | 61 | | 52 | | 52 | |
| TEV/EBITDA Multiple | 16.2 | x | 17.2 | x | 12.0 | x | 9.3 | x | 8.1 | x | 7.2 | x |
| P/E Multiple | 78.0 | x | 55.6 | x | 25.3 | x | 14.6 | x | 10.7 | x | 9.0 | x |

(a)  Figures pro froma for HSAH/VFC merger in 2018-2019, also exclude certain non-cash and one-time expenses

*Source: Company filings and g.research estimates*

*-Please Refer To Important Disclosures On The Last Page Of This Report-*

g.research

**Investment Case**

The magnitude of yesterday's sell-off goes beyond the near-term ~25% cut to EBITDA in 2019 and hints at a lack of confidence in management's longer-term outlook and Covetrus' business model. We're not willing to go that far, though another disappointing quarter has raised our level of skepticism. We continue to believe that shareholders will be rewarded over time as synergies are realized and the VFC/PIMS technology platform (currently around 9% of sales) becomes a larger contributor to profitability. CVET trades at 12x our lowered 2020 EBITDA of $226M, representing a significant discount to veterinary peers. We recommend CVET with a 2020 PMV of $27 per share.

**Table 2**

**Covetrus, Inc.**
**Private Market Value Analysis**
**2018PF-2023P**

| FYE 12/31 | 2018PF | 2019E | 2020P | 2021P | 2022P | 2023P |
|---|---|---|---|---|---|---|
| *($ in millions except per share)* | | | | | | |
| Revenue (a) | $ 3,981 | $ 3,928 | $ 4,140 | $ 4,386 | $ 4,595 | $ 4,771 |
| EBITDA | 168 | 158 | 226 | 294 | 336 | 375 |
| Valuation Multiple | 20 x | 20 x | 19 x | 18 x | 17 x | 17 x |
| | | | | | | |
| Total Private Market Value | $ 3,352 | $ 3,168 | $ 4,290 | $ 5,287 | $ 5,717 | $ 6,375 |
| Less: Net Debt | (1,140) | (1,184) | (1,189) | (1,159) | (1,086) | (977) |
| Less: Minority Interest | (17) | (17) | (17) | (17) | (17) | (17) |
| Less: Option Payments (b) | (11) | (10) | (18) | (26) | (29) | (34) |
| Equity Private Market Value | $ 2,184 | $ 1,957 | $ 3,065 | $ 4,085 | $ 4,586 | $ 5,347 |
| | | | | | | |
| Shares Outstanding | 111 | 112 | 115 | 117 | 118 | 119 |
| **PMV per share** | **$20** | **$17** | **$27** | **$35** | **$39** | **$45** |
| *Current Market - Discount to PMV* | 29% | 21% | 48% | 60% | 64% | 69% |

*(a) Figures pro froma for HSAH/VFC merger in 2018-2019, also exclude certain non-cash and one-time expenses*

*(b) After-tax payments to buy out options at PMV*

*Source: Company filings and g.research estimates*

**Other Companies Mentioned:**
Henry Schein  (HSIC – NASDAQ)

---

I, *Kevin Kedra* the Research Analyst who prepared this report, hereby certify that the views expressed in this report accurately reflect the analyst's personal views about the subject companies and their securities. The Research Analyst has not been, is not and will not be receiving direct or indirect compensation for expressing the specific recommendation or view in this report.

*Kevin Kedra (914) 921-7721*                                   ©G.research, LLC 2019

**Important Disclosures**

**ONE CORPORATE CENTER RYE, NY 10580**          **G.research, LLC**          **TEL (914) 921-5130**          **FAX (914) 921-5098**

G.research, LLC ("we" or "us") attempts to provide timely, value-added insights into companies or industry dynamics for institutional investors. Our research reports generally contain a recommendation of "buy," "hold," "sell" or "non-rated." We do not undertake to "upgrade" or "downgrade" ratings after publishing a report. We currently have reports on 229 companies, of which 59%, 28%, 1% and 12% have a recommendation of buy, hold, sell or non-rated, respectively. The percentage of companies so rated for which we provided investment banking services within the past 12 months is 0%, 0%, 0% and less than 1%.

Ratings
Analysts' ratings are largely (but not always) determined by our "private market value," or PMV methodology. Our basic goal is to understand in absolute terms what a rational, strategic buyer would pay for an asset in an open, arms-length transaction. At the same time, analysts also look for underlying catalysts that could encourage those private market values to surface.
A **Buy** rated stock is one that in our view is trading at a meaningful discount to our estimated PMV. We could expect a more modest private market value to increase at an accelerated pace, the discount of the public stock price to PMV to narrow through the emergence of a catalyst, or some combination of the two to occur.
A **Hold** is a stock that may be trading at or near our estimated private market value. We may not anticipate a large increase in the PMV, or see some other factors at work.
A **Sell** is a stock that may be trading at or above our estimated PMV. There may be little upside to the value, or limited opportunity to realize the value. Economic or sector risk could also be increasing.

We prepared this report as a matter of general information. We do not intend for this report to be a complete description of any security or company and it is not an offer or solicitation to buy or sell any security. All facts and statistics are from sources we believe to be reliable, but we do not guarantee their accuracy. We do not undertake to advise you of changes in our opinion or information. Unless otherwise noted, all stock prices reflect the closing price on the business day immediately prior to the date of this report. We do not use "price targets" predicting future stock performance. We do refer to "private market value" or PMV, which is the price that we believe an informed buyer would pay to acquire 100% of a company. There is no assurance that there are any willing buyers of a company at this price and we do not intend to suggest that any acquisition is likely. Additional information is available on request.

As of July 31, 2019, our affiliates beneficially own on behalf of their investment advisory clients or otherwise less than 1% of Covetrus or Henry Schein. Because the portfolio managers at our affiliates make individual investment decisions with respect to the client accounts they manage, these accounts may have transactions inconsistent with the recommendations in this report. These portfolio managers may know the substance of our research reports prior to their publication as a result of joint participation in research meetings or otherwise. No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. The analyst, who wrote this report, or members of his household, owns no shares of the companies mentioned in this report.

# Exhibit No. 18

Equity Research
**Healthcare | Animal Health**

*William Blair*

August 14, 2019

# Covetrus, Inc.

## Post-Call Model Updates; Significant Estimate Revisions to Reflect Disappointing Distribution Performance Out of the Gate

**John Kreger**  +1 312 364 8597
jkreger@williamblair.com

**Jonathan Kaufman, CPA**  +1 312 364 8745
jkaufman@williamblair.com

**Courtney Owens**  +1 312 364 8213
cowens@williamblair.com

**Conclusion:**

- Covetrus reported a mediocre second quarter on Tuesday, August 13, and significantly lowered the earnings outlook for the full year. The company has now adjusted expectations downward in each of its first two quarters since completing the transaction that created Covetrus. As a result, there are now serious questions around the merger and management's credibility, placing the stock clearly in a show-me mode for at least the next three months. CVET shares were down 40% on Tuesday and are now down 67% from its initial trading level back in February.

- To reflect the softer quarter and updated guidance, we are materially lowering our targets for this year and next. Our 2020 EBITDA estimate is now $226 million, down from $307 million previously and $320 million at the time of the merger completion.

- **So what's wrong?** The legacy VFC business appears to be performing well and hitting our targets. That business was up 46% on a pro forma basis in the second quarter (16% same store), for example. However, the legacy Henry Schein distribution business is faltering. Management called out pockets of weakness in Europe, Asia, and especially the United States. Given largely bullish market commentary from other companies this quarter, we suspect merger integration distractions are at least partly to blame for the early miscues at the company, along with greater leakage of consumers purchasing certain products (such as parasiticides) via new channels.

- **Is this temporary?** We suspect the shifting consumer purchasing patterns are likely to continue, but expect the integration distractions to fade next year. Moreover, the stock's valuation now reflects quite pessimistic expectations and thus we see an intriguing risk/reward profile over the coming 12 months. We therefore maintain our Outperform on Covetrus despite the discouraging start to this combination.

**Stock Rating:** **Outperform**

| | |
|---|---|
| Symbol: | CVET (NASDAQ) |
| Price: | $13.89 (52-Wk.: $12-$50) |
| Market Value (M): | $1,552 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | - | $0.12 | $0.13 |
| | Q2 | - | $0.13 | $0.10 |
| | Q3 | - | $0.08 | $0.13 |
| | Q4 | - | $0.10 | $0.18 |
| | FY | - | $0.42 | $0.53 |
| Sales (M) | Q1 | $992.5 | $965.0 | $1,016.9 |
| | Q2 | $1,054.1 | $1,009.0 | $1,072.5 |
| | Q3 | $977.6 | $980.0 | $1,045.2 |
| | Q4 | $956.9 | $972.3 | $1,041.9 |
| | FY | $3,981.1 | $3,926.3 | $4,176.5 |
| **Valuation** | | | | |
| FY P/E | | — | 33.1x | 26.0x |
| CY P/E | | — | 33.1x | 26.0x |
| EV/Sales | | 0.6x | 0.6x | 0.6x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 111.7 |
| Float (M): | 97.0 |
| Avg. Daily Volume (90-day): | 1,439,037 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $20.56 |
| Enterprise Value (M): | $2,464 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Covetrus is a leading provider of distribution, technology, and services to veterinarians and pet owners globally. Covetrus commenced operations on February 7, 2019, with the completion of the merger of Vets First Choice (VFC) and Henry Schein's animal health business.

**Please refer to important disclosures on pages 5 – 6. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**



William Blair

**Exhibit 1. Covetrus Organic Growth, 2018 Through Present**



Source: Company reports and William Blair estimates

**Key points:**

- **Companion animal market growth.** As noted above, management cited pockets of weakness in the broader market environment. Somewhat troubling, however, is the rapid pace at which the legacy distribution business appears to have declined—even outside of the VCA loss and Zoetis (ZTS $124.70; Outperform) going direct in APAC—which we view as a far cry from many years of stability under the Henry Schein (HSIC $62.28; Market Perform) umbrella. Considering the largely positive companion animal performances in the United States and worldwide from manufacturers and distributors in the most recent quarters, we are inclined to believe at least some of the uninspiring performance in this segment is related to integration challenges. We think that stability in this segment as the integration pushes on will be key to investors becoming more comfortable with the story. Below we examine the second quarter 2019 (or first half 2019 for certain companies) performances of a number of players in the industry.

**Exhibit 2. Second Quarter 2019 Companion Animal Organic Growth**

| | US | International | Worldwide | Notes |
|---|---|---|---|---|
| ***Manufacturers*** | | | | |
| **Bayer** | Not provided | Not provided | -2.7% | Top product line, Advantage, is offered at retail with no Rx required<br>Ex-Advantage, organic growth was ~9% |
| **BI** | Not provided | Not provided | -1.7% | Ingelvac Circoflex swine vaccine declined ~$35 million<br>Ex-this product, worldwide animal health revenues were flat |
| **Elanco** | Not provided | Not provided | 10.8% | Driven by Galliprant |
| **Idexx** | 9.5% | 9.7% | 9.5% | |
| **Merck** | -7.0% | 12.5% | 4.0% | Timing of Bravecto purchases in prior year impacted Q2 growth rates<br>Q1 companion organic growth was -3% in the US and + 14% internationally |
| **Virbac** | 4.6% | 2.7% | 3.0% | Companion animal growth was 9.3% at constant FX rates in 1H'19 |
| **Vetoquinol** | Not provided | Not provided | ~12% | Companion animal organic growth accelerated in Q2 vs. Q1 growth of +7.5% |
| **Zoetis** | 13.1% | 16.0% | 14.0% | Driven by dermatology franchise and Simparica |
| *Average* | *5.1%* | *10.2%* | *6.1%* | |
| | | | | |
| ***Distributors*** | | | | |
| **MWI** | ~9% | ~4% | ~8% | Includes benefit of VCA takeaway from HSIC/CVET |
| **Patterson** | ~4% | ~4% | ~4% | We use Patterson's fiscal Q4'19 ending April 30, 2019 |
| *Average* | *6.0%* | *4.0%* | *6.0%* | |
| | | | | |
| *Overall average* | *5.5%* | *8.2%* | *6.1%* | |

Note: We use BI's 1H'19 performance, including both companion + food animal as provided
Note: We use Virbac's combined companion + food animal growth as provided; companion grew at faster overall rates
Source: Company reports and William Blair estimates

William Blair

**Model updates:**

- We are decreasing our 2019 revenue target by $125 million, to $3.926 billion, and decreasing our 2019 EBITDA target by $41 million, to $203 million. As a result, we are decreasing our 2019 EPS target by $0.20, to $0.42.

- We are decreasing our 2020 revenue target by $200 million, to $4.177 billion. We assume the U.S. distribution business rebounds to growth (albeit modest) beginning in the first quarter of 2020, as both the VCA loss and the Zoetis decision to move direct in APAC annualize. We assume that total distribution revenues in 2020 reach 2018 levels and we continue to assume platform revenue growth of around 50% in 2020. We are decreasing our 2020 EBITDA target by $81 million, to $226 million. We feel that we do not yet have sufficient clarity on the timing of management's various investments and whether these will be deemed recurring expenses; the ability to reduce duplicative costs as a result of exiting TSAs; and the level of investments and duplicative costs compared to targeted cost savings. We are therefore taking a cautious approach to our 2020 EBITDA target despite what should be a nice rebound given a positive margin mix as the technology piece becomes a larger portion of revenues. As a result of these changes, we are decreasing our EPS target by $0.47, to $0.53. See exhibit 3.

**Valuation and stock thoughts:**

- As of Tuesday's close, Covetrus is trading at 13.3 times our updated 2019 EBITDA estimate and 11.9 times our updated 2020 EBITDA estimate. This compares to animal health manufacturers at 16.0 times 2019 EBITDA and 14.2 times 2020 EBITDA, and dental distributors at 9.8 times 2019 EBITDA and 9.4 times 2020 EBITDA. We reiterate our Outperform rating as we believe the risk/reward profile over the next 12 months is intriguing at these levels despite the disappointing execution relative to guidance to date this year.

**Risks:**

- We view the following as key risks for Covetrus in the next three to five years: 1) a slowdown in the economy that negatively affects spending on companion animals; 2) a shift in consumer purchasing patterns toward e-commerce platforms that are not aligned with veterinarians; and 3) customer consolidation or shift to go-direct strategies that lessen the importance of distributors.

3 | John Kreger +1 312 364 8597

# Exhibit No. 19



16 August 2019
Americas/United States
**Equity Research**
Life Science Tools and Diagnostics

# Covetrus (CVET)

DECREASE TARGET PRICE

## Management Meeting Takes; Reduce est., TP

| | |
|---|---|
| Rating | **NEUTRAL [V]** |
| Price (15-Aug-19, US$) | 15.12 |
| Target price (US$) | (from 23.00) 15.00 |
| 52-week price range (US$) | 46.19 - 12.35 |
| Market cap(US$ m) | 1,693 |
| Enterprise value (US$ m) | 2,714 |

Target price is for 12 months.

[V] = Stock Considered Volatile (see Disclosure Appendix)

**Research Analysts**

**Erin Wilson Wright**
212 538 4080
erin.wright@credit-suisse.com

**Katie Tryhane**
212 325 2713
katie.tryhane@credit-suisse.com

■ **Bottom Line:** CVET hosted an investor meeting in Maine, defending its positioning in an evolving veterinary supply chain. As a reminder, on Tuesday, CVET's shares fell precipitously (-40%) on a disappointing 2Q experience as well as its second consecutive guidance cut since its February 8 debut as a standalone public company. Note, CVET is the byproduct of the Henry Schein Animal Health spin and merger with Vets First Choice (VFC), see initiation, *'A Vet's First Choice, but Paws on Valuation; Initiate Coverage with Neutral Rating and $35 TP'*. While there were few incremental hard-hitting data points at the meeting, CVET honed in on the value proposition of its technology-enhanced supply chain solutions and mail-order pharmacy, where competitive pressures and integration disruption have proven challenging. CVET continued to point to lackluster animal health demand, a dynamic that is a disconnect from other constituents and our survey work, suggesting it may be ceding share to other distributors and alternative channels.

■ **Model adjustments:** While CVET's VFC platform is a conceptually appealing value-added solution, we view building contributions will not fully offset near term pressures from e-commerce competitors with new pharmacy offerings and direct manufacturer relationships, an evolution that is seemingly transpiring quicker than expected, alongside CVET's transition and integration challenges. Consequently, we are lowering our EBITDA estimates to $200 million and $226 million (from $207 and $246 million) and our EPS to $0.45 and $0.65 (from $0.49 and $0.76) in 2019 and 2020, respectively. Our price target moves to $15 (from $23) on the lower view.

■ **Reiterate Neutral:** While CVET's shares are down 67% (vs. +6% S&P 400) since its Feb-8 spin, we are maintaining our Neutral rating, as we await greater visibility on VFC synergies and transition costs longer term. Our new target price of $15 is based on a 2020 EV/EBITDA multiple of 12.5x, a discount to Animal Health products/services peers (15.4x) but adequately reflecting its unique technology offerings as well as Supply Chain unit risks. Key risks: shifts in industry demand, transition costs, and competition.

### Share price performance



— CVET.OQ   — S&P 500 INDEX

On 15-Aug-2019 the S&P 500 INDEX closed at 2847.6
Daily Feb05, 2019 - Aug15, 2019, 02/05/19 = US$41.75

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 0.21 | 0.27 | 0.21 | 0.15 |
| 2019E | 0.12 | 0.13 | 0.10 | 0.10 |
| 2020E | 0.14 | 0.20 | 0.15 | 0.16 |

### Financial and valuation metrics

| Year | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | 0.83 | 0.45 | 0.65 | 0.97 |
| Prev. EPS (US$) | - | 0.49 | 0.76 | 1.07 |
| Revenue (US$ m) | 3,981.1 | 3,928.2 | 4,146.1 | 4,432.4 |
| EBITDA (US$ m) | 247.6 | 199.7 | 225.8 | 277.8 |
| P/OCF (x) | | 11.5 | 8.1 | 7.5 |
| EV/EBITDA (current) | 11.5 | 13.6 | 11.3 | 8.4 |
| Net debt (US$ m) | 1,154 | 1,021 | 848 | 648 |
| ROIC (%) | 4.45 | 2.75 | 3.42 | 4.71 |

| | | | | |
|---|---|---|---|---|
| Number of shares (m) | 111.98 | IC (current, US$ m) | | 3,081.25 |
| Net debt (Next Qtr., US$ m) | - | Dividend (current, US$) | | - |
| Net debt/tot eq (Next Qtr.,%) | - | | | |

Source: Company data, Refinitiv, Credit Suisse estimates

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

hfarah@saxenawhite.com Hani Farah 08/21/19 04:26:41 PM Saxena White P.A.



# Review

**2Q recap: Operational shortfall, with another cut to 2019 outlook:** CVET's 2Q19 results were clearly disappointing, with revenue declining 1% on a normalized organic basis and weaker profitability. Management attributed the weaker than expected top and bottom line experience, in part, to lackluster North America industry fundamentals, calling out deteriorating veterinary patient traffic trends and broad based weakness across multiple product categories. Importantly, we view this commentary as largely inconsistent with commentary from other industry constituents, based on the multiple animal health companies we track, as well as our survey work, suggesting potential market share loss to other distributors as well as alternative e-commerce channels.

***VFC remains the focus of management commentary***: A bright spot, management cited strong performance across the VFC Prescription Management platform in 2Q with building practice enrollment and engagement, albeit still likely a profit drag. As of 2Q, more than 8,700 practices were enrolled in its Vets First Choice platform, expanding 20% y/y and +9% sequentially. Management maintained its target of adding 3,000 VFC platform customers in 2019, implying a ramp in enrollment growth >1,300 practices in 2H19 to reach its 10,000 customer target by the end of 2019. CVET also noted an increased adoption of its cloud-based PIMS (+20% y/y, representing 8% of install base), while legacy systems such as AviMark continue to grow as well. Also of note, therapies under management increased by more than +57% in 2Q19 (vs. +50% Y/Y in 2Q18). Meanwhile, same-store sales grew +16% in 2Q (vs. historical average of +high teens), in-line with company internal targets.

At the meeting, management emphasized the value-added VFC platform as a solution for veterinarians both in N. America and internationally, and while we view the offering as conceptually appealing, it will take time to gain more meaningful traction. Note, it will be expanding the prescription management platform to a few international markets in 2020. That said, contributing to the vast majority of revenue (97.3% in 2018), we view investor focus will likely turn increasingly toward CVET's core supply chain business near term as it works through transition and competitive challenges near term.

***Pharmacy alternative channels are evolving quicker than anticipated, in our view***: In our latest calls with PetMed Express (PETS, Underperform) and Chewy (CHWY) management, both B2C players have mentioned that they now have or are developing direct relationships with manufacturers to source prescription medications. Additionally, CHWY, alongside its budding pharmacy offering (launched a year ago) may look to partner with veterinarians to create a prescription management platform similar to VFC, while sharing some of the economics with the veterinarian. While this can be interpreted as a testament to the Vets First Choice strategy, we view it could offer an incremental competitive threat, given CHWY's broad and rapidly building scale. That said, we acknowledge the inherent hurdles, given strong negative vet biases towards the alternative e-commerce players, a challenge that VFC does not face. On that front, the select veterinarians (VFC users) that presented in CVET's panel during the presentation obviously noted they were not willing to work with platforms such as CHWY.

***Integration progress***: While management remained steadfast in its expectations for $100 million in overall infrastructure investments, it is now targeting $10-15 million of which will be recurring in nature (vs. considered a one-time expense), contributing, in part, the lower 2019 adjusted EBITDA target.

hfarah@saxenawhite.com Hani Farah 08/21/19 04:26:41 PM Saxena White P.A.



16 August 2019

As previously outlined, CVET entered TSAs with Henry Schein, where Henry Schein would provide operational and corporate services to CVET in exchange for a fee. The TSAs were designed to ensure short-term operational support as CVET establishes its own infrastructure. As of 2Q19, CVET has terminated 11 of the 72 initial TSA's, and remains on track to exit the balance of TSAs by YE20 with an incremental nine in 2H19.

In terms of synergies, CVET has realized $1 million in 2Q ($4 million run-rate), and management continues to expect run-rate cost synergies of $20 million exiting year one with run-rate synergies of $100 million exiting year three.

***Recalibrating 2019 expectations:*** With the 2Q report, management meaningfully lowered its 2019 revenue growth target to "low single-digits" (vs. previous +3-5%), and it is now providing an EBITDA floor of $200 million for 2019 (vs. previous $235-250 million). This downward revision reflects more anemic growth across the Supply Chain business. Its guidance now reflects pro forma EBITDA growth of -10% y/y at a minimum, a far cry from initial +DD growth aspirations at its Capital Markets day in February, with noted underlying market weakness (a disconnect from Animal Health constituents) and expedited infrastructure investments.

Additionally, management guided to a softer European outlook (-5% Y/Y), citing headwinds from Brexit disruption. European pressure was primarily isolated to the UK (-4% Y/Y), with a noted positive performance in Ireland, Belgium, and the Czech Republic offset the weakness in the UK. Lower EBITDA guidance is a mix of structural headwinds and transition/integration expenses, including the aforementioned $10-15 million of recurring operating expenses related to infrastructure investments and overhead ramp.

**Figure 1: 2019 Guidance Details**

| | Updated 2019 Guidance (8/13/2019) | Prior 2019 Guidance (5/15/19) | CS est. (Prior to 2Q Call) |
|---|---|---|---|
| **Pro Forma Organic Revenue Growth** | **+LSD** | **+3.0% to +5.0%** | **+4.4%** |
| *Agency Shift Impact ($)* | *$53 million* | *$53 million* | |
| *Agency Shift Impact (%)* | *1.3%* | *1.3%* | |
| *Revenue Impact from Customer/Manufacturer Relationship Loss* | *-2.0%* | *-2.0%* | |
| **FX Headwind** | **-2.0%** | **-2.5%** | **-2.5%** |
| | | | |
| **EBITDA ($)** | **At least $200 million** | **$235-$250 million** | **$244 million** |
| *EBITDA (%)* | Minimum of -10% | +6.0 to +12.0% | +9.8% |
| *Incremental Investments* | $10-$15 million | $5 million | |
| *Run rate Synergy Capture* | $20 million | $20 million | $20 million run-rate |

Source: Company data, Credit Suisse estimates;
Note: EBITDA growth is on a comparable FY18 basis of $223 million

***CS Survey: Vets First Choice—Survey results mixed***: While CVET will no longer disclose the revenue contribution from its Vets First Choice platform (a disappointing dynamic, but somewhat expected), it will provide various metrics that should help to explain underlying traction and performance of the business unit, including total therapies under management, veterinarian enrollment, and same-store sales.

From our proprietary vet survey we saw a surprising decline of Vets First Choice utilization, overtaken by Vetsource as the main platform in veterinarian offices, though we note that it could be attributable to sample-size bias. More than one-third (45%) of respondents that use Vets First Choice believe it has positively impacted their practice revenues, while only three respondents feel it negatively impacted topline growth. This compares to the 34% of users that viewed Vets First Choice positively impacted practice revenues in our 1Q survey (a nice improvement in the trend). While this could simply be attributable to sampling, we view it underscores that e-commerce platforms remain in early stages of adoption, and there remains a significant runway for greater adoption and veterinary buy-in. More encouragingly, among Vets First Choice users, 13 participants reported the percentage of revenue they anticipate to generate through the platform in the next 3-5 years is between 1-9%.

hfarah@saxenawhite.com Hani Farah 08/21/19 04:26:41 PM Saxena White P.A.

Exhibit No. 20

G.research, LLC
One Corporate Center
Rye, NY  10580-1422
Tel (914) 921-5150
*www.gabellisecurities.com*

December 18, 2019

## g.research

**More Changes at the
Top with New CFO    - Buy**

# Covetrus, Inc. (CVET - $13.40 - NASDAQ)

| Year | EPS [(a)] | P/E | PMV | |
|------|-----|-----|-----|---|
| 2021P | $0.70 | 19.3x | $18 | Dividend: None      Current Return:  Nil |
| 2020P | 0.50 | 27.0 | 16 | Shares O/S:  112.1  million |
| 2019E | 0.45 | 30.0 | 13 | 52-Week Range:  $43.83 - $8.16 |
| 2018A | 0.41 | 32.6 | -- | |

*(a) Adjusted EPS includes stock compensation but excludes certain restructuring and other items, pro forma for VFC merger pre-Feb 2019*

## COMPANY OVERVIEW

Covetrus, headquartered in Portland, ME, is a global animal health company providing technology and supply chain services to veterinary markets.  The company was formed in February 2019 through the spin-off of Henry Schein's animal health (HSAH) distribution business and subsequent merger with privately-held Vets First Choice (VFC).

## Reason For Comment:

On December 16, 2019, Covetrus named Stuart Gleichenhaus as interim CFO, replacing Christine Komola.  The company also reaffirmed 2019 financial guidance, including the adjusted EBITDA range (excluding stock options) of $190-196M.

- *Continued house cleaning.*  The CFO transition marks the third major departure of a former VFC executive in the past 3+ months, following the earlier departures of ex-Chairman David Shaw and ex-CEO Ben Shaw.  Covetrus had disclosed financial control deficiencies when reporting Q3 results last month, but the decision to find a new CFO (the company has formally initiated a search for a permanent CFO) appears to be based on CEO Ben Wolin's desire to establish a new culture while focusing on operational execution.

- *Full plate for new CFO.*  In addition to correcting the financial control deficiencies, CVET's new CFO will have to juggle other near-term financial issues.  In April 2020, the EBITDA leverage covenants on the company's $1.2B of debt will drop by half a turn to 5.0x.  The company was still safely below this threshold at 4.3x for ttm ending September 2019, but the lower leverage target will give the company less breathing room.  CVET also is considering options for non-core assets, including potential divestitures.

## Investment Case

We continue to recommend CVET shares.  Pets represent an attractive growth market, and we still see value in Covetrus' ability to directly partner with veterinarians.  Results in Q3 were a positive first step after several stumbles as a new company, but we caution that the growth phase for CVET may prove to be more of a 2021+ story given expected delays to the company's $100M synergy capture target.  Covetrus currently trades at 13.2x our 2021 EBITDA of $201M (which includes stock option expenses) and at a 27% discount to our 2021 PMV of $18 per share.

**Table 1**

**Covetrus, Inc.
Income Statement
2018PF-2023P**

*($ in millions, except per share)*

| FYE 12/31 | **2018PF** | | **2019E** | | **2020P** | | **2021P** | | **2022P** | | **2023P** | | **CAGR '19-'23** |
|-----------|--------|---|--------|---|--------|---|--------|---|--------|---|--------|---|-----------|
| Revenue (a) | $ 3,981 | | $ 3,965 | | $ 4,140 | | $ 4,305 | | $ 4,455 | | $ 4,616 | | 3.9% |
| EBITDA | 168 | | 148 | | 169 | | 201 | | 229 | | 274 | | 16.6 |
| EPS, Adjusted | $0.41 | | $0.45 | | $0.50 | | $0.70 | | $0.85 | | $1.10 | | 25.0 |
| Capex | 32 | | 48 | | 55 | | 57 | | 48 | | 48 | | |
| TEV/EBITDA Multiple | 15.9 | x | 18.0 | x | 15.7 | x | 13.2 | x | 11.6 | x | 9.7 | x | |
| P/E Multiple | 32.6 | x | 30.0 | x | 27.0 | x | 19.3 | x | 15.9 | x | 12.3 | x | |

(a)  Figures pro froma for HSAH/VFC merger in 2018-2019, also exclude certain non-cash and one-time expenses

*Source: Company filings and g.research estimates*

*-Please Refer To Important Disclosures On The Last Page Of This Report-*

g.research

**Table 2**

**Covetrus, Inc.**
**Private Market Value Analysis**
**2018PF-2023P**

| FYE 12/31 | 2018PF | 2019E | 2020P | 2021P | 2022P | 2023P |
|---|---|---|---|---|---|---|
| *($ in millions except per share)* | | | | | | |
| Revenue (a) | $ 3,981 | $ 3,965 | $ 4,140 | $ 4,305 | $ 4,455 | $ 4,616 |
| EBITDA | 168 | 148 | 169 | 201 | 229 | 274 |
| Valuation Multiple | 18 x | 18 x | 18 x | 17 x | 16 x | 15 x |
| | | | | | | |
| Total Private Market Value | $ 3,017 | $ 2,663 | $ 3,050 | $ 3,424 | $ 3,666 | $ 4,104 |
| Less: Net Debt | (1,140) | (1,173) | (1,212) | (1,246) | (1,248) | (1,216) |
| Less: Minority Interest | (10) | (10) | (10) | (10) | (10) | (10) |
| Less: Option Payments (b) | (9) | (6) | (9) | (11) | (13) | (16) |
| Equity Private Market Value | $ 1,858 | $ 1,474 | $ 1,820 | $ 2,156 | $ 2,395 | $ 2,862 |
| | | | | | | |
| Shares Outstanding | 111 | 112 | 115 | 117 | 118 | 119 |
| **PMV per share** | **$17** | **$13** | **$16** | **$18** | **$20** | **$24** |
| *Current Market - Discount to PMV* | *19%* | *-3%* | *14%* | *27%* | *33%* | *44%* |

(a) *Figures pro froma for HSAH/VFC merger in 2018-2019, also exclude certain non-cash and one-time expenses*

(b) *After-tax payments to buy out options at PMV*

*Source: Company filings and g.research estimates*

**Other Companies Mentioned:**
Henry Schein   (HSIC – NASDAQ)

---

I**,** *Kevin Kedra* the Research Analyst who prepared this report, hereby certify that the views expressed in this report accurately reflect the analyst's personal views about the subject companies and their securities.  The Research Analyst has not been, is not and will not be receiving direct or indirect compensation for expressing the specific recommendation or view in this report.

*Kevin Kedra (914) 921-7721*                                                    ©G.research, LLC 2019

**Important Disclosures**

**ONE CORPORATE CENTER RYE, NY  10580**         **G.research, LLC**         **TEL (914) 921-5130**         **FAX (914) 921-5098**

G.research, LLC ("we" or "us") attempts to provide timely, value-added insights into companies or industry dynamics for institutional investors.  Our research reports generally contain a recommendation of "buy," "hold," "sell" or "non-rated."  We do not undertake to "upgrade" or "downgrade" ratings after publishing a report.  We currently have reports on 181 companies, of which 59%, 26%, 1% and 14% have a recommendation of buy, hold, sell or non-rated, respectively.  The percentage of companies so rated for which we provided investment banking services within the past 12 months is 0%, 0%, 0% and less than 1%.

Ratings
Analysts' ratings are largely (but not always) determined by our "private market value," or PMV methodology.  Our basic goal is to understand in absolute terms what a rational, strategic buyer would pay for an asset in an open, arms-length transaction.  At the same time, analysts also look for underlying catalysts that could encourage those private market values to surface.
A **Buy** rated stock is one that in our view is trading at a meaningful discount to our estimated PMV.  We could expect a more modest private market value to increase at an accelerated pace, the discount of the public stock price to PMV to narrow through the emergence of a catalyst, or some combination of the two to occur.
A **Hold** is a stock that may be trading at or near our estimated private market value.  We may not anticipate a large increase in the PMV, or see some other factors at work.
A **Sell** is a stock that may be trading at or above our estimated PMV.  There may be little upside to the value, or limited opportunity to realize the value.  Economic or sector risk could also be increasing.

We prepared this report as a matter of general information.  We do not intend for this report to be a complete description of any security or company and it is not an offer or solicitation to buy or sell any security.  All facts and statistics are from sources we believe to be reliable, but we do not guarantee their accuracy.  We do not undertake to advise you of changes in our opinion or information.  Unless otherwise noted, all stock prices reflect the closing price on the business day immediately prior to the date of this report.  We do not use "price targets" predicting future stock performance.  We do refer to "private market value" or PMV, which is the price that we believe an informed buyer would pay to acquire 100% of a company.  There is no assurance that there are any willing buyers of a company at this price and we do not intend to suggest that any acquisition is likely.  Additional information is available on request.

As of November 30, 2019, our affiliates beneficially own on behalf of their investment advisory clients or otherwise less than 1% of any companies mentioned. Because the portfolio managers at our affiliates make individual investment decisions with respect to the client accounts they manage, these accounts may have transactions inconsistent with the recommendations in this report. These portfolio managers may know the substance of our research reports prior to their publication as a result of joint participation in research meetings or otherwise. No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.  In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report.  The analyst, who wrote this report, or members of his household, owns no shares of the companies mentioned in this report.

# Exhibit No. 21

EX-99 2 exhibit991-covetrusannounc.htm EXHIBIT 99

**Exhibit 99.1**

## Covetrus Announces Board Chair Succession

*Independent Director Benjamin Wolin Assumes Board Chair Role*

**PORTLAND, Maine (September 4, 2019)** - Covetrus (NASDAQ: CVET), a global leader in animal-health technology and services, today announced the appointment of Benjamin Wolin as chair of its board of directors effective September 4, 2019. Wolin succeeds David Evans Shaw, who will continue to serve as a director on the Covetrus board. Wolin is expected to serve in this role through the company's 2020 annual stockholders meeting, in accordance with the company's bylaws.

"As a founder and board chair of Vets First Choice, it has been a privilege to play a leadership role in the creation of Covetrus and to serve as chair of the board since inception. I look forward to remaining active as a director," said outgoing board chair, David Shaw. "Covetrus offers a compelling and transformative value proposition in the global animal health market, and I commend management for the company's significant pace of accomplishments since closing earlier this year. Our decision to appoint an independent chair reflects the board's commitment to progressive corporate governance principles and a high level of board engagement to support the company's success. Ben Wolin has deep expertise in digital healthcare, pharmacy, and technology which will benefit Covetrus as the board works actively with management to drive operational performance."

Wolin has extensive experience with public company board governance, as well as financial and operating expertise. Previously, Wolin was the CEO and co-founder of Everyday Health, Inc., a communications and marketing platform for consumers, doctors and healthcare companies, and a member of its board of directors for 14 years. Today, he serves on the board of directors of Diplomat Pharmacy, Inc. as lead independent director of the board, member of the audit committee, and chair of the nominating and corporate governance committee. Wolin is also chairman of the board of Rockwell Medical, Inc. and member of the board of directors of AdhereTech and SourceMedia, LLC.

"It is an exciting time at Covetrus, and I believe the company has a significant global opportunity to accelerate growth through the adoption of its unique technology and integrated supply chain platform," said Wolin. "I am energized to lead this team of deeply-experienced board directors and more actively engage Covetrus leadership as we journey through the next phase of its transformation and continue to build long-term value for our shareholders."

"I want to thank my father for his incredible support and guidance as we successfully brought our vision to life with the formation of Covetrus," said Benjamin Shaw, Covetrus president and chief executive officer. "I am also excited to further partner with Ben Wolin and other board members as our team executes our transformation plans. We are enthusiastic about the long-term value that we are creating."

Additionally, Covetrus announced that Betsy Atkins is stepping down as a member of the company's board of directors. Ms. Atkins' resignation became effective as of September 4, 2019. Ted McNamara replaced Atkins as Chair of the Compensation Committee, also effective as of September 4, 2019.

"On behalf of the board I extend appreciation to Betsy for her years of support and service to both Covetrus and Vets First Choice," said David Shaw.

**About Covetrus**

Covetrus is a global animal-health technology and services company dedicated to empowering veterinary practice partners to drive improved health and financial outcomes. We're bringing together products,

**Exhibit 99.1**

services, and technology into a single platform that connects our customers to the solutions and insights they need to work best. Our passion for the well-being of animals and those who care for them drives us to advance the world of veterinary medicine. Covetrus is headquartered in Portland, Maine, with more than 5,500 employees, serving over 100,000 customers around the globe. Learn more at covetrus.com.

**Forward-Looking Statements**

This press release contains certain statements that are forward-looking within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and that involve risks and uncertainties, including statements about our plans, our long-term value creation and our board and other matters. We may, in some cases use terms such as "predicts," "believes," "potential," "continue," "anticipates," "estimates," "expects," "plans," "intends," "may," "could," "might," "likely," "will," "should" or other words that convey uncertainty of the future events or outcomes to identify these forward-looking statements. Such statements are subject to numerous risks and uncertainties, including but not limited to, risks associated with the ability to successfully integrate operations and employees; the ability to realize anticipated benefits and synergies of the transactions that created Covetrus; the potential impact of the consummation of the transaction on relationships, including with employees, customers and competitors; the ability to retain key personnel; the ability to achieve performance targets; changes in financial markets, interest rates and foreign currency exchange rates; changes in our market, the impact of Brexit, and those additional risks and factors discussed, including those discussed under the heading "Risk Factors" in our Annual Report on Form 10-K filed on March 29, 2019 and Quarterly Report on Form 10-Q filed for the quarter ended June 30, 2019, and in our other SEC filings. Our forward-looking statements are based on current beliefs and expectations of our management team and, except as required by law, we undertake no obligations to make any revisions to the forward-looking statements contained in this release or to update them to reflect events or circumstances occurring after the date of this release, whether as a result of new information, future developments or otherwise. Investors are cautioned not to place undue reliance on these forward-looking statements.

**CONTACT**
Nicholas Jansen | Investor Relations
nicholas.jansen@covetrus.com | (207) 550-8106

Kiní Schoop | Public Relations
kini.schoop@covetrus.com | (207) 550-8018

# Exhibit No. 22

# GUGGENHEIM

## FLASH NOTE

October 22, 2019

**David Westenberg, CFA, Analyst**
david.westenberg@guggenheimpartners.com
617 859 4624

## CVET    NEUTRAL

**Covetrus, Inc.**
**Sector: Animal Health**

Current Price:
$10.12

### Market Data

| | |
|---|---|
| 52-Week Range | $9.96 - $50.00 |
| Dividend | $0.00 |
| Shares Out (M) | 112.0 |
| Market Cap (M) | $1,133 |
| ADV (3 mo; 000) | 1,813 |
| Enterprise Value (M) | $2,777 |



# CVET: CEO and Chairman Transition: We Remain Neutral

> **Key Message:** Covetrus announced that Benjamin Wolin has taken the place of Benjamin Shaw, as acting CEO and president. Covetrus started as a public company back in the first quarter but has struggled to meet investors revenue and EBITDA expectations. Considering the company has $1.2B in debt, and has guided to "above $200MM" (which we interpret as around $200MM) in adj. EBITDA this year, the company has little room for error. We believe the distribution and logistics business (the cash flow positive part of the business) was under-emphasized too much under the old management team, and we expect that with the transition, that problem could change. Net-net, we remain Neutral on the stock.

**The News.** Covetrus announced that Benjamin Shaw has stepped down as CEO and president, and that Benjamin Wolin, the company's chair of the board, will assume the role of acting CEO and president. Philip Laskawy, the lead independent director, will take over as board chair. This comes following a challenging few months, and a sell off of the company's stock following the company's IPO in early February (down 76% vs. a 10% increase for the S&P 500), during which the company has dealt with competitive issues, with integrating the legacy VetsFirstChoice business with the Henry Schein (HSIC) Animal Health business, and with the comapny's large debt load.

**Revenue struggle and debt issues.** We note that the company has had a rocky start. Last quarter, the company decreased its adj. EBITDA guidance to "above $200M" (from $235-$250M). The company carried $1.2B in long-term debt. The company is required by the terms of its debt agreement to maintain a leverage ratio of ~5.5x currently and for it to move to 3.75x by 2022. We also note that according to its filling, debt will begin to amortize at the end of March 2020.

**Benjamin Wolin**. In addition to his work at Covetrus, Mr. Wolin is on the board of several other companies in the pharmaceutical and medical communications industry. He is also a Venture Partner at 3L capital. Wolin previously served as the CEO and co-founder of Everyday Health, Inc., a provider of digital health and wellness solutions, from 2002-2016. During this time he led the company in its $100MM IPO, and to its sale to Ziff Davis in 2016. From 1999-2001, he served as VP of production and technology for Beliefnet, Inc., a provider of religious and spiritual information.

**Philip Laskawy**. In addition to Covetrus, Philip Laskawy has served in senior management positions of multiple companies, including Henry Schein where he was a director since 2002, and lead independent director since 2012. He has also served on the boards of Loews Corporation (L) and Lazard Ltd. (LAZ), as well as having served in leadership positions of multiple other companies and professional organizations. He previously also served as a partner at Ernst & Young, having been with the firm from 1971 to 2001, where he was chairman and CEO.

For the exclusive use of M. Greenwald (mgreenwald@saxenawhite.com) at Saxena White P.A.

ANIMAL HEALTH

| COVETRUS, INC. | October 22, 2019 |

**ANALYST CERTIFICATION**

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

**IMPORTANT DISCLOSURES**

The research analyst(s) and research associate(s) have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Covetrus, Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/ Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



Rating and Price Target History for: Covetrus, Inc. (CVET) as of 10-21-2019

Created by: BlueMatrix

**RATINGS EXPLANATION AND GUIDELINES**

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

ANIMAL HEALTH

| COVETRUS, INC. | October 22, 2019 |
|---|---|

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

## RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
|---|---|---|---|---|
| | | | Count | Percent |
| BUY | 228 | 56.02% | 39 | 17.11% |
| NEUTRAL | 170 | 41.77% | 5 | 2.94% |
| SELL | 9 | 2.21% | 0 | 0.00% |

## OTHER DISCLOSURES

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

## TACTICAL TRADING IDEA DISCLAIMER

Guggenheim Securities, LLC produces "Tactical Trade Ideas" that identify short-term, catalyst-driven trading opportunities impacting companies within the Firm's coverage universe. Tactical Trade Ideas may exist on companies in this report and may be contrary to the analyst's published rating.

Copyright © 2019 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

# Guggenheim Securities Equity Research & Equities Teams

## Consumer Equity Research

**Automotive**
**Ali Faghri**                                             310.319.2562
Ali.Faghri@guggenheimpartners.com

**Beverages & Food Producers**
**Laurent Grandet**                                     212.372.6368
Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
**John Heinbockel**                                     212.381.4135
John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
**Steven Forbes, CFA, CPA**                         212.381.4188
Steven.Forbes@guggenheimpartners.com

**Restaurants**
**Matthew DiFrisco**                                    212.823.6599
Matthew.DiFrisco@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
**Robert Drbul**                                          212.823.6558
Robert.Drbul@guggenheimpartners.com

## Consumer Equities Team

**Consumer Sector Specialist**
**Carey Kaufman**                                       504.299.3424
Carey.Kaufman@guggenheimpartners.com

## Healthcare Equity Research

**Animal Health, Life Science Tools and Omics**
**David Westenberg, CFA**                           617.859.4624
David.Westenberg@guggenheimpartners.com

**Biotechnology**
**Etzer Darout, Ph.D.**                               617.859.4609
Etzer.Darout@guggenheimpartners.com

**Whitney Ijem**                                         212.518.9778
Whitney.Ijem@guggenheimpartners.com

**Michael Schmidt, Ph.D.**                           617.859.4636
Michael.Schmidt@guggenheimpartners.com

**Yatin Suneja**                                          212.518.9565
Yatin.Suneja@guggenheimpartners.com

**Emerging Pharmaceuticals**
**Dana Flanders, CFA**                                212.293.2820
Dana.Flanders@guggenheimpartners.com

**Global Pharmaceuticals**
**Seamus Fernandez**                                   617.859.4637
Seamus.Fernandez@guggenheimpartners.com

**Healthcare Technology & Distribution**
**Glen Santangelo**                                     212.518.9294
Glen.Santangelo@guggenheimpartners.com

**Vikram Kesavabhotla**                              212.518.9271
Vikram.Kesavabhotla@guggenheimpartners.com

**Medical Supplies & Devices**
**Chris Pasquale**                                       212.518.9420
Chris.Pasquale@guggenheimpartners.com

## Healthcare Equities Team

**Healthcare Sector Specialist**
**Whitney Wolfe**                                        212.518.9630
Whitney.Wolfe@guggenheimpartners.com

**Brennan Doyle**                                        617.859.4622
Brennan.Doyle@guggenheimpartners.com

**Senior Healthcare Policy Advisor**
**Neal Masia**                                            212.518.9750
Neal.Masia@guggenheimpartners.com

## Energy & Power Equity Research

**Exploration & Production**
**Subash Chandra, CFA**                             212.918.8771
Subash.Chandra@guggenheimpartners.com

**Power, Utilities & Alternative Energy**
**Shahriar Pourreza, CFA**                          212.518.5862
Shahriar.Pourreza@guggenheimpartners.com

## Technology, Media & Telecom Equity Research

**Communications Infrastructure**
**Robert Gutman**                                       212.518.9148
Robert.Gutman@guggenheimpartners.com

**Digital Services**
**Jake Fuller**                                            212.518.9013
Jake.Fuller@guggenheimpartners.com

**Entertainment & Digital Media**
**Michael Morris, CFA**                              804.253.8025
Michael.Morris@guggenheimpartners.com

**Curry Baker**                                           804.253.8029
Curry.Baker@guggenheimpartners.com

**Financial Technology**
**Jeff Cantwell, CFA**                                 212.823.6543
Jeffrey.Cantwell@guggenheimpartners.com

**Software**
**Nandan Amladi**                                       212.823.6597
Nandan.Amladi@guggenheimpartners.com

**Imtiaz Koujalgi**                                       212 518 9398
Imtiaz.Koujalgi@guggenheimpartners.com

**Ken Wong, CFA**                                       415.852.6465
Ken.Wong@guggenheimpartners.com

**Telecom, Cable & Satellite Services**
**Mike McCormack, CFA**                            212.518.9774
Mike.McCormack@guggenheimpartners.com

## Sales and Trading Offices

| | |
|---|---|
| New York | 212.292.4700 |
| San Francisco | 415.852.6451 |
| Boston | 617.859.4626 |
| Chicago | 312.357.0778 |
| Los Angeles | 310.260.6832 |
| Richmond | 804.253.8052 |

**GUGGENHEIM**

For the exclusive use of Sam Jones (sjones@saxenawhite.com) at Saxena White P.A.

Exhibit No. 23

# Portland-based Covetrus announces another senior management change

**pressherald.com**/2020/01/07/portland-based-covetrus-announces-another-senior-management-change/

By J. Craig Anderson Staff Writer

January 7, 2020



Portland-based Covetrus Inc. continues to replace top executives in the wake of its troubled first year of operations, with another senior management change announced Tuesday.

Matthew Leonard has stepped down as the veterinary technology and services company's global supply chain officer, executive vice president and president of North American operations, Covetrus said Tuesday in a news release. Leonard will transition to an advisory role, it said.

Covetrus also has replaced its <u>former chairman and co-founder David Shaw</u>, <u>CEO and co-founder Benjamin Shaw</u>, and <u>chief financial officer Christine Komola</u> over the past few months. David Shaw remains a director on the company's board, and Benjamin Shaw has transitioned to an advisory role, the company has said.

The company, which has about 300 employees in Portland and 5,500 worldwide, also announced major changes to its European operations. It said company executive Mike Ellis has been promoted to executive vice president and will add North America to his existing responsibilities as the leader of Covetrus' Europe division.

In addition to the senior management changes, Covetrus said it is also introducing a new organizational framework in Europe that centralizes the larger regions into three geographic groupings – northern Europe, central Europe and central eastern Europe – to simplify operations to better meet the needs of customers and manufacturing partners.

In another change, company executive David Hinton has been promoted to executive vice president and will add global sourcing to his existing responsibilities as the leader of Asia, Pacific and emerging markets, Covetrus said. Executive Georgia Wraight also has been promoted to executive vice president and will continue to lead Covetrus' global technology solutions organization, it said

The company also announced the hiring of Simon Hellams, effective Feb. 12, to serve as vice president and managing director of the company's Australia and New Zealand operations.

Covetrus, which has admitted "self-inflicted missteps" in its first year of operation as a publicly traded company, is facing an investor lawsuit filed in September that accuses the company and its former top executives of lying to investors about the company's financial and operational health prior to its launch in February.

Covetrus stock began trading publicly on Feb. 8 at roughly $43 per share on the Nasdaq stock exchange under the symbol CVET. It immediately became Maine's largest publicly traded company in terms of annual revenue, although two other companies, Idexx and Portland-based Wex Inc., have higher market capitalization – the total value of their outstanding shares.  Company shares were priced at $13.78 as of Tuesday's market close, up 5.5 percent from the previous day.

The company's primary contribution to the veterinary market was its development of a pharmacy management and prescription fulfillment system for independent veterinary clinics that allows them to better compete with large, online retailers. Covetrus also sells and distributes a wide range of veterinary supplies, software applications and business services for animal hospitals and veterinary clinics.

After forming from the merger of Portland-based Vets First Choice and a spinoff of the animal health division of Melville, New York-based Henry Schein Inc., the company's Aug. 13 earnings release for its first full quarter of operations fell far short of analyst expectations and led to a stock sell-off that slashed the company's share value by 40 percent in a single day. Covetrus reported a quarterly net loss of $10 million on revenue of $1.01 billion and revised its previous earnings outlook for 2019 from $250 million to $200 million, citing unanticipated merger-related costs and a slowdown in customer activity.

The company has subsequently revised its earnings outlook downward again but only slightly, to a range of $190 million to $196 million for 2019. As of its third-quarter financial report, Covetrus remained on track to generate about $4 billion of revenue for the year.

---

Invalid username/password.
Success. Please wait for the page to reload. If the page does not reload within 5 seconds, please refresh the page.

Enter your email and password to access comments.

Forgot Password?

Don't have a Talk profile?

Hi {SUB NAME}, to comment on stories you must . This profile is in addition to your subscription and website login.
Already have one? .

Invalid username/password.

Please check your email to confirm and complete your registration.

Create a commenting profile by providing an email address, password and display name. You will receive an email to complete the registration. Please note the display name will appear on screen when you participate.

Already registered? Log in to join the discussion.

Only subscribers are eligible to post comments. Please subscribe or login to participate in the conversation. Here's why.

Use the form below to reset your password. When you've submitted your account email, we will send an email with a reset code.

« Previous

Japan issues arrest warrant for Nissan ex-chair's wife
Next »

Jackson Lab's 'mighty mice' return to Earth after stint on space station

# Exhibit No. 24



## Covetrus Announces Financial Results for Third Quarter of 2019

November 12, 2019

- *GAAP net sales of $1.0 billion, an increase of 10% year-over-year; non-GAAP pro forma organic net sales increased 5% year-over-year*

- *Net loss of $906 million, including a non-cash goodwill impairment charge of $939 million; non-GAAP adjusted net income of $19 million, a decline of 10% year-over-year on a pro forma basis*

- *Non-GAAP adjusted EBITDA of $49 million, a decline of 4% year-over-year on a pro forma basis*

- *Non-GAAP 2019 pro forma adjusted EBITDA expected to be in a range of $190 million to $196 million*

PORTLAND, Maine, Nov. 12, 2019 (GLOBE NEWSWIRE) -- Covetrus (Nasdaq: CVET), a global leader in animal-health technology and services, today announced financial results for the third quarter of 2019, which ended September 30, 2019.

"Our team is unified in our belief in the Covetrus business model and the power of our integrated platform to drive measurable value for our customers, shareholders, employees and partners," said Benjamin Wolin, Covetrus acting president and CEO. "We have the assets, we have the relationships, we have the technology tools our customers need, and we are in a growing market. With a relentless focus on execution and the core drivers of our business, we will continue to innovate and grow."

**Summary Operating Results (Unaudited)**

| (In millions, except per share data) | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Net sales | $ 1,018 | $ 923 | $ 2,968 | $ 2,875 |
| (Loss) income before taxes | $ (969 ) | $ 35 | $ (992 ) | $ 107 |
| Net (loss) income attributable to Covetrus | $ (906 ) | $ 16 | $ (929 ) | $ 67 |
| Diluted (loss) earnings per share (EPS) | $ (8.09 ) | $ 0.22 | $ (8.76 ) | $ 0.94 |
| | | | | |
| Non-GAAP Measures: [a] | | | | |
| Pro forma net sales | $ 1,018 | $ 976 | $ 2,992 | $ 3,024 |
| Pro forma organic net sales growth | 5 % | n/a | 2 % | n/a |
| Pro forma adjusted EBITDA | $ 49 | $ 51 | $ 153 | $ 165 |
| Pro forma adjusted net income | $ 19 | $ 21 | $ 63 | $ 73 |

[a] *Non-GAAP financial measures should be considered in addition to, but not as a substitute for, the information provided in accordance with GAAP. Reconciliations for non-GAAP financial items to the most directly comparable GAAP financial items are provided under Reconciliation of Non-GAAP Financial Measures at the end of this release.*

On February 7, 2019, Covetrus became an independent company through the consummation of the spin-off by Henry Schein of its animal health business (Animal Health) and the completion of its acquisition of Vets First Choice. On February 8, 2019, Covetrus began trading on the Nasdaq Stock Market. Accordingly, results provided in accordance with generally accepted accounting principles in the United States of America (GAAP) reflect the operations of Animal Health from January 1, 2019 to September 30, 2019 and Vets First Choice for the period from February 8, 2019 to September 30, 2019.

To aid investors and analysts with year-over-year comparability for the combined businesses of Animal Health and Vets First Choice, Covetrus is including certain non-GAAP pro forma financial information that combines the stand-alone Animal Health and Vets First Choice financial information as if the acquisition had taken place on December 31, 2017. Non-GAAP adjusted results exclude costs directly associated with the spin-off and merger, the ongoing integration process, goodwill impairment charges and other special items. The tables in *Reconciliation of Non-GAAP Financial Measures* at the end of this release provide reconciliations from GAAP to non-GAAP pro forma and non-GAAP adjusted results.

Net sales for the third quarter of 2019 were $1.0 billion, an increase of 10% compared to the third quarter of 2018. On a pro forma basis, which includes Vets First Choice in the prior year period, net sales increased 4%. Foreign exchange was a 2% headwind to pro forma net sales growth during the period.

Non-GAAP pro forma organic net sales increased 5% year-over-year. Pro forma organic net sales growth includes a full quarter of Vets First Choice in both periods, excludes the impact of foreign exchange fluctuations and M&A and normalizes for net sales adjustments for manufacturer switches from direct to agency sales in the United States, which can impact year-over-year comparisons.

In August 2019, Covetrus released results for the three and six months ended June 30, 2019, which failed to meet expectations, and included a downward revision to the company's full year guidance for the year ended December 31, 2019. As a result, Covetrus' market capitalization experienced a sustained decline in value that triggered an interim impairment review. Based on this analysis, Covetrus determined that the carrying

value of the company's reporting units, some of which were based on the initial valuation at the time of the spin-off and acquisition in early February, exceeded their fair market value and, as a result, recorded a non-tax-deductible goodwill impairment charge totaling $939 million during the three months ended September 30, 2019.

Net loss in the third quarter of 2019 was $906 million, or $8.09 per diluted share, which compared to net income of $16 million, or $0.22 per diluted share, in the third quarter of 2018. Loss before taxes for the third quarter of 2019 was $969 million versus income before taxes of $35 million in the prior period. The primary driver of the decline in net income year-over-year was a result of the impact from the goodwill impairment charge, the costs tied to the spin-off and merger including incremental amortization of intangibles, share-based compensation and interest expense associated with our debt financing completed in February 2019 and lower operating earnings in North America.

Non-GAAP adjusted EBITDA was $49 million for the third quarter of 2019 versus $51 million in the prior year on a pro forma basis. Changes in foreign exchange negatively impacted pro forma adjusted EBITDA by $1 million year-over-year. Non-GAAP pro forma adjusted EBITDA excluding the impact of foreign exchange declined modestly year-over-year as a result of higher selling, general and administrative expense, which offset growth in gross profit.

Non-GAAP adjusted net income was $19 million for the three months ended September 30, 2019, compared to $21 million in the prior year period on a pro forma basis, impacted by the same items. Adjusted net income and pro forma adjusted net income for all periods presented now excludes amortization of acquired intangible assets for all historical acquisitions versus the previous presentation that excluded amortization of acquired intangible assets for only the Vets First Choice acquisition.

**Segment Operating Results (Unaudited)**

The company's operations are organized and reported by geography, including North America, Europe and APAC & Emerging Markets.

**North America** segment net sales for the three months ended September 30, 2019 of $543 million increased 13% compared to net sales from the same period of the prior year due primarily to the acquisition of Vets First Choice in February 2019. Normalizing for Vets First Choice in both periods and net sales adjustments for manufacturer switches from direct to agency sales, non-GAAP pro forma organic net sales increased 4% year-over-year.

**Europe** segment net sales of $384 million increased by 9% compared to net sales from the same period of the prior year. Normalizing for foreign exchange fluctuations and mergers and acquisitions, non-GAAP pro forma organic net sales increased 6% compared to the same period of the prior year.

**APAC & Emerging Markets** segment net sales of $94 million decreased by 1% compared to net sales from the same period of the prior year. Normalizing for foreign exchange fluctuations, non-GAAP pro forma organic net sales increased 3% compared to the same period of the prior year.

**Balance Sheet and Cash Flow**

Covetrus generated $33 million of net cash from operating activities during the nine months ended September 30, 2019. Free cash flow, a non-GAAP financial measure that is defined as cash flow from operating activities less purchases of property and equipment, was $3 million during the nine months ended September 30, 2019 as compared to $47 million in the prior year period. The year-over-year decline in free cash flow reflects the change in capital structure associated with the formation of Covetrus, increased transaction and transition expenses and lower operating earnings.

At quarter end, the company had $68 million in cash and cash equivalents, $1.2 billion in total debt and no outstanding borrowings on the company's $300 million revolving credit facility. Management believes Covetrus' cash flows and access to ample liquidity provide substantial flexibility to manage the business, deleverage the balance sheet over time and invest in further innovation and other corporate needs.

**2019 Guidance**

Covetrus' fiscal year 2019 financial guidance range is as follows:

- Pro forma organic net sales growth, a non-GAAP financial metric, expected to be low single-digits and is unchanged from the company's prior outlook; and

- Pro forma adjusted EBITDA, a non-GAAP financial metric, expected to be in a range of $190 to $196 million versus the company's prior outlook of at least $200 million.

"While our third quarter results demonstrated more stability in our business, they failed to live up to expectations and so we are taking action across our organization to drive greater focus and accountability," said Christine T. Komola, executive vice president and chief financial officer. "I anticipate the actions our team has taken, along with the renewed prioritization on core business activities, will help us in delivering on our short and long-term financial commitments."

The Company has not reconciled its non-GAAP pro forma adjusted EBITDA guidance to GAAP net income because the reconciling items between such GAAP and non-GAAP financial measures, including share-based compensation expense, restructuring costs and other special items tied to the formation of Covetrus, cannot be reasonably predicted due to the uncertainty and inherent difficulty predicting the occurrence, the financial impact, and the periods in which the non-GAAP adjustments may be recognized and therefore is not available without unreasonable effort. For more information regarding the non-GAAP financial measures discussed in this release, please see the section titled Reconciliation of Non-GAAP Financial Measures for the reconciliations of GAAP financial measures to non-GAAP financial measures.

**Conference Call**
The Company will host a conference call to discuss these results and 2019 guidance at 8:30 a.m. ET on November 12, 2019. Participating in the conference call will be:

- Benjamin Wolin, acting president and chief executive officer

- Christine T. Komola, executive vice president and chief financial officer

To access the live webcast of the conference call, individuals can visit the Investor Relations page of the Covetrus website: https://ir.covetrus.com/investors/events-and-presentations. An archived edition of the earnings conference call will also be posted on the Covetrus website later that day and will remain available to interested parties via the same link for one year.

The conference call can also be accessed by dialing 866-789-2492 for U.S./Canada participants, or 409-937-8901 for international participants, and referencing confirmation code 4896527. A replay of the conference call will be available for two weeks through November 26, 2019 by dialing 855-859-2056 or 404-537-3406. The replay confirmation code is 4896527.

Audio webcasts will be available live and archived on the company's Investor Relations website at https://ir.covetrus.com/investors/events-and-presentations. A complete listing of upcoming events for the investment community is available on the company's Investor Relations website.

**About Covetrus**

Covetrus is a global animal-health technology and services company dedicated to empowering veterinary practice partners to drive improved health and financial outcomes. We are bringing together products, services, and technology into a single platform that connects our customers to the solutions and insights they need to work best. Our passion for the well-being of animals and those who care for them drives us to advance the world of veterinary medicine. Covetrus is headquartered in Portland, Maine with more than 5,500 employees serving over 100,000 customers around the globe. For more information about Covetrus visit https://www.covetrus.com/.

**Forward-Looking Statements**

This press release contains certain statements that are forward-looking within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and that involve risks and uncertainties, including statements about our future financial and operating results including 2019 guidance, plans, our value proposition, our objectives, expenses, expectations, trends and potential growth in our business, expected practices on our platform, intentions, our liquidity, product development and improvements, and other matters. We may, in some cases use terms such as "predicts," "believes," "potential," "continue," "anticipates," "estimates," "expects," "plans," "intends," "may," "could," "might," "likely," "will," "should" or other words that convey uncertainty of the future events or outcomes to identify these forward-looking statements. Such statements are subject to numerous risks and uncertainties, including but not limited to, risks associated with our management transition; the ability to successfully integrate operations and employees; the ability to realize anticipated benefits and synergies of the transactions that created Covetrus; the potential impact of the consummation of the transactions on relationships, including with employees, customers and competitors; the ability to retain key personnel; the ability to achieve performance targets; changes in financial markets, interest rates and foreign currency exchange rates; changes in our market; the impact of litigation; the impact of Brexit; and those additional risks and factors discussed, including those discussed under the heading "Risk Factors" in our Annual Report on Form 10-K filed on March 29, 2019 and Quarterly Report on Form 10-Q filed for the quarter ended September 30, 2019, and in our other SEC filings. Our forward-looking statements are based on current beliefs and expectations of our management team and, except as required by law, we undertake no obligations to make any revisions to the forward-looking statements contained in this release or to update them to reflect events or circumstances occurring after the date of this release, whether as a result of new information, future developments or otherwise. Investors are cautioned not to place undue reliance on these forward-looking statements.

## COVETRUS, INC.

### CONSOLIDATED BALANCE SHEET AS OF SEPTEMBER 30, 2019 (UNAUDITED)
### COMBINED BALANCE SHEET AS OF DECEMBER 29, 2018
### (In millions, except share amounts)

| | September 30, 2019 | December 29, 2018 |
|---|---|---|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 68 | $ 23 |
| Accounts receivable, net of allowance of $7 and $7 | 466 | 431 |
| Inventory, net | 598 | 564 |
| Other receivables | 77 | 49 |
| Prepaid expenses and other | 35 | 19 |
| **Total current assets** | 1,244 | 1,086 |
| **Non-current assets:** | | |
| Property and equipment, net of accumulated depreciation of $90 and $74 | 104 | 69 |
| Operating lease right-of-use assets | 75 | — |
| Goodwill | 1,156 | 750 |
| Other intangibles, net of accumulated amortization of $328 and $241 | 679 | 208 |
| Investments and other | 70 | 120 |
| **Total assets** | $ 3,328 | $ 2,233 |
| **LIABILITIES, REDEEMABLE NON-CONTROLLING INTERESTS, AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities:** | | |
| Accounts payable | $ 483 | $ 441 |
| Current maturities of long-term debt and other borrowings | 47 | 1 |
| Accrued expenses: | | |
| Payroll and related | 51 | 37 |
| Taxes | 26 | 17 |

| | | |
|---|---|---|
| Other | 144 | 77 |
| **Total current liabilities** | 751 | 573 |
| **Non-current liabilities:** | | |
| Long-term debt and other borrowings, net | 1,141 | 24 |
| Deferred taxes | 11 | 16 |
| Other liabilities | 86 | 35 |
| **Total liabilities** | 1,989 | 648 |
| Commitments and contingencies | | |
| Redeemable non-controlling interests | 10 | 92 |
| **Shareholders' equity:** | | |
| Common stock, $0.01 par value per share, 675,000,000 shares authorized as of September 30, 2019; 112,054,273 shares issued and outstanding as of September 30, 2019 | 1 | — |
| Net parent investment | — | 1,576 |
| Accumulated other comprehensive loss | (102 ) | (83 ) |
| Additional paid-in capital | 2,369 | — |
| Accumulated deficit | (939 ) | — |
| **Total shareholders' equity** | 1,329 | 1,493 |
| **Total liabilities, redeemable non-controlling interests, and shareholders' equity** | $ 3,328 | $ 2,233 |

**COVETRUS, INC.**

**CONSOLIDATED STATEMENT OF OPERATIONS FOR SEPTEMBER 30, 2019**
**COMBINED STATEMENT OF OPERATIONS FOR SEPTEMBER 30, 2018**
**(In millions, except per share data) (Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| **Net sales** | $ 1,018 | $ 923 | $ 2,968 | $ 2,875 |
| Cost of sales | 821 | 757 | 2,391 | 2,350 |
| Gross profit | 197 | 166 | 577 | 525 |
| **Operating expenses:** | | | | |
| Selling, general and administrative | 216 | 132 | 610 | 413 |
| Restructuring costs | — | — | — | 8 |
| Goodwill impairment | 939 | — | 939 | — |
| Operating (loss) income | (958 ) | 34 | (972 ) | 104 |
| Other income (expense): | | | | |
| Interest income | 1 | 1 | 4 | 4 |
| Interest expense | (16 ) | — | (42 ) | (2 ) |
| Other, net | 4 | — | 18 | 1 |
| (Loss) income before taxes and equity in earnings of affiliates | (969 ) | 35 | (992 ) | 107 |
| Income tax benefit (expense) | 60 | (19 ) | 60 | (33 ) |
| Equity in earnings of affiliates | — | — | — | 1 |
| **Net (loss) income** | $ (909 ) | $ 16 | $ (932 ) | $ 75 |
| Less: net loss (income) attributable to redeemable non-controlling interests | 3 | — | 3 | (8 ) |
| **Net (loss) income attributable to Covetrus** | $ (906 ) | $ 16 | $ (929 ) | $ 67 |
| | | | | |
| **(Loss) earnings per share attributable to Covetrus:** | | | | |
| Basic | $ (8.09 ) | $ 0.22 | $ (8.76 ) | $ 0.94 |
| Diluted | $ (8.09 ) | $ 0.22 | $ (8.76 ) | $ 0.94 |
| Weighted average common shares outstanding: | | | | |
| Basic | 112 | 71 | 106 | 71 |
| Diluted | 112 | 72 | 106 | 72 |

**COVETRUS, INC.**

**CONSOLIDATED STATEMENT OF CASH FLOWS FOR SEPTEMBER 30, 2019**
**COMBINED STATEMENT OF CASH FLOWS FOR SEPTEMBER 30, 2018**
**(In millions) (Unaudited)**

| | Nine Months Ended September 30, | |
|---|---|---|
| | **2019** | **2018** |

**Cash flows from operating activities:**

| | | |
|---|---|---|
| Net (loss) income | $ (932 ) | $ 75 |
| Adjustments to reconcile net (loss) income to net cash provided by (used for) operating activities: | | |
| Depreciation and amortization | 113 | 49 |
| Amortization of right-of-use assets | 16 | — |
| Goodwill impairment | 939 | — |
| Share-based compensation | 35 | 6 |
| (Benefit) provision for deferred income taxes | (72 ) | 1 |
| Equity in earnings of affiliates | — | (1 ) |
| Other | (3 ) | — |
| Changes in operating assets and liabilities, net of acquisitions: | | |
| Accounts receivable, net | (25 ) | (13 ) |
| Inventory, net | (23 ) | 25 |
| Other assets and liabilities | (36 ) | (52 ) |
| Accounts payable and accrued expenses | 21 | (28 ) |
| **Net cash provided by operating activities** | 33 | 62 |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (30 ) | (15 ) |
| Payments related to equity investments and business acquisitions, net of cash acquired | (26 ) | (8 ) |
| **Net cash used for investing activities** | (56 ) | (23 ) |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of debt | 1,220 | — |
| Principal payments of debt | (43 ) | (2 ) |
| Debt issuance costs | (24 ) | — |
| Dividend paid to Henry Schein | (1,174 ) | — |
| Issuance of common shares in connection with options | 4 | — |
| Net transfers from parent | 165 | 359 |
| Distributions to non-controlling shareholders | — | (10 ) |
| Maravet acquisition payment | (9 ) | — |
| Acquisitions of non-controlling interests in subsidiaries | (74 ) | (380 ) |
| **Net cash provided by (used for) financing activities** | 65 | (33 ) |
| Effect of exchange rate changes on cash and cash equivalents | 3 | (1 ) |
| Net change in cash and cash equivalents | 45 | 5 |
| Cash and cash equivalents, beginning of period | 23 | 17 |
| **Cash and cash equivalents, end of period** | $ 68 | $ 22 |
| Supplemental disclosure of cash paid for: | | |
| Interest | $ 35 | $ — |
| Income taxes | $ 16 | $ 7 |

**Reconciliation of Non-GAAP Financial Measures**

To aid investors and analysts with year-over-year comparability for the combined businesses of Animal Health and Vets First Choice, Covetrus is including certain non-GAAP pro forma financial information that combines the stand-alone Animal Health and Vets First Choice financial information as if the acquisition had taken place on December 31, 2017. These non-GAAP pro forma results include a full period of Animal Health and Vets First Choice results and assess the impact of interest, depreciation and amortization, restructuring charges, and other costs as if the spin-off and merger had occurred at the beginning of the period. Covetrus is also including non-GAAP adjusted results that exclude costs directly associated with the spin-off and merger, the ongoing integration process, goodwill impairment charges, and other items. Prior year non-GAAP adjusted results include allocations for direct costs and indirect costs which were attributed to the Animal Health business of Henry Schein, whereas 2019 is based on a direct cost associated with our stand-alone operations and not allocations, which are excluded in our non-GAAP adjusted EBITDA presentation as the company was incurring its own costs during this period tied to building out internal corporate infrastructure.

The following tables reconcile non-GAAP financial measures to the most directly comparable financial measures calculated and presented in accordance with GAAP. Covetrus management believes that these non-GAAP financial measures provide useful additional information to investors regarding Covetrus' results of operations as they provide another measure of Covetrus' profitability and ability to service its debt and are considered important to financial analysts covering Covetrus' industry.

These non-GAAP financial measures have limitations as an analytic tool and should not be considered in isolation or as a substitute for income from operations, net income or any other measure of financial performance reported in accordance with GAAP. Covetrus' non-GAAP measures may be calculated differently than similarly named measures reported by other companies. In addition, using non-GAAP measures may have limited value as they exclude certain items that may have a material impact on reported financial results and cash flows. When analyzing Covetrus' performance, it is important to evaluate each adjustment in the reconciliation tables and use adjusted measures in addition to, and not as an alternative to, GAAP measures.

*Non-GAAP Pro Forma Net Sales and Segment Net Sales (Unaudited)*

Covetrus delivers software, technology-enabled services and products across the globe through three reportable segments: North America, Europe,

and APAC & Emerging Markets.

Pro forma organic net sales growth is a non-GAAP measure that Covetrus uses to evaluate period-over-period financial performance. We believe this non-GAAP financial metric provides useful information about our operating results, enhances the overall understanding of past financial performance and future prospects and is a useful measure for period-to-period comparisons of our business. Pro forma organic net sales growth includes a full quarter of Vets First Choice in both periods, excludes the impact of foreign exchange fluctuations and M&A and normalizes for net sales adjustments for manufacturer switches from direct to agency sales in the United States, which can impact year-over-year comparisons.

The following tables summarize non-GAAP pro forma net sales and non-GAAP pro forma organic net sales growth for Covetrus and each reportable segment:

Non-GAAP Pro Forma Net Sales (Unaudited)

| (In millions) | Three Months Ended September 30, 2019 | | | Three Months Ended September 30, 2018 | | |
|---|---|---|---|---|---|---|
| | Covetrus | Historical Vets First Choice | Non-GAAP Pro Forma Combined | Historical Animal Health | Historical Vets First Choice | Non-GAAP Pro Forma Combined |
| Net sales: | $ 1,018 | $ — | $ 1,018 | $ 923 | $ 53 | $ 976 |
| North America | 543 | — | 543 | 479 | 53 | 532 |
| Europe | 384 | — | 384 | 351 | — | 351 |
| APAC & Emerging Markets | 94 | — | 94 | 95 | — | 95 |
| Eliminations | (3 ) | — | (3 ) | (2 ) | — | (2 ) |

| (In millions) | Nine Months Ended September 30, 2019 | | | Nine Months Ended September 30, 2018 | | |
|---|---|---|---|---|---|---|
| | Covetrus | Historical Vets First Choice (a) | Non-GAAP Pro Forma Combined | Historical Animal Health | Historical Vets First Choice | Non-GAAP Pro Forma Combined |
| Net sales: | $ 2,968 | $ 24 | $ 2,992 | $ 2,875 | $ 149 | $ 3,024 |
| North America | 1,592 | 24 | 1,616 | 1,479 | 149 | 1,628 |
| Europe | 1,114 | — | 1,114 | 1,113 | — | 1,113 |
| APAC & Emerging Markets | 270 | — | 270 | 291 | — | 291 |
| Eliminations | (8 ) | — | (8 ) | (8 ) | — | (8 ) |

*(a) Historical Vets First Choice - 2019 - from January 1, 2019 to February 7, 2019*

Non-GAAP Pro Forma Organic Net Sales Growth (Unaudited)

| (In millions) | Three Months Ended September 30, | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | | | | | |
| | Covetrus | Non-GAAP Pro Forma Combined | Non-GAAP Pro Forma Y/Y Growth | % Change from FX | Switch from Direct to Agency Sales Model | % Change from Mergers and Acquisitions | Non-GAAP Pro Forma Organic Net Sales Growth |
| Net sales: | $ 1,018 | $ 976 | 4 % | (2 )% | (1 )% | 3 % | 5 % |
| North America | 543 | 532 | 2 % | — % | (2 )% | — % | 4 % |
| Europe | 384 | 351 | 9 % | (5 )% | — % | 8 % | 6 % |
| APAC & Emerging Markets | 94 | 95 | (1 )% | (4 )% | — % | — % | 3 % |
| Eliminations | (3 ) | (2 ) | | | | | |

| (In millions) | Nine Months Ended September 30, | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | | | | | |
| | Non-GAAP Pro Forma Combined | Non-GAAP Pro Forma Combined | Non-GAAP Pro Forma Y/Y Growth | % Change from FX | Switch from Direct to Agency Sales Model | % Change from Mergers and Acquisitions | Non-GAAP Pro Forma Organic Net Sales Growth |
| Net sales: | $ 2,992 | $ 3,024 | (1 )% | (3 )% | (1 )% | 1 % | 2 % |
| North America | 1,616 | 1,628 | (1 )% | — % | (3 )% | — % | 2 % |
| Europe | 1,114 | 1,113 | — % | (6 )% | — % | 3 % | 3 % |
| APAC & Emerging Markets | 270 | 291 | (7 )% | (7 )% | — % | — % | — % |
| Eliminations | (8 ) | (8 ) | | | | | |

*(a) Numbers in tables may not foot or cross-foot due to rounding*

*Non-GAAP EBITDA, Pro Forma EBITDA, Adjusted EBITDA, Pro Forma Adjusted EBITDA, Adjusted Net Income (Loss) and Pro Forma Adjusted Net Income (Unaudited)*

EBITDA, adjusted EBITDA, pro forma adjusted EBITDA, adjusted net income (loss) and pro forma adjusted net income (loss) are non-GAAP financial measures and should be considered in addition to, but not as a substitute for, the information provided in accordance with GAAP. Our non-GAAP adjusted EBITDA adjustments include share-based compensation, formation of Covetrus expenses, IT infrastructure, goodwill impairment charges, and other costs tied to integration efforts of the Animal Health and Vets First Choice businesses, along with other items such legal, accounting and regulatory, re-branding and severance. Our pro forma adjusted net income also excludes amortization of acquired intangible assets tied to the company's acquisitions and changes in fair value of legacy Vets First Choice warrants and utilizes a normalized statutory tax rate. A reconciliation of EBITDA, adjusted EBITDA and adjusted net income (loss) to net income (loss), the most directly comparable GAAP financial measure, is as follows:

Adjusted EBITDA and Adjusted Net Income Reconciliation for the Three Months Ended September 30, 2019 (Unaudited)

| (In millions) | Three Months Ended September 30, 2019 | |
| --- | --- | --- |
| **Net loss attributable to Covetrus** | $ (906 | ) |
| Plus: Depreciation and amortization | 41 | |
| Plus: Interest, net | 16 | |
| Plus: Income tax (benefit) expense | (60 | ) |
| **EBITDA** | (909 | ) |
| Plus: Share-based compensation | 10 | |
| Plus: Formation of Covetrus | 14 | |
| Plus: IT infrastructure | 2 | |
| Plus: Goodwill impairment | 939 | |
| Less: Minority interest in goodwill impairment | (3 | ) |
| Plus: Other (income) expense items | (4 | ) |
| **Adjusted EBITDA** | 49 | |
| Depreciation and amortization | (41 | ) |
| Amortization of acquired intangibles | 34 | |
| Interest expense, net | (16 | ) |
| **Adjusted income before taxes** | 26 | |
| Income tax expense | (7 | ) |
| **Adjusted net income attributable to Covetrus** | $ 19 | |

Pro Forma Adjusted EBITDA and Adjusted Net Income Reconciliation for the Three Months Ended September 30, 2018 (Unaudited)

| (In millions) | Three Months Ended September 30, 2018 | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Henry Schein Animal Health Business | Vets First Choice | | Spin-off and Other Pro Forma Adjustments | | Purchase Price and Related Pro Forma Adjustments | | Pro Forma Covetrus | |
| **Net income (loss) attributable to Covetrus** | $ 16 | $ (10 | ) | $ (7 | ) | $ (22 | ) | $ (23 | ) |
| Plus: Depreciation and amortization | 16 | 4 | | — | | 22 | | 42 | |
| Plus: Interest expense, net | — | — | | 14 | | — | | 14 | |
| Plus: Income tax (benefit) expense | 19 | (1 | ) | (3 | ) | (8 | ) | 7 | |
| **EBITDA** | 51 | (7 | ) | 4 | | (8 | ) | 40 | |
| Plus: Share-based compensation | 2 | 1 | | — | | 8 | | 11 | |
| Plus: Transaction costs | — | 4 | | (4 | ) | — | | — | |
| **Adjusted EBITDA** | 53 | (2 | ) | — | | — | | 51 | |
| Depreciation and amortization | | | | | | | | (42 | ) |
| Amortization of acquired intangibles | | | | | | | | 34 | |
| Interest expense, net | | | | | | | | (14 | ) |
| **Adjusted income before taxes** | | | | | | | | 29 | |
| Adjusted income tax expense | | | | | | | | (8 | ) |
| **Pro forma adjusted net income attributable to Covetrus** | | | | | | | | $ 21 | |

*(a) Numbers in table may not foot or cross-foot due to rounding*

Pro Forma Adjusted EBITDA and Adjusted Net Income Reconciliation for the Nine Months Ended September 30, 2019 (Unaudited)

| (In millions) | Nine Months Ended September 30, 2019 | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Covetrus | Vets First Choice (Jan. 1 to Feb. 7) | | Spin-off and Other Pro Forma Adjustments | | Purchase Price and Related Pro Forma Adjustments | | Pro Forma Covetrus | |
| **Net income (loss) attributable to Covetrus** | $ (929 | ) | $ (9 | ) | $ (2 | ) | $ 1 | | $ (939 | ) |
| Plus: Depreciation and amortization | 113 | | 2 | | — | | 9 | | 124 | |

| | | | | |
|---|---|---|---|---|
| Plus: Interest, net | 41 | 1 | 3 | — | 45 |
| Plus: Income tax (benefit) expense | (60) | — | (1) | — | (61) |
| **EBITDA** | (835) | (6) | — | 10 | (831) |
| Plus: Share-based compensation | 35 | — | — | (5) | 30 |
| Plus: Formation of Covetrus | 27 | 6 | — | (6) | 27 |
| Plus: Carve-out operating expense | 5 | — | — | — | 5 |
| Plus: IT infrastructure | 4 | — | — | — | 4 |
| Plus: Goodwill impairment | 939 | — | — | — | 939 |
| Less: Minority interest in goodwill impairment | (3) | — | — | — | (3) |
| Plus: Other (income) expense items | (18) | (2) | — | 1 | (18) |
| **Adjusted EBITDA** | 154 | (2) | — | — | 153 |
| Depreciation and amortization | | | | | (124) |
| Amortization of acquired intangibles | | | | | 102 |
| Interest expense, net | | | | | (45) |
| **Adjusted income before taxes** | | | | | 86 |
| Income tax expense | | | | | (23) |
| **Pro forma adjusted net income attributable to Covetrus** | | | | | $ 63 |

*(a) Numbers in table may not foot or cross-foot due to rounding*

Pro Forma Adjusted EBITDA and Adjusted Net Income Reconciliation for the Nine Months Ended September 30, 2018 (Unaudited)

| *(In millions)* | Nine Months Ended September 30, 2018 | | | | |
|---|---|---|---|---|---|
| | Henry Schein Animal Health Business | Vets First Choice | Spin-off and Other Pro Forma Adjustments | Purchase Price and Related Pro Forma Adjustments | Pro Forma Covetrus |
| **Net income (loss) attributable to Covetrus** | $ 67 | $ (27) | $ (17) | $ (66) | $ (43) |
| Plus: Depreciation and amortization | 49 | 12 | — | 67 | 128 |
| Plus: Interest expense, net | 1 | — | 42 | — | 43 |
| Plus: Income tax (benefit) expense | 33 | (3) | (10) | (24) | (4) |
| **EBITDA** | 150 | (18) | 15 | (23) | 124 |
| Plus: Share-based compensation | 6 | 3 | — | 23 | 31 |
| Plus: Transaction costs | — | 7 | (7) | — | — |
| Plus: Restructuring costs | 8 | — | — | — | 8 |
| Plus: Other (income) expense items | — | 2 | — | — | 2 |
| **Adjusted EBITDA** | 164 | (7) | 8 | — | 165 |
| Depreciation and amortization | | | | | (128) |
| Amortization of acquired intangibles | | | | | 104 |
| Interest expense, net | | | | | (43) |
| **Adjusted income before taxes** | | | | | 98 |
| Adjusted income tax expense | | | | | (25) |
| **Pro forma adjusted net income attributable to Covetrus** | | | | | $ 73 |

*(a) Numbers in table may not foot or cross-foot due to rounding*

*Non-GAAP Free Cash Flow (Unaudited)*

Free cash flow is a non-GAAP financial measure and should be considered in addition to, but not as a substitute for, the information provided in accordance with GAAP. Free cash flow is the cash the company produces through its operations, less the cost of expenditures on assets. The company believes that it is an important measurement since it shows how efficient a company is at generating cash.

Free Cash Flow for the Nine Months Ended September 30, 2019 and 2018

| *(In millions)* | Nine Months Ended September 30, | |
|---|---|---|
| | 2019 | 2018 |
| **Net cash provided by operating activities** | $ 33 | $ 62 |
| Less: Purchases of property and equipment | (30) | (15) |
| **Free cash flow** | $ 3 | $ 47 |

**Contacts:**

Nicholas Jansen | Investor Relations
207-550-8106 | nicholas.jansen@covetrus.com

Kiní Schoop | Public Relations
207-550-8018 | kini.schoop@covetrus.com



Source: Covetrus

Exhibit No. 25

**S&P Global**
Market Intelligence

# Covetrus, Inc. NasdaqGS:CVET
# FQ4 2019 Earnings Call Transcripts
## Tuesday, March 03, 2020 9:30 PM GMT
### S&P Global Market Intelligence Estimates

|  | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.12 | 0.18 | ▲50.00 | 0.16 | 0.61 | 0.77 | ▲26.23 | 0.73 |
| Revenue (mm) | 988.17 | - | ▲2.30 | 1010.00 | 3966.48 | - | ▲0.25 | 4176.95 |

Currency: USD
Consensus as of  Feb-12-2020 1:41 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2019 | 0.17 | 0.14 | ▼1 (17.65 %) |
| FQ2 2019 | 0.17 | 0.12 | ▼2 (23.53 %) |
| FQ3 2019 | 0.08 | 0.17 | ▲3 112.50 % |
| FQ4 2019 | 0.12 | 0.18 | ▲4 50.00 % |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 2:19-cv-05530-ARL     Document 59-2     Filed 07/23/21     Page 214 of 229 PageID #: 3100

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ..................................................................... | 3 |
| Presentation | ..................................................................... | 4 |
| Question and Answer | ..................................................................... | 11 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

## EXECUTIVES

**Benjamin Wolin**
*CEO, President & Director*

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

## ANALYSTS

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Nathan Allen Rich**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Covetrus 4Q '19 Earnings Conference Call. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

It is now my pleasure to introduce Vice President of Investor Relations, Nicholas Jansen.

**Nicholas Michael Jansen**
*Vice President of Investor Relations*

Thank you, Andrew. Good afternoon, and thank you for joining us for Covetrus' Q4 2019 earnings call. Joining me on today's call are Ben Wolin, our President and Chief Executive Officer; and Stuart Gleichenhaus, our Interim Chief Financial Officer. Ben and Stuart will begin with prepared remarks, and then we'll be happy to take your questions.

During this conference call, we anticipate making projections and forward-looking statements based on our current expectations. All statements other than statements of historical fact made during this conference call are forward-looking, including statements regarding management's expectations for future financial and operational performance and operating expenditures, our plans to reduce our net debt in our business strategy and timing and impact of transactions.

Forward-looking statements may be identified with words such as will, may, expect, plan, anticipate, upcoming, believe, estimate or similar terminology and the negative of these terms. Forward-looking statements are not promises or guarantees of future performance and are subject to a variety of risks and uncertainties, many of which are beyond our control, which could cause actual results to differ materially from those contemplated in these forward-looking statements. These risks and uncertainties include those under the heading risk factors in our most recent annual report on Form 10-K, quarterly reports on Form 10-Q and other periodic reports filed with the SEC, which are available on the Investors section of our website at ir.covetrus.com and on the SEC's website at www.sec.gov. Forward-looking statements speak only as of the date hereof, and except as required by law, we undertake no obligation to update or revise these forward-looking statements.

During this presentation, we will also provide certain pro forma results for the 3 months and fiscal year ended December 2019 and 2018 to help investors understand the underlying trends in the business as of the merger of the Animal Health business of Henry Schein and Vets First Choice closed on December 31, 2017. Note, however, the historic combined financial statements do not necessarily reflect what the results of operations would have been, had we operated as a combined company as those results will depend on a number of factors, including the chosen organizational structure, what functions were outsourced or performed by employees, allocations of certain corporate and shared expenses and strategic decisions made in areas such as information technology and infrastructure.

You can find this afternoon's press release announcing our fourth quarter and full year 2019 results on this call on ir.covetrus.com. We will continue to use our site to distribute important and time-critical company information.

The press release also contains further information about the non-GAAP financial measures that we will discuss during this call. These non-GAAP financial measures exclude from our GAAP financial results certain noncash or special items, such as costs directly associated with the spin-off and merger and the ongoing integration process, including certain infrastructure investment expenses, separation program costs, executive severance and goodwill impairment charges. We believe that in order to properly understand our short-term and long-term financial trends, investors may wish to consider the impact of these items as a supplement to financial performance measures determined in accordance with GAAP. Please refer to this afternoon's press release announcing our fourth quarter and full year 2019 results for a reconciliation of these non-GAAP measures to our GAAP financial results.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

COVETRUS, INC. FQ4 2019 EARNINGS CALL | MAR 03, 2020

And with that, I will now turn the call over to Ben to provide the highlights.

**Benjamin Wolin**
*CEO, President & Director*

Thanks, Nick, and good afternoon, everyone. It has now been a little more than 4 months since I assumed the role of acting CEO at Covetrus. And as we announced today, I will now be taking on those responsibilities on a permanent basis. We have a lot to get through, and I do not want to spend too much time on that. But I will say this. We have a solid organization and culture here that are only getting stronger, and I look forward to working with this team.

Looking back at the last several months, we have taken a number of significant steps as a company. We focused the organization on core drivers of our business, supported and strengthened the platform and emphasize the culture that will deliver on the opportunity Covetrus has in the animal health marketplace. I'll discuss those further in a few minutes, but first want to take the opportunity to provide you with a better sense of what I've learned in this initial period and how I see the company moving forward from here.

This time has revealed a lot about this company and its people. The most important lesson is that we have a talented, passionate and hard-working team that is focused on executing and delivering value to our customers, business partners, manufacturers and shareholders. It also highlighted the growing pains we have faced over the past year as well as the challenges and hard work that still remain for us to deliver on the attractive opportunity presented by this market. It is clear to me that the team has a deep desire to succeed and possesses the ability to overcome those challenges. The willingness of everyone to embrace this change has helped us focus the business and begin making the needed improvements that will allow us to successfully execute our plans moving forward.

To achieve our goals, we will continue to emphasize the core themes that I shared with you on our last call: relentlessly focusing on the core drivers of our business, emphasizing innovation and execution and continuously building a culture of success. These are the foundation for both our strategy and new way of working. And I believe that by continuing to focus and execute while strengthening the platform we will build on the significant initial steps we have taken as an organization.

Some of these action plans are already in process. Over the last several months, we have enhanced our execution and increased accountability within the organization. This sharper focus was evident in our Q4 results, which exceeded the high end of our guidance we established back in mid-November for both net sales and adjusted EBITDA. And importantly, we improved the pace and our approach to integration, focused our investments on the core drivers of our business and began to eliminate activities, projects and initiatives that were not central to our core drivers. This was a key message delivered during our third quarter conference call, and our Q4 results reflect the early benefit of this approach.

We also implemented certain leadership changes in Q4 and early 2020. This included combining our software and prescription management business units to drive tighter integration of our teams under one leader, towards a rate, and to begin to deliver a unified product road map that will help enhance workflow for veterinary practices.

Mike Ellis and David Hinton, 2 of our most tenured animal health executives, also now have additional responsibilities to help execute our strategic plan in North America and our refocused global sourcing organization. Additionally, we made a significant change in our finance team with Stuart Gleichenhaus, stepping in as CFO on an interim basis to help us deliver against several critical short-term priorities. Retaining and recruiting talent has and will continue to be a critical focus as it is paramount to building a shared culture of success.

Additionally, we, with the support of the third party we brought in during Q4, have identified meaningful opportunities to not only improve our organizational health, but to also deliver enhancements to our commercial and sourcing strategies. We are optimistic around the possibilities and benefits that these initiatives could deliver later this year and beyond as we execute on these initiatives.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

We also made progress on our efforts to streamline our focus and divest noncore assets with the pending sale of scil animal health, animal care for $125 million and the announced joint venture in Spain with Distrivet, significantly enhancing our financial flexibility and reducing complexity in our TSA exit strategy for Spain.

And while Stuart will provide more details in his prepared remarks, I am pleased to also report that we have successfully amended our credit facility late last week, delaying the step down of our net leverage covenant by 1 year until the second quarter of 2021. While we are confident that our 2020 outlook would have supported the terms in our previous credit agreement, the amendment as well as the anticipated scil animal care proceeds provides us with even greater flexibility to execute our strategy as well as to continue to invest in the business for future growth.

Something that has not changed through this effort is our commitment to our customers and innovation. We are focused on delivering better experiences and outcomes, which includes relentlessly advancing our customer successes. We are also intently focused on leveraging technology across all facets of our business to lower costs, improve service and deliver greater value back to our customers, manufacturers and partners. And we believe additional investment in support and product capabilities strengthens our ability to drive deeper engagement with our sizable customer base.

As we think about 2020, we will build on these steps. We will continue to streamline and focus on the core drivers of our business in order to improve effectiveness and efficiency and to seek to deliver more consistent and profitable performance, particularly in North America.

Reducing our cost to serve and better managing overhead are critical priorities as we look to deliver operational improvement and build momentum into the second half of the year. And our investments in global sourcing will lay the foundation for margin enhancement and reinvestment in the years ahead. We will also invest in our team and organizational and operational culture and to learn and better understand the needs of our customers and manufacturer partners in order to bring our collection of capabilities together in an integrated value proposition. This foundational focus will make us smarter and stronger as a team and enable us to more effectively deliver on the global opportunity moving forward.

We are prioritizing and also making investments in our higher-margin proprietary products and solutions in 2020. This includes leveraging our customer access to provide more solutions for their compounding and specialty pharma service needs, which is an increasing customer and pet owner need that drives a fast-growing market where we are already an industry leader. We also are making it easier for our customers and their clients to engage on our prescription management platform in 2020, and we are focused on driving even greater utilization as we more effectively leverage our manufacturer partners, our software integration and workflow, the e-commerce experience and our marketing capabilities to provide even greater value to all stakeholders.

We expect these initiatives will accelerate same-store sales beyond the 16% achieved on the platform in 2019 over time. And based on investor feedback, we are committed to providing more disclosure on these efforts and other parts of the business beginning in Q1.

In summary, our mission, our strategic priorities and our 2020 plans are now sharper in focus. While there is still much work to be done to fulfill the promise and value, the Covetrus model can and will deliver. These past few months have demonstrated that the approach we are taking can yield positive results for all of our stakeholders. By continuing to enhance our culture and organization and relentlessly executing on our priorities, we will collaboratively -- we will work collaboratively towards growth and success in 2020 and beyond.

I will now hand the call off to Stuart to provide a detailed review of our Q4 and full year 2019 results and our 2020 financial guidance.

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

Thanks, Ben, and good afternoon to everyone. Thank you all for joining us today. I will focus my comments for the fourth quarter and the full year of 2019 on our non-GAAP pro forma results, when

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

applicable, as these items provide the most insight into the underlying trends impacting our businesses. Please refer to today's press release for a more detailed description of our Q4 2019 and full year GAAP financial results.

Covetrus net sales were just over $1.0 billion in Q4 and approximately $4 billion for the full year 2019. Non-GAAP pro forma organic net sales increased 4% year-over-year in Q4 and 3% year-over-year in 2019. As a reminder, non-GAAP pro forma organic sales growth includes Vets First Choice in both periods, excludes the impact of foreign exchange fluctuations and M&A and normalizes for net sales adjustments to manufacturer switches from direct to agency sales in the U.S., which can impact our year-over-year comparisons.

These results include the impact from the previously announced customer loss in North America and the impact in APAC, Asia Pacific, that is, tied to a manufacturer moving to a direct sales model during the fourth quarter of 2018. Normalizing for these 2 events, underlying pro forma organic net sales growth would have approached 7% in Q4 and 5% for the full year of 2019.

Moving to our operating segment net sales performance. North America pro forma organic net sales increased 2% year-over-year in both Q4 and the full year 2019. The previously announced loss of a supply chain customer negatively impacted North America organic growth by 4% in Q4 and 3% for the full year. Our supply chain pro forma organic net sales growth decreased modestly year-over-year in Q4 or increased 2% when the previously announced customer loss is excluded.

Overall, veterinary practice patient visit growth was modestly softer in Q4 versus Q3 in North America. But in general, the market remains stable and growing. For all of 2019, our supply chain, pro forma organic net sales growth in North America would have increased 2%, when excluding the impact from this specific customer loss.

Total Vets First Choice net sales increased 37% year-over-year to $74 million in Q4 and 33% year-over-year to $270 million in 2019. We ended 2019 with more than 10,200 practices on our prescription management platform, achieving our goal of ending the year with at least 10,000 practices.

Beyond new enrollments, we continue to have success in driving growth from our existing customer base. And as Ben mentioned, we delivered approximately 16% year-over-year same-store sales growth in 2019. Importantly, all of our cohorts, which date back to 2012, continued to grow double digits year-over-year during 2019.

Turning to Europe. Pro forma organic net sales increased 7% year-over-year in Q4 and 4% year-over-year for the full year 2019. Our U.K. pro forma organic net sales, which is our largest European market, increased 5% year-over-year in Q4. Our U.K. business continues to benefit from the expansion of our relationship with a large corporate group, which we announced on our Q2 2019 call as well as continued solid execution by the team. We also experienced healthy pro forma organic net sales growth in most of our other European markets, including strong performances from our businesses operating in Ireland, Poland and the Czech Republic.

Moving on to APAC and the emerging markets. Our team delivered an 8% year-over-year increase pro forma organic net sales in Q4 and 2% for the full year 2019. Normalizing for the impact of a manufacturer that went to a direct sales model in this market in November 2018, the APAC and Emerging Markets segment grew 12% year-over-year in Q4 and 8% for the full year 2019, driven by continued growth in the number of customers served and strong performance in New Zealand and Brazil. Overall, this team continues to execute well and deliver robust financial results.

Before moving to the rest of the P&L, I wanted to share that our Form 10-K, which will be filed soon, will also provide details on our annual net sales for business lines by geography, including supply chain, software and prescription management, which we hope the investment community will find useful. We remain committed to delivering increased transparency on the core drivers of our business.

Turning to the consolidated gross margin. Our GAAP gross margin was 18.7% in Q4 versus 17.6% in the prior year period. In Q4, we changed the classification of shipping expense at the legacy Vets First Choice business from selling, general and administrative expense to cost of goods sold, to be consistent with the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

rest of our business. In Q4, the classification represented an approximately $7 million shift from selling, general and administrative expense to cost of goods sold expense. And for the first 9 months of 2019, the classification represented a $16 million shift. There was no impact on adjusted EBITDA.

On a pro forma basis, which excludes the classification change and includes Vets First Choice to the prior year period, our gross margin would have been 19.4% in Q4 2019 as compared to 19.0% in the prior year. For the full year 2019, the pro forma gross margin would have been 19.3% as compared to 19.4% in the prior year as growth in our higher-margin services, including our prescription management platform and proprietary products, were offset by moderate margin pressure in supply chain.

Our GAAP selling, general and administrative expenses were $214 million during the fourth quarter of 2019 and $808 million during the full year 2019. This includes the impact of the separation and merger, certain special items and the ramping of operating expenses tied to infrastructure investments and the cost of being a stand-alone public company.

Non-GAAP adjusted EBITDA was $47 million for the fourth quarter of 2019 versus $52 million in the prior year period on a non-GAAP pro forma basis. The 10% year-over-year decrease on a non-GAAP pro forma basis was driven by an increase in the corporate, selling, general and administrative expenses, lower North American supply chain profitability, a $3 million headwind in Europe tied to certain general and administrative benefits in the prior year results that did not recur in 2019 and a $1 million overall negative impact from changes in foreign exchange.

These headwinds offset the year-over-year improvement in Vets First Choice profitability, the modest contribution from 2019 acquisitions and underlying organic growth in APAC and emerging markets during the fourth quarter of 2019. On a segment-adjusted EBITDA basis, North America and APAC and emerging markets witnessed year-over-year growth while Europe declined year-over-year as a result of foreign exchange and the G&A dynamics just described.

For the full year, non-GAAP pro forma adjusted EBITDA was $200 million in 2019 versus $219 million for the full year 2018. Looking at the rest of the income statement, we had approximately $11 million in net interest expense in Q4. Our Q4 GAAP net loss was $37 million or a loss per share of $0.33 per diluted share and $1 billion or a loss of $9.50 per diluted share for the full year 2019. Non-GAAP adjusted net income was $20 million during Q4 versus $21 million on a pro forma basis in the prior year period. For the full year 2019, non-GAAP pro forma adjusted net income was $82 million versus $94 million in the prior year, impacted by the aforementioned decline in non-GAAP pro forma adjusted EBITDA in 2019.

Turning to the balance sheet and cash flow metrics. Covetrus generated $103 million in cash flow from operations during 2019 and $64 million in non-GAAP free cash flow when subtracting net purchases of property and equipment of $39 million. We ended Q4 2019 with $130 million in cash and cash equivalents, $1.2 billion in debt and no borrowings against our $300 million revolving credit facility. Our net leverage ratio, as defined by our credit agreement, stood at approximately 4.6x for the trailing 12 months ended December 31, 2019, well inside the 5.5x covenant.

And as Ben mentioned earlier, late last week, we entered into an amended agreement with our syndicate of lenders regarding the step down of our net debt to adjusted EBITDA ratio covenant that was scheduled to go into effect for the quarter ended June 30, 2020. Under the amended terms, we have pushed out the step down of our net leverage covenant for 1 full year with the drop to 5.0x net debt to bank-defined adjusted EBITDA, now beginning with the fourth -- with the quarter ended June 30, 2021. Additional details of this amendment will be included in our annual Form 10-K that we plan to file today.

Also subsequent to quarter end, we announced a definitive agreement to sell our scil animal health care business to Heska for $125 million. The transaction is expected to close on or about April 1. And we plan to use $60 million of the net proceeds to pay down debt, including the payment of our debt on March 31, including the prepayment of the remaining quarters of the year, Q2 through Q4 quarterly under the credit agreement for mandatory required principal amortization payments. The balance of the cash will be used for general corporate purposes, including reinvesting back into the business.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Turning to our 2020 guidance, which assumes a second quarter close for both the scil animal health care divestiture and the joint venture with Distrivet S.A. and no significant supply chain disruption or economic impact related to the novel coronavirus disease 2019 or COVID-19, we forecast that our 2020 net sales of $4.025 billion to $4.125 billion. So repeating that again, $4.025 billion to $4.125 billion forecast 2020 net sales. Embedded in this outlook is non-GAAP pro forma organic net sales growth of 3% to 5%, current foreign exchange rates and the impact from our M&A activity in 2019 and the previously announced 2020 transactions. Our outlook incorporates modest expectations for our North American supply chain business, continued strong performance in our prescription management platform and healthy underlying organic trends outside the U.S.

Turning to adjusted EBITDA. We are forecasting 2020 non-GAAP adjusted EBITDA in the range of $190 million to $195 million. So $190 million to $195 million. In 2019, our non-GAAP pro forma adjusted EBITDA, excluding the scil animal care business, was approximately $193 million. The midpoint of our 2020 adjusted EBITDA guidance reflects relatively flattish year-over-year growth over the pro forma 2019 results when excluding the scil animal care business.

Before going into the details, I just wanted to reiterate our commitment to delivering against the expectations we set forth to the investment community as we seek to continue to build investor confidence after a more challenging start out of the gate. Underlying growth at the segment level for all our geographies in 2020 is offset by the timing impact from corporate overhead investments in 2019 associated with running a stand-alone business, which did not begin to ramp until late Q2 2019.

While we do not provide specific quarterly guidance, we would point out that the first quarter, Q1, represents our most difficult year-over-year comparisons given the timing of overhead investments last year. And as a result, you should keep Q1 2020 adjusted EBITDA to approximately 20% of our full year outlook.

Keep this in mind that our Q1 corporate overhead adjusted operating expenses in 2019 were approximately $3 million as compared to the average of $12 million per quarter over the balance of the year and continuing into this year. This dynamic creates an approximate $10 million headwind when compared to Q1 2020 results with a comparable year-over-year period. We expect to drive better operating leverage from our corporate adjusted operating expenses as we progress through the balance of the year.

Lastly, and as more disclosed in our Form 10-K that will be filed shortly, management has identified a new material weakness related to taxes caused by issues associated with the transition to establishing expanded in-house capabilities. These issues impacted the implementation of the tax controls to review and analyze the company's income tax provision and deferred income tax balances, remediation plans for this issue as well as the information technology general controls identified last quarter are underway and further disclosed in our annual report for 2019.

Now I'll turn this back over to Ben for some brief closing remarks.

**Benjamin Wolin**
*CEO, President & Director*

Thank you, Stuart. Before opening the call for questions, I want to reiterate my excitement for the opportunity that we have ahead, and these last 4 months have only solidified my thinking that we can build a formidable company in a large and growing end market. We've demonstrated as a company in Q4 that we are making progress and that we are on the right path forward. Q4 also showed that we are still in the early stages of that process and that much hard work remains to be done as we seek to fulfill the promise of this company. I am energized by the team we have in place, and I'm looking forward to charting the path, this path, and delivering on the commitments we have set forth for all of our stakeholders in 2020 and beyond.

This concludes our prepared remarks. And now, I will turn the call back over to Nick to moderate the Q&A session.

**Nicholas Michael Jansen**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Vice President of Investor Relations*

Thanks, Ben. [Operator Instructions] So Andrew, please provide instructions for the Q&A session, and we are then ready to take the first question.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of John Kreger with William Blair.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Ben and Stuart, I think you guys said that guidance does not reflect any coronavirus impact. Can you just expand on what you're actually seeing as you've watched Q1 roll out? Have you seen any impact, particularly in Asia, but also in the U.S. and Europe?

**Benjamin Wolin**
*CEO, President & Director*

Sure thing, John. So yes, current guidance does not reflect any impact from coronavirus. To date, the impact has been minimal. But as you know, it's a very fluid situation that's changing day by day, and we are managing or monitoring the situation closely. I think that we're, first and foremost, focused on the safety of our employees and our customers and our suppliers. And so we are being prudent in how we manage the business going forward. But to date, so far, no material impact.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Great. That's helpful. And then my second question is, can you give us a sense about where you think you stand with U.S. distribution operationally? It seems like that was where you have the key issues in '19. What more do you need to do there to get that business sort of back on, on its full footing?

**Benjamin Wolin**
*CEO, President & Director*

Yes. So yes, the North American distribution business is one of the key areas that we had challenges with in 2019. I think, as I pointed out in the prepared remarks, we've made some leadership changes on that front. And we had a decent quarter in Q4 that I would say was in line with our competitors and how the overall market prepared. In order to accelerate that business, we need to continue to focus on executing and delivering against the core value proposition of driving market share for our suppliers and providing excellent and reduce cost to serve back to our customers. So early days and as our guidance reflects, I would say, we have modest expectations for that business, but also a business that we're expecting to have more stability out of in 2020.

**Operator**

And our next question comes from the line of Nathan Rich with Goldman Sachs.

**Nathan Allen Rich**
*Goldman Sachs Group Inc., Research Division*

Ben, maybe starting with the Vets First platform. I think you mentioned kind of potential to accelerate same-store growth on that platform. It seems like you've also continued to see -- to add new practices to the platform. So I'd just be curious kind of as we think about into 2020 and beyond, kind of where -- what you see as the key opportunities for that business. And if you have any comment on profitability, it sounds like we might get more disclosure starting in Q1, but could you help us think about how the profitability of that business has trended in 2019?

**Benjamin Wolin**
*CEO, President & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure thing. So Nathan, in terms of 2020 in our areas of focus, we're very much focused on what we internally called engagement, which is getting active customers to continue to utilize or expand the use of the platform. While we've made nice progress at 16% year-over-year same-store sales growth, we certainly believe that we can achieve more than that when we shift the majority of our attention to engaging our existing customers. That, of course, doesn't mean that we're not going to have new customers enrolled, and we would expect total net enrollments to increase on a year-over-year basis. But the majority of the organization's focus is really on utilization of the platform. And we believe, frankly, that better utilization on the platform of existing customers will only make enrollment of new customers easier and more cost-efficient going forward.

In terms of your second question around profitability, I'd say, in 2019, we were profitable, but it was de minimis in the big scheme of things, given the overall EBITDA of the business. But there is clearly a focus of our business of improving or proving out that incremental revenue can flow through to EBITDA in 2020.

**Nathan Allen Rich**
*Goldman Sachs Group Inc., Research Division*

Great. And if I could just ask a quick follow-up on margins. It seems like the guidance for 2020 assumes margins are roughly flat to kind of where they ended 2019. So I'd just be curious to kind of -- you talked about opportunities to kind of streamline operations. I noticed you didn't mention cost synergies specifically. But could you maybe just talk through opportunities you see on the cost side? And maybe balance with any investments you need to make on the business, and any swing factors we should keep in mind as we think about the margin outlook for 2020.

**Benjamin Wolin**
*CEO, President & Director*

Sure. So a couple of thoughts on margins. Yes, you're right. We're expecting margins to remain largely consistent from '19 to '20. There's a couple of different components when you think about the overall blended margin. So increasing prescription management or the former Vets First Choice platform is a margin improvement for the business, which is offset by potential margin compression in other areas of the business, largely driven by customer or manufacturer consolidation. I think, however, what we are focused on, from an operational standpoint, is getting more efficient either from how we organize ourselves or how we source product from our suppliers to offset some of those margin headwinds that could occur in 2020.

**Operator**

And our next question comes from the line of Erin Wright with Crédit Suisse.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

Have there been any changes in your vendor relationships that are built under expectations for 2020? Any sort of agency or buy/sell relationships that have changed? And then can you quantify also the opportunity associated with Elanco's recent rationalization of their distributor relationships? And how maybe that their transaction could also benefit you as well? Or any other vendor relationship dynamics that you can speak to.

**Benjamin Wolin**
*CEO, President & Director*

Yes, Erin. Nice to hear from you. No significant changes with our suppliers in terms of how we do business with them. In terms of specifically Elanco's consolidation of their distributors, obviously, we are pleased to continue to expand how we do business with them. However, it's not a huge number of distributors nor a huge piece of the business. So marginal pickup, but always good to, like I said, expand our business with one of our key suppliers.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And at this point, what does your guidance assume in terms of the North American market growth and demand trends? Do you anticipate stabilization over the course of 2020? And how are you thinking also about the competitive landscape at this juncture, particularly as it relates to the alternative channel?

**Benjamin Wolin**
*CEO, President & Director*

Yes. So we are looking for stability in 2020, and growth pretty much in line with what we experienced in the back half of 2019. In terms of alternative channels or just even competition within the distribution market, we feel well positioned and believe we have a unique set of assets. Obviously, we need to execute and get the benefit of the combined asset to really differentiate our business over time. But we're looking forward to a year in which execution starts to show up in the numbers, and we can report out on that success in future quarters to come.

**Operator**

And our next question comes from the line of Jon Block with Stifel.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

More simple one first. Maybe, Ben, just the timing of the VFC rollout in international markets, is that something that we might see in late 2020? Or are you all about sort of engagement and that might wait until 2021?

**Benjamin Wolin**
*CEO, President & Director*

Jon, we are very focused on engagement on the Vets First Choice platform as well as making sure that we're operating with excellence across all of our business. So one of the areas that we slowed down on was rollout of the platform. And I would not anticipate any launch in 2020. Although, I would expect to see capital spend against, I would call, laying the foundation for that opportunity in the future.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. Great. Very helpful. And then the increased transparency is great, but I think in the past, you did give a lot about value capture and details there. But you also talked about simplifying the organization and the targets with Wall Street. So I'm just curious, are you going to break those out anymore going forward? And then sort of part 2 to that same question is, with the flattish 2020 margins, but I'm guessing some synergy capture doesn't imply compression for the underlying business. And maybe you can just expand upon that.

**Benjamin Wolin**
*CEO, President & Director*

Sure thing. So as I've said, either in prepared remarks or in individual meeting, we find the value capture metric a bit arbitrary because it forces you to try to allocate savings to one activity versus the other, and you spend a lot of time trying to come up with, what is it, your underlying business or some new activity. And so what we decided is we're going to not give a value capture number, but instead just focus on the overall company EBITDA and our progress against delivering against that EBITDA target. That doesn't mean that there aren't synergy opportunities and that we aren't very focused on finding those opportunities, whether it be on the sourcing side of the business where we see a lot of progress, especially as Vets First Choice continues to expand and take advantage of the North America buying power, I should say, and certainly, other areas of focus.

In terms of the outlook and the implied compression, gross margins, we expect to remain relatively consistent from '19 to '20. The big delta from an EBITDA margin would be the corporate overhead, overhang, especially when you're looking at a year-over-year basis from Q1 to Q1. So Stuart mentioned in his prepared remarks that corporate overhead expenses, almost $10 million greater in Q1 '20 versus Q1

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of '19. And that's not reflective of -- in the increase in spend from the back half of '19 to '20, it really is consistent with that trend. But for a variety of reasons, on a pro forma basis, the Q1 corporate overhead number was greatly reduced and under representative of the -- what was actually required on a go-forward basis.

**Operator**

And our next question comes from the line of David Westenberg with Guggenheim.

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

So just on the guidance, I appreciate that you don't give quarterly revenue guidance. But as I'm looking at last year, I'm looking at kind of the first half, Q1, Q2. It looks like there was negative growth there versus the back half of the year. So the temptation in terms of modeling is to go with where the easiest revenue comps are. So maybe if you can give us a little bit of color on how we should think about cadence. I'm not looking for anything quarterly here. I'm just kind of thinking about how we should be modeling the way -- the cadence in 2020.

**Benjamin Wolin**
*CEO, President & Director*

Yes. So I think when -- if you take a step back and look at the different component parts of the business, which I think is maybe a more useful way of thinking about our growth. In the U.S., we're very much looking at stability on an annualized basis. Certainly, on any individual period, you could see some volatility, but we're expecting a stable revenue base. In Europe and APAC, I think we will continue to see growth coming from those businesses in line with the growth that we saw last year and feel good about their early progress in 2020.

And then Vets First Choice, we're expecting to see growth continuing in line with what we experienced last year. And as Stuart mentioned in the prepared remarks, what was especially nice to see was in Q4, a growth rate of 37%, which was higher than the annual growth rate of 33%. So we saw an acceleration on a larger revenue base, which a lot of companies can't do, especially when they hit scale. So that's how we think you should be thinking about the different revenue growth rates for the various businesses.

**David Michael Westenberg**
*Guggenheim Securities, LLC, Research Division*

And just a little continuation of Erin's question around corporate. I appreciate there's no specific corporate or new accounts to call out for 2020, but can you maybe talk about if there's been a change in terms of corporate strategy? And then this doesn't necessarily mean -- refer to corporate strategy, but can you talk about how things are going in terms of integration of legacy Vets First Choice with legacy Henry Schein? Is that helping leverage with corporate groups and just customers, in general?

**Benjamin Wolin**
*CEO, President & Director*

Yes. So -- yes. So following up to Erin's question and your question, we've seen stability on the supplier side and stability on the customer side, especially with corporate. So no major changes there as well. I think that we have a ways to go, to be honest, on both getting the value of a combined asset as it relates to our customers as well as deeply aligning with our customers, or integrating with our customers in a way that is really unlocking new potential. So right now, I would characterize our businesses where we have gotten some of the benefit of being together. But largely, we are still transacting along the way that we did when they were separate entities. And that is my expectation for a lot of 2020 that that will still remain the same as we continue to focus on driving the individual value and really kind of accelerating into 2021, starting to synchronize those businesses as we figure out the exact right commercial strategy and how we partner with our customers to unlock value for both of us.

**Operator**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And our next question comes from the line of Andrew Cooper with Raymond James.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

A lot has been asked already, so I'll be quick. But I guess, when we think about shifting the focus of Vets First Choice and going more towards reaping the benefits of the accounts you've already added, how do we think about sort of what you're changing from a sales incentive perspective? And how you take what was a really successful group of kind of hunters and turn them into farmers? And how you change those incentives? Any help there would be great.

**Benjamin Wolin**
*CEO, President & Director*

Yes, happy to shed some light on that, Andrew. I think it's pretty simple. We're shifting the incentive structure to focus on engagement versus just new enrollments. As you know, a new enrollment is great. But in a sense, it's a free trial or it's really just the top of the funnel. And until someone engages on the platform, you don't really drive any revenue both for your customer as well as for yourself. So a lot of the sales force and marketing team is taking the activity that they've learned through the years in terms of driving engagement, but really making it the primary focus of the business and partnering with our customers in a deep way to drive volume for that business.

And I think one of the nice things, if you look at our 10,000-plus customers, they, obviously, don't all perform the same. We have, like a lot of businesses, a group of customers that are driving outsized proportion of revenue, and it's those successes that we're modeling a lot of the engagement activity that we're focused on. So if we can get the bottom half of that 10,000 customers look a lot more like the top half, we're going to not only really ramp the revenue for the business, but also help drive the profitability of our business in a pretty significant way.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Okay, that's helpful. And then lastly, when we think about -- I think it was good to see the scil divestiture -- and it will be good to see that close. But as we think about sort of the asset base right now and taking that kind of step back and thinking about what needs to be there and what doesn't. Is there anything else that jumps out to mind? And what should we be expecting from a timing perspective, if there is anything? And then in terms of use of proceeds, how to think about sort of debt paydown pacing from that perspective?

**Benjamin Wolin**
*CEO, President & Director*

Yes. So I'll answer the first part of that question and then hand the second over to Stuart to address the use of proceeds. But -- so in terms of the asset base, nothing imminent to announce. We're, obviously, always focused on driving the right return for our shareholders. But with the sale as well as the covenant amendment, we feel very comfortable where we are at and feel like we have the room to operate the business in the way that we want. Over time, we definitely want to decrease the net leverage ratio. But for 2020 and 2021, we feel like we're in good shape, and we'll continue to look opportunistically at opportunities to improve the balance sheet. I'll let Stuart really answer the question about use of proceeds and how we think about that going forward.

**Stuart B. Gleichenhaus**
*Interim Chief Financial Officer*

Sure. With the scil transaction -- was a good example. We had $125 million gross proceeds on that after transaction fees, taxes and so on, it's less than that. And we've chosen to an agreement with the banks to apply $60 million of that towards the reduction of the term debt. And in effect, we have prepaid or we'll pay early the remaining principal payments for the rest of the year, March 31, June 30, September, December of $15 million each against that. So it was a good use of proceeds for us in the short term, also

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

gave an immediate deleveraging effect for the lenders as well as the shareholders to see that. And so that was a good example of what we choose to in this particular transaction. As Ben mentioned, there's not any other particular transaction right behind that. So there's really nothing to talk about or discuss about that. But we did think for all constituencies, it made sense to use some of the proceeds from scil to deleverage where we sat today.

**Operator**

And our next question comes from the line of Erin Wright with Crédit Suisse.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

I'm curious how successful you've been in converting agency sales to the VFC platform. That presumably was a considerable component of the original VFC synergy opportunity. Is that something that's gaining any traction now? Or is that something that's more of a longer-term opportunity just given some of the differences in economics there for an agency sale across legacy Schein versus VFC.

**Benjamin Wolin**
*CEO, President & Director*

No. I would say that there hasn't been tremendous traction there nor would I expect huge opportunity there going forward.

**Erin Elizabeth Wilson Wright**
*Crédit Suisse AG, Research Division*

Okay. And then also do you see a meaningful indirect, I guess, benefit from MAP pricing that was implemented across some of these alternative channels from competitors? How much is that influencing your profitability in the latest quarter, for instance? And how should we be thinking about that sort of dynamic as we head into -- I guess, as we lap that MAP pricing implementation midway through this year?

**Benjamin Wolin**
*CEO, President & Director*

Yes. I would say, it's hard to quantify the impact of MAP pricing on the business, but we certainly believe that it is beneficial to have more price parity between us and the other channels out there. In some cases, the platform is still priced higher on an individual product-by-product basis. But the price differential is much smaller, even in those cases. And so we don't believe that there is a large enough price delta to actually drive the consumer from one channel to the other. So I couldn't specifically say that MAP pricing drove any increase in profitability on the platform in the near term. But I also would say that it's certainly a net positive for the business, and we expect it to continue to be so going forward.

**Operator**
Ladies and gentlemen, this concludes today's conference call. Thank you for your participation, and you may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.