UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA,<br><br>Defendants. | Case No. 2:19-cv-5530 (GRB)(RLM)<br><br>CLASS ACTION |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;
(II) CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS;
AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Proposed Settlement Class; and (III) Approval of Notice to the Settlement Class, the Stipulation and Agreement of Settlement (the "Stipulation"), and all prior proceedings in this Action[1], Lead Plaintiffs City of Hollywood Police Officers' Retirement System and Pembroke Pines Pension Fund for Firefighters and Police Officers ("Lead Plaintiffs"), by and through their undersigned counsel, hereby respectfully move this Court, before the Honorable Gary R. Brown, United States District Judge, United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, for an order, pursuant to Federal Rule of Civil Procedure 23: (i) granting preliminary approval of the proposed Settlement; (ii) approving

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Stipulation, filed concurrently herewith.

the proposed form and manner of notice given to the Class; (iii) certifying the Class for settlement purposes; and (iv) scheduling a hearing on Lead Plaintiffs' motion for final approval of the Settlement and motion for an award of attorneys' fees and reimbursement of litigation expenses. This Motion is unopposed pursuant to paragraph 2 of the Stipulation, which states that Defendants will not oppose preliminary approval.

For the Court's convenience, the Parties' agreed-upon form of proposed Preliminary Approval Order (and accompanying exhibits) is submitted herewith.

Dated: May 9, 2022                                             Respectfully submitted,

/s/ Lester R. Hooker
**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 394-3399
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiffs*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
7800 Northwest 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Lester R. Hooker, hereby certify that on May 9, 2022, I caused a true and correct copy of the foregoing to be served on all parties of record by filing through CM/ECF.

*/s/ Lester R. Hooker*
Lester R. Hooker