**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>   - against -<br><br>HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA,<br><br>                      Defendants. | Case No. 2:19-cv-5530 (GRB)(RLM) |

**DECLARATION OF KEVIN M. MCDONOUGH REGARDING**
**DEFENDANTS' COMPLIANCE WITH**
**CLASS ACTION FAIRNESS ACT NOTICE REQUIREMENTS**

I, Kevin M. McDonough, declare:

1.      I am a partner with Latham & Watkins LLP ("Latham"), counsel of record for Covetrus, Inc. ("Covetrus") and Benjamin Shaw (collectively "Defendants"). I make this declaration based upon my personal knowledge, and I am competent to testify to its contents.

2.      On May 16, 2022, seven (7) days after Lead Plaintiffs City of Hollywood Police Officers' Retirement System and Pembroke Pines Pension Fund for Firefighters and Police Officers (together, "Plaintiffs") filed their Motion for Preliminary Approval of Class Action Settlement and Supporting Memorandum (Dkt. No. 87), Latham staff acting under my direction mailed to the appropriate federal and state officials notice of the proposed settlement of this action pursuant to 28 U.S.C. § 1715(b) (the "CAFA Notice"). An exemplar copy of a mailed CAFA

1

Notice is attached as Exhibit 1. Latham enclosed with each CAFA Notice the following documents on a CD in portable document format (PDF):

    a.    The Complaint (ECF 1), Amended Complaint (ECF 23), and Consolidated Amended Complaint (ECF 41) filed in the action (pursuant to 28 U.S.C. § 1715(b)(1)); and

    b.    The Stipulation and Agreement of Settlement with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Providing for Notice; (A-1) Notice of Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; Settlement Fairness Hearing; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (A-2) Claim Form; (A-3) Summary Notice of Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; Settlement Fairness Hearing; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (B) [Proposed] Final Order and Judgment. *See* 28 U.S.C. § 1715(b)(3)-(5).

3.    The CAFA Notice advised that Plaintiffs' Motion for Preliminary Approval of Settlement was submitted to the Court on May 9, 2022, and that the Court has not yet made any order or scheduled a hearing with respect to the motion (pursuant to 28 U.S.C. § 1715(b)(2)).

4.    The CAFA Notice was mailed to the Attorney General of the United States and the Attorneys General of each of the United States, and the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, the Virgin Islands, and Puerto Rico.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: May 17, 2022
New York, NY

By:    */s/* Kevin M. McDonough
        Kevin M. McDonough