# Exhibit 1

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

May 16, 2022

## VIA CERTIFIED U.S. MAIL

Attorney General Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715

To Whom it May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Covetrus, Inc. ("Covetrus") and Benjamin Shaw (collectively with Covetrus, "Defendants"), to provide the following notification of the proposed settlement in *City of Hollywood Police Officers Retirement System v. Henry Schein, Inc., et al*, Case No. 2:19-cv-05530 (GRB)(RLM) (E.D.N.Y.) (the "Action").

Enclosed is a CD containing the following information in a PDF format:

1.      The Complaint, Amended Complaint, and Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.      The Stipulation and Agreement of Settlement with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Providing for Notice; (A-1) Notice of Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; Settlement Fairness Hearing; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (A-2) Claim Form; (A-3) Summary Notice of Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; Settlement Fairness Hearing; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (B) [Proposed] Final Order and Judgment. *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.      At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

May 16, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusion (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Covetrus shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on May 9, 2022.  *See* 28 U.S.C. § 1715(b)(2).

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/ Kevin M. McDonough
Kevin M. McDonough
of LATHAM & WATKINS LLP

*Counsel for Defendants*

---

[1] The Claims Administrator, A.B. Data, Ltd., can be reached via mail at P.O. Box 173059, Milwaukee, WI 53217, via telephone at (877) 354-3780, or via email at info@CovetrusSecuritiesLitigation.com.