**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA,<br><br>Defendants. | No. 2:19-cv-5530 (GRB)(RLM)<br><br><br>CLASS ACTION |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law in support of this motion, the declarations in support of this motion, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider, Lead Plaintiffs, by and through their undersigned counsel, hereby move this Court, before the Honorable Roanne L. Mann, United States Magistrate Judge, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 13C-S, Brooklyn, NY 11201, on October 25, 2022 at 2:00 p.m. EST, pursuant to Federal Rule of Civil Procedure 23, for (i) an award of attorneys' fees in the amount of one-third of the Settlement Fund; (ii) reimbursement of Litigation Expenses; and (iii) representative reimbursements to Lead Plaintiffs for their efforts in representing the Settlement Class.[1]

---

[1] All capitalized terms shall have the same meanings ascribed to them in the Amended Stipulation and Agreement of Settlement (ECF No. 91-1). A proposed order granting the requested relief will be submitted with Lead Plaintiffs' reply submission on or before October 18, 2022.

Dated: September 20, 2022

Respectfully submitted,

*/s/ Lester R. Hooker*
**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

**SAXENA WHITE P.A.**
Steven B. Singer
Kyla Grant
Joshua H. Saltzman
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
kgrant@saxenawhite.com
jsaltzman@saxenawhite.com

**SAXENA WHITE P.A.**
David R. Kaplan
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
7800 Northwest 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Lester R. Hooker, hereby certify that on September 20, 2022, I caused a true and correct

copy of the foregoing to be served on all parties of record by filing through CM/ECF.


*/s/ Lester R. Hooker*
Lester R. Hooker