# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA, <br><br> Defendants. | No. 2:19-cv-5530 (GRB)(RLM) <br><br><br> CLASS ACTION |

**DECLARATION OF ROBERT D. KLAUSNER IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, Robert D. Klausner, declare and state as follows:

1.      I am the principal of the law firm of Klausner, Kaufman, Jensen & Levinson P.A. I submit this declaration in support of Lead Plaintiffs' motion for an award of attorneys' fees in connection with services rendered in the above captioned class action (the "Action"), as well as for reimbursement of expenses incurred by my firm in connection with the Action.[1]  I have knowledge of the matters set forth herein based on personal knowledge, my review of my firm's records, and consultation with other firm personnel.

2.      My firm served as fiduciary counsel for Lead Plaintiffs City of Hollywood Police Officers' Retirement System ("Hollywood Police") and Pembroke Pines Pension Fund for

---

[1] Unless otherwise indicated, capitalized terms have the meanings set forth in the Amended Stipulation and Agreement of Settlement, dated June 17, 2022 (ECF No. 91-1) (the "Settlement" or "Stipulation").

Firefighters and Police Officers ("Pembroke Pines F&P") (together, "Lead Plaintiffs"). We worked closely with Lead Counsel Saxena White P.A. in providing client communications and coordinating with Lead Plaintiffs throughout the litigation. As fiduciary counsel, my firm performed the following tasks, among others: consulted with Lead Plaintiffs regarding their decision to initiate the litigation and seek lead plaintiff appointment; reviewed and commented on all substantive pleadings and memoranda throughout the litigation; reviewed discovery materials and requests issued to and by Lead Plaintiffs, and assisted with Lead Plaintiffs' responses to discovery requests and identification, review and collection of documents responsive to Defendants' requests for production of documents; actively participated in the mediation process and the negotiations that culminated in the proposed Settlement; and consulted with Lead Plaintiffs in formulating their decision-making throughout the prosecution of the Action, including their review of the proposed Settlement.

3.     The information in the Declaration regarding the firm's time, including in the schedule attached hereto as Exhibit 1, was prepared from daily time records regularly prepared and maintained by my firm in the ordinary course of business. I am the principal who oversaw my firm's activities in the litigation, and I, together with attorneys working under my direction, reviewed my firm's daily time records to confirm their accuracy. Time expended in preparing the application for fees and expenses has not been included in this report.

4.     The total number of hours expended on this Action by my firm's attorneys and professional support staff employees from its inception through September 19, 2022, was 42.7 hours. The total resulting lodestar for my firm is $29,890.00. The schedule attached hereto as Exhibit 1 is a detailed summary reflecting the amount of time spent by each attorney who was involved in this Action, and the lodestar calculation is based on my firm's current hourly rates.

2

5.      The hourly rates shown in Exhibit 1 attached hereto are the current rates set by the firm for each individual.  The hourly rates are comparable to the rates submitted by my firm and accepted by courts for lodestar cross-checks in other securities class action litigation fee applications within this Circuit and nationwide.

6.      Attached hereto as Exhibit 2 is the Firm resume and attorney biographies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed September 19, 2022.

Robert D. Klausner

3

**EXHIBIT 1**

*City of Hollywood Police Officers' Retirement System, et al. v. Henry Schein, Inc., et al.*

Case No. 2:19-cv-5530 (GRB)(RLM)

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON P.A. TIME REPORT**

**Inception through September 19, 2022**

| NAME | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|
| Robert Klausner | $700 | 18.2 | $ 12,740.00 |
| Stuart Kaufman | $700 | 24.5 | $ 17,150.00 |
|  |  |  |  |
|  |  |  |  |
| **TOTAL LODESTAR** |  | **42.7** | **$ 29,890.00** |

**EXHIBIT 2**

*City of Hollywood Police Officers' Retirement System, et al. v. Henry Schein, Inc., et al.*

Case No. 2:19-cv-5530 (GRB)(RLM)

## KLAUSNER, KAUFMAN, JENSEN & LEVINSON P.A. - FIRM RESUME

## FIRM RESUME

The law firm of **Klausner, Kaufman, Jensen & Levinson** specializes exclusively in the representation of retirement and benefit systems and related labor and employment relations matters. The firm has provided legal services to more than 200 state and local government retirement systems in more than 25 states and territories. The firm is composed of 7 lawyers in South Florida and Robert E. Tarzca, Of Counsel (New Orleans). In addition, we have six clerical/paraprofessional employees, an administrator, and a deputy administrator/conference director.

As a result of our substantial involvement on a national level in public employee retirement matters, we have developed a unique level of knowledge and experience. By concentrating our practice in the area of public employee retirement and related employment issues, we are able to keep a focus on changing trends in the law that more general practitioners would consider a luxury.

The law firm of Klausner, Kaufman, Jensen & Levinson, among the most highly regarded in the country in the area of pension issues, is frequently called upon as an educational and fiduciary consultant by state and local governments throughout the United States on some of the newest and most sophisticated issues involving public retirement systems. The examples of those areas are:

## Plan Design

The firm provides services to dozens of public employee pension plans throughout the United States in the area of plan review, design, and legislative drafting. On both the state and local levels, statutes and ordinances are reviewed for the purposes of maintaining compliance with current and pending Internal Revenue Code Regulations affecting public plans, as well as compliance with provisions of the Americans With Disabilities Act, the Older Workers Protections Act, Veterans' re-employment laws, and the Pension Protection Act. When benefit changes occur we prepare all necessary legislative drafts and appear before the appropriate legislative body to answer questions concerning those drafts. We also offer creative solutions to plan design issues brought about by unexpected economic pressures and balancing those solutions against constitutional or statutory benefit guarantees.

## Fiduciary Education

The primary duty of a pension fund lawyer is to ensure that the trustees do the right thing. It is our practice to design and present a variety of educational materials and programs which explain the general principles of fiduciary responsibility, as well as more specific principles regarding voting conflicts, compliance with open meeting laws, conflict of interest laws, etc. We regularly apprise the boards of trustees and administrators through newsletters, memoranda and updates on our website of changes in the law, both legislatively and judicially, which impact upon their duties. We also conduct training workshops to improve the trustees' skills in conducting disability and other benefit hearings. As a result of our regular participation and educational programs on a monthly basis, all of the materials prepared as speaker materials for those programs are distributed without additional charge to our clients. Our firm provides its clients, as part of the fees charged for legal and consulting services, an annual pension conference in South Florida. This national event draws internationally known legal and financial experts and has been attended by more than 3500 trustees and administrators from throughout the United States. Only clients of the firm are permitted to attend and fees paid include attendance at the conference.

## Plan Policies, Rules, and Procedures

It has been our experience that boards of trustees find themselves in costly and unnecessary litigation because of inconsistency in the administration of the fund. Accordingly, we have worked with our trustee clients in developing policies, rules, and procedures for the administration of the trust fund. The development of these rules ensures uniformity of plan practices and guarantees the due process rights of persons appearing before the board. They also serve to help organize and highlight those situations in which the legislation creating the fund may be in need of revision. By utilizing rule making powers, the board of trustees can help give definition and more practical application to sometimes vague legislative language.

## Legal Counseling

In the course of its duties, the board of trustees and administrators will be called upon from time to time to interpret various provisions of the ordinance or statute which governs its conduct. The plan will also be presented with various factual situations which do not lend themselves to easy interpretation. As a result, counsel to the plan is responsible for issuing

legal opinions to assist the trustees and staff in performing their function in managing the trust. It is our practice to maintain an orderly system of the issuance of legal opinions so that they can form part of the overall body of law that guides the retirement plan. As changes in the law occur, it is our practice to update those legal opinions to ensure that the subjects which they cover are in conformance with the current state of the law.

### Summary Plan Descriptions

Many state laws require that pension plans provide their members with a plain language explanation of their benefits and rights under the plan. Given the complexity of most pension laws, it is also good benefits administration practice. Part of the responsibilities of a fiduciary is to ensure that plan members understand their rights and the benefits which they have earned. We frequently draft plain language summary plan descriptions using a format which is easily updatable as plan provisions change. We are also advising plans on liability issues associated with electronic communication between funds and members as part of our continuing effort at efficient risk management.

### Litigation

Despite the best efforts and intentions of the trustees and staff, there will be times when the plan finds itself as either a plaintiff or defendant in a legal action. We have successfully defended retirement plans in claims for benefits, actions regarding under-funding, constitutional questions, discrimination in plan design, and failure of plan fiduciaries to fulfill their responsibilities to the trust. The firm has substantial state and federal court trial and appellate experience, including the successful defense of a state retirement system in the Supreme Court of the United States. The firm also has a substantial role in monitoring securities litigation and regularly argues complex appellate matters on both the state and federal levels. We pride ourselves on the vigorous representation of our clients while maintaining close watch on the substantial costs that are often associated with litigation. We are often called upon to provide support in a variety of cases brought by others as expert witnesses or through appearance as an *amicus curiae* (Friend of the Court).

## ATTORNEY BIOGRAPHIES

### ROBERT D. KLAUSNER:

Born Jacksonville, Florida, December 20, 1952; admitted to Florida Bar 1977; Texas Bar 2019; Wisconsin Bar 2021; U.S. District Court, Southern District of Florida, 1978; U.S. Court of Appeals, Fifth Circuit, 1981; U.S. Court of Appeals, Eleventh Circuit, 1997; U.S. Court of Claims,1998; U.S. Court of Appeals, Eighth Circuit, 2000; U.S. Supreme Court, 2000; U.S. Court of Appeals, Sixth Circuit, 2004; U.S. District Court, Middle District of Florida, 2005; U.S. Court of Appeals, Second Circuit, 2011; U.S. District Court, Northern District of Texas, 2011; U.S. Court of Appeals, Fourth Circuit, 2013; U.S. Court of Appeals, Third Circuit, 2020.

| | |
|---|---|
| Education: | University of Florida (B.A. with honors, 1974); University of Florida College of Law (J.D., 1977).  Adjunct professor, Nova University Law School (1987 - 2005); adjunct professor, New York Institute of Technology, School of Labor Relations(1999-2003); instructor, Florida State University Center for Professional Development and Public Service (1980 - present); instructor, International Foundation of Employee Benefit Plans (1986 - present); instructor, National Association of State Retirement Administrators Conference (1996 - present); instructor, National Education Association Benefit Conferences (1989 - present); instructor, Florida Division of Retirement Pension Trustees School (1980 - present); instructor, Texas Association of Public Employee Retirement Systems (1990-present); instructor,  Georgia Association of Public Pension Trustees (2020-present). |
| Member: | The Florida Bar; Texas Bar; Wisconsin Bar; American Bar Association; Phi Beta Kappa; Phi Kappa Phi. |
| Publication: | Co-Author, State and Local Government Employment Liability, Thomson-Reuters Publishing Co. (annually) |

Author, <u>State and Local Government Retirement Law: A Guide for Lawyers, Trustees, and Plan Administrators</u>, Thomson-Reuters Publishing Co. (annually)

**STUART A. KAUFMAN:**

Born in Queens, New York, March 21, 1965; Admitted to the New York Bar in 1990 and the Florida Bar in 1993; United States District Court, Southern District of Florida 1993; United States Court of Appeals, Eleventh Circuit, 1998.

Education:    State University of New York at Binghamton (B.A. 1986); University of Miami School of Law (J.D. 1989).

Member:    The Association of the Bar of the City of New York; The Association of the Bar of the State of New York; The Florida Bar; American Bar Association.