# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated, | No. 2:19-cv-5530 (GRB)(RLM) |
| Plaintiffs, | |
| v. | CLASS ACTION |
| HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF ERIC NORDSKOG REGARDING: (A) CONTINUED MAILING OF THE NOTICE AND CLAIM FORM; (B) CALL CENTER SERVICES; (C) SETTLEMENT WEBSITE MAINTENANCE; AND (D) REPORTS ON OBJECTIONS AND REQUESTS FOR EXCLUSION**

I, Eric Nordskog, declare as follows:

1.     I am a Senior Project Manager of the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin.  Pursuant to the Preliminary Approval Order,[1] A.B. Data is authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action"). The following statements are based on my personal knowledge and information provided to me by other A.B. Data employees and if called to testify I could and would do so competently.

2.     I submit this declaration as a supplement to my previously filed declaration, the Declaration of Eric Nordskog Regarding: (A) Mailing of the Notice and Claim Form; (B)

---

[1] All capitalized terms not defined herein shall have the same definitions as in the Amended Stipulation and Agreement of Settlement ("Stipulation" or "Settlement Agreement") filed on June 17, 2022 (ECF No. 91-1).

Publication of the Summary Notice; (C) the Settlement Website; (D) Call Center Services; and (E) Reports on Exclusions and Objections, dated September 19, 2022 (the "Initial Mailing Declaration").

**UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM**

3.      As more fully stated in my Initial Mailing Declaration, as of September 19, 2022, A.B. Data had mailed a total of 54,467 copies of the Notice and Claim Form (collectively, the "Notice Packet") to potential Settlement Class Members.

4.      Since the execution of the Initial Mailing Declaration, A.B. Data has not received any additional requests to mail the Notice Packet to potential Settlement Class Members. Therefore, as of the date of this Declaration, an aggregate of 54,467 Notice Packets have been mailed to potential Settlement Class Members and their nominees. In addition, A.B. Data has re-mailed a total of 141 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by the USPS.

5.      The Notice Packet instructed Settlement Class Members to submit their claims so that they are postmarked no later than December 3, 2022.  As of October 17, 2022, A.B. Data has received 434 Claim Forms.  As is typical in securities cases of this nature, the majority of institutional investors, brokers, and nominees file claims electronically at or near the filing deadline.  Accordingly, the response rate to date is consistent with our experience in other securities class action claims administrations.

6.      Unless otherwise ordered, A.B. Data will provide the Court with the results of this administration, including the total number of Claim Forms received and the total Recognized Loss Amounts, in connection with Plaintiffs' motion for distribution of the Net Settlement Fund.

**UPDATE ON CALL CENTER SERVICES**

7.      A.B. Data continues to maintain the case specific, toll-free telephone helpline, 1-877-354-3780, with an interactive voice response system and live operators to accommodate potential Settlement Class Members who may have questions about the Action and the Settlement. A.B. Data has promptly responded to each telephone inquiry and will continue to respond to potential Settlement Class Members' inquiries.  A.B. Data will continue operating and maintaining the toll-free telephone helpline until the conclusion of this administration.

**UPDATE ON SETTLEMENT WEBSITE**

8.      A.B. Data also continues to maintain the website dedicated to the Settlement, www.CovetrusSecuritiesLitigation.com (the "Settlement Website"). Copies of the Notice, Claim Form, Stipulation, Complaint, Preliminary Approval Order, memoranda of law and declarations in support of the motion for final approval of the Settlement and the motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and other documents related to the Action are posted on the Settlement Website and are available for downloading. A.B. Data will continue operating, maintaining and, as appropriate, updating the Settlement Website with relevant case information until the conclusion of this administration.

**UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

9.      The Notice, Summary Notice, and the Settlement Website informed potential Settlement Class Members that written requests for exclusion are to be sent to the Claims Administrator such that they are received no later than October 4, 2022.  A.B. Data has been monitoring all mail delivered to A.B. Data. The Notice also sets forth the information that must be included in each request for exclusion. As of October 17, 2022, A.B. Data has not received any requests for exclusion.

10.     Pursuant to the Preliminary Approval Order, the Notice, Summary Notice, and Settlement Website also informed Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation or Lead Plaintiffs' motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Also, pursuant to the Preliminary Approval Order, any objections must be filed with the Court and served on Lead Counsel and Defendants' Counsel such that that are received no later than October 4, 2022. As of the date of this Declaration, A.B. Data has not received or been informed of any objection by any Settlement Class Member to any aspect of the Settlement, the Plan of Allocation, or Lead Plaintiffs' motion for an award of attorneys' fees and reimbursement of Litigation Expenses

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2022.

_____
Eric Nordskog

4