**ROANNE L. MANN**                          **DATE:** October 25, 2022
**UNITED STATES MAGISTRATE JUDGE**          **START:** 2:44 p.m.
                                            **END:** 3:16 p.m.


**DOCKET NO:** 19-cv-5530-RLM

**CASE** City of Hollywood Police Officers Retirement System v. Henry Schein, Inc. et. al.


☐ **INITIAL CONFERENCE**              ☐ **OTHER/*CHEEKS* HEARING**
☐ **DISCOVERY CONFERENCE**            ☐ **FINAL/PRETRIAL CONFERENCE**
☐ **SETTLEMENT CONFERENCE**           ☐ **TELEPHONE CONFERENCE**
X **MOTION HEARING**                  ☐ **INFANT COMPROMISE HEARING**


**PLAINTIFF**                                **ATTORNEY**
|  | Lester R. Hooker |
|---|---|


**DEFENDANTS**                               **ATTORNEY**
|  | Kevin M. McDonough |
|---|---|


☐  **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:**_____**DEF. TO SERVE PL. BY:**_____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court holds a class action fairness hearing regarding the parties' settlement.  For the reasons stated on the record, plaintiffs' [97] Motion for Final Approval of Class Action Settlement and Plan of Allocation is granted and plaintiffs' [99] Motion for Attorney Fees and Reimbursement of Litigation Expenses is granted in part and denied in part.  The Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties, with the assistance of an experienced mediator.  However, in order to deter overcharging in securities class actions, and considering that, from 1996-2021, median fees for settlements between $25 and $100 million were 25%, see Janeen McIntosh and Svetlana Starykh, Recent Trends in Securities Class Action Litigation:  Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review  (NERA Jan. 25, 2022), the Court concludes that a reasonable recovery percentage in this case is 28% of the settlement fund, rather than the 33% requested, see generally City of Birmingham Ret. & Relief Sys. v. Credit Suisse Grp. AG, Case No. 17 Civ. 10014 (LGS), 2020 WL 7413926, at *4 (S.D.N.Y. Dec. 17, 2020).  A fee award of 28% exceeds counsel's lodestar and adequately compensates counsel for achieving a favorable result.