UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA,<br><br>                Defendants. | No. 2:19-cv-5530 (RLM)<br><br><br>CLASS ACTION |

**ORDER AWARDING ATTORNEYS' FEES AND REIMBURSING LITIGATION EXPENSES**

WHEREAS, this matter came on October 25, 2022 on the motion of Lead Plaintiffs for an award of attorneys' fees and reimbursement of Litigation Expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this litigation to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     This Order incorporates by reference the definitions in the Amended Stipulation and Agreement of Settlement, dated June 17, 2022 (ECF No. 91-1) (the "Settlement Agreement" or "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Settlement Agreement.

2.     The Court has jurisdiction to enter this Order and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

1

3. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Settlement Class Members, advising them of Lead Plaintiffs' and Plaintiffs' Counsel's request for a fee award and reimbursement of Litigation Expenses and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the fee and expenses request. There have been no objections to the fee and expense request.

4. Plaintiffs' Counsel are hereby awarded attorneys' fees in the amount of 28% of the Settlement Fund (the "Fee Award") and $159,480.05 in reimbursement of Litigation Expenses (which fees and expenses shall be paid from the Settlement Fund), which sums the Court finds to be fair and reasonable. Lead Counsel shall allocate the attorneys' fees awarded amongst Plaintiffs' Counsel in a manner in which it, in good faith, believes reflects the contributions of such counsel to the institution, prosecution, and settlement of the Action.

5. In accordance with 15 U.S.C. § 78u-4(a), for their representation of the Settlement Class, the Court hereby awards City of Hollywood Police Officers' Retirement System $10,200.00 and Pembroke Pines Pension Fund for Firefighters and Police Officers $3,284.25, as reimbursements of costs and expenses directly related to their representation of the Settlement Class.

6. Any appeal or any challenge affecting this Court's approval regarding attorneys' fees and reimbursing Litigation Expenses shall in no way disturb or affect the finality of the Judgment and shall not affect or delay the Effective Date of the Settlement.

7. Exclusive jurisdiction is hereby retained over the Parties and Settlement Class Members for all matters relating to this Action, including the administration, interpretation, effectuation, or enforcement of the Settlement Agreement and this Order.

8. In the event the Settlement is terminated, or the Effective Date of the Settlement otherwise fails to occur, this Order shall be rendered null and void to the extent provided by the Settlement Agreement.

9. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

SO ORDERED this __25th__ day of __October__, 2022

                                                                     /s/ Roanne L. Mann
                                                                     The Honorable Roanne L. Mann
                                                                     United States Magistrate Judge