

7777 Glades Road  |  Suite 300  |  Boca Raton, FL 33434

October 25, 2022

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> RE:    *City of Hollywood Police Officers' Retirement Systems et al. v.*
>        *Henry Schein, Inc. et al.*
>        No. 2:19-cv-5530 (GRB) (RLM)

Dear Judge Mann:

Pursuant to the Court's instructions at today's Fairness Hearing, enclosed please find a redacted version of the Confidential Supplemental Agreement Regarding Requests for Exclusion, dated May 9, 2022.

Respectfully submitted,

*/s/ Lester R. Hooker*

Joseph E. White, III
Lester R. Hooker
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 394-3399
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer
Kyla Grant
Joshua H. Saltzman
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
kgrant@saxenawhite.com
jsaltzman@saxenawhite.com

Hon. Roanne L. Mann
October 25, 2022
Page 2

David R. Kaplan
Hani Farah
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel: (858) 997-0860
dkaplan@saxenawhite.com
hfarah@saxenawhite.com

*Lead Counsel for the Proposed Settlement Class*

**KLAUSNER, KAUFMAN, JENSEN &
LEVINSON**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for Plaintiff City of Hollywood
Police Officers' Retirement System and Pembroke
Pines Pension Fund for Firefighters and Police
Officers*

cc:    All counsel of record (via ECF)