**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM and PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY SCHEIN, INC., COVETRUS, INC., STEVEN PALADINO, BENJAMIN SHAW, and CHRISTINE T. KOMOLA,<br><br>Defendants. | No. 2:19-cv-5530-RLM<br><br><br><br>CLASS ACTION |

**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND**

PLEASE TAKE NOTICE, that in accordance with this Court's Order and Final Judgment Approving Class Action Settlement (ECF No. 112), Order Approving Plan of Allocation (ECF No. 109), and the Settlement Agreement,[1] Lead Plaintiffs City of Hollywood Police Officers' Retirement System and Pembroke Pines Pension Fund for Firefighters and Police Officers (collectively, "Lead Plaintiffs"), by and through their undersigned counsel, hereby move this Court, before the Honorable Roanne L. Mann, for entry of a Class Distribution Order: (i) approving the Court-appointed Claims Administrator A.B. Data, Ltd.'s ("A.B. Data") administrative determinations concerning the acceptance and rejection of Claims submitted in connection with the Settlement of the Action; (ii) directing distribution of the Net Settlement Fund to Authorized Claimants; (iii) approving payment of A.B. Data's fees and expenses estimated to conduct the

---

[1] All capitalized terms not defined herein shall have the same definitions as in the Amended Stipulation and Agreement of Settlement (the "Stipulation" or "Settlement Agreement") filed with the Court on June 17, 2022 (ECF No. 91-1) and approved on October 25, 2022 (*see* ECF No. 112), and in the Claims Administrator's declaration filed herewith.

distribution of the Settlement; (iv) authorizing the destruction of Claim Forms and supporting documents at an appropriate time; (v) releasing claims related to the administration process; and (vi) for such other and further relief as this Court deems appropriate.

There are no disputed Claims by any Settlement Class Member requiring Court review. Pursuant to ¶30 of the Stipulation, Defendants were provided reasonable notice of the filing of this Motion. Defendants conferred with Lead Plaintiffs, and Defendants do not oppose this Motion. Accordingly, Lead Counsel respectfully submit that the Motion is ripe for consideration by the Court and may be decided on the papers. For the Court's convenience, a proposed Class Distribution Order is accompanying the Motion.

Dated: June 1, 2023                                  Respectfully submitted,

                                                     */s/ Lester R. Hooker*
                                                     **SAXENA WHITE P.A.**
                                                     Maya Saxena
                                                     Joseph E. White, III
                                                     Lester R. Hooker
                                                     7777 Glades Road, Suite 300
                                                     Boca Raton, FL 33434
                                                     Tel: (561) 394-3399
                                                     Fax: (561) 394-3382
                                                     msaxena@saxenawhite.com
                                                     jwhite@saxenawhite.com
                                                     lhooker@saxenawhite.com

                                                     **SAXENA WHITE P.A.**
                                                     Steven B. Singer
                                                     Kyla Grant
                                                     Joshua H. Saltzman
                                                     10 Bank Street, 8th Floor
                                                     White Plains, New York 10606
                                                     Tel: (914) 437-8551
                                                     Fax: (888) 216-2220
                                                     ssinger@saxenawhite.com
                                                     kgrant@saxenawhite.com
                                                     jsaltzman@saxenawhite.com

**SAXENA WHITE P.A.**
David R. Kaplan
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the
Settlement Class*

**KLAUSNER KAUFMAN JENSEN &
LEVINSON**
Robert D. Klausner
7800 Northwest 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 1st day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Lester R. Hooker
Lester R. Hooker